JENNIFER SHAW
DEPUTY DIRECTOR



AMERICAN CIVIL
LIBERTIES UNION
OF WASHINGTON
901 5TH AVE, SUITE 630
SEATTLE, WA 98164
T/206.624.2184
WWW.ACLU-WA.ORG

JESSE WING
BOARD PRESIDENT

KATHLEEN TAYLOR
EXECUTIVE DIRECTOR

August 31, 2012

***Via Hand Delivery***
The Honorable James L. Robart
United States Courthouse
700 Stewart Street, Suite 14128
Seattle, WA 98101 - 9906

      Re:    Settlement Agreement for *United States v. City of Seattle*
               (Case No. 12-cv-1282)

Dear Judge Robart:

I write on behalf of the Minority Executive Directors Coalition's Multi-Racial Task Force on Police Accountability to provide you with some additional information regarding the terms of the settlement agreement that you provisionally entered on Friday, August 24, 2012.

We agree with the Court that the Community Police Commission will play an important role in finding solutions to the problems of racially biased policing in Seattle as well as proposing improvements to the oversight system. However, as you noted, this is an entity that is yet unformed. The Task Force is concerned that the creation of the Commission is only vaguely outlined in the Memorandum of Understanding. In order to give the Commission more substance, we drafted the enclosed letters detailing our suggestions for creating, staffing and choosing members for the Commission. We previously sent these letters to the Mayor, City Council and the Department of Justice. We ask the Court to consider our recommendations for the Commission when evaluating the final agreement.

Additionally, the members of the Task Force have been concerned that the settlement agreement was negotiated by the City and Department of Justice to benefit the people of Seattle without the participation of organizations and advocates representing the community. We agree with the Court that this process left out the people most affected by the actions of the police department and most likely to be affected if the settlement agreement is not fully and carefully implemented in a timely manner. We are also troubled that the parties are seeking to preclude the community's participation during the implementation and enforcement of this agreement through the language of paragraph 219 which states, in part, that "[n]o person or entity is intended to be a third-party beneficiary of the provisions of the Settlement Agreement ...." *See e.g., U.S. v. FMC Corp.*, 531 F.3d 813, 820-21 (9th Cir. 2008) (finding that text of consent decree precluded third-party beneficiary from enforcing the decree despite the failure of the United States to seek court-ordered compliance).

The members of the Task Force have attempted to engage in the process of the crafting the settlement agreement to the extent possible. We expect to participate further through the Community Police Commission. While we sincerely hope that the City and United States will implement the agreement fully, effectively and as quickly as possible, the inclusion of paragraph 219 means that the community will not be considered a beneficiary of the agreement and will be precluded from seeking to enforce the settlement agreement even if the parties fail to fully implement it. The Court should not accept this limitation and should remove paragraph 219 from the settlement agreement.

Thank you for your consideration.

Sincerely,

Jennifer Shaw
Deputy Director

Enclosures
Cc:     (*via email*)
        Seattle Mayor Mike McGinn
        Seattle City Attorney Pete Holmes
        Assistant United State Attorney Mike Diaz
        MEDC Multi-Racial Task Force on Police Accountability

**MEDC's Multiracial Task Force on Police Accountability**
P.O. Box 3064  Seattle, WA 98114  (206) 325-2542  dellas-garcia@medcofkc.org

August 6, 2012

Mayor Mike McGinn
Seattle City Hall
600 Fourth Ave., Seventh Floor
PO Box 94749
Seattle, WA 98124-4749

**TASK FORCE MEMBERS & Consent Decree Work Group**

ACLU of Washington

American Friends Service Committee

Asian Counseling & Referral Service

CAIR-WA

Columbia Legal Services

El Centro de la Raza

Fred T. Korematsu Center for Law and Equality

John T. Williams Organizing Committee

Minority Executive Directors Coalition

Mothers for Police Accountability

The May First Action Coalition

NAACP Seattle Chapter

Red Eagle Soaring Native Youth Theater

Seattle Human Rights Commission

The Defender Association

Tlingit & Haida of Washington

Estimado, Sh yaa awudanéix'I, Dear Mayor Mike McGinn,

The MEDC Multi-Racial Task Force on Police Accountability (MTFA) members believe that the Community Police Commission will be an important component in the effort to reform the Seattle Police Department's policies and practices on use of force and bias-free policing. However, the Commission will only be effective in the reform effort if it has the authority and resources to conduct the necessary analysis, make recommendations for policy change on a regular basis to local officials and to the court monitor, and have a response to those recommendations.

In a separate letter, we discuss the qualifications we believe should be required of those seeking to serve on the Commission. In this letter, we address our recommendations regarding the structure and function of the Commission. Although these topics are addressed in the Settlement Agreement and reiterated in the Memorandum of Understanding, the City has the opportunity in the Executive Order to give the Commission members -- community representatives critical to this reform effort -- the ability to work with stakeholders to implement the changes that are necessary to restore accountability and trust in the Seattle Police Department. In that spirit, in addition to the terms outlined in the MOU and the Settlement Agreement, we urge you to include in the Executive Order the following terms:

Commission Structure:
1. The Commission members will be appointed to serve for the term of the Settlement Agreement.
2. The Commission will be able to recommend who should serve as Chair, subject to approval by the Mayor and the City Council.
3. The Commission will be self-governing, i.e. members should be able to call meetings when necessary.
4. The Commission will be supported by experienced and skilled staff, including counsel.
5. The Commission is independent – its findings, recommendations, and issues shall be independent of any outside influence.
6. The Commission shall consist of no less than 7 members or more than 15 members.

