The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cv-01282-JLR |
| Plaintiff, | [PROPOSED] ORDER GRANTING THE CITY'S UNOPPOSED MOTION FOR PERMISSION TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | Note on Motion Calendar for: November 1, 2012 |

This matter came before the Court on the City's unopposed motion for permission to deposit funds into the Court's registry pursuant to paragraph 209 of the Settlement Agreement. Pursuant to the Settlement Agreement and Local General Rule 6, the Court GRANTS the City's unopposed motion.

The City is allowed to deposit an initial sum of $100,000 into the Court's registry. This order also authorizes the City to make additional future payments into the Court's registry to

ORDER (C12-01282-JLR) - 1

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

replenish the funds in order to restore the fund's total to $100,000. The City shall deposit the initial $100,000 into the Court's registry within thirty days of the date of this order.

Dated this 2nd day of November, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by the CITY OF SEATTLE:

PETER S. HOLMES
Seattle City Attorney
*s/ Jean Boler*
*s/ Sarah Morehead*
Jean Boler, Civil Chief
Sarah K. Morehead, Assistant City Attorney
Seattle City Attorney's Office
PO Box 94769
Seattle, WA 98124-4769
Phone: (206) 684-8200
Fax:    (206) 684-8284
E-mail: jean.boler@seattle.gov
        sarah.morehead@seattle.gov

ORDER (C12-01282-JLR) - 2

PETER S. HOLMES
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200