UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER REGARDING MEMORANDA CONCERNING USE OF FORCE POLICIES |

　　The court is in receipt of the Monitor's Memorandum Submitting Consensus Use of Force Policies (Dkt. # 107), which presents the use of force policies agreed to by the Plaintiff United States of America and Defendant City of Seattle and seeks court approval for those policies. In addition, the court is also in receipt of the Community Police Commission's ("CPC") amicus curiae submission regarding the proposed use of force policies (Dkt. # 108). As previously indicated in open hearing (*see* Dkt. # 68), the court's interest is in policies that are constitutionally based, represent best law enforcement practices with respect to officer and public safety, will allow for effective officer training,

ORDER- 1

1 and will facilitate timely implementation of the Consent Decree. Following a thorough
2 review of the foregoing referenced submissions, the court will enter a final order
3 regarding the parties' proposed use of force policies and their implementation.
4     Dated this 4th day of December, 2013.

*(signature)*

JAMES L. ROBART
United States District Judge

ORDER- 2