THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                   Plaintiff,<br><br>   vs.<br><br>CITY OF SEATTLE<br><br>                  Defendant. | CASE NO. 12-CV-1282-JLR<br><br>**MEMORANDUM SUBMITTING SEATTLE POLICE DEPARTMENT CRISIS INTERVENTION TRAINING** |

Pursuant to the Second-Year Monitoring Plan, approved by this Court on March 24, 2014 (Dkt. No. 129), the Monitor hereby submits the attached, proposed Seattle Police Department's ("SPD") training materials on crisis intervention ("CI").

The materials include the following:

1. SPD's CI Training Strategy, attached hereto as Exhibit A

2. CI Basic Training Curriculum and Resources:

    a. Lesson Plan, attached hereto as Exhibit B-1

    b. Facilitator Guide, attached hereto as Exhibit B-2

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

c.   Four e-learning modules, attached hereto as Exhibit B-3 through B-6

d.   Resources Documents, attached hereto as Exhibit B-7 through B-10

3.   Communications (a.k.a. "Dispatcher") Training Curriculum:

a.   Lesson Plan, attached hereto as Exhibit C-1

b.   PowerPoint, attached hereto as Exhibit C-2

4.   CI Coverage Strategy, attached hereto as Exhibit D

After careful review and consideration, the Monitor agrees with the Crisis Intervention Committee ("CIC") and the Parties that this training represents an important advance in SPD's approach to equipping its personnel with knowledge, resources, and tactics necessary to "reduc[e] the use of force against individuals in behavioral or mental health crisis, or who are under the influence of drugs or alcohol, and to direct or refer such individuals to appropriate services where possible."  Dkt. No. 3-1 at 41.

In short, the proposed training satisfies the letter and spirit of the relevant substantive provisions of the Consent Decree and the Monitor respectfully requests that this Court approve it.

## **BACKGROUND**

The Department of Justice's ("DOJ") investigation in 2011, from which this matter sprung, found that SPD's patterns of excessive force often arose from encounters with persons with mental illnesses or those under the influence of alcohol or drugs.  Dkt. No. 1 at 7.  This finding was particularly troubling because, by its own estimates, 70% of SPD's use of force during that time period involved these populations.  Dkt. No. 1-1 at 6.

Paragraphs 23-25 of the Memorandum of Understanding ("MOU") between the parties

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 2
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

and paragraphs 130-137 of the Consent Decree (Dkt. No. 3-1) required the Department to develop policies and procedures to address these concerns.  Importantly, these policies and procedures were to be developed in collaboration with the CIC, an all-volunteer advisory committee composed of the best and brightest of regional mental and behavioral health experts (providers and clinicians), advocates, academics, outside law enforcement representatives, the judiciary, and of course command-level members of the SPD.  MOU at ¶ 23.

This collaboration bore fruit in the policies that this Court approved on February 10, 2014, and the institutionalization and re-vitalization of the "design and structure of its crisis intervention program," as required by the MOU.  MOU at ¶ 25(e); Dkt. No. 121 (approval by Court); *see also* Dkt. No. 120 (Monitor's Memorandum Submitting the CI Policies).

Building off those achievements, and as required by the MOU and Consent Decree, the SPD and its CIC[1] set off to evaluate and develop training for:

(1)  All (non-specialized) officers who confront crisis events and who will receive basic training on crisis intervention;

(2) Specialized CI-certified officers who will be highly trained, who will be dispatched to every scene where the police communications center suspects a behavioral crisis, and who, for the first time, will take primary responsibility at the scene of crisis events; and

(3) Dispatchers and other communications personnel so that they may more readily

---

[1]  To aid the efforts of the CIC, the DOJ arranged for two experts to be available to consult:  Randy Dupont, Ph.D., from the University of Memphis, an expert who played a crucial role in creating the CI Team for the Memphis (Tennessee) PD and dozens of other departments; and Sgt. Elisabeth Eddy (retired), who played a similarly major role in formulating a prior iteration of CIT at SPD and was a CI instructor at the Washington State Criminal Justice Training Center.  Ellen Scrivner the Monitoring Team provided her knowledge of relevant issues gained as a result of her role in the creation of CIT operations at the Chicago Police Department.

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAIG
FOR DISPATCHERS - 3
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

identify calls for service that involve behavioral or mental health crisis events.

MOU at ¶ 25(c)-(d); Dkt. 3-1 at 133-135.

The following training accomplishes all of these goals and more as described below.

