THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>             Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**NOTICE TO COURT REGARDING PUBLICATION OF A REQUEST FOR PROPOSAL FOR DESIGN AND IMPLEMENTATION OF A DATA ANALYTICS PLATFORM** |

Defendant City of Seattle (the "City") respectfully submits this Notice to advise the Court of the publication of a Request for Proposal for the design and implementation of a Data Analytics Platform ("DAP").

As the Court is aware, the Second Year Monitoring Plan called for the Seattle Police Department ("the Department") to form a Business Intelligence System Work Group to examine existing data sources, determine the capabilities and deficiencies of each, and design a comprehensive business intelligence system that would allow the Department to self-identify and

NOTICE TO COURT REGARDING PUBLICATION OF A REQUEST
FOR PROPOSAL FOR DESIGN AND IMPLEMENTATION OF A
DATA ANALYTICS PLATFORM - 1
(12-CV-01282)

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

manage incidents and trends in the Department. *Second-Year Monitoring Plan (the "Plan") (Dkt. # 127, Appendix A at p. 18).* On August 19, 2014, the Court extended the deadline imposed under the Second Year Monitoring Plan for issuance of an RFP for the system to March 1, 2015, in order to allow the City's business and technology consultants to more critically evaluate underlying source systems, determine what additional source systems might need to be incorporated into the RFP, and evaluate Department needs over and beyond measures required under the Settlement Agreement. *Dkt. #174.* Since that time, the City and its team of consultants has worked in partnership with the Department of Justice and the Monitoring Team towards this end.

In the Monitor's Fourth Semiannual Report, issued December 2014, the Monitor acknowledged the Department's commitment to this system, now re-named the DAP, and noted that under Chief O'Toole's leadership the Department was set to release an RFP for the project in early 2015. *Dkt. # 187 at pp. 4-5.* Consistent with the Second Year Monitoring Plan, the Court's order of August 19, 2014, and the expectation set forth in the Monitor's Fourth Semiannual Report, the City now advises the Court that the RFP for the DAP has been completed and was published on February 18, 2015. *Exh. A.* When built, the DAP will consolidate and manage data provided by a variety of transactional systems related to police calls and incidents, citizen interactions, administrative processes, training, and workforce management that will provide SPD with enhanced reporting and analytical capabilities related to topics in a Settlement Agreement with the U.S. Department of Justice.

It is important to note that while a completed DAP will ultimately provide the Department the means to more flexibly and efficiently "harness the power of big data" by allowing for integration, cross-analysis, and visualization of data from a variety of source systems across the

NOTICE TO COURT REGARDING PUBLICATION OF A REQUEST
FOR PROPOSAL FOR DESIGN AND IMPLEMENTATION OF A
DATA ANALYTICS PLATFORM - 2
(12-CV-01282)

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

Department, much can be accomplished in terms of measuring the Department's progress towards compliance with the terms of Settlement Agreement in the interim. Accordingly, the Department, the DOJ, and the Monitoring Team continue to move forward with initial compliance assessments even as vendor bids are assessed and the project moves into development.

DATED this 19th day of February, 2015.

CITY OF SEATTLE

PETER S. HOLMES
Seattle City Attorney

*s/ Rebecca Boatright*
Rebecca Boatright, WSBA 32767
Assistant City Attorney
Seattle City Attorney's Office
PO Box 94769
600 Fourth Avenue, 4th Floor
Seattle, WA 98124-4769
Telephone: (206) 233-2166
Email: rebecca.boatright@seattle.gov

NOTICE TO COURT REGARDING PUBLICATION OF A REQUEST
FOR PROPOSAL FOR DESIGN AND IMPLEMENTATION OF A
DATA ANALYTICS PLATFORM - 3
(12-CV-01282)

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 19th day of February, 2015, at Seattle, King County, Washington.

*s/ Autumn Derrow*
Autumn Derrow, Legal Assistant
E-mail: autumn.derrow@seattle.gov

NOTICE TO COURT REGARDING PUBLICATION OF A REQUEST
FOR PROPOSAL FOR DESIGN AND IMPLEMENTATION OF A
DATA ANALYTICS PLATFORM - 4
(12-CV-01282)

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200