THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| UNITED STATES OF AMERICA | CASE No. C12-1282JLR |
| Plaintiff, | **THIRD-YEAR MONITORING PLAN** |
| vs. | |
| CITY OF SEATTLE | |
| Defendant. | |

This memorandum summarizes the Seattle Monitoring Team's "Third-Year Monitoring Plan" (also referred to as the "Plan"). The Plan details the major objectives, key results, and milestones to be accomplished during the next 12 months. It builds on the progress made by the Seattle Police Department ("SPD" or the "Department") to date and delineates immediate and intermediate range tasks essential to the Department's anticipated compliance with the consent decree entered into by the City and the United States Department of Justice ("DOJ") on July 27, 2012 ("Settlement Agreement" or "Consent Decree"). The Department's achievements during

THIRD-YEAR MONITORING PLAN - 1
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1    the first two years of this process and the opportunities set forth in this Plan are representations

2    of progress toward this enduring goal:   ensuring that SPD polices effectively, safely, and

3    constitutionally and has in place the systems necessary to manage for itself the risk of

4    unconstitutionally excessive force and impermissibly bias-based policing in the future after the

5    Consent Decree ends.

6           As approved by the Parties, the Plan formalizes expectations and deadlines for the third

7    year.  Among other things, it provides for a formal reassessment of the policies already approved

8    by this Court, review of the ongoing training required to implement those policies, and an

9    examination of the Department's officers' use of force, interactions with those in behavioral

10   crisis, its stops and detentions, and the Department's critical self-analysis structures, including

11   those SPD officials responsible for investigating and reviewing use of force incidents and

12   misconduct allegations.

13          It also details the process the Monitoring Team, and the Department of Justice, will use to

14   conduct those examinations ("systemic assessments"), each under their own independent

15   enforcement obligations.   Notably, the Plan also entails a qualitative public confidence

16   assessment, which will consider whether SPD's performance, activities, and outreach are

17   building a framework for increasing public trust and confidence.

18          This memorandum is not a comprehensive discussion of SPD's progress toward

19   compliance.  It does not supplant the Monitoring Team's Fifth Semiannual Report, which will

20   detail developments during the six-month period from December 2014 through June 2015 and

21   will be filed by June 15, 2015.  Instead, this memorandum looks ahead.  It summarizes the hard

22   work, both for the Parties and the Monitoring Team, that lies ahead during the upcoming third

23   year of monitoring.

24          The Plan itself is attached as Appendix A.

25

THIRD-YEAR MONITORING PLAN - 2
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

## I.    PRIMARY OBJECTIVES FOR THE THIRD-YEAR OF MONITORING

As the Monitor's semiannual reports have previously noted, a great deal was accomplished by the Department during the first two years of monitoring. Important new policies were drafted. Officers were trained on how to effectively translate those new policies into action. New review boards and investigatory bodies were created and their protocols established. An interim database for tracking use of force data, which the Department began collecting electronically for the first time in its history, was made operational.

The primary objectives described in the Plan build upon those accomplishments. The Plan seeks to provide clear expectations and guidance to the Department, the City, and the Seattle community about areas that the Monitor will assess and expects to see continued improvement.

### A.    Policy Review

During the third year, each policy, procedure, and manual required by the Consent Decree – and previously approved by the Court – will be reviewed by the Department with the assistance of the Monitor and in collaboration with the DOJ. Specifically, the Department's use of force, bias-fee policing, and stops and detentions policies will each be reviewed. The OPA Manual and two related policies (addressing the reporting of misconduct and non-retaliation) will also be reviewed. This reassessment is an essential self-correcting feature of the Consent Decree in which the Parties have committed to regularly discussing, identifying and revising, where needed, what has worked and what has not worked. Following each review, the Monitor will file any proposed revisions agreed to by the Parties with the Court indicating approval and/or disapproval in the manner outlined in the Consent Decree. The deadlines for each of those filings are established by the Plan.

