THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SEATTLE, )<br>)<br>Defendant. )<br>) | NO.   2:12-CV-01282-JLR<br><br>COMMUNITY POLICE COMMISSION'S<br>*AMICUS CURIAE* SUBMISSION<br>REGARDING USE OF FORCE POLICIES |

As set forth in the Court's prior Order, dated November 26, 2013, the Community Police Commission (hereinafter "CPC") has been granted *amicus curiae* status in this matter. As such, the CPC herein submits an *amicus curiae* letter regarding the proposed Use of Force policies filed with the Court by the Monitor on May 11, 2015. (*See* Court's Civil Docket Sheet, 2:12-cv-01282-JLR, Docket Entry No. 204.) The *amicus curiae* submission is attached hereto as Exhibit "A."

COMMUNITY POLICE COMMISSION'S *AMICUS CURIAE* SUBMISSION
REGARDING USE OF FORCE POLICIES
(2:12-CV-01282-JLR) - 1

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, 20th Floor
Seattle, WA 98104
(206) 684-8200

1  DATED this 18th day of May, 2015.

2                                          PETER S. HOLMES
                                           Seattle City Attorney

3
                                   By:     /s/ John Schochet
4                                          John Schochet
                                           Assistant City Attorney
5                                          Seattle City Attorney's Office
                                           701 Fifth Avenue, 20th floor
6                                          Seattle, WA 98104
                                           Phone: (206) 684-8224
7                                          Fax: (206) 684-8284
                                           Email: john.schochet@seattle.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

COMMUNITY POLICE COMMISSION'S *AMICUS CURIAE* SUBMISSION REGARDING USE OF FORCE POLICIES
(2:12-CV-01282-JLR) - 2

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, 20th Floor
Seattle, WA 98104
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of May, 2015, I electronically filed this document with the Clerk of the Court using the CM/ECF system.

DATED this 18th day of May, 2015.

                                    */s/Andrew Myerberg*
                             Andrew Myerberg, Assistant City Attorney
                             E-mail:  andrew.myerberg@seattle.gov

COMMUNITY POLICE COMMISSION'S *AMICUS CURIAE* SUBMISSION REGARDING USE OF FORCE POLICIES
(2:12-CV-01282-JLR) - 3

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, 20th Floor
Seattle, WA 98104
(206) 684-8200