THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE<br><br>    Defendant. | CASE NO. C12-1282JLR<br><br>**MEMORANDUM REGARDING THE STATUS OF REVIEW OF SUBMISSIONS REGARDING SPD ACCOUNTABILITY AND REVIEW SYSTEMS** |

In a status conference on August 26, 2015, the Court "direct[ed] the Department of Justice and the City to file . . . an approach for SPD accountability and review systems." Dkt. 228. It also provided the opportunity for SPD's Office of Professional Accountability ("OPA") and Community Police Commission ("CPC") to provide comments on those filings. *Id.* The Court and Monitor received separate memoranda from the City, Dkt. 233, and United States, Dkt. 234, on September 30, 2015. The Court and Monitor likewise received separate memoranda from the OPA Director, Dkt. 238, the OPA Auditor, Dkt. 239, and the CPC, Dkt. 240, on October 16, 2016.

The Monitor thanks the Parties and stakeholders for their thoughtful views. At the

MEMORANDUM REGARDING THE STATUS OF
REVIEW OF SUBMISSIONS REGARDING SPD ACCOUNTABILITY
AND REVIEW SYSTEMS
Case No.  C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

direction of this Court, the Monitor is carefully reviewing the detailed submissions of the stakeholders. Meanwhile, the Monitor has been comprehensively and systemically assessing several of what the Parties have referred to as "core pillars" of police reform and accountability, Dkt. 233 at 2. These include: a detailed evaluation of the Force Review Board, filed with the Court as of November 24, 2015, Dkt. 247; a forthcoming evaluation of the quality of OPA investigations in light of the Court-approved OPA Manual currently due to the Court by December 29, 2015, Dkt. 221-3 at 8–9; and an assessment of SPD's community engagement and community policing efforts currently due to the Court by December 18, 2015, Dkt. 221-4 at 6–8. Assessments on SPD's Early Intervention System ("EIS") and supervision are scheduled to be completed in the first quarter of 2015. Dkt. 221-4 at 3–5.

The results of these assessments will inform, in conjunction with the submissions by the Parties and stakeholders, a comprehensive sense of the issues and challenges that must be addressed as all involved in the reform process proceed toward "creat[ing] a better framework of independent review of the various policies, organizations and systems that will monitor the Performance of the Seattle Police Department." Dkt. 228. When completed, the Monitor will convene the Parties and stakeholders to discuss these assessments. Following those discussions, and no later than January 20, 2015, the Monitor will make recommendations to the Court about a process going forward for Parties and stakeholders to address the issues and arguments outlined in the stakeholder submissions and the Monitoring Team's assessments regarding elements of the accountability system.

DATED this 27th day of November, 2015.

*/s/ Merrick J. Bobb*

Merrick J. Bobb, Monitor

MEMORANDUM REGARDING THE STATUS OF
REVIEW OF SUBMISSIONS REGARDING SPD ACCOUNTABILITY
AND REVIEW SYSTEMS
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

# CERTIFICATE OF SERVICE

I certify that on the 27th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov |
| Jonathan Smith | jonathan.smith2@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Michael Johnson Songer | michael.songer@usdoj.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Emily A. Gunston | emily.gunston@usdoj.gov |
| Puneet Cheema | puneet.cheema2@usdoj.gov |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Christina Fogg | christina.fogg@usdoj.gov |
| Annette L. Hayes | annette.hayes@usdoj.gov |
| Jean M. Boler | jean.boler@seattle.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Brian G. Maxey | brian.maxey@seattle.gov |
| Gregory C. Narver | gregory.narver@seattle.gov |
| John B. Schochet | john.schochet@seattle.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |

DATED this 27th day of November, 2015.

*/s/ Matthew Barge*
Matthew Barge

MEMORANDUM REGARDING THE STATUS OF
REVIEW OF SUBMISSIONS REGARDING SPD ACCOUNTABILITY
AND REVIEW SYSTEMS
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757