Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF SEATTLE, )<br>)<br>Defendant. )<br>) | No.   2:12-cv-01282-JLR<br><br>COMMUNITY POLICE COMMISSION'S<br>AMICUS CURIAE SUBMISSION |

Pursuant to the Court's November 26, 2013 order, the Community Police Commission ("CPC"), as *amicus curiae*, submits the following report, which is attached as Exhibit A, entitled: "*An Assessment of the Seattle Police Department's Community Engagement, Through Recruitment, Hiring and Training.*" In the second quarter of 2016, the CPC will submit an additional report to the Court focusing on the formal and informal channels of communication

COMMUNITY POLICE COMMISISON'S
AMICUS CURIAE SUBMISSION
(12-cv-01282) - 1

PETER S. HOLMES
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1  between the SPD and Seattle's racial, ethnic, immigrant and refugee communities.

2  DATED this 13th day of January, 2016.

PETER S. HOLMES
Seattle City Attorney

By:    /s/John Schochet
Assistant City Attorney
Seattle City Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
Phone: (206)684-8224
E-mail: john.schochet@seattle.gov

COMMUNITY POLICE COMMISISON'S
AMICUS CURIAE SUBMISSION
(12-cv-01282) - 2

**PETER S. HOLMES**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on January 13th, 2016, I electronically the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 13th day of January, 2016, at Seattle, Washington.

                By:    /s/Marisa M. Johnson
                         Marisa M. Johnson

COMMUNITY POLICE COMMISISON'S
AMICUS CURIAE SUBMISSION
(12-cv-01282) - 3

PETER S. HOLMES
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200