THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE <br><br> Defendant. | CASE NO. C12-1282JLR <br><br> **MEMORANDUM SUBMITTING REVISIONS TO CERTAIN MONITORING PLAN DEADLINES** |

Pursuant to ¶ 183 of the Settlement Agreement and Order of Resolution ("Consent Decree"), it is the responsibility of the Monitor to submit to the Court, with the Parties' approval, a Monitoring Plan "setting out deadlines for policy, training . . . and . . . for conducting the compliance reviews and audits [in] this matter." Dkt. No. 3-1 ¶ 183.

This Court approved the Third-Year Monitoring Plan in March 2015. Dkt. No. 196 at 10. The Plan called for a report on the Office of Professional Accountability ("OPA") to be filed with the Court by December 14, 2015. Dkt. 221-3 at 8. It called for a report on SPD's community policing and outreach practices by December 3, 2015. Dkt. No. 221-4 at 6.

Subsequently, the Monitor indicated to the Court that a minor time extension was

MEMORANDUM SUBMITTING REVISIONS TO CERTAIN
MONITORING PLAN DEADLINES
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

necessary to "enable the Parties and the Monitor to complete the assessments with adequate input from some key stakeholders in this process and still in a timely manner." Dkt. 252 at 1–2. The Court approved revising the deadlines for both the OPA and public confidence assessments to January 15, 2016. Dkt. No. 253.

Since mid-December, the Monitoring Team and Parties have continued to "work[] diligently and collaboratively on these two assessments." Dkt. 252 at 2. The OPA Director and OPA Auditor have provided thoughtful comments and areas for discussion with respect to the OPA Assessment. The Community Police Commission ("CPC") has likewise focused its energies on providing specific feedback on both the OPA and public confidence assessments.

Although the Monitor is mindful of needing to complete these assessments, and reporting to the Court on the Seattle Police Department's current status of progress on these areas, in an expeditious manner, the Parties and Monitor are also mindful that receiving such input could increase public confidence in those assessments and improve their quality.

Accordingly, the Parties and Monitor ask that the deadline for filing both assessments be extended from the current deadlines from January 15, 2016 to January 22, 2016. Because this extension is again consistent with the implementation of "a pragmatic [monitoring] plan that endeavors to set aggressive but realistic dates for compliance," Dkt. 195 at 10, the Parties and Monitor respectfully seeks the Court's approval of the two updated deadlines described here.

Further, the Monitoring Plan contemplated that the Monitor would submit an assessment on officer use of force (both qualitative and quantitative) and officer activity level on January 18, 2015. Dkt. 222-2 at 8. Given the focus of the continuing focus of the Parties and Monitor on completing the other assessments discussed here, the Parties and Monitor ask that the Court also approve revised deadlines related to officer use of force and officer activity that would extend the deadline for the Monitor to file a report on use of force and officer activity to March 14, 2016.

MEMORANDUM SUBMITTING REVISIONS TO CERTAIN
MONITORING PLAN DEADLINES
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1    DATED this 14th day of January, 2015.

2    */s/ M. Bobb*

3    Merrick J. Bobb, Monitor

MEMORANDUM SUBMITTING REVISIONS TO CERTAIN
MONITORING PLAN DEADLINES
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

# CERTIFICATE OF SERVICE

I certify that on the 14th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov |
| Jonathan Smith | jonathan.smith2@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Michael Johnson Songer | michael.songer@usdoj.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Emily A. Gunston | emily.gunston@usdoj.gov |
| Puneet Cheema | puneet.cheema2@usdoj.gov |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Christina Fogg | christina.fogg@usdoj.gov |
| Annette L. Hayes | annette.hayes@usdoj.gov |
| Jean M. Boler | jean.boler@seattle.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Brian G. Maxey | brian.maxey@seattle.gov |
| Gregory C. Narver | gregory.narver@seattle.gov |
| John B. Schochet | john.schochet@seattle.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |

DATED this 14th day of January 2016.

*/s/ Matthew Barge*
Matthew Barge

MEMORANDUM SUBMITTING REVISIONS TO CERTAIN
MONITORING PLAN DEADLINES
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

**[PROPOSED] ORDER**

The Court hereby approves revising the deadline for the two assessments above to January 22, 2016.

DONE IN OPEN COURT this _____ day of January, 2016,

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

MEMORANDUM SUBMITTING  REVISIONS TO CERTAIN
MONITORING PLAN DEADLINES
Case No.  C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757