1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   UNITED STATES OF AMERICA,

11                        Plaintiff,

12            v.

13   CITY OF SEATTLE,

14                        Defendant.

CASE NO. C12-1282JLR

ORDER APPROVING
REVISIONS TO THE OFFICE OF
ACCOUNTABILITY MANUAL
WITH ONE EXCEPTION

15      Before the court is the Monitor's memorandum recommending that the court

16   approve the revised Office of Professional Accountability ("OPA") Manual and two

17   related policies known as Seattle Police Department ("SPD") Manual Sections 5.002 and

18   5.003, which address non-retaliation and the reporting of misconduct.  (Mem. (Dkt.

19   # 256).)  On January 20, 2016, the court issued an order regarding this memorandum in

20   which the court indicated that it was inclined to approve the Manual and related policies

21   subject to one alteration regarding disciplinary appeals.  (1/20/16 Order (Dkt. # 258).)

22   The court asked for input from the parties and amicus curiae concerning its approval of

ORDER- 1

1 │ the Manual subject to the court's one modification.  (*Id.* at 2.)  Both Defendant City of

2 │ Seattle ("the City") and Amicus Curiae Community Police Commission ("CPC")

3 │ responded to the court's request for input.  (*See* City Resp. (Dkt. # 266); CPC Resp. (Dkt.

4 │ # 268).)  The court has now reviewed the Monitor's original memorandum and

5 │ attachments and the responses of the City and CPC referenced above.  Being fully

6 │ advised, the court approves the revisions to the OPA Manual and SPD Manual Sections

7 │ 5.002 and 5.003 related to reporting misconduct and non-retaliation (*see* Mem.) subject to

8 │ the alteration more fully described below:

9 │        The appeals process for disciplinary proceedings is addressed on page ten of the

10 │ proposed OPA Manual in a box entitled "Appeal" (which is part of a graphic

11 │ representation of the complaint process) and on pages 44-45 under the heading "Appeals

12 │ of Discipline."  (*See* Mem. Ex. A ("OPA Manual") at 10, 44-45.)  These sections provide

13 │ that an employee named in the complaint process may appeal any disciplinary decision

14 │ involving suspension, demotion, or termination to the Public Safety Civil Service

15 │ Commission ("PSCSC") or through an alternative appeal process defined by the

16 │ applicable Collective Bargaining Agreement ("CBA").  (*See id.*)  The court approves the

17 │ OPA Manual except that until such time as the court has entered final approval of the

18 │ parties' Settlement Agreement and Stipulated Order of Resolution, as modified on

19 │ September 21, 2012 (*see* Dkt. ## 8, 13) ("Settlement Agreement"),[1] any alternative

20 │

21 │

22 │        [1] The court will enter final approval of the parties' Settlement Agreement after it
   │ determines that the City has achieved full and effective compliance (as defined in paragraph 177

1   appeal process under the CBA must be approved by the court prior to utilization of that

2   alternative appeal process by an SPD employee.

3          Dated this 16th day of March, 2016.

4

5

6   _____
    JAMES L. ROBART
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21   _____

22   of the Settlement Agreement) and maintained such compliance for no less than two years.  (*See*
     12/21/12 Order (Dkt. # 13) at 6.)

ORDER- 3