THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF SEATTLE<br><br>                    Defendant. | CASE No.  C12-1282JLR<br><br>**MEMORANDUM REGARDING<br>VARIOUS TIMETABLES IN<br>THIRD-YEAR MONITORING<br>PLAN** |

The Court-approved Third-Year Monitoring Plan, Dkt. Nos. 195, 221, outlined a number of "formalize[d] expectations and deadlines for the third year" of monitoring, "delineat[ing] immediate and intermediate range tasks essential to the Department's anticipated compliance with the consent decree entered into by the City and the United States Department of Justice on July 27, 2012." Dkt. 195 at 1 (internal parentheticals omitted).  It also set forth anticipated timetables for the completion of in-depth, systemic assessments of major areas addressed by the Consent Decree to determine if various of its provisions are "being carried out in practice—not merely on paper." Dkt. 195 at 7.  Since August 2015, a total of nine (9) areas of the contemplated fifteen (15) assessments outlined in the Third-Year Monitoring Plan have been

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

completed.

The Third-Year Monitoring Plan, as updated in July 2015, addressed the time period of March 2015 through March 2016.  Dkt. 221-1 at 2.  The City, Department of Justice, Seattle Police Department, Monitoring Team, and community stakeholders are currently discussing priorities for a Fourth-Year Monitoring Plan.  As work to finalize the next monitoring plan continues, anticipated timetables for submitting to the Court the remaining four (4) reports on remaining assessment areas are contemplated to shift from those outlined in the Third-Year Monitoring Plan.  The Monitor will submit updated timetables for these remaining reports to the Court in the context of the Fourth-Year Plan.

DATED this 28th day of March, 2016.

Merrick J. Bobb, Monitor

MEMORANDUM REGARDING VARIOUS TIMETABLES IN
THIRD-YEAR MONITORING PLAN
Case No.  C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov |
| Jonathan Smith | jonathan.smith2@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Michael Johnson Songer | michael.songer@usdoj.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Emily A. Gunston | emily.gunston@usdoj.gov |
| Puneet Cheema | puneet.cheema2@usdoj.gov |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Christina Fogg | christina.fogg@usdoj.gov |
| Annette L. Hayes | annette.hayes@usdoj.gov |
| Jean M. Boler | jean.boler@seattle.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Brian G. Maxey | brian.maxey@seattle.gov |
| Gregory C. Narver | gregory.narver@seattle.gov |
| John B. Schochet | john.schochet@seattle.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |

DATED this 28th day of March 2016.


*/s/ Matthew Barge*
Matthew Barge

MEMORANDUM REGARDING VARIOUS TIMETABLES IN
THIRD-YEAR MONITORING PLAN
Case No.  C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757