THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE<br><br>Defendant. | Case No. C12-1282JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR THE PARTIES TO FILE ITS COMMENTS TO THE CITY'S DRAFT ACCOUNATIBLITY LEGISLATION**<br><br>(Please Note on Calendar for: October 27, 2016) |

The United States of America and the City of Seattle (the "City," together the "Parties") respectfully move this Court to extend the deadline for the Parties to file their comments to the City's Draft Legislation by one (1) week, until November 4, 2016, for the following reasons:

**BACKGROUND**

On September 9, 2016, the Court ordered the City to present its draft legislation concerning the Seattle Police Department's ("SPD") accountability systems to the Court ("Draft Legislation") by October 7, 2016. Dkt. No. 310. The Court further indicated that "[t]he parties will have 21 days following the City's submission to provide comment to the court on the City's draft legislation." *Id.*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
THE DEADLINE FOR THE PARTIES TO FILE ITS COMMENTS TO
THE CITY'S DRAFT ACCOUNTABILITY LEGISLATION
Case No. C12-1282JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1  In accordance with the Court's order, the City filed its Draft Legislation on October 7, 2016. Dkt. No. 320-1.

Upon receipt of the City's Draft Legislation, counsel for the United States Department of Justice ("DOJ") affirmatively reached out and engaged all City stakeholders in several hours of meetings to understand better each of the 260+ paragraphs of the document. More specifically, DOJ met with representatives from the Community Police Commission, the OPA Auditor, the OPA Director, the elected Seattle City Attorney and his staff, as well as, informally, members and staff of the City's executive and legislative branches. DOJ also solicited the views of other senior members of SPD. Finally, DOJ also met with the Monitor and obtained some of his current views of the Draft Legislation.

The DOJ is now considering those perspectives and preparing its comments to the Draft Legislation. That process would benefit from a short extension of time to ensure those comments provide the Court with a complete review of all the relevant information.

The Parties do not believe that this short extension of time would seriously prejudice the Parties or this important process. As the Court indicated in a prior order, the Court will endeavor to review the legislation, within 90 calendar days of its receipt of the proposed legislation (*viz*, October 7), to ensure that it does not conflict with the terms or purpose of the Consent Decree. Dkt. No. 305 at 3. DOJ respectfully submits that a one-week extension of time for the Parties' comments to this Draft Legislation should not interfere with that timing.

The Monitor does not oppose this requested extension.

**STIPULATION**

For these reasons, the Parties respectfully request that the Court extend the deadline for the Parties to file their comments to the City's Draft Legislation by one (1) week, until November 4, 2016.

//

---

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR THE PARTIES TO FILE ITS COMMENTS TO THE CITY'S DRAFT ACCOUNTABILITY LEGISLATION
Case No. C12-1282JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

//

DATED this 27th day of October, 2016.

For the UNITED STATES OF AMERICA:

| | |
|---|---|
| ANNETTE L. HAYES<br>United States Attorney for the<br>Western District of Washington | VANITA GUPTA<br>Principal Deputy Asst. Attorney General<br>Civil Rights Division |
| *s/J. Michael Diaz*<br>Kerry J. Keefe, Civil Chief<br>J. Michael Diaz, Assistant United States Attorney<br>Christina Fogg, Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4073 | *s/Timothy D. Mygatt*<br>Steven H. Rosenbaum, Chief<br>Timothy D. Mygatt, Deputy Chief<br>Puneet Cheema, Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-6255 |

For the CITY OF SEATTLE:

*s/Andrew T. Myerberg*
Peter S. Holmes, Seattle City Attorney
Andrew T. Myerberg, Assistant City Attorney
Seattle City Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA 98104
Telephone: (206) 684-8200
Email: peter.holmes@seattle.gov
Email: andrew.myerberg@seattle.gov

---

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
THE DEADLINE FOR THE PARTIES TO FILE ITS COMMENTS TO
THE CITY'S DRAFT ACCOUNTABILITY LEGISLATION
Case No. C12-1282JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

# [PROPOSED] ORDER

The Court hereby approves extending the deadline for the Parties to provide their comments to the City's Draft Legislation by one week, until November 4, 2016.

DONE IN OPEN COURT this 28th day of Oct., 2016,

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
THE DEADLINE FOR THE PARTIES TO FILE ITS COMMENTS TO
THE CITY'S DRAFT ACCOUNTABILITY LEGISLATION
Case No. C12-1282JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

I certify that on the 27th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Michael Diaz | Michael.Diaz@usdoj.gov |
| Kerry J. Keefe | Kerry.Keefe@usdoj.gov |
| Rebecca S. Cohen | Rebecca.Cohen@usdoj.gov |
| Timothy Mygatt | Timothy.Mygatt@usdoj.gov |
| Annette L. Hayes | Annette.Hayes@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Puneet Cheema | Puneet.Cheema2@usdoj.gov |
| Michael K. Ryan | Michael.Ryan@seattle.gov |
| Peter S. Holmes | Peter.Holmes@seattle.gov |
| Andrew T. Myerberg | Andrew.Myerberg@seattle.gov |
| Brian G. Maxey | Brian.Maxey@seattle.gov |
| Gregory C. Narver | Gregory.Narver@seattle.gov |
| John B. Schochet | John.Schochet@seattle.gov |
| Rebecca Boatright | Rebecca.Boatright@seattle.gov |
| Peter S. Ehrlichman | Ehrlichman.Peter@dorsey.com |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Matthew Barge | Matthewbarge@parc.info |
| Eric M. Stahl | Ericstahl@dwt.com |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
THE DEADLINE FOR THE PARTIES TO FILE ITS COMMENTS TO
THE CITY'S DRAFT ACCOUNTABILITY LEGISLATION
Case No. C12-1282JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1   DATED this 27th day of October, 2016.

2

3                                   */s/ Brittany Cirineo*
    Brittany Cirineo
4   United States Attorney's Office
    700 Stewart Street, Suite 5220
5   Seattle, Washington 98101-1271
    Tel: (206) 553-4632
6   Fax:  (206) 553-4067
    E-mail: Brittany.Cirineo@usdoj.gov
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING          UNITED STATES ATTORNEY
THE DEADLINE FOR THE PARTIES TO FILE ITS COMMENTS TO      700 Stewart Street, Suite 5220
THE CITY'S DRAFT ACCOUNTABILITY LEGISLATION               Seattle, WA 98101-1271
Case No. C12-1282JLR                                      (206) 553-7970