THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**STIPULATED MOTION TO EXTEND VARIOUS DEADLINES IN THE FOURTH YEAR MONITORING PLAN**<br><br>**Noted for: December 1, 2016** |

The City of Seattle, through its attorney, Peter S. Holmes, Seattle City Attorney, and the United States of America, through its undersigned attorneys (together, "the Parties"), respectfully request that the Court extend the deadlines for a number of tasks set forth in the Fourth Year Monitoring Plan.[1] (*See* Dkt. #294.) The Court-appointed Monitor, Merrick Bobb, also joins in this request.

The Parties have been working collaboratively, as well as with the Monitoring Team, to compile data and information, to engage in discussions concerning assessment methodologies, and to

---

[1] The Parties note that the deadlines for the Use of Force Assessment, Early Intervention System Assessment, Type II Investigations Re-Assessment, and Bias-Free Policing training were previously extended pursuant to a stipulated motion and the Court's Order, dated September 19, 2016. (*See* Dkt. #315.)

**STIPULATED MOTION TO EXTEND FOURTH YEAR
MONITORING PLAN DEADLINES** - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

begin and complete the remaining assessments set forth in the Fourth-Year Monitoring Plan. As the Court is aware, the following assessments are outstanding: (1) Supervision Assessment; (2) Type II Investigations Re-Assessment; (3) Early Intervention System Assessment; (4) Use of Force Assessment; and (5) Stops Assessment. The Parties and the Monitoring Team are working diligently on these assessments, while continuing to draft and review policies, and to develop and effectuate ongoing SPD trainings.

The Parties are cognizant of the public interest in the expeditious completion of the outstanding assessments. However, the Parties respectfully represent that the extensions of time requested below will facilitate their completion in a thorough and comprehensive manner, while allowing the Parties to continue to give necessary attention to policies and training. The Parties note that these extensions will not impact the expected timeframe for a finding of compliance (if one is warranted) in Fall 2017, as set forth in the Monitor's Seventh Semi-Annual report. With the requested extensions, the assessments will still be on track to be completed by mid-2017.

For these reasons, the Parties and the Monitoring Team jointly propose the following revised dates:

### Policy Drafting

- **Force Investigation Team Manual:**
    - Final draft completed by the City/SPD – December 2, 2016
    - FIT Manual filed with the Court – December 16, 2016
- **Crowd Management Policy:**
    - Final draft completed by the City/SPD – January 13, 2017
    - Crowd Management policy filed with the Court – January 27, 2017

STIPULATED MOTION TO EXTEND FOURTH YEAR
MONITORING PLAN DEADLINES - 2
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

- **Body Worn Cameras Policy**:
    - Final draft completed by the City/SPD – February 17, 2017
    - Body Worn Cameras policy filed with the Court – March 3, 2017

<u>Policy Review</u>

- **Use of Force Policy**:
    - Final draft completed by the City/SPD – March 31, 2017
    - Updated Use of Force policy filed with the Court – April 14, 2017

- **Bias-Free Policing and Stops and Detentions Policy**:
    - Final draft completed by the City/SPD – March 31, 2017
    - Updated Bias-Free Policing and Stops and Detentions policy filed with the Court – April 14, 2017

<u>Training</u>

- **Anti-Defamation League Implicit Bias and Bias-Free Policing Training**:
    - Training finalized – December 31, 2016
    - Train-the-trainer completed – January 31, 2017
    - Training completed for all SPD command staff – March 31, 2017
    - Training completed for all SPD employees – December 31, 2017

<u>Structures</u>

- **Body Worn Cameras**:
    - City files plan with the Court – January 27, 2017

- **Force Review Board**:
    - City publishes annual report – January 31, 2017

STIPULATED MOTION TO EXTEND FOURTH YEAR
MONITORING PLAN DEADLINES - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Assessments

