UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER APPROVING 2017 SPD TRAINING PLAN |

Before the court is Monitor Merrick J. Bobb's memorandum submitting the 2017 Seattle Police Department ("SPD") Training Plan ("the Plan") and seeking the court's approval of the Plan.  (Mem. (Dkt. # 350).)  The court has reviewed the Monitor's memorandum and hereby APPROVES the Plan.

Dated this 3rd day of January, 2017.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1