THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        Plaintiff,<br><br>     vs.<br><br>CITY OF SEATTLE<br><br>                        Defendant. | CASE NO.  C12-1282JLR<br><br>**MEMORANDUM SUBMITTING THE SEATTLE POLICE DEPARTMENT'S CROWD MANAGEMENT POLICY** |

The Parties and the Monitor hereby submit the Seattle Police Department's Crowd Management Policy § 14.090.  The Monitor respectfully requests the Court to approve this policy.

DATED this 27th day of January, 2017.

*MBobb*

Merrick J. Bobb, Monitor

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov |
| Jonathan Smith | jonathan.smith2@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Michael Johnson Songer | michael.songer@usdoj.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Emily A. Gunston | emily.gunston@usdoj.gov |
| Puneet Cheema | puneet.cheema2@usdoj.gov |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Christina Fogg | christina.fogg@usdoj.gov |
| Annette L. Hayes | annette.hayes@usdoj.gov |
| Jean M. Boler | jean.boler@seattle.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Brian G. Maxey | brian.maxey@seattle.gov |
| Gregory C. Narver | gregory.narver@seattle.gov |
| John B. Schochet | john.schochet@seattle.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |

DATED this 27th day of January, 2017.

/s/ Jackie Slavik
Jackie Slavik

MEMORANDUM SUBMITTING THE
SPD CROWD MANAGEMENT POLICY
Case No.  C12-1282JLR

4815-1527-2768\1

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

The Court hereby approves the Seattle Police Department's Crowd Management Policy § 14.090.

Dated: January __, 2017.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757