HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. 12-cv-1282-JLR<br><br>**MEMORANDUM REGARDING EARLY INTERVENTION SYSTEM ASSESSMENT STATUS** |

On December 1, 2016, the Court set March 3, 2017 as the deadline for the Monitoring Team to file its systemic assessment on the Seattle Police Department's ("SPD") early intervention system ("EIS"). With the Parties' approval, the Monitor hereby notifies the Court that, in order to complete a truly comprehensive report of his findings, he and his team will file the EIS assessment by March 24, 2017, with a draft to the Parties by March 17, 2017.

DATED this 3rd day of March, 2017.

*/s/ MBobb*

Merrick J. Bobb, Monitor

MEMORANDUM REGARDING EARLY
INTERVENTION SYSTEM ASSESSMENT STATUS -
1
Case No. 12-cv-1282-JLR

**MERRICK J. BOBB, MONITOR**
Police Assessment Resource Center
P.O. Box 27445
Los Angeles, CA 90027
(213) 623-5757

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| Name | Email | |
|---|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov | ☐ Via Messenger |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov | ☐ Via Facsimile |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov | ☐ Via U.S. Mail |
| Puneet Cheema | puneet.cheema2@usdoj.gov | ☒ Via Electronic Mail |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov | ☐ Via ECF Notification |
| Christina Fogg | christina.fogg@usdoj.gov | |
| Annette L. Hayes | annette.hayes@usdoj.gov | |
| Peter Samuel Holmes | peter.holmes@seattle.gov | |
| Michael K. Ryan | michael.ryan@seattle.gov | |
| Andrew Thomas Myerberg | andrew.myerberg@seattle.gov | |
| Brian G. Maxey | brian.maxey@seattle.gov | |
| Gregory C. Narver | gregory.narver@seattle.gov | |
| John B. Schochet | john.schochet@seattle.gov | |
| Rebecca Boatright | rebecca.boatright@seattle.gov | |

Dated this 3rd day of March, 2017.

/s/ Matthew Barge
Matthew Barge

MEMORANDUM REGARDING EARLY INTERVENTION SYSTEM ASSESSMENT STATUS - 2
Case No. 12-cv-1282-JLR

**Merrick J. Bobb, Monitor**
Police Assessment Resource Center
P.O. Box 27445
Los Angeles, CA 90027
(213) 623-5757