1              THE HONORABLE JAMES L. ROBART

2

3

4

5

6                 UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
7                         AT SEATTLE

8   UNITED STATES OF AMERICA,              )
                                           )   Case No. 2:12-cv-01282-JLR   AND ORDER
9                      Plaintiff,          )
                                           )   **AMENDED STIPULATED REQUEST**
10          v.                             )   **FOR A BRIEFING SCHEDULE**
                                           )
11  CITY OF SEATTLE,                       )
                                           )   **Noted for: March 15, 2017**
12                     Defendant.          )
                                           )
13                                         )
                                           )
14  _____

15          The City of Seattle and the United States of America (the "parties") jointly submit this

16  amended stipulated request for a briefing schedule.

17          In their original request, dated March 10, 2017, the parties respectfully requested that the

18  Court reserve its ruling on the Seattle Police Department's draft Body Worn Video policy and the

19  Monitor's opposition thereto until the parties could be heard on those issues. (*See* Dkt. #371.) The

20  parties further respectfully requested that their responses be due on March 17, 2017. (*See* Dkt.

21  #371.)

22          Since that time, however, scheduling issues and attorney availability on the City's end has

23  delayed the City's planned response. Accordingly, the parties jointly respectfully request that the

**AMENDED STIPULATED REQUEST FOR A BRIEFING**
**SCHEDULE** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1    deadline for their responses be set one week later, on March 24, 2017. The Monitoring Team

2    consents to this amended request.

3           DATED this 15th day of March, 2017.

4    For the CITY OF SEATTLE                          For the UNITED STATES OF AMERICA

5    *s/Andrew Myerberg*                              *s/Christina Fogg*
6    Andrew Myerberg                                  Christina Fogg
     Assistant City Attorney                          Assistant United States Attorney
7    Seattle City Attorney's Office                   United States Attorney's Office
     701 5th Avenue, Suite 2050                       Western District of Washington
8    Seattle, WA 98104                                720 Stewart Street, Suite 5220
     Telephone: (206) 386-0077                        Seattle, WA 98101
9    Email: andrew.myerberg@seattle.gov               Telephone: (206) 553-7970
                                                      Email: Christina.fogg@usdoj.gov
10

11          PURSUANT TO STIPULATION, IT IS SO ORDERED.

12          DATED this 17 day of March, 2017.

13

14                                                    _____
                                                      HONORABLE JAMES L. ROBART
15                                                    United States District Judge

16

17

18

19

20

21

22

23

**AMENDED STIPULATED REQUEST FOR A BRIEFING**                    Peter S. Holmes
**SCHEDULE** - 2                                                Seattle City Attorney
(12-CV-01282-JLR)                                               701 Fifth Avenue, Suite 2050
                                                                Seattle, WA 98104
                                                                (206) 684-8200

1

2

**CERTIFICATE OF SERVICE**

3

4

I hereby certify that on March 13, 2017, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system on the following counsel of record:

5

6          Andrew T. Myerberg     andrew.myerberg@seattle.gov,

7          Annette L. Hayes       Annette.Hayes@usdoj.gov

           Merrick Bobb          Merrickbobb@parc.info

8          Brian G. Maxey         brian.maxey@seattle.gov

9          Christina Fogg         Christina.Fogg@usdoj.gov

10         Eric M Stahl           ericstahl@dwt.com

11         Gregory Colin Narver   gregory.narver@seattle.gov

12         J. Michael Diaz        michael.diaz@usdoj.gov

13         Kerry Jane Keefe       kerry.keefe@usdoj.gov

14         Matthew Barge          matthewbarge@parc.info

15         Peter Samuel Holmes    peter.holmes@seattle.gov

           Peter Scott Ehrlichman  ehrlichman.peter@dorsey.com

16         Puneet Cheema          puneet.cheema2@usdoj.gov

17         Rebecca Boatright      rebecca.boatright@seattle.gov

18         Rebecca Shapiro Cohen  rebecca.cohen@usdoj.gov

19         Ronald R. Ward         Ron@wardsmithlaw.com

20         Timothy D. Mygatt      timothy.mygatt@usdoj.gov

21         DATED this 13th day of March, 2017, at Seattle, King County, Washington.

22

23                                 *s/Andrew Myerberg*
                                   Andrew Myerberg, Assistant City Attorney

**AMENDED STIPULATED REQUEST FOR A BRIEFING
SCHEDULE** - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1

E-mail: andrew.myerberg@seattle.gov

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**AMENDED STIPULATED REQUEST FOR A BRIEFING
SCHEDULE** - 4
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200