THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | No. 2:12-cv-01282-JLR<br><br>**MEMORANDUM REGARDING USE OF FORCE ASSESSMENT STATUS AND [PROPOSED] ORDER** |

      On December 1, 2016, the Court set March 31, 2017 as the deadline for the Monitoring Team to file its systemic assessment on the Seattle Police Department's Use of Force ("UOF Assessment"). *See* Dkt. Nos. 294-1 at 11-12 & Dkt. 337 at 4.  A draft of the UOF Assessment was circulated to the Parties in a timely fashion.  With the Parties' approval, the Monitor hereby notifies the Court that, in order to incorporate the Parties' feedback and to finalize important elements of the comprehensive report of his findings, he and his team will file the Use of Force assessment on April 6, 2017.

MEMORANDUM REGARDING USE OF FORCE
ASSESSMENT STATUS - 1
12-CV-01282-JLR

**MERRICK J. BOBB, MONITOR**
Police Assessment Resource Center
P.O. Box 27445
Los Angeles, CA 90027
(213) 623-5757

1

2    DATED this 30th day of March, 2017.

3    *s/Merrick J. Bobb*

4    Merrick J. Bobb, Monitor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MEMORANDUM REGARDING USE OF FORCE
ASSESSMENT STATUS - 2
12-CV-01282-JLR

**MERRICK J. BOBB, MONITOR**
Police Assessment Resource Center
P.O. Box 27445
Los Angeles, CA 90027
(213) 623-5757

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | | |
|---|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov | ☐ Via Messenger |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov | ☐ Via Facsimile |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov | ☐ Via U.S. Mail |
| Puneet Cheema | puneet.cheema2@usdoj.gov | ☒ Via Electronic Mail |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov | ☐ Via ECF Notification |
| Christina Fogg | christina.fogg@usdoj.gov | |
| Annette L. Hayes | annette.hayes@usdoj.gov | |
| Peter Samuel Holmes | peter.holmes@seattle.gov | |
| Michael K. Ryan | michael.ryan@seattle.gov | |
| Andrew Thomas Myerberg | andrew.myerberg@seattle.gov | |
| Brian G. Maxey | brian.maxey@seattle.gov | |
| Gregory C. Narver | gregory.narvar@seattle.gov | |
| John B. Schochet | john.schochet@seattle.gov | |
| Rebecca Boatright | rebecca.boatright@seattle.gov | |
| Carlton W.M. Seu | carlton.seu@seattlegov | |
| Gary T. Smith | gary.smith@seattle.gov | |

Dated this 30th day of March, 2017.

*s/* Matthew Barge

MEMORANDUM REGARDING USE OF FORCE
ASSESSMENT STATUS - 3
12-CV-01282-JLR

**MERRICK J. BOBB, MONITOR**
Police Assessment Resource Center
P.O. Box 27445
Los Angeles, CA 90027
(213) 623-5757