THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE<br><br>　　　　Defendant. | Case No. C12-1282JLR<br><br>**NOTICE SUBMITTING UPDATE TO DEADLINE FOR THE MONITOR'S ASSESSMENT ON STOPS** |

The Monitor respectfully requests the Court's approval of an extension of time for the Stops Assessment, from the current deadline of April 28, 2017 (*see* Dkt. 337), to a new deadline of **June 23, 2017**. The Parties have worked collaboratively to compile information relevant to this Assessment, and the Monitoring Team is working through large volumes of data for the qualitative and quantitative components of the Assessment. This extension will enable the Monitor to complete a thorough Assessment. The Parties consent to the extension.

NOTICE SUBMITTING UPDATE TO DEADLINE
FOR THE MONITOR'S ASSESSMENT ON STOPS
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

1 | DATED this 20th day of April, 2017.

Respectfully submitted,

*[signature]*

Merrick J. Bobb
Monitor
Police Assessment Resource Center
P.O. Box 27445
Los Angeles, CA 90027
(213) 623-5757

NOTICE SUBMITTING UPDATE TO DEADLINE
FOR THE MONITOR'S ASSESSMENT ON STOPS
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

# CERTIFICATE OF SERVICE

I certify that on the 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Michael Diaz | michael.diaz@usdoj.gov |
| Jonathan Smith | jonathan.smith2@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Michael Johnson Songer | michael.songer@usdoj.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Emily A. Gunston | emily.gunston@usdoj.gov |
| Puneet Cheema | puneet.cheema2@usdoj.gov |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Christina Fogg | christina.fogg@usdoj.gov |
| Annette L. Hayes | annette.hayes@usdoj.gov |
| Jean M. Boler | jean.boler@seattle.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Brian G. Maxey | brian.maxey@seattle.gov |
| Gregory C. Narver | gregory.narver@seattle.gov |
| John B. Schochet | john.schochet@seattle.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |

DATED this 20th day of April, 2017.

/s/ Jackie Slavik
Jackie Slavik

NOTICE SUBMITTING UPDATE TO DEADLINE
FOR THE MONITOR'S ASSESSMENT ON STOPS
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757

**[PROPOSED] ORDER**

The Court hereby approves the new deadline of **June 23, 2017**, for filing of the Monitor's Stops Assessment.

Dated: April 23, 2017.



_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

NOTICE SUBMITTING UPDATE TO DEADLINE
FOR THE MONITOR'S ASSESSMENT ON STOPS
Case No. C12-1282JLR

Merrick J. Bobb, Monitor
Police Assessment Resource Center
PO Box 27445
Los Angeles, CA 90027
(213) 623-5757