UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | CASE NO. C12-1282JLR <br><br> ORDER |

The court hereby APPROVES the Seattle Monitoring Team's March 2017 invoices (Parts I and II) and DIRECTS the Clerk to pay the invoices from funds presently on deposit in the registry of the court with regard to this case.

Dated this 7 day of June, 2017.

JAMES L. ROBART
United States District Judge

ORDER- 1