# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's April 2017 invoices (Parts I and II) and DIRECTS the Clerk to pay the invoices from funds presently on deposit in the registry of the court with regard to this case.

Dated this 19th day of June, 2017.

JAMES L. ROBART
United States District Judge

ORDER- 1