UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING BRIEFING AND SCHEDULING A STATUS CONFERENCE |

On June 21, 2017, Defendant City of Seattle filed a memorandum submitting the Accountability Ordinance for the court's review. (City Mem. (Dkt. # 396).) The City states that it "anticipates that [the United States Department of Justice ("DOJ")] will review the entirety of the final accountability legislation and will provide written comments . . . within two weeks." (*Id.* at 1.) The court DIRECTS the DOJ, the Community Police Commission ("CPC"), and the Monitor to file comments, if any, on

the Accountability Ordinance by Monday, July 10, 2017.[1]  The City may file a reply to any such comments no later than Thursday, July 13, 2017.  In addition, the court SCHEDULES a status conference on Tuesday, July 18, 2017, at 10:00 a.m.

Dated this 23rd day of June, 2017.

JAMES L. ROBART
United States District Judge

---

[1] If the DOJ, the CPC, or the Monitoring Team believes it needs additional time to prepare comments on the Accountability Ordinance, it should promptly seek such additional time from the court.