UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's May 2017 invoices (Parts I and II) and DIRECTS the Clerk to pay the invoices from funds presently on deposit in the registry of the court with regard to this case.

Dated this 6th day of July, 2017.

JAMES L. ROBART
United States District Judge

ORDER- 1