UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>     v.<br><br>CITY OF SEATTLE,<br><br>                        Defendant. | CASE NO. C12-1282JLR<br><br>ORDER REGARDING FIFTH-YEAR MONITORING AND COMPLIANCE REPORT |

Before the court is the Monitor's notice stating that he will file the Fifth-Year Monitoring Plan and Compliance Report ("Report") on or before September 9, 2017.

//

//

//

//

//

//

ORDER - 1

(Notice (Dkt. # 409).)  The court hereby notifies all interested parties to file any comments concerning the Report no later than September 18, 2017.

Dated this 7th day of September, 2017.

JAMES L. ROBART
United States District Judge