1

2

3

4

5

6

7

8

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   | UNITED STATES OF AMERICA

10  |                        Plaintiff,

11  | vs.

12  | CITY OF SEATTLE

13  |                        Defendant.

14

15

CASE No.  C12-1282JLR

**STIPULATED MOTION AND
[PROPOSED] ORDER TO
EXTEND THE DEADLINES AND
FOR A BRIEFING SCHEDULE ON
THE MONITOR'S COMPLIANCE
STATUS REPORT**

**(Please Note on Calendar for:
September 8, 2017)**

16    Plaintiff, the United States of America, and Defendant, the City of Seattle (together, the

17  "Parties"), respectfully move this Court to extend the deadline for the Parties to file their comments

18  to the Monitor's Compliance Status Report ("Report") and to establish a briefing schedule, for the

19  following reasons:

20                                **STIPULATION**

21    Per the Court-approved Fourth Year Monitoring Plan, the Monitor and the Parties have

22  been diligently and collaboratively discussing questions related to the significance of the Monitor's

23  findings of "initial compliance" and how to measure sustained compliance, among other related

24  questions. *See* Dkt. No. 294-1 at 22.  These are complex and important questions.

25    The Monitor has indicated that he will file his Report on the same, on or before September

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR PARTIES' COMMENTS TO MONITOR'S REPORT
Case No.  12-CV-1282-JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

9, 2017.  Dkt. No. 409.  Today, the Court notified "all interested parties to file any comments concerning the Report no later than September 18, 2017."  Dkt. No. 414.

As this Court is aware, the City is a multi-faceted entity.  The City Attorney must obtain input from many stakeholders in the City family: the Mayor's Office, the Seattle Police Department, among others.  Likewise, the United Department of Justice is a large, complex organization, with decision-makers on both coasts.  Finally, the Community Police Commission ("CPC"), while not a party, is an important stakeholder granted amicus status in this matter, and is an entity that requires some time in developing its substantive policy or other substantive positions, in part because of its bi-monthly meeting schedule.[1]  Each of these entities requires more than ten days to respond to important deadlines in this matter.

Additionally, the Parties and CPC may benefit from additional time to discuss, amongst themselves and with the Monitor, the content of the Monitor's Report, whether to seek further clarification or to seek consensus on certain issues, so as to narrow any issues for the Court.

Finally, since the Defendant maintains the burden of showing compliance with the Decree (*see* Dkt. 3-1 ¶ 223), the Parties believe that a staggered briefing schedule would provide a more orderly and efficient presentation to the Court.  *See* Dkt. 3-1 ¶ 223 ("At all times, the City and SPD will bear the burden of demonstrating substantial compliance with the Settlement Agreement.").

For these reasons, the Parties request additional time to complete those discussions and to prepare their respective responses to the Monitor's Report, and therefore respectfully and jointly move for the following briefing schedule:

- The comments of the City of Seattle are due on September 29, 2017;

- The comments of the United States and the CPC are due on October 13, 2017;

---

[1] This Motion is not brought on behalf of the CPC and should not be viewed to prejudice its desire to contract or to seek additional time if needed.

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR PARTIES' COMMENTS TO MONITOR'S REPORT
Case No.  C12-1282JLR

1

2
    •   Any comments in reply by the Monitor are due on October 20.

    The Monitor does not oppose on this request.

3

    DATED this 8th day of September, 2017.

4

5
For the UNITED STATES OF AMERICA:

6
ANNETTE L. HAYES                           JOHN GORE
United States Attorney for the              ACTING Attorney General

7
Western District of Washington          Civil Rights Division

8

9
*s/J. Michael Diaz*
Kerry J. Keefe, Civil Chief                  Steven H. Rosenbaum, Chief

10
J. Michael Diaz, Assistant United States Attorney    Timothy D. Mygatt, Deputy Chief
Christina Fogg, Assistant United States Attorney    Puneet Cheema, Trial Attorney

11
United States Attorney's Office            United States Department of Justice
Western District of Washington          Civil Rights Division

12
700 Stewart Street, Suite 5220           Special Litigation Section

13
Seattle, Washington 98101-1271          950 Pennsylvania Avenue, NW
Phone: (206) 553-7970                 Washington, DC 20530

14
Fax: (206) 553-4073                     Phone:  (202) 514-6255

15

16
For the CITY OF SEATTLE:

17
*s/Josh Johnson*
Peter S. Holmes, Seattle City Attorney

18
Josh Johnson, Assistant City Attorney
Seattle City Attorney's Office

19
701 5th Avenue, Suite 2050
Seattle, WA  98104

20
Telephone: (206) 684-8200

21
Email: peter.holmes@seattle.gov
Email: josh.johnson@seattle.gov

22

23

24

25

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR PARTIES' COMMENTS TO MONITOR'S REPORT
Case No.  C12-1282JLR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[~~PROPOSED~~] ORDER

The Parties having so stipulated, it is SO ORDERED.

DONE IN OPEN COURT this 11 day of September, 2017,


_____

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR PARTIES' COMMENTS TO MONITOR'S REPORT
Case No.  C12-1282JLR

## CERTIFICATE OF SERVICE

I certify that on the 8th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Gary T Smith | gary.smith@seattle.gov |
| Hillary H McClure | hillarym@vjmlaw.com |
| Carlton Wm Seu | carlton.seu@seattle.gov |
| Kerry J. Keefe | Kerry.Keefe@usdoj.gov |
| Rebecca S. Cohen | Rebecca.Cohen@usdoj.gov |
| Timothy Mygatt | Timothy.Mygatt@usdoj.gov |
| Annette L. Hayes | Annette.Hayes@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Puneet Cheema | Puneet.Cheema2@usdoj.gov |
| Michael K. Ryan | Michael.Ryan@seattle.gov |
| Peter S. Holmes | Peter.Holmes@seattle.gov |
| Andrew T. Myerberg | Andrew.Myerberg@seattle.gov |
| Brian G. Maxey | Brian.Maxey@seattle.gov |
| Gregory C. Narver | Gregory.Narver@seattle.gov |
| Rebecca Boatright | Rebecca.Boatright@seattle.gov |
| Peter S. Ehrlichman | Ehrlichman.Peter@dorsey.com |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Matthew Barge | Matthewbarge@parc.info |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR PARTIES' COMMENTS TO MONITOR'S REPORT
Case No. C12-1282JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1  Eric M. Stahl        Ericstahl@dwt.com

2  Kristina M Detwiler     kdetwiler@unionattorneysnw.com

3  Josh Johnson       josh.johnson@seattle.gov

4

  DATED this 8th day of September, 2017.

5

6              */s/ J. Michael Diaz*

7              J. Michael Diaz

              Assistant United States Attorney

8              United States Attorney's Office

              700 Stewart Street, Suite 5220

9              Seattle, Washington 98101-1271

              Tel: (206) 553-7970

10             Fax:  (206) 553-4067

11             E-mail: Michael.Diaz@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR PARTIES' COMMENTS TO MONITOR'S REPORT
Case No.  C12-1282JLR