1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's July 2017 invoice

and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the registry

of the court with regard to this case

Dated this 10th day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER- 1