# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's August 2017 invoice and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the registry of the court with regard to this case.

Dated this 26th day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER- 1