UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER |

On September 29, 2017, Defendant City of Seattle ("the City") filed a motion asking the court to declare the City to be in full and effective compliance with the Consent Decree. (Mot. (Dkt. # 419).) On October 13, 2017, both Plaintiff United States of America ("the Government") and Amicus Curiae Community Police Commission ("CPC") filed responses to the City's motion. (US Resp. (Dkt. # 422); CPC Resp. (Dkt. # 421).)

Since that time, two events occurred. First, it is the court's understanding based on news reports that on Monday, November 13, 2017, the Seattle City Council approved

a new contract between the Seattle Police Department ("SPD") and the Seattle Police Management Association ("SPMA") and that this contract contains a provision for arbitration that may have an impact on the police accountability ordinance. Second, it is the court's understanding based on news reports that on Tuesday, November 14, 2017, SPD's Force Review Board ("FRB") found, by a unanimous vote, the fatal shooting of Ms. Charleena Lyles to be reasonable, proportional, and within SPD policy.[1]

Prior to ruling on the City's motion, the court seeks additional information concerning these two events, including whether the court's understanding of these events is accurate and what, if any, impact these two events should have on the court's consideration of the City's motion. Toward that end, the court ORDERS the parties to submit additional briefing concerning these issues. The court further ORDERS the parties to submit simultaneous memoranda no later than Friday, December 8, 2017, and to limit their memoranda to no more than 10 pages each. The court also PERMITS the CPC to submit an additional memorandum on these issues as well, subject to the same

//
//
//
//
//
//

---

[1] The court believes that the FRB will be issuing a written report of its determination in the near future. The court directs the parties to file a copy of the FRB's report with the court when the report becomes available.

timeline and page limits that are applicable to the parties.  Finally, the court DIRECTS the Clerk to renote the City's motion (Dkt. # 419) for December 8, 2017.

Dated this 20th day of November, 2017.

JAMES L. ROBART
United States District Judge