The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>      vs.<br><br>CITY OF SEATTLE,<br><br>                             Defendant. | No. 12-cv-1282-JLR<br><br>DECLARATION OF KAREN KOEHLER IN SUPPORT OF ESTATE OF CHARLEENA LYLES' EMERGENCY MOTION TO INTERVENE FOR THE PURPOSES OF PROVIDING ADDITIONAL CRITICAL INFORMATION TO THE COURT |

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1.      I am an attorney of record for the Estate of Charleena Lyles.  I make this declaration in support of Estate of Charleena Lyles' Emergency Motion to Intervene for the purposes of Providing Additional Critical information to the Court.

2.      I hereby declare that the procedural facts are true and correct and the summary of proposed facts represent an overview of materials which we seek leave to file upon intervention.

DATED this 5th day of December, 2017.

DEC. OF KAREN KOEHLER IN SUPPORT OF
THE ESTATE OF CHARLEENA LYLES'
EMERGENCY MOTION TO INTERVENE FOR
THE PURPOSES OF PROVIDING ADDITIONAL
CRITICAL INFORMATION TO THE COURT 1
Case No. 12-cv-1282 JLR

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15TH Ave West. Suite 300
Seattle, WA 98119
206-448-1777
Fax – 206-728-2131

1

2

3   _____
    Karen K. Koehler, WSBA #15325
4   STRITMATTER KESSLER WHELAN
    KOEHLER MOORE KAHLER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   DEC. OF KAREN KOEHLER IN SUPPORT OF
     THE ESTATE OF CHARLEENA LYLES'
24   EMERGENCY MOTION TO INTERVENE FOR
     THE PURPOSES OF PROVIDING ADDITIONAL
     CRITICAL INFORMATION TO THE COURT 2
     Case No. 12-cv-1282 JLR

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15TH Ave West. Suite 300
Seattle, WA 98119
206-448-1777
Fax – 206-728-2131

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the

Court using the CM/ECF system which will send notification of filing to the following persons:

**J. Michael Diaz**
UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET STE 5220
SEATTLE, WA 98101
206-553-4358
Email: michael.diaz@usdoj.gov

**Kerry Jane Keefe**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST STE 5220
SEATTLE, WA 98101-1271
206-553-2640
Email: kerry.keefe@usdoj.gov

**Rebecca Shapiro Cohen**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-6526
Fax: 206-553-4073
Email: rebecca.cohen@usdoj.gov

**Timothy D Mygatt**
US DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
950 PENNSYLVANIA AVENUE
WASHINGTON, DC 20530
202-305-3334
Email: timothy.mygatt@usdoj.gov

**Annette L Hayes**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970

DEC. OF KAREN KOEHLER IN SUPPORT OF
THE ESTATE OF CHARLEENA LYLES'
EMERGENCY MOTION TO INTERVENE FOR
THE PURPOSES OF PROVIDING ADDITIONAL
CRITICAL INFORMATION TO THE COURT 3
Case No. 12-cv-1282 JLR

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15TH Ave West. Suite 300
Seattle, WA 98119
206-448-1777
Fax – 206-728-2131

1 Email: Annette.Hayes@usdoj.gov

2 **Christina Fogg**
US ATTORNEY'S OFFICE (SEA)
3 700 STEWART ST
STE 5220
4 SEATTLE, WA 98101-1271
206-553-7970
5 Email: Christina.Fogg@usdoj.gov

6 **Puneet Cheema**
US DEPT. OF JUSTICE
7 CIVIL RIGHTS DIVISION
601 D STREET NW
8 WASHINGTON, DC 20005
202-353-7725
9 Email: puneet.cheema2@usdoj.gov

10 **Michael K Ryan**
SEATTLE CITY ATTORNEY'S OFFICE
11 701 FIFTH AVENUE
SUITE 2050
12 SEATTLE, WA 98104-7097
206-684-8207
13 Fax: 206-684-8284
Email: michael.ryan@seattle.gov

14

 **Peter Samuel Holmes**
15 SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
16 SUITE 2050
SEATTLE, WA 98104-7097
17 206-684-8200
Email: peter.holmes@seattle.gov

18

 **Brian G Maxey**
19 SEATTLE POLICE DEPT., LEGAL UNIT
CITY OF SEATTLE JUSTICE CENTER
20 610 FIFTH AVENUE
P.O. BOX 34986
21 SEATTLE, WA 98124-4986
206-733-9001
22 Fax: 206-684-8284

23 DEC. OF KAREN KOEHLER IN SUPPORT OF
THE ESTATE OF CHARLEENA LYLES'
24 EMERGENCY MOTION TO INTERVENE FOR
THE PURPOSES OF PROVIDING ADDITIONAL
CRITICAL INFORMATION TO THE COURT 4
Case No. 12-cv-1282 JLR

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15TH Ave West. Suite 300
Seattle, WA 98119
206-448-1777
Fax – 206-728-2131

1  Email: brian.maxey@seattle.gov

2  **Carlton Wm Seu**
   SEATTLE CITY ATTORNEY'S OFFICE
3  701 FIFTH AVENUE
   SUITE 2050
4  SEATTLE, WA 98104-7097
   206-733-9390
5  Email: carlton.seu@seattle.gov

6  **Gary T Smith**
   SEATTLE CITY ATTORNEY'S OFFICE
7  701 FIFTH AVENUE
   SUITE 2050
8  SEATTLE, WA 98104-7097
   206-733-9318
9  Fax: 206-684-8284
   Email: gary.smith@seattle.gov
10

   **Gregory Colin Narver**
11 SEATTLE CITY ATTORNEY'S OFFICE
   PO BOX 94769
12 600 FOURTH AVE 4TH FL
   SEATTLE, WA 98124-4769
13 206-684-8233
   Email: gregory.narver@seattle.gov
14

   **Josh Johnson**
15 SEATTLE CITY ATTORNEY'S OFFICE
   701 FIFTH AVENUE
16 SUITE 2050
   SEATTLE, WA 98104-7097
17 206-386-1099
   Email: josh.johnson@seattle.gov
18

   **Rebecca Boatright**
19 SEATTLE POLICE DEPARTMENT
   LEGAL UNIT
20 CITY OF SEATTLE JUSTICE CENTER
   610 FIFTH AVENUE
21 PO BOX 34986
   SEATTLE, WA 98124-4986
22 206-684-5769
   Email: rebecca.boatright@seattle.gov

23 DEC. OF KAREN KOEHLER IN SUPPORT OF
   THE ESTATE OF CHARLEENA LYLES'
24 EMERGENCY MOTION TO INTERVENE FOR
   THE PURPOSES OF PROVIDING ADDITIONAL
   CRITICAL INFORMATION TO THE COURT 5
   Case No. 12-cv-1282 JLR

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15TH Ave West. Suite 300
Seattle, WA 98119
206-448-1777
Fax – 206-728-2131

**Peter Scott Ehrlichman**
DORSEY & WHITNEY (WA)
701 FIFTH AVENUE
SUITE 6100
SEATTLE, WA 98104-7043
206-903-8800
Email: ehrlichman.peter@dorsey.com

**Ronald R Ward**
WARD SMITH PLLC
1000 2ND AVENUE
SUITE 4050
SEATTLE, WA 98104-1023
206-957-1272
Email: Ron@wardsmithlaw.com

**Matthew Barge**
POLICE ASSESSMENT RESOURCE CENTER
PO BOX 27445
4954 CROMWELL AVENUE
LOS ANGELES, CA 90027
213-623-5757
Email: matthewbarge@parc.info

**Hillary H McClure (Police Officer's Guild)**
Vick, Julius, McClure
5506 6TH AVE S
STE 201A
SEATTLE, WA 98108
206-957-0926
Email: hillarym@vjmlaw.com

**Kristina M Detwiler (Sea Police Mngmnt Assoc)**
Robblee Detwiler and Black, PLLP
2101 Fourth Avenue
Suite 1000
Seattle, WA 98121
United Sta
(206) 467-6700
Email: kdetwiler@unionattorneysnw.com

DEC. OF KAREN KOEHLER IN SUPPORT OF
THE ESTATE OF CHARLEENA LYLES'
EMERGENCY MOTION TO INTERVENE FOR
THE PURPOSES OF PROVIDING ADDITIONAL
CRITICAL INFORMATION TO THE COURT 6
Case No. 12-cv-1282 JLR

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15TH Ave West. Suite 300
Seattle, WA 98119
206-448-1777
Fax – 206-728-2131

DATED this 5th day of December 5, 2017

/s/  Elodie Daquila
Elodie Daquila, Paralegal

DEC. OF KAREN KOEHLER IN SUPPORT OF
THE ESTATE OF CHARLEENA LYLES'
EMERGENCY MOTION TO INTERVENE FOR
THE PURPOSES OF PROVIDING ADDITIONAL
CRITICAL INFORMATION TO THE COURT 7
Case No. 12-cv-1282 JLR

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15TH Ave West, Suite 300
Seattle, WA 98119
206-448-1777
Fax – 206-728-2131