1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
9

10   | UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
     |---|---|
11   | Plaintiff, | ORDER |
12   | v. | |
13   | CITY OF SEATTLE, | |
14   | Defendant. | |

15       The court hereby APPROVES the Seattle Monitoring Team's October 2017

16   invoice and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the

17   registry of the court with regard to this case.

18       Dated this 13th day of December, 2017.

19

20
                                   _____
21
                                   JAMES L. ROBART
22                                 United States District Judge

ORDER- 1