UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's January 2018 invoice and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the registry of the court with regard to this case.

Dated this 12th day of March, 2018.

JAMES L. ROBART
United States District Judge

ORDER- 1