UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER APPROVING THE PARTIES' AND THE MONITOR'S AGREED PHASE II SUSTAINMENT PERIOD PLAN |

On January 10, 2018, the court ordered Plaintiff United States of America ("the Government"), Defendant City of Seattle ("the City"), and the Monitor to "meet, confer, and prepare a plan for discharging their obligations under the Consent Decree during the Phase II sustainment period." (1/10/18 Order (Dkt. # 439) at 14, *see id.* at 16; *see also* Consent Decree (Dkt. # 3-1, as amended at Dkt. # 13).) Before the court is Defendant City of Seattle's ("the City") memorandum outlining the parties' agreed plan for proceeding under the Phase II sustainment period ("the Sustainment Period Plan" or "the Plan"). (City Mem. (Dkt. # 444).) The City asks the court to issue an order approving

the Plan. (*Id.* at 16.) The Government and the Monitor filed separate memoranda supporting the Plan. (US Mem. (Dkt. # 446); Monitor Mem. (Dkt. # 445).) The court has carefully reviewed the Sustainment Period Plan (*see* City Mem.) and the matrix of deadlines attached as exhibit A to the Plan (Matrix (Dkt. # 444-1)). Being fully advised, the court APPROVES the Sustainment Period Plan and the attached matrix of deadlines as the governing documents for the parties' and the Monitor's conduct of Phase II of the Consent Decree.

Dated this 13th day of March, 2018.

JAMES L. ROBART
United States District Judge