THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>  Defendant. | Case No. 2:12-cv-01282-JLR<br><br>[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S MOTION FOR COURT APPROVAL OF REVISIONS TO SEATTLE POLICE DEPARTMENT BIAS-FREE POLICING & CRISIS INTERVENTION POLICIES |

This matter came before the Court on the City of Seattle's Motion for Court Approval of Revisions to Seattle Police Department ("SPD") Bias-Free Policing and Crisis Intervention Policies.

The Court GRANTS the motion and orders as follows:

1) The Court approves SPD's revised Crisis Intervention and Bias-Free Policing Policies.

//

//

//

[PROPOSED] ORDER GRANTING CITY'S MOTION FOR COURT APPROVAL OF REVISED SPD POLICIES - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

2) SPD may distribute the revised policies to its officers and civilian employees and incorporate the revisions into the Seattle Police Manual (*http://www.seattle.gov/police-manual*).

DATED this 18th day of June, 2018.

Hon. James L. Robart
United States District Court Judge

Presented by:

*s/ Josh Johnson*
Josh Johnson, WSBA #33570
Assistant City Attorney
Email josh.johnson@seattle.gov

Seattle City Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA 98104
Telephone: (206) 233-7808

**[PROPOSED] ORDER GRANTING CITY'S MOTION FOR COURT APPROVAL OF REVISED SPD POLICIES** - 2
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Brian G Maxey | brian.maxey@seattle.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Eric M Stahl | ericstahl@dwt.com |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Matthew Barge | matthewbarge@parc.info |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Peter Scott Ehrlichman | ehrlichman.peter@dorsey.com |
| Puneet Cheema | puneet.cheema2@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Michael K. Ryan | michael.ryan@seattle.gov |
| Josh Johnson | josh.johnson@seattle.gov |
| Carlton Wm Seu | carlton.seu@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |

DATED this 31st day of May, 2018, at Seattle, King County, Washington.

*s/ Jennifer Litfin*
Jennifer Litfin, Legal Assistant


[PROPOSED] ORDER GRANTING CITY'S MOTION FOR COURT APPROVAL OF REVISED SPD POLICIES - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200
