UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    v.<br><br>CITY OF SEATTLE,<br><br>                      Defendant. | CASE NO. C12-1282JLR<br><br>ORDER SCHEDULING STATUS CONFERENCE |

    The court schedules a status conference in this matter for Monday, July 9, 2018, at 2:00 p.m. The purpose of the status conference is for the parties and the Monitor to provide the court with an update on their progress under the Phase II Sustainment Period

//

//

//

//

//

ORDER - 1

Plan ("Plan").  (*See* 3/13/18 Order (approving Plan); City Mem. (Dkt. # 444) (outlining Plan).)

Dated this 27th day of June, 2018.

JAMES L. ROBART
United States District Judge