Case: C12-1282JLR                                          July 9, 2018

PETITIONER, <u>USA</u>                  )        CASE: C12-1282JLR        _____ FILED   _____ ENTERED
                                                                          _____ LODGED  _____ RECEIVED

                                        )        Isabelle Kerner          **SG**   JUL 09 2018
                                        )        605 5th Ave N
                                        )        Seattle, WA 98109
                                                                                AT SEATTLE
                                                                          CLERK U.S. DISTRICT COURT
                                                                      WESTERN DISTRICT OF WASHINGTON
                                                                    BY                          DEPUTY

<u>CITY OF SEATTLE</u>                   )        MOTION TO INTERVENE
                                        )        605 5th Ave N
                                        )        Seattle, WA 98100
                                        )        (WAC 242-03-270)

I.    **INTRODUCTION**
   a. On July 9, 2018, the United States Circuit Court (petitioner) will make a
      determination as to whether the Seattle Police Department (respondent) is
      ready to move onto the next phase of a consent decrees issued by the
      Department of Justice (DOJ) in 2012 mandating the SPD and City of Seattle
      reduce and eventually eradicate biased policing and excessive use of force in its
      policing practices.

II.   **RELIEF REQUESTED**
   a. *Isabelle Jean Kerner* now seeks intervention in the above-captioned case on
      behalf of the United Stated of America, in order to challenge the notion
      previously made by Judge Robart in January of 2018 in which it was determined
      that the City of Seattle and the SPD are in full compliance with DOJ's consent
      decree ordering action be taken to reduce and eradicate bias policing and
      excessive use of force.

III.  **GROUNDS FOR INTERVENTION AND GOOD CAUSE**
   a. Intervention should be granted pursuant to WAC 242-03-270. *Isabelle Jean
      Kerner* requests intervention because:
      i.   She believes that the Determination made by Judge Robart in January
           of this year 2018 was influenced by misleading documents and reports
           citing "facts" which clearly reflect a gross manipulation of statistics and
           crime data, falsification of police reporting and intentional delaying of
           discipline and determinations for filed Office of Professional
           Accountability (OPA) complaints for which full investigations were
           required and allegations of misconduct were found by the OPA to be
           sustained.
      ii.  Intervener, *Isabelle Kerner,* believes these delays were deliberately
           conducted in order highlight and emphasize the City of Seattle's and
           the SPD's favorable conduct and elude the USA and DOJ into believing
           their policies, procedures, and practices have been carried out in a
           constitutional, ethical, moral, and obligatory manner.
      iii. Intervener, *Isabelle Kerner,* has interested related to the subject of this
           action due to her involvement in an OPA case filed by herself and East
           Precinct Sergeant Woolum against multiple officers in which the OPA

sustained allegations of official misconduct, bias policing, and falsification of police reports, and attempts to intimidate involved parties and witnesses.

iv.   Denying *Isabelle Kerner* the ability to intervene in this hearing by reading a statement to the court for Judge Robart and others involved for consideration in the determination on whether the City of Seattle and the SPD are in fact compliant with the DOJ's consent decree will significantly impair the public's trust and faith in the City of Seattle and the SPD.

v.    As a citizen of the United States of America and a permanent resident of Seattle, who has been the subject and witness of recent violations of bias policing and excessive use of force, denying *Isabelle Kerner*, the right to intervene in this hearing via reading a statement for consideration, could result in the disposition of this case, which will further undermine the public's trust and faith in it's city officials and the SPD, discredit all other individuals who have been subject to biased policing and/or excessive use of force by the SPD and will also further rectify the City of Seattle and SPD's notion that it is above the laws, policies, procedures, and practices it has set for itself.

vi.   Given the political situation, which includes but is not limited to the resignation of former police chief O'Toole and former Mayor Ed Murray, the interests in this case cannot be adequately represented by the existing parties as the sociopolitical and financial effect of Judge Robart's determination on the parties involved in this case presents a serious conflict of interest.

b.  While Intervener, *Isabelle Kerner's,* Motion to Intervene falls outside the 30 day time limit outlined in WAC 242-03-270, Intervener, *Isabelle Kerner,* has Good Cause to be granted intervention is this case as filing such a motion earlier in the process would have posed significant internal political pressure on the OPA by other departments of the SPD and City of Seattle to find an unsustain determination in the allegations she and Sergeant Woolum made in their OPA Complaint filed in October of 2017 (OPA2017-1080).

c.  Intervener *Isabelle Kerner* also feared that filing this motion sooner would have resulted in further retaliation by the SPD and the City of Seattle for maintaining and following up on her allegations against them.

Dated this 9th day of July, 2018

Isabelle Jean Kerner, Pro se
Intervener
605 5th Ave N Apt 202
Seattle, WA 98109