HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

               Plaintiff,

     vs.

CITY OF SEATTLE

               Defendant.

CASE NO. C12-1282-JLR

**NOTICE OF WITHDRAWAL OF COUNSEL**

**[Clerk's Action Required]**

TO:    Clerk of the Court; and

         All Parties and their Counsel

PLEASE NOTE THAT Interested Parties Peter Ehrlichman (WSBA #6591) and Matthew Barge (*Pro Hac Vice*) hereby withdraw as counsel in this matter.  All additional counsel of record shall remain unchanged.

This Notice of Withdrawal will be effective immediately without further notice.

DATED this 8th day of August, 2018.

Merrick J. Bobb, Monitor

NOTICE OF WITHDRAWAL OF COUNSEL - 1
C12-1282-JLR

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Brian G Maxey | brian.maxey@seattle.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Eric M Stahl | ericstahl@dwt.com |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Peter Scott Ehrlichman | ehrlichman.peter@dorsey.com |
| Jeff Murray | jeff.murray@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Michael K. Ryan | michael.ryan@seattle.gov |
| Josh Johnson | josh.johnson@seattle.gov |
| Carlton Wm Seu | carlton.seu@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |

Dated this 8th day of August, 2018.

/s/ Jackie Slavik
Jackie Slavik, Legal Secretary