THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-01282-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISIONS TO SEATTLE POLICE DEPARTMENT'S USE OF FORCE POLICY |

This matter came before the Court on the City of Seattle's Unopposed Motion for Court Approval of Revisions to Seattle Police Department ("SPD")'s Use of Force Policy. (*See* Mot. (Dkt. # 471).)

The Court GRANTS the motion (Dkt. # 471) and orders as follows:

(1) The Court approves SPD's current proposed revisions to its Use of Force Policy attached to the City's Motion as Exhibits A-G;

(2) The Court approves SPD's previously proposed revisions to its Use of Force Policy attached to the City's Motion as Exhibit H and set forth in the City's April 28, 2017, filing (Dkt. # 388); and

[PROPOSED] ORDER GRANTING CITY'S STIPULATED
MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

(3) SPD may distribute the revised policies to its officers and civilian employees and incorporate the revisions into the Seattle Police Manual (*http://www.seattle.gov/police-manual*).

DATED this 14th day of August, 2018.

Hon. James L. Robart
United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY'S STIPULATED
MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 2
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| Name | Email |
|---|---|
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Brian G Maxey | brian.maxey@seattle.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Eric M Stahl | ericstahl@dwt.com |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Matthew Barge | matthewbarge@parc.info |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Peter Scott Ehrlichman | ehrlichman.peter@dorsey.com |
| Jeff Murray | jeff.murray@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Michael K. Ryan | michael.ryan@seattle.gov |
| Carlton Seu | carlton.seu@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |

DATED this 31st day of July, 2018, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY'S STIPULATED MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200