UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER RESCHEDULING STATUS CONFERENCE |

The court hereby RESCHEDULES the November 1, 2018, status conference in this matter (*see* 10/23/18 Order (Dkt. # 485)) to Monday, November 5, 2018, at 1:30 p.m.

Dated this 26th day of October, 2018.

JAMES L. ROBART
United States District Judge