| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER DENYING STIPULATED MOTION AS MOOT |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Before the court is the parties' stipulated motion to extend the deadline for filing memoranda responsive to the court's October 23, 2018, order. (*See* Stip. Mot. (Dkt. # 488); *see also* 10/23/18 Order (Dkt. # 485).) The parties, along with the Community Police Commission, have filed their responsive memoranda. (*See* CPC Mem. (Dkt.

//

//

//

//

# 489); City Mem. (Dkt. # 490); US Mem. (Dkt. # 491).)  Accordingly, the court DENIES the parties' stipulated motion as moot.

Dated this 30th day of October, 2018.

JAMES L. ROBART
United States District Judge