# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>              Defendant. | CASE NO. C12-1282JLR<br><br>ORDER |

Before the court is the parties' stipulated motion (Stip. Mot. (Dkt. # 505), *as amended by* Praecipe (Dkt. # 506)). The court GRANTS the stipulated motion and adopts the briefing schedule proposed by the parties: (1) Defendant City of Seattle's ("the City") brief is due on December 17, 2018, (2) Plaintiff United States of America's ("the Government") response brief is due on January 9, 2019, and (3) the City's reply brief is due on January 16, 2019. The Community Police Commission may file its brief, if any, either when the City files its initial brief on December 17, 2018, or when the Government files its brief on January 9, 2019.

ORDER - 1

In addition to the foregoing briefing, the court ORDERS the City to file the following documentation with the court no later than Wednesday, January 2, 2019:

(1) Copies of all briefing filed before the Disciplinary Review Board ("DRB") that overturned former Chief of Police Kathleen O'Toole's decision to terminate Seattle Police Department ("SPD") Officer Adley Sheperd;

(2) The written decision(s) of any and all arbitrators on the DRB panel that overturned Chief O'Toole's decision to terminate Officer Sheperd;

(3) A list, chart, or other document that details how the City's collective bargaining agreement ("CBA") with the Seattle Police Officer's Guild ("SPOG") alters any provisions of the Accountability Ordinance, *see* Seattle City Ordinance No. 125315; and

(4) A list, chart, or other document that details how the SPD disciplinary system and appeals process under the CBA differs from the SPD disciplinary system and appeals process that existed at the time this action was initiated on July 27, 2012.

Dated this 10th day of December, 2019.

JAMES L. ROBART
United States District Judge