THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | Case No. 2:12-cv-01282-JLR<br><br>[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISIONS TO SEATTLE USE OF FORCE POLICY |

This matter came before the Court on the City of Seattle's Unopposed Motion for Court Approval of Revisions to Seattle Police Department ("SPD")'s Use of Force Policy.

The Court GRANTS the motion and orders as follows:

(1) The Court approves SPD's proposed revisions to its Use of Force Policy attached to the City's Motion as Exhibits A-E; and

(2) SPD may distribute the revised policies to its officers and civilian employees and incorporate the revisions into the Seattle Police Manual (*http://www.seattle.gov/police-manual*).

[PROPOSED] ORDER GRANTING CITY'S UNOPPOSED
MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1  DATED this 12th day of December 2018.

_____
Hon. James L. Robart
United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY'S UNOPPOSED
MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Brian G Maxey | brian.maxey@seattle.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Eric M Stahl | ericstahl@dwt.com |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Matthew Barge | matthewbarge@parc.info |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Peter Scott Ehrlichman | ehrlichman.peter@dorsey.com |
| Jeff Murray | jeff.murray@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Michael K. Ryan | michael.ryan@seattle.gov |
| Carlton Seu | carlton.seu@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |

DATED this 11th day of December, 2018, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY'S UNOPPOSED
MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200