THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 2:12-cv-01282-JLR <br><br> [PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISIONS TO SEATTLE POLICE DEPARTMENT'S EARLY INTERVENTION SYSTEM POLICY |

This matter came before the Court on the City of Seattle's Unopposed Motion for Court Approval of Revisions to Seattle Police Department ("SPD")'s Early Intervention System Policy. The Court GRANTS the motion and orders as follows:

(1) The Court approves SPD's proposed revisions to its Early Intervention System Policy attached to the City's Motion as Exhibit A; and

(2) SPD may distribute the revised policies to its officers and civilian employees and incorporate the revisions into the Seattle Police Manual (*http://www.seattle.gov/police-manual*).

[PROPOSED] ORDER GRANTING CITY'S UNOPPOSED
MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

DATED this __17th__ day of December, 2018.

                                                      _____
                                                      Hon. James L. Robart
                                                      United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 2**
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Eric M Stahl | ericstahl@dwt.com |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Michael K. Ryan | michael.ryan@seattle.gov |
| Carlton Seu | carlton.seu@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |

DATED this 29th day of November, 2018, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED SPD POLICY - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200