THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No. 2:12-cv-01282-JLR<br>) |
| Plaintiff, | ) |
| | ) **CITY OF SEATTLE'S RESPONSE TO** |
| v. | ) **UNITED STATES' MOTION TO STAY** |
| | ) **PENDING DEADLINES** |
| CITY OF SEATTLE, | ) |
| | ) **NOTE ON MOTION CALENDAR:** |
| Defendant. | ) **January 4, 2019** |

The City of Seattle hereby responds to the United States' request to extend all of the pending deadlines in this case and submits an alternative proposed order for the Court's consideration.

In light of the lapse in appropriations for the United States Department of Justice (DOJ), the City does not contest that certain DOJ attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Accordingly, the Court should hold this case in abeyance until funding is restored.

CITY OF SEATTLE'S RESPONSE TO UNITED STATES' MOTION
TO STAY PENDING DEADLINES - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

In addition, the City recognizes that many near-term deadlines in this case must be extended, including all deadlines that fall within the period of lapsed appropriations or fall within one week of the date on which appropriations are restored.

The City does not agree, however, with DOJ's position that the Court should issue an order extending *all* of the deadlines in this case before the parties and the Monitor have an opportunity to confer. The Sustainment Plan approved by the Court in this case (Dkts. 444 and 444-1) contains more than hundred remaining deadlines for audits, assessments, and other reports to be completed between now and January of 2020.  It is probable that most of these remaining deadlines can be met, notwithstanding the lapse in federal appropriations, because the majority of the audits and assessments during the Sustainment Phase are to be performed by SPD or other City entities.

Accordingly, the City requests that the Court issue an order extending the deadlines that occur before or within a week of the date funding is restored  (including the deadlines for responding to the Court's Order to Show Cause) and directing that, once funding is restored, the parties consult with each other and the Monitor and then submit a joint proposal to the Court addressing any additional extensions that may be warranted. A proposed order consistent with this approach is submitted as an attachment to this response.

**CITY OF SEATTLE'S RESPONSE TO UNITED STATES' MOTION TO STAY PENDING DEADLINES** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1  DATED this 31st day of December, 2018.

2      For the CITY OF SEATTLE

3

4      PETER S. HOLMES
    Seattle City Attorney

5

6      *s/ Kerala T. Cowart*
    Kerala T. Cowart, WSBA #53649
    Assistant City Attorney
7      Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
8      Phone: (206) 733-9001
    Fax: (206) 684-8284
9      Email: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S RESPONSE TO UNITED STATES' MOTION TO STAY PENDING DEADLINES** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Michael K. Ryan | michael.ryan@seattle.gov |
| Carlton Seu | carlton.seu@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |

DATED this 31st day of December, 2018, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S RESPONSE TO UNITED STATES' MOTION TO STAY PENDING DEADLINES** - 4
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200