THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SEATTLE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:12-cv-01282-JLR <br><br> [PROPOSED] ORDER HOLDING CASE IN ABEYANCE AND MODIFYING DEADLINES UNTIL US DEPARTMENT OF JUSTICE APPROPRIATIONS ARE RESTORED |



The Court, having reviewed the pleadings and materials in this case, hereby ORDERS as follows:

(1) The above-captioned case is held abeyance until appropriations for the United States Department of Justice are restored;

(2) All briefing deadlines set forth in the Court's Order of December 11, 2018 (Dkt. 507) regarding the Order to Show Cause are extended commensurate with the duration of the lapse in appropriations;

(3) All deadlines set forth in the Sustainment Plan and Sustainment Matrix (Dkts. 444 & 444-1) that either

[PROPOSED] ORDER HOLDING CASE IN ABEYANCE AND
MODIFYING DEADLINES UNTIL US DEPARTMENT OF
JUSTICE APPROPRIATIONS ARE RESTORED - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

(a) fall within the time period of lapsed appropriations, or

(b) fall within one week of the date on which appropriations are restored,

are extended commensurate with the duration of the lapse in appropriations; and

(4) Within three business days of the date on which appropriations are restored, the parties are directed to confer with each other and with the federal Monitor and to submit to the Court a joint proposal for extending any other deadlines as may be warranted.

(5) This order is without prejudice to revisions by the court if needed.

DATED this 2nd day of January 2019.

Hon. James L. Robart
United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

**[PROPOSED] ORDER HOLDING CASE IN ABEYANCE AND MODIFYING DEADLINES UNTIL US DEPARTMENT OF JUSTICE APPROPRIATIONS ARE RESTORED** - 2
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Eric M Stahl | ericstahl@dwt.com |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Michael K. Ryan | michael.ryan@seattle.gov |
| Carlton Seu | carlton.seu@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |

DATED this 31st day of December, 2018, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

[PROPOSED] ORDER HOLDING CASE IN ABEYANCE AND MODIFYING DEADLINES UNTIL US DEPARTMENT OF JUSTICE APPROPRIATIONS ARE RESTORED - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200