# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER |

The court hereby APPROVES the Seattle Monitoring Team's November 2018 invoice and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the registry of the court with regard to this case. It is the court's understanding that only Defendant City of Seattle ("the City") has approved this invoice and that, due to the current, partial shutdown of the federal government, Plaintiff United States of America ("the United States") has not yet issued its approval or any objections to this invoice. Despite this fact, the court approves the payment of this invoice because the funds used to make the payment originated solely from the City and the City approves the payment. In

ORDER- 1

addition, although the federal government may be partially shut down, the work of the City and the Monitoring Team to implement the Consent Decree continues, and it is the court's view that the Monitoring Team should be appropriately compensated for those efforts. If the United States has any objections to the Monitoring Team's November 2018 invoice, the court will hear those objections after the federal government reopens and the partial stay in this matter is lifted. (*See* 1/2/19 Order (Dkt. # 517).)

Dated this 17th day of January, 2019.

JAMES L. ROBART
United States District Judge