UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>                  Defendant. | CASE NO. C12-1282JLR<br><br>ORDER |

On December 4, 2019, the court ordered the parties to show cause whether Defendant City of Seattle ("the City") failed to maintain full and effective compliance with the Consent Decree.[1] (OSC (Dkt. # 504).) Based on a stipulation of the parties, the court agreed to set the deadline for (1) the City's response to the order to cause on December 17, 2018, (2) Plaintiff United States of America's ("the Government")

---

[1] (*See* Consent Decree (Dkt. # 3-1) (attaching Settlement Agreement); (Dkt. # 8) (order provisionally approving the Settlement Agreement); (Dkt. # 13) (order modifying and preliminarily approving the Settlement Agreement).)

ORDER - 1

response on January 9, 2019, and (3) the City's reply on January 16, 2019. (12/11/18 Order (Dkt. # 507) at 1.)

On December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. (*See* DOJ Mot. (Dkt. # 514) at 1.) Accordingly, the Government requested a stay of all pending deadlines in this case until Congress and the President restored appropriations to DOJ. (*See generally id.*) On January 2, 2019, the court granted the motion and extended the deadlines for the parties' responses to the order to show cause "commensurate with the duration of the lapse in appropriations." (1/2/19 Order (Dkt. # 517) at 1.)

On Friday, January 25, 2019, President Donald Trump signed into law House Joint Resolution 28, the "Further Additional Continuing Appropriations Act, 2019," which included a short-term continuing resolution that provides fiscal year 2019 appropriations through February 15, 2019. Because DOJ's funding is restored, the court lifts its stay of this matter.

The lapse in appropriations lasted for a total of 35 days. Accordingly, based on its January 2, 2019, order extending the deadlines "commensurate with the duration of the lapse in appropriations," the court resets the following deadlines: (1) the Government's response to the court's order to show cause is due on Wednesday, February 13, 2019, and (2) the City's reply is due on Wednesday, February 20, 2019. (*See* 1/2/19 Order at 1.)

//

//

//

The Community Police Commission may file a response, if any, when the Government files its brief on February 13, 2019. (*See* 12/11/18 Order at 1.)

Dated this 29th day of January, 2019.

JAMES L. ROBART
United States District Judge