THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-cv-01282-JLR<br><br>[PROPOSED] ORDER MODIFYING SUSTAINMENT PLAN DEADLINES |

The Court, having reviewed the pleadings and materials in this case, hereby ORDERS as follows:

(1) The deadline for the United States and Monitoring Team to submit comments on the initial results of SPD's EIS Audit shall be modified from February 15, 2019 to March 15, 2019;

(2) The deadline for SPD's EIS Audit filing shall be modified from March 15, 2019 to April 15, 2019; and

(3) The Parties may seek leave from the Court to file a Supplemental Brief in response to any of the audits referenced in the stipulated motion if and when that need arises.

[PROPOSED] ORDER MODIFYING SUSTAINMENT
PLAN DEADLINES
Case No. 2:17-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 30th day of January, 2019.

                                               Hon. James L. Robart
                                               United States District Court Judge

Presented by:

| | |
|---|---|
| BRIAN T. MORAN<br>United States Attorney for the<br>Western District of Washington | PETER S. HOLMES<br>Seattle City Attorney |
| *s/Christina Fogg*<br>Kerry J. Keefe, Civil Chief<br>Christina Fogg, Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4073<br>Email: christina.fogg@usdoj.gov | *s/Kerala T. Cowart*<br>Kerala T. Cowart, WSBA #53649<br>Assistant City Attorney<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Phone: (206) 733-9001<br>Fax: (206) 684-8284<br>Email: kerala.cowart@seattle.gov |

[PROPOSED] ORDER MODIFYING SUSTAINMENT
PLAN DEADLINES
Case No. 2:17-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| Name | Email |
|---|---|
| Kerala T. Cowart | kerala.cowart@seattle.gov |
| Annette L Hayes | Annette.Hayes@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Carlton Seu | carlton.seu@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Rebecca Boatright | Rebecca.boatright@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Ronald R Ward | Ron@wardsmithlaw.com |
| Timothy D Mygatt | timothy.mygatt@usdoj.gov |

DATED this 30th day of January, 2019.

/s/ Brittany Cirineo
Brittany Cirineo, Legal Assistant (Contractor)

[PROPOSED] ORDER MODIFYING SUSTAINMENT
PLAN DEADLINES
Case No. 2:17-cv-01282-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970