THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cv-01282-JLR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION FOR EXTENSION TO FILE REPLY BRIEF |
| CITY OF SEATTLE, | |
| Defendant. | |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The City's deadline to file a reply on the Court's December 3, 2018 order to show cause is extended by one week from February 27, 2019, to March 6, 2019.

DATED this 26th day of February, 2019.

_____
Hon. James L. Robart
United States District Court Judge

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION FOR EXTENSION TO FILE REPLY BRIEF - 1**
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200