1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>     Defendant. | CASE NO. C12-1282JLR<br><br>ORDER |

10
11
12
13
14
15
16
17

   The court hereby APPROVES the Seattle Monitoring Team's January 2019 invoice and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the registry of the court with regard to this case.

18    Dated this 26th day of February, 2019.

19
20
21
22

JAMES L. ROBART
United States District Judge