# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　Defendant. | CASE NO. C12-1282 JLR<br><br>ORDER SCHEDULING STATUS CONFERENCE |

The court hereby SCHEDULES a status conference for Wednesday, May 15, 2019, at 11:00 a.m., to address the issues the court raised in its order to show cause (OSC

//

//

//

//

//

//

ORDER - 1

(Dkt. # 504)) and the parties' and the Community Police Commission's responses to that order.

Dated this 19th day of April, 2019.

JAMES L. ROBART
United States District Judge