UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER APPROVING POLICE SURVEY INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's invoice for the January 2019 Seattle Police Survey based on the representations of the Monitor that Defendant City of Seattle has approved this invoice as a separate expense and outside the

//

//

//

//

//

ORDER - 1

overall Monitor budget and that Plaintiff United States of America has stated that it does not need to separately approve this expense.

Dated this 13th day of May, 2019.

JAMES L. ROBART
United States District Judge