# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>   Defendant. | CASE NO. C12-1282JLR<br><br>ORDER |

The court hereby APPROVES the Seattle Monitoring Team's June 2019 invoice and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the registry of the court regarding this case.

Dated this 15th day of August, 2019.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1