THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR |
| | ) |
| v. | ) **[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISIONS TO SPD'S POLICIES** |
| CITY OF SEATTLE, | ) |
| Defendant. | ) |

This matter came before the Court on the City of Seattle's Unopposed Motion for Court Approval of Revisions to Seattle Police Department ("SPD")'s Use of Force Policies.

The Court GRANTS the motion and orders as follows:

(1) The Court approves SPD's proposed revisions to its Use of Force Policies attached to the City's Motion as Exhibits A-I; and

(2) SPD may distribute the revised policies to its officers and civilian employees and incorporate the revisions into the Seattle Police Manual (*http://www.seattle.gov/police-manual*).

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED SPD POLICIES** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1

2    DATED this ___16th___ day of August 2019.

3

4                                               _____
                                                Hon. James L. Robart
5                                               United States District Court Judge

6

    Presented by:
7
    PETER S. HOLMES
8    Seattle City Attorney

9    *s/ Kerala T. Cowart*
     Kerala T. Cowart, WSBA #53649
10   Assistant City Attorney
     Seattle City Attorney's Office
11   701 Fifth Avenue, Suite 2050
     Phone: (206) 733-9001
12   Fax: (206) 684-8284
     Email: kerala.cowart@seattle.gov
13

14

15

16

17

18

19

20

21

22

23

    **[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S**        Peter S. Holmes
    **UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED**     Seattle City Attorney
    **SPD POLICIES** - 2                                    701 Fifth Avenue, Suite 2050
    (12-CV-01282-JLR)                                       Seattle, WA 98104
                                                            (206) 684-8200

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on July 31, 2019, I filed the foregoing with the Clerk of the Court using

3    the CM/ECF system, which will send notification to the following:

4    Brian T. Moran                bmoran@usdoj.gov

5    Christina Fogg               Christina.Fogg@usdoj.gov

     Matt Waldrop                 james.waldrop@usdoj.gov
6
     Gregory Colin Narver         gregory.narver@seattle.gov

7    Kerry Jane Keefe             kerry.keefe@usdoj.gov

     Peter Samuel Holmes          peter.holmes@seattle.gov
8
     Jeff Murray                  jeff.murray@usdoj.gov

9    Ronald R. Ward               Ron@wardsmithlaw.com

10   Timothy D. Mygatt            timothy.mygatt@usdoj.gov

     Gary T. Smith                gary.smith@seattle.gov
11
     Hillary H. McClure           hillarym@vjmlaw.com

12   David A. Perez               dperez@perkinscoie.com

13   Anna Thompson                annathompson@perkinscoie.com

     Kristina M. Detwiler         kdetwiler@unionattorneysnw.com
14
     Merrick Bobb                 mbobb@pacbell.net

15   Bruce E.H. Johnson           brucejohnson@dwt.com

     Eric M. Stahl                ericstahl@dwt.com
16

17    DATED this 31st day of July, 2019, at Seattle, King County, Washington.

18                                *s/ Kerala T. Cowart*
                                  Kerala T. Cowart, WSBA #53649
                                  Assistant City Attorney
19                                E-mail: kerala.cowart@seattle.gov

20

21

22

23

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S**
**UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED**
**SPD POLICIES** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200