UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES part one and part two of the Seattle Monitoring

Team's August 2019 invoice and DIRECTS the Clerk to pay part one and part two of the

//

//

//

//

//

//

August 2019 invoice from funds on deposit in the registry of the court regarding this case.

Dated this 15th day of October, 2019.

JAMES L. ROBART
United States District Judge