THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | Case No. 2:12-cv-01282-JLR<br><br>[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISIONS TO SPD'S POLICIES |

This matter came before the Court on the City of Seattle's Unopposed Motion for Court Approval of Revisions to Seattle Police Department ("SPD")'s Voluntary Contacts, Terry Stops, and Detentions Policy.

The Court GRANTS the motion and orders as follows:

(1) The Court approves SPD's proposed revisions to its Voluntary Contacts, Terry Stops, and Detentions Policy Use of Force Policies attached to the City's Motion as Exhibit A and

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED
SPD POLICIES - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

(2) SPD may distribute the revised policies to its officers and civilian employees and incorporate the revisions into the Seattle Police Manual (*http://www.seattle.gov/police-manual*).

DATED this 15th day of November 2019.

*[signature]*

Hon. James L. Robart
United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED SPD POLICIES -** 2
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 31st day of October, 2019, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED SPD POLICIES - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200