# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's September 2019 invoice and DIRECTS the Clerk to pay the invoice from funds presently on deposit in the registry of the court regarding this case.

Dated this 26th day of November, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 1