THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　Defendant. | Case No. 2:12-cv-01282-JLR<br><br>[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION FOR ONE-WEEK EXTENSION |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The deadline for the City to file its accountability assessment is extended by one week from December 6, 2019, to December 13, 2019. The deadline for any responsive pleadings by DOJ and CPC is extended to January 6, 2020.

DATED this 5th day of December, 2019.

_____
Hon. James L. Robart
United States District Court Judge

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
STIPULATED MOTION FOR ONE-WEEK EXTENSION - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1  Presented by:

2  *s/ Kerala Cowart*
   KERALA T. COWART, WSBA #53649
3  Assistant City Attorney

4  Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
5  Seattle, WA  98104
   Phone: (206) 684-8200
6  Fax: (206) 684-8284

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION FOR ONE-WEEK EXTENSION** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 4th day of December, 2019, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
KERALA T. COWART, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION FOR ONE-WEEK EXTENSION** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200