# EXHIBIT C TO COWART DECLARATION

**Joint Letter from Seattle Human Resources Department and Seattle Police Officers Guild to Seattle Chief of Police November 13, 2019**

 **City of Seattle**

## Seattle Department of Human Resources
Bobby Humes, Director

November 13, 2019

Carmen Best, Chief
Seattle Police Department
610 Fifth Avenue
Seattle, Washington 98104

     Re:     Arbitrator Qualification and Selection

Dear Chief Best:

We appreciate the opportunity to give you an update on the selection of neutral arbitrators under the 2015-2020 collective bargaining agreement (the Agreement). The parties each recognize the importance of having a dispute resolution process that is effective, impartial, and procedurally just. The Seattle Police Department wants an accountability system that will earn the trust of the public and of its employees. During bargaining for the new Agreement, the grievance and arbitration article of the Agreement was revised in order to address concerns raised by the City regarding the process under the old CBA, including the City's desire to eliminate the Disciplinary Review Board process (which occurred). One of those changes involved changing how arbitrators are selected.

The parties are currently in the process of finalizing the list of arbitrators that will be utilized during the remainder of the Agreement.  Both the Guild and the City want arbitrators that have a reputation for providing just and fair results, and a reputation for integrity, independence, impartiality and fairness. The parties also recognize the value of arbitrators with substantive experience arbitrating cases, and particularly those that involve law enforcement officers and public employees.  In order to confirm acceptability to both labor and management, the parties have limited their selected arbitrators to those that are either AAA or FMCS qualified, which requires acceptability from both labor and management in order to achieve such qualification.

Seattle Department of Human Resources

Seattle Municipal Tower, 700 5th Avenue Suite 5500, PO Box 34028, Seattle, WA 98124-4028
(206) 684-7999 ● TTY:7-1-1  Fax: (206) 684-4157 ● Employment Website: www.seattle.gov/jobs
An equal employment opportunity employer.  Accommodations for people with disabilities provided upon request.



Carmen Best, Chief
Page Two
November 13, 2019

Under the newly created process in the Agreement, each party independently reviewed and investigated potential arbitrators, including a thorough research of prior decisions, in order to create a list of ten (10) arbitrators. Those lists were then given to the other party. As stated, both parties recognize the importance of having fair and qualified arbitrators with the highest integrity.  Still recognizing that there is some potential subjectivity in assessing fairness and reputation, the Agreement allows each party to strike two arbitrators suggested by the other party.  The list of sixteen (16) remaining arbitrators was then randomized and put on a list from 1 through 16. The current docket of cases was randomized, and each case was assigned an arbitrator after giving each side the opportunity to strike one name from the top of the list. The name remaining at the top of the List is the arbitrator for that case. The parties continued through the case list and assigned arbitrators.  When new cases arise, the parties will resume the same procedure, picking up at the point they concluded any earlier selections.  Once selected, the neutral arbitrator will be utilized absent mutual agreement to change, and neither party may challenge a decision alleging misapplication of the selection process.

In summary, both parties recognize the importance of establishing an arbitration process that is fair and just. The Guild and SPD believe our newly established process achieves that goal.

Sincerely,

Jana Sangy, Director
SDHR Labor Relations

Kevin Stuckey, President
Seattle Police Officers Guild

cc:     Mayor Jenny Durkan
        Michelle Chen, Office of the Mayor
        Peter Holmes, City Attorney
        Paul Olsen, Assistant City Attorney
        Bobby Humes, SDHR Director