UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's October 2019 invoice and DIRECTS the Clerk to pay the August 2019 invoice from funds on deposit in the registry of the court regarding this case.

Dated this 2nd day of January, 2020.

JAMES L. ROBART
United States District Judge