THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | No. 2:12-cv-01282-JLR<br><br>DECLARATION OF DAVID A. PEREZ IN SUPPORT OF COMMUNITY POLICE COMMISSION'S RESPONSE TO 21CP's ASSESSMENT OF POLICE ACCOUNTABILITY |

DECLARATION OF DAVID A. PEREZ
(No. 2:12-cv-01282-JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

146824973.1

I, David A. Perez, hereby declare:

I have personal knowledge of the facts stated below and am competent to testify regarding the same.

1. I am a partner at Perkins Coie LLP, and outside counsel to the Community Police Commission ("CPC").

2. Attached as **Exhibit A** is a true and correct copy of a November 25, 2019, letter the CPC sent to Mayor Durkan and to the Seattle City Council, providing the CPC's recommendations concerning the City's collective bargaining agenda.

EXECUTED this 6th day of January, 2020 at Seattle, Washington.

*/s/ David A. Perez*
David A. Perez

DECLARATION OF DAVID A. PEREZ
(No. 2:12-cv-01282-JLR) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

146824973.1

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on January 6, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 6th day of January, 2020.

*s/ David A. Perez*
DPerez@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:12-cv-01282-JLR ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

146824973.1