THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>              Defendant. | No. 2:12-cv-01282-JLR<br><br>FOLLOW-UP REVIEW OF THE OFFICE OF POLICE ACCOUNTABILITY |

The Seattle Police Monitor respectfully submits the attached Follow-Up Review of the Office of Police Accountability, dated January 10, 2020.

FOLLOW UP OF THE OFFICE OF POLICE ACCOUNTABILITY - Page 1 of 2
(2:12-cv-01282-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF SERVICE

I certify that on the 10th day of January, 2020, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

| Name | Email |
|---|---|
| Anna Mouw Thompson | annathompson@perkinscoie.com |
| Annette L. Hayes | annette.hayes@usdoj.gov |
| Brian T. Moran | bmoran@usa.doj.gov |
| Christina Fogg | christina.fogg@usdoj.gov |
| David A. Perez | dperez@perkinscoie.com |
| Eric M. Stahl | ericstahl@dwt.com |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Jeffrey R. Murray | jeff.murray@usdoj.gov |
| John Winn Wolfe | john.wolfe@orrick.com |
| Karen Kathryn Koehler | karenk@stritmatter.com |
| Kerala Thie Cowart | kerala.cowart@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Kristina Detwiler | kdetwiler@unionattorneysnw.com |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Merrick Bobb | mbobb@pacbell.net |
| Paul A. Olsen | paul.olsen@seattle.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Rebecca Shapiro Cohen | rebecca.cohen@usdoj.gov |
| Ronald R. Ward | ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |

DATED this 10th day of January, 2020.

Davis Wright Tremaine LLP
Interested Party

*s/ Bruce E. H. Johnson*
Bruce E. H. Johnson, WSBA #7667
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 757-8069
Fax: (206) 757-7069
Email: brucejohnson@dwt.com

FOLLOW UP OF THE OFFICE OF POLICE ACCOUNTABILITY - Page 2 of 2
(2:12-cv-01282-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax