UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>       v.<br><br>CITY OF SEATTLE,<br><br>                          Defendant. | CASE NO. C12-1282JLR<br><br>AMENDED ORDER DIRECTING PAYMENT OF THE OCTOBER 2019 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's October 2019 invoice and DIRECTS the Clerk to pay the October 2019 invoice from funds on deposit in the registry of the court regarding this case.

Dated this 13th day of January, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 1