THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR |
| | ) |
| v. | ) [PROPOSED] ORDER GRANTING CITY |
| | ) OF SEATTLE'S UNOPPOSED MOTION |
| CITY OF SEATTLE, | ) FOR COURT APPROVAL OF |
| | ) REVISIONS TO SPD'S POLICIES |
| Defendant. | ) |
| | ) |

9

10

11

12

13

14    This matter came before the Court on the City of Seattle's Unopposed Motion for Court

15 Approval of Revisions to Seattle Police Department ("SPD")'s Early Intervention System Policy.

16    The Court GRANTS the motion and orders as follows:

17    (1) The Court approves SPD's proposed revisions to its Early Intervention System Policy

18       attached to the City's Motion as Exhibit A and

19    (2) SPD may distribute the revised policy to its officers and civilian employees and

20       incorporate the revisions into the Seattle Police Manual (*http://www.seattle.gov/police-*

21       *manual*).

22

23

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED
SPD POLICIES** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1

2 DATED this _21ˢᵗ_ day of January 2019.

3

4

                Hon. James L. Robart

5                 United States District Court Judge

6

Presented by:

7

PETER S. HOLMES

8 Seattle City Attorney

9 *s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649

10 Assistant City Attorney
Seattle City Attorney's Office

11 701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001

12 Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

13

14

15

16

17

18

19

20

21

22

23

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED
SPD POLICIES** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Gregory Colin Narver | gregory.narver@seattle.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |
| John Wolfe | wolfe@orrick.com |

DATED this 31st day of December, 2019, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED
SPD POLICIES** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200