UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF THE NOVEMBER 2019 INVOICE |

      The court hereby APPROVES the Seattle Monitoring Team's November 2019 invoice and DIRECTS the Clerk to pay the November 2019 invoice from funds on deposit in the registry of the court regarding this case.

      Dated this 5th day of February, 2020.

                                          JAMES L. ROBART
                                          United States District Judge

ORDER - 1