# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>            Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF THE DECEMBER 2019 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's December 2019 invoice and DIRECTS the Clerk to pay the December 2019 invoice from funds on deposit in the registry of the court regarding this case.

Dated this 26th day of February, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 1