# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
|---|---|
| Plaintiff, | ORDER DIRECTING PAYMENT OF THE JANUARY 2020 INVOICE |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's January 2020 invoice and DIRECTS the Clerk to pay the January 2020 invoice from funds on deposit in the registry of the court regarding this case.

Dated this 18th day of March, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 1