THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 2:12-cv-01282-JLR <br><br> **PARTIES' STIPULATED, JOINT MOTION TO TERMINATE PARAGRAPHS 69-168 OF THE CONSENT DECREE** <br><br> **NOTE ON MOTION CALENDAR: May 7, 2020** |

The City of Seattle and the United States of America ("Parties") hereby jointly move to terminate paragraphs 69-168 of the Consent Decree. Dkt. 3-1. This matter's governing document—the Consent Decree—establishes that once compliance with its terms has been demonstrated and held for a period of two years, those terms may be terminated. *See id*. at ¶¶ 223, 229. The Court found that the City of Seattle achieved "full and effective compliance" with the "Commitments" section of the Consent Decree (paragraphs 69-168) in January of 2018. Dkt. 439. Subsequently, the Parties, Monitor, and Court agreed that the "Sustainment Plan" (Dkts. 444 & 444-1) would be

**PARTIES' STIPULATED, JOINT MOTION TO TERMINATE SUSTAINMENT PLAN PROVISIONS OF CONSENT DECREE** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

used to assess whether the City of Seattle had sustained compliance with those areas of reform for the requisite period of two years. *See* Dkt. 448.

As of January 10, 2020, all of the work required by the Sustainment Plan is complete. After performing assessments of each Commitment topic area, the City of Seattle concluded that it successfully maintained compliance with each for two years.[1] The Monitor and the United States independently assessed each of these areas and agreed that the City maintained compliance.[2] Further discussion of the history of this Consent Decree, the City's efforts to achieve compliance, and support for this Motion are found in the Parties' concurrently filed Memoranda in Support.

The Parties acknowledge that the Court's May 21, 2019 Order raises issues regarding discipline and accountability. Dkt. 562 at 2. However, the Court's Order also expressly states that its finding does not affect the City's compliance in any of the areas listed in the Phase II Sustainment Plan. *Id.* Accordingly this motion may be ruled on without consideration of those additional issues. The City anticipates filing a response to those issues by August 1, 2020.

For all of these reasons, termination of the Commitments section of the Consent Decree and all related monitoring by the Court is now warranted and appropriate and the Parties respectfully request the Court's entry of such an order.

---

[1] *See* Dkts. 497-1 at 20-21 and 570-1 at 26-27 (Type I and II Use of Force Investigation and Reporting); Dkt. 570-2 at 24-25 (Force Review Board); Dkt. 588-1 at 25-26 (Comprehensive Use of Force); Dkt. 511 at 5 (Crisis Intervention); (Dkts. 547-1 at 31-32 and 588-2 at 21 (Stops and Detentions); Dkts. 497-2 at 15 and 595-2 at 13-14 (Supervision General); Dkts. 550-1 at 24 and 595-1 at 23 (Early Intervention System).

[2] *See* Dkts. 497-1 at 22-24 and 570-1 at 27-29 (Type I and II Use of Force Investigation and Reporting); Dkt. 570-2 at 39-41 (Force Review Board); Dkt. 588-1 at 26-29 (Comprehensive Use of Force); Dkt. 511 at 39-43 (Crisis Intervention); Dkts. 547-1 at 32-34 and 588-2 at 22-23 (Stops and Detentions); Dkts. 497-2 at 16-17 and 595-2 at 14-15 (Supervision General); Dkts. 550-1 at 27-30 and 595-1 at 26-28 (Early Intervention System).

**PARTIES' STIPULATED, JOINT MOTION TO TERMINATE SUSTAINMENT PLAN PROVISIONS OF CONSENT DECREE** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Respectfully submitted,

DATED this 7th day of May 2020.

| For the CITY OF SEATTLE | For the UNITED STATES of AMERICA |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | BRIAN T. MORAN<br>United States Attorney for the<br>Western District of Washington |
| *s/ Kerala T. Cowart*<br>Kerala T. Cowart, WSBA #53649<br>*s/ Paul Olsen*<br>Paul Olsen, WSBA #29873<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Phone: (206) 733-9001<br>Fax: (206) 684-8284<br>Email: kerala.cowart@seattle.gov<br>Email: paul.olsen@seattle.gov | *s/ Christina Fogg*<br>Christina Fogg, Assistant United States Attorney<br>Matthew Waldrop, Assistant United States Attorney<br>Kerry Keefe, Civil Division Chief<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4073 |
| *s/John W. Wolfe*<br>John Wolfe<br>Orrick, Herrington & Sutcliffe LLP<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA 98104-7097<br>Telephone: (206) 839 4300<br>Fax: (206) 839 4301<br>Email: wolfe@orrick.com | ERIC DREIBAND<br>Assistant Attorney General<br>Civil Rights Division<br><br>*s/ Timothy D. Mygatt*<br>Steven H. Rosenbaum, Chief<br>Timothy D. Mygatt, Deputy Chief<br>Jeffrey R. Murray, Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>Phone: (202) 514-6255 |

**PARTIES' STIPULATED, JOINT MOTION TO TERMINATE SUSTAINMENT PLAN PROVISIONS OF CONSENT DECREE** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 7th day of May 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

---

**PARTIES' STIPULATED, JOINT MOTION TO TERMINATE SUSTAINMENT PLAN PROVISIONS OF CONSENT DECREE** - 4
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200