Commission Function:

1) The Commission action will be decided by majority vote of members present.
2) The Commission will have the authority to request and obtain necessary and relevant data from SPD so it can conduct its own independent analysis of SPD's trainings, policies, and practices on use of force, crisis intervention, stops and detention, and bias-free policing.
3) The Commission should have the authority to audit use of force reporting.
4) The Commission represents the community's perspective.


Gunalcheesch, Respetuosamente, Sincerely,


*Pamela Y. Stearns*

Pamela Stearns, Co-Chair
MEDC Multi-Racial Task Force on Police Accountability
Tlingit & Haida WA Civil Rights Chair


*Rev Harriet Walden*

Rev. Harriet Walden, Co-Chair
MEDC Multi-Racial Task Force on Police Accountability



**MEDC's Multiracial Task Force on Police Accountability**
P.O. Box 3064   Seattle, WA 98114   (206) 325-2542   delias-garcia@medcofkc.org

August 6, 2012

Mayor Mike McGinn
Seattle City Hall
600 Fourth Ave., Seventh Floor
PO Box 94749
Seattle, WA 98124-4749

| TASK FORCE MEMBERS & Consent Decree Work Group |
|---|
| ACLU of Washington |
| American Friends Service Committee |
| Asian Counseling & Referral Service |
| CAIR -WA |
| Columbia Legal Services |
| El Centro de la Raza |
| Fred T. Korematsu Center for Law and Equality |
| John T. Williams Organizing Committee |
| Minority Executive Directors Coalition |
| Mothers for Police Accountability |
| The May First Action Coalition |
| NAACP Seattle Chapter |
| Red Eagle Soaring Native Youth Theater |
| Seattle Human Rights Commission |
| The Defender Association |
| Tlingit & Haida of Washington |

Estimado, Sh yaa awudanéix'I, Dear Mayor Mike McGinn,

The MEDC's Multiracial Task Force on Police Accountability (MTFPA) looks forward to all the potential and possibilities embodied with the formation of a Community Police Commission (Commission) as outlined in the Memorandum of Understanding (MOU). We, like the Mayor's Office and the Department of Justice (DOJ), believe this is an opportunity that could potentially change the face of policing and the relationship of our communities with police for decades to come in the City of Seattle. Because this is far too important an opportunity we must think deeply and act intentionally in the creation of this Commission.

*We come to this dialogue unified in our common commitment to the issue at hand, shared values, and joint accountability to one another; but above all, a commitment to struggling together for a unified voice through consensus.* Toward that end, we offer our recommendations about both the qualifications and screening process of potential Commission members.

We understand that this Commission will be established by an Executive Order. We urge that you bring to the table those who have, over time, demonstrated their commitment, expertise and the knowledge needed to create sustainable and lasting change. The MOU states that this Commission shall be representative of the community. Therefore, as community representatives, we suggest the following process and criteria:

*Application Process*

- Within two weeks of the signing of the Executive Order establishing a Commission, the application will be available and posted on the website, and shall state a specific deadline for submission.
- The job description should include, but not be limited to, the items stated on page two of the MOU.
- The job description should also include certain desired qualifications, which are listed below under the Selection heading.

*Screening*
The Mayor should establish a clear screening and selection process and announce this as part of an application process with a clearly specified time limit:

- Applications must be sent to an email address or depository specifically designated for the application process;
- A selection team should be designated that includes both members of City staff and community stakeholders in order to heighten community engagement and transparency; and,
- Specific screening criteria need to be established to reflect the highest possible level of response to the items noted below under the Selection heading.

*Selection*

The following items should be considered for each potential candidate in order to increase the Commission's potential for success and productivity:

- Demonstrated experience working with communities that have been impacted by excessive use of force by the police;
- Demonstrated knowledge of policing policies, procedures and the specific areas noted in the MOU (including the DOJ Findings, the MOU, and the Consent Decree);
- Ability to demonstrate experience with creating, or articulate ideas for creating, a culture of policing that is community-based and constitutional;
- Demonstrated experience working effectively with diverse populations;
- An firm grasp of the concept of municipal jurisdiction;
- An understanding of how City departments function in relation to one another;
- An understanding of how labor negotiations work, from either a legal or a rank-and-file perspective;
- Ability to articulate a precise vision for the role of the Commission and describe how its work might positively impact the very communities it is designated to serve;
- Knowledge of, or experience with, the principles of the Race and Social Justice Initiative, including Undoing Racism and the Restorative Justice Circles.

Applicants should be required to submit the following:

- A resume that demonstrates an ongoing commitment to local communities and to issues that bear a rational relationship to the concepts of police oversight and reform;
- A cover letter that contextualizes this ongoing commitment and specifically addresses the points above, in addition to the following:
    - Demonstrated experience with police accountability issues and department policies and standards on use of force and bias-free policing; and,
    - A statement about the demographics and socioeconomic conditions of the communities with whom they have worked or personally identify.

We believe that individuals who have faced arrests or convictions and taken significant steps toward rehabilitation should be strongly considered for positions on the Commission. A candidate who demonstrates this type of personal growth in addition to meeting other criteria for the position would be an invaluable voice for a Commission that truly seeks to create meaningful reform. There is a need for healing between communities of color and the Seattle Police Department; in order to facilitate that healing, we would urge a policy of inclusion.

We greatly appreciate the respect you have extended our task force and hope that you will both accept this input as well as look to our group for assistance in the ongoing process.

Gunalcheesch, Respetuosamente, Sincerely,

Pamela Stearns, Co-Chair
MEDC Multi-Racial Task Force on Police Accountability
Tlingit & Haida WA Civil Rights Chair

Rev. Harriet Walden, Co-Chair
MEDC Multi-Racial Task Force on Police Accountability
Mothers for Police Accountability

Dorry Elias-Garcia
MEDC Executive Director