**Training Presented**

**A.  CI Training Strategy**

A central insight developed over the course of several months of discussion with the CIC was that CI training had to be woven into the culture of the department, not through one-time-only training, but as a regular part of its training program going forward.  The Training Strategy conceptualizes and represents the inculcation of these principles in a wave of "phases" of training.

In Phase I, with few exceptions for even more highly trained officers, all sworn SPD personnel will attend the Basic (eight-hour) Crisis Intervention Training Class currently offered by the Washington State Criminal Justice Training Commission ("CJTC").  To reiterate, this is training for all 1300 officers done in collaboration and partnership with and at the CJTC. Furthermore, this is training that is largely funded by the King County MIDD fund and, thus, a cost-effective way for the City to proceed.   Officers will then complete four e-modules, described in greater detail below.

In Phase II, SPD will reinforce this training in several sessions of every officer's contractually-required 32-hour "Street Skills" training.

In Phase III, those select officers ("CI-Certified") who have shown an interest and aptitude for working with people in crisis will receive "advanced" training, on top of their required 40 hour training.  The content of that training will be provided to the Court later this

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 4
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

year, consistent with the Second-Year Monitoring Plan.

In Phases IV and V, this virtuous cycle is repeated for continued development and emphasis of these skills.

We wish to emphasize the following extremely important points.  First, this training program begins to breakdown the "silo" SPD had created over time in which it separated itself from the best regional training initiatives.  SPD is now pooling resources and collaborating with CJTC and the CIC on every step of this important initiative.

Second, the CI program they have developed (based on the "Memphis Model") represents the best practices in urban policing and, more importantly, makes the Program relevant to patrol officers and the challenges they face on the street.

**B.  Basic Training**

Attached are the lesson plans and facilitator guides for the Basic Training that will occur at the CJTC.  In order to get all 1300 sworn personnel through the Basic Training by December 31, 2014, SPD has divided personnel into "key" and "non-key" personnel (only) for purposes of CI training.  "Key" personnel are those officers assigned to units that are likely to engage with this population.  They will attend the smaller (no more than 50 students per class) iterations currently offered at CJTC in order to better benefit from role playing scenarios.  Non-key personnel will attend Super-Sessions presented in the CJTC Auditorium with class sizes up to 400 students. This will allow all non-key personnel to have baseline knowledge of CI fundamentals by December 31, 2014.

Two additional points are particularly relevant here: first, the CJTC has been open and cooperative to changes in its lesson plans, both vis-à-vis the SPD and its CIC, even though it is

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 5
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

not subject to the Consent Decree.  For example, a CIC member raised concerns about how certain diagnoses were described and categorized in their lesson plan.  The CJTC made changes to its program after vetting it with its own subject matter experts.

Second, and again, the CJTC training is intended for all Washington State police departments and sheriff offices.  There are not "Seattle specific" parts of the training.  Thus, the e-learning modules supplement that training by:

1. Describing the new CIT policies and programs unique to Seattle;

2. Describing the emergent detention (involuntary treatment) process in King County Mental Health Court;

3. Describing the many relevant resources available in King County and how to access those resources; and

4. Describing and providing some examples of SPD's unique "active listening" training.

Together the CI e-modules provide each officer the knowledge needed to ensure compliance and implementation of the new Court-approved CI policies.

Finally, as part of the development of Basic Training, the CIC's systems subcommittee developed the following resources for officers, which line officers and the SPD Training unit believed would be helpful to officers:

1. A summary of the Involuntary Treatment procedure in King County Mental Health Court;

2. Schematics of the resources available system-wide in King County;

3. A decision-making chart for officers confronted with a crisis event; and

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 6
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

4.   A Pocket Guide for officers to print and carry on key concepts and key resources in the County.[2]

Again, the Monitor and the Parties greatly appreciate the hard-work of the CIC and hope that the CIC finds it gratifying that its work is going directly into re-shaping the SPD.

**C.  Dispatcher Training**

The new three hour CIT Dispatcher Training is for all 300 communications personnel. The training is intended to prepare SPD communications personnel to recognize individuals who are experiencing a behavioral crisis event and who need the assistance of a CIT-certified officer. It will also allow dispatchers to locate such an officer to address the individual.

The dispatcher training materials were originally authored by members of the SPD and submitted to the CIC.  As with the other types of training, the CIC, Parties, and Monitor have engaged in a process of revision and refinement of the dispatcher training materials that has been substantial, productive, and collaborative.  That process has included an SPD-initiated pilot training of Dispatchers that has allowed for the integration dispatcher feedback into the training materials.

The three-hour, in-person training course for dispatchers addresses four central elements: (i) communicating with an individual experiencing a crisis event; (ii) determining if mental illness is a factor in the incident; (iii) locating CI-certified officers; and (iv) identifying possible community mental health resources that can assist the subject in crisis.  With respect to these elements, the training provides dispatchers with important instruction on critical skills.  For

---

[2] The CIC data subcommittee has also developed a scientific survey of officer attitudes towards the CIT program, and forms and data collection plans that will revolutionize the way the department manages its officers who contact these populations going forward.  These will be provided under separate cover on a later date.

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 7
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

instance, although communication dispatchers necessarily do not diagnose mental illnesses, the training provides dispatchers with techniques for facially recognizing the potential signs of schizophrenia, bi-polar disorder, depression, and other mental disorders that SPD officers often encounter.  The training includes instruction on active interviewing skills to enable dispatchers to de-escalate crisis situations and to cull pertinent information from the individual so that officers can respond to the scene.  The submitted training also includes instruction on how dispatchers can use SPD technology quickly and effectively to identify on-duty officers who are CI-trained and can be dispatched as necessary.

Communications Dispatchers will also learn about important community resources that can assist SPD with CI events.  These resources include services from the King County Mobile Crisis Team, the Crisis Clinic, and the Seattle Municipal Mental Health Court.  The CIC's social service and clinical representatives have contributed significantly in ensuring that dispatchers receive necessary information about the full array of services and resources that are available to subjects in crisis.

**D.  CIT Coverage Strategy**

Paragraph 130 of the Consent Decree (the "coverage provision") requires SPD to "ensure that CI [certified] officers are available on all shifts to respond to incidents or calls involving individuals known or suspected to" be in behavioral crisis.  While it defines what training is required for an officer to become "certified," the Consent Decree does not define when "certified" officers must have completed their training, or conversely, how long ago is too long ago to be considered current on CI training.

It is a complicated matter to determine which officers should be presently considered to

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 8
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

be "certified" and then to determine the effect that standard has for the coverage provision.  It is not as simple as establishing a bright-line cutoff date, but must take into account the fact that some officers who were trained years ago may still be current in their skills due to continued use and the nature of their assignments.  We appreciate the hard work of the CIC's various subcommittees, the SPD, the DOJ, and the Monitoring Team consultants in coming to a workable and fair solution to this important question.

The CIT Coverage Strategy sets forth a reasonable and "holistic" process to identify those officers the Department wishes to hold out as "certified."  It has redundancy built in to capture those officers who should stay in the program, weed out those who do not wish to, and if there are not sufficient volunteers at this time to build a Program to meet the requirements of the Consent Decree.

Pursuant to the Second-Year Monitoring Plan, by June 15, 2014, the Department will assess the effect of the process on the coverage provision.  SPD, in short, will then know how to populate its revitalized, highly trained and dedicated CIT-certified officers.

## E.  Conclusion

The task of the Monitor was to duly consider if the proposed CI training embody the requirements of the Consent Decree.  The Monitor and the Monitoring Team have determined that the training materials submitted here do so.  Accordingly, the Monitor respectfully requests that this Court approve these training materials and order SPD to proceed with training dispatchers using the materials forthwith.

//

//

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 9
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1

DATED this 30th day of May, 2014.

2

3

_____

4

Merrick J. Bobb, Monitor

5

6

IT IS SO APPROVED:

7

8

_____

9

HON. JAMES L. ROBART

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 10
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov |
| Jenny A. Durkan | jenny.a.durkan@usdoj.gov |
| Jonathan Smith | jonathan.smith2@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Michael Johnson Songer | michael.songer@usdoj.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Emily A. Gunston | emily.gunston@usdoj.gov |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Jean M. Boler | jean.boler@seattle.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Brian G. Maxey | brian.maxey@seattle.gov |
| Sarah K. Morehead | sarah.morehead@seattle.gov |
| Gregory C. Narver | gregory.narver@seattle.gov |
| John B. Schochet | john.schochet@seattle.gov |

DATED this 30th day of May, 2014.

/s/ Carole Corona
Carole Corona

MEMORANDUM SUBMITTING SEATTLE POLICE
DEPARTMENT CRISIS INTERVENTION TRAING
FOR DISPATCHERS - 11
Case No.  12-cv-1282-JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757