THIRD-YEAR MONITORING PLAN - 3
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

**B.   Ongoing Policy Implementation (Stops and Detentions and Crisis Intervention)**

The Department will soon, for the first time, begin collecting and utilizing information about stops and detentions and its interactions with those in "behavioral crisis." The collected information will be assessed for accuracy and completeness under the Department's respective policies. The Parties will also assess, for Stops, whether the collected information is regularly accessible to an officer's supervisor in such a way that, by the end of each shift, a supervisor will be able to obtain and review his/her supervisees' incident reports and any other reports that document the basis for investigatory stops and detentions to determine if they were supported by reasonable suspicion and consistent with SPD policy. Both sets of data will inform deployment and other decisions crucial to this community.

**C.   Officer Training**

All SPD officers will receive another year of training that seeks to build upon the foundation of training received in 2014. Training will be conducted in classes covering each of the following topics: Individual Defensive Tactics Skills, De-Escalation Individual Tactics, Individual Firearms, Taser, Team Tactics and Defensive Tactics, Team Tactics and Firearms, De-Escalation Team Tactics, Use of Force Reporting.

Some areas of training are noteworthy. First, for one of the first times in its history, the Department will offer specialized training for its supervisors. Among other topics, those trainings will include guidance concerning: use of force reporting requirements, coaching and mentoring, tactical leadership and incident command, legal updates, and personnel management. The deadlines for the Department to complete those trainings are set forth by the Plan.

By April 1, 2015, SPD will provide the Parties and the Monitor with a plan for delivering roll call trainings related to the Department's Stops and Detentions policies. The Department will also provide the Parties and the Monitor with a Year-End Report on its Bias-Free Policing

THIRD-YEAR MONITORING PLAN - 4
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1   and Stops and Detention Trainings.  Among other things, the Department's report will: (i) detail

2   what roll call trainings were given; and (ii) discuss the efforts by SPD leadership and supervising

3   officers to continue to reinforce to subordinates that discriminatory policing is an unacceptable

4   tactic, and officers who engage in discriminatory policing will be subject to discipline.  The Plan

5   requires that the Parties receive the Department's report by December 15, 2015.

6         Following the Department's extensive work throughout the first two years of Monitoring

7   with the Crisis Intervention Committee and its completion of draft Crisis Intervention

8   Sustainment Training, the Plan requires that the Department to continue to implement that

9   training during the third year.  Specifically, the Plan requires that by December 15, 2015, all SPD

10  sworn personnel and all communications dispatcher's personnel will complete 8 and 3 hours,

11  respectively, of Crisis Intervention Sustainment Training.  "CIT-Certified" officers, i.e., those

12  with higher degree of specialized training, will attend courses specifically designed for them by

13  SPD or the State Training Academy.

14        The Plan also provides that the SPD will continue to track each employee's successful

15  completion, or lack of completion, of training requirements, transitioning from a spreadsheet-

16  based system to the use of performance management computer software.  It also sets a June 26,

17  2015, deadline for a final policy that codifies a process and procedure for ensuring that an

18  officer's failure to complete required training is fairly and timely addressed by the officer's chain

19  of command.

20  **D.     Structures of Critical Self-Analysis**

21        Four major structures that facilitate Department's self-analysis will be advanced during

22  the third year.  First, the Department's Early Intervention System ("EIS") policy will be fully

23  implemented.  This includes the completion of EIS trainings by all supervisors and other sworn

24  personnel and verification that all necessary data is readily available to supervisors.

25

THIRD-YEAR MONITORING PLAN - 5
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1    Second, the Department has issued an RFP for the completion of its Data Analytics

2  Platform ("DAP"). In the coming months, the Department will award a contract to the entity that

3  it believes to be the most successful proposer and begin implementation of the DAP with

4  prioritization of those areas of personnel management addressed or otherwise encompassed by

5  the Consent Decree.

6    Third, in partnership with the CIC, the SPD will conduct an assessment of its CIT

7  responses, including, but not limited to: (i) the distribution of CIT-certified officers throughout

8  the Department; (ii) the regularity, quality and nature of response to critical incidents by the

9  Crisis Response Team ("CRT"); (iii) roughly how many crisis incidents are being handled by

10  SPD officers; and (iv) approximately how well the community stakeholder referral system is

11  working with respect to officers knowing how to connect subjects to social service providers.

12    Lastly, during the third year, SPD will create a training program for the members of the

13  Use of Force Review Board ("FRB") which will include a set of minimum performance

14  expectations, attendance requirements, legal updates, training curriculum utilized by the Training

15  Section regarding use of force, and other important topics. It will also generate a written report,

16  twice per year, that: (i): inventories the "lessons learned" at the FRB; (ii) indicates what

17  responses or changes in training, policy, procedure, or administration have been effectuated as a

18  result of those lessons; and (iii) responds to recommendations that the Monitor has made about

19  the FRB contained in the Monitor's Semiannual Reports.    assess

20    Relatedly, the Monitor and the Parties will collaboratively assess and determine whether

21  the Department's Force Investigations Team ("FIT") has or has not performed satisfactorily

22  under the direction of the Professional Standards section of the Department. If by July 13, 2015,

23  either the Monitor or either of the Parties determines that FIT is not meeting compliance

24  requirements of the Settlement Agreement, then that entity may move the Court to transfer FIT

25  to the purview of the Office of Police Accountability.



THIRD-YEAR MONITORING PLAN - 6
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

### E.     Systemic Assessments

The Monitoring Plan for the third year focuses much more on the Monitor and DOJ's systemic assessments of SPD's progress.  With the Department having made notable progress in getting necessary policies implemented, processes up and running, and structures in place, the Parties, Monitor, and Seattle community must all be able to have confidence that the requirements of the Consent Decree are being carried out in practice – not merely on paper.

Accordingly, the Monitor and DOJ must independently verify whether the various requirements of the consent decree are "being carried out in practice." (Dkt. No. 3-1 ¶ 184.)  In the upcoming year, the Monitoring Team will conduct some 15 separate assessments on the extent to which various Consent Decree's provisions have taken root in the real world.  (*See*, Appendix B for chronological representations of the assessments and Appendix C listing dates the assessments will be filed with the Court).  The results of the Monitoring Team's analysis will be filed with the Court, and thereby made available to the public, independent from the Monitor's ongoing semi-annual reports on the status of compliance.

The Monitoring Team will assess collected data on use of force (including Type I, Type II, and Type III uses of force and officer-involved shootings) by SPD officers.  By September 4, 2015, the Monitor and the Parties will have conferred on the results of their use of force assessments.  The Monitor will then issue a report to the Parties of the Monitoring Team's findings by October 21, 2015, which will then be presented to the Court in November.

The Monitoring Team and DOJ will also assess the uniformity, detail, and completeness of the Department's Type I, Type II, and Type III use of force reporting.  By June 12, 2015, the Monitoring Team will provide the Parties with a draft report of its assessment.  The draft report will present the Monitoring Team's findings, and otherwise summarize its qualitative and quantitative conclusions.  To the extent that the assessment identifies the need for follow-up or subsequent assessments, or conditions or requirements that must be met in order to reach full and

THIRD-YEAR MONITORING PLAN - 7
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1   effective compliance with implicated provisions, the report will expressly state as such. The

2   report will also identify those areas in which the Monitor believes the Department must improve

3   to be in compliance. The final report will be filed with the Court by July 13, 2016.

4        The Monitoring Team and DOJ will also assess the quality, rigor, completeness, and

5   timeliness of Force Investigation Team investigations of Type III uses of force and officer-

6   involved shootings, and other investigations referred to FIT. By June 26, 2015, the Monitoring

7   Team will provide the Parties with a draft report of its FIT investigations assessment. The final

8   report will be filed with the Court by July 13, 2016.

9        Additionally, the Monitor and DOJ will assess the quality, rigor, completeness, and

10  timeliness of Force Review Board ("FRB") reviews and deliberations on force incidents. This

11  review will include a consideration of the quality of the FRB process and its consideration of

12  force incidents. The Monitoring Team will file a report of its assessment with the Court by

13  September 18, 2015.

14       The Monitoring Team and DOJ will also asses the extent to which OPA is continuing to

15  investigate use of force complaints objectively and thoroughly, and OPA's processes,

16  procedures, and investigations conform to the various provisions of the approved OPA Manual.

17  By June 26, 2015, the Monitoring Team will provide the Parties with a draft report of its

18  assessment. The draft report will present the Monitoring Team's findings, and otherwise

19  summarize its qualitative and quantitative conclusions. The final report will be filed with the

20  Court by August 27, 2015.

21       Further, the Monitoring Team and DOJ will assess whether CI-Trained Officers are being

22  dispatched to incidents or calls involving individuals in crisis and are appropriately leading

23  interactions with those individuals when appropriate to minimize the need to use force. A report

24  detailing the Monitoring Team's assessment results will be filed with the Court by February 1,

25  2016.

THIRD-YEAR MONITORING PLAN - 8
Case No.  C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1    The Monitoring Team and DOJ will also assess whether SPD officers are specifically and

2    clearly articulating reasonable suspicion when they conduct investigatory stops or detentions, or

3    conduct field interviews for Terry stops in a manner consistent with SPD policy, the

4    Constitution, and federal law.  A report detailing the Monitoring Team's assessment results will

5    be filed with the Court by March 14, 2016.

6    Additionally, the Monitoring Team and DOJ will assess whether the SPD's revised EIS

7    policies and procedures are ensuring interventions that assist officers in avoiding potentially

8    troubling behavior.  A report detailing the Monitoring Team's assessment results will be filed

9    with the Court by February 19, 2016.

10   The Monitoring Team will also assess the extent to which supervisors are effectuating the

11   supervision-related provisions of the Consent Decree.  A report detailing the Monitoring Team's

12   assessment results will be filed with the Court by October 9, 2016.

13   Importantly, the Monitoring Team in collaboration with the DOJ will conduct a scientific

14   assessment of community perceptions of the SPD.  The assessment will closely conform to the

15   substance of the Monitoring Team's related September 2013 survey.  *See,* Second Semiannual

16   Report at pg. 63.  By October 16, 2015 the Monitoring Team will file with the Court a "Public

17   Confidence Report" containing results from its survey and a qualitative public confidence

18   assessment.

19   The Monitoring Team and DOJ will conduct an in-depth analysis of officer activity to

20   examine whether police services are being delivered in a manner that effectively ensures public

21   and officer safety.  The Monitoring Team will file its Officer Activity Assessment Report with

22   the Court by November 13, 2015.

23   Finally, the Monitoring Team will issue its Fifth and Sixth Semiannual Reports during

24   2015. It will also draft a community outreach plan for the Parties comments and agreement.

25

THIRD-YEAR MONITORING PLAN - 9
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

## II.    CONCLUSION

The Third-Year Monitoring Plan is before this Court for approval.  It is a pragmatic plan that endeavors to set aggressive but realistic dates for compliance.  The first two years of monitoring were marked by significant achievements.  Nonetheless, significant challenges remain.  Unless the Plan specifically provides otherwise, to continue to ensure enduring progress toward achieving the major objectives of the Consent Decree, any party or parties seeking to delay a deadline in the Plan must seek an extension from the Court.  The Monitor may, at his discretion, support or comment on the motion to extend.

We respectfully seek this Court's approval of the Third-Year Monitoring Plan.

DATED this 17th day of March, 2015.

_____
Merrick J. Bobb, Monitor

The Court hereby approves the Third-Year Monitoring Plan dated March 17, 2015.

DONE IN OPEN COURT this __19th__ day of __March__, 2015.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

THIRD-YEAR MONITORING PLAN - 10
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757