- **Supervision Assessment:**
    - Draft assessment provided to the Parties – November 21, 2016
    - Assessment filed with the Court – December 31, 2016
- **Type II Investigations Re-Assessment:**
    - Draft assessment provided to the Parties – December 16, 2016
    - Assessment filed with the Court – January 27, 2017
- **Early Intervention System Assessment:**
    - Draft assessment provided to the Parties – February 13, 2017
    - Assessment filed with the Court – March 3, 2017
- **Use of Force Assessment:**
    - Cases provided by the City/SPD to the Monitoring Team – December 16, 2016
    - Case review completed – February 17, 2017
    - Draft assessment provided to the Parties – March 17, 2017
    - Assessment filed with the Court – March 31, 2017
- **Stops Assessment:**
    - Assessment methodology provided to the Parties by the Monitoring Team – December 1, 2016
    - Data and cases provided by the City/SPD to the Monitoring Team – December 22, 2016
    - Draft assessment provided to the Parties – April 7, 2017
    - Assessment filed with the Court – April 28, 2017

STIPULATED MOTION TO EXTEND FOURTH YEAR
MONITORING PLAN DEADLINES - 4
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Lastly, while not included in the Fourth Year Monitoring Plan, the Parties, with the Monitor's approval, propose the following additional deadline:

- **SPD's 2017 Training Plan:**
    - Training plan completed by the City/SPD – December 9, 2016
    - Training plan filed with the Court – December 31, 2016

DATED this 1st day of December, 2016.

For the CITY OF SEATTLE

PETER S. HOLMES
Seattle City Attorney

s/Andrew T. Myerberg
Andrew T. Myerberg
Assistant City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104
Telephone: (206) 386-0077
Email: andrew.myerberg@seattle.gov

For the UNITED STATES OF AMERICA:

| | |
|---|---|
| ANNETTE L. HAYES | VANITA GUPTA |
| United States Attorney for the | Principal Deputy Asst. Attorney General |
| Western District of Washington | Civil Rights Division |
| | |
| /s/ J. Michael Diaz | /s/ Timothy D. Mygatt |
| Kerry J. Keefe, Civil Chief | Steven H. Rosenbaum, Chief |
| J. Michael Diaz, Assistant United States Attorney | Timothy D. Mygatt, Deputy Chief |
| Christina Fogg, Assistant United States Attorney | Puneet Cheema, Trial Attorney |
| United States Attorney's Office | United States Department of Justice |
| Western District of Washington | Civil Rights Division |
| 700 Stewart Street, Suite 5220 | Special Litigation Section |
| Seattle, Washington 98101-1271 | 950 Pennsylvania Avenue, NW |
| Phone: (206) 553-7970 | Washington, DC 20530 |
| Fax: (206) 553-4073 | Phone: (202) 514-6255 |

STIPULATED MOTION TO EXTEND FOURTH YEAR
MONITORING PLAN DEADLINES - 5
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED this 1st day of December, 2016.

3

4  _____
   HONORABLE JAMES L. ROBART
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATED MOTION TO EXTEND FOURTH YEAR
MONITORING PLAN DEADLINES - 6
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on the following counsel of record:

| | |
|---|---|
| Andrew T. Myerberg | andrew.myerberg@seattle.gov, |
| Annette L. Hayes | Annette.Hayes@usdoj.gov |
| Brian G. Maxey | brian.maxey@seattle.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Eric M Stahl | ericstahl@dwt.com |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| J. Michael Diaz | michael.diaz@usdoj.gov |
| John B. Schochet | john.schochet@seattle.gov, |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Matthew Barge | matthewbarge@parc.info |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Peter Scott Ehrlichman | ehrlichman.peter@dorsey.com |
| Puneet Cheema | puneet.cheema2@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |

DATED this 1st day of December, 2016, at Seattle, King County, Washington.

*s/Andrew T. Myerberg*
Andrew Myerberg, Assistant City Attorney
E-mail: andrew.myerberg@seattle.gov

---

**STIPULATED MOTION TO EXTEND FOURTH YEAR MONITORING PLAN DEADLINES - 7**
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200