THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR ) |
| v. | ) **DECLARATION OF** ) **KERALA THIE COWART** |
| CITY OF SEATTLE, | ) ) |
| Defendant. | ) ) |

I, KERALA T. COWART, being familiar with the facts set forth herein based on my personal knowledge, and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am an Assistant City Attorney representing Defendant City of Seattle as counsel of record in the above-captioned matter.

2. Attached as **Exhibit A** is a true and correct copy of a summary chart listing compliance-related Court filings during Phase I of this matter.

3. Attached as **Exhibit B** is a true and correct copy of a summary chart listing compliance-related Court filings during Phase II, "the Sustainment Period," of this matter.

**DECLARATION OF KERALA THIE COWART** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED this 7th day of May, 2020 at Seattle, King County, Washington.

3

4

5  */s Kerala T. Cowart*_____
   KERALA T. COWART

**DECLARATION OF KERALA THIE COWART** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian T. Moran | Brian.Moran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 7th day of May, 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**DECLARATION OF KERALA THIE COWART** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# EXHIBIT A

DECLARATION OF KERALA THIE COWART - 4

| Consent Decree Topic | Sub-Topic | Monitor's Phase I Report |
|---|---|---|
| "Full and effective compliance . . . requires that the City and SPD have: (a) incorporated the requirement into <u>policy</u>; (b) <u>trained</u> all relevant personnel as necessary to fulfill their responsibilities pursuant to the requirement; and (c) ensured that the requirement is being carried out in <u>practice</u>." ¶ 184. | | |
| Force<br>¶¶ 69-129 | Policy | *Memoranda Submitting Use of Force Policies, Policy Revisions, and Force Investigation Team Manual,* Dkts. 107, 204, & 340 |
| | Training | *Memoranda Submitting Use of Force Training, Instructional System Design Manual, and Force Investigation Team Training,* Dkts. 144, 148, 165, 191, 198, 254, 319 |
| | Practice: Constitutionality | *Ninth Assessment,* Dkt. 383 |
| | Practice: Reporting & Investigation | *First Assessment* Dkt. 231, *Seventh Assessment,* Dkt. 360 *(reassessing Type II investigations)* |
| | Practice: Force Review Board | *Second Assessment,* Dkt. 247 |
| Crisis Intervention<br>¶¶ 130-137 | Policy | *Memoranda Submitting Crisis Intervention Policy and Revisions,* Dkts. 120 & 209 |
| | Training | *Memoranda Submitting Crisis Intervention Training,* Dkts. 145, 177, 254, & 319 |
| | Practice | *Fifth Assessment,* Dkt. 272 |
| Stops and Detentions<br>¶¶ 138-44 | Policy | *Memoranda Submitting Stops and Detentions Policy and Policy Revisions*, Dkts. 116, 143, & 205 |
| | Training | *Memorandum Submitting Instructional System Design Model for Stops and Detentions Training,* Dkt. 176 |
| | Practice | *Tenth Assessment,* Dkt. 394 |
| Bias-Free Policing<br>¶¶ 145-52 | Policy | *Memoranda Submitting Policy and Revised Policy,* Dkts. 116, 143, and 205 |
| | Training | *Memorandum Submitting Instructional System Design Model for Bias-Free Policing Training* Dkt. 176 |
| | Practice | *Tenth Assessment,* Dkt. 394 |
| Supervision<br>¶¶ 150-63 | Policy | *Memoranda Submitting Supervision Related Policies and Revised Policies,* Dkts. 123 & 202 |
| | Training | *Memoranda Submitting Supervision-Related Training,* Dkts. 254 & 319 |
| | Practice: Supervision | *Sixth Assessment,* Dkt. 351 |
| | Practice: Early Intervention System | *Eighth Assessment,* Dkt. 374 |

DECLARATION OF KERALA THIE COWART - 5

| Consent Decree Topic | Sub-Topic | Monitor's Phase I Report |
|---|---|---|
| OPA<br>¶¶ 164-68 | Policy | *Memoranda Submitting OPA Manual, Related SPD Policies, and OPA Manual Revisions,* Dkts. 156 & 256 |
| | Training<br>    No specific ¶¶ | *Not applicable* |
| | Practice | *Fourth Assessment,* Dkt. 259 |

# EXHIBIT B

DECLARATION OF KERALA THIE COWART - 7

| Consent Decree Topic | Sub-Topic | Phase II Report |
|---|---|---|
| The City shall maintain full and effective compliance for two years. ¶¶ 223, 229-30 | | |
| Force<br>¶¶ 69-129 | Constitutionality & Type III Investigation | *Comprehensive Use of Force Review,* Dkt. 588-1 |
| | Type I & II Reporting & Investigation | *Force Reporting, Review, and Investigation Audit Parts I & II,* Dkts. 497-1 & 570-1 |
| | Force Review Board | *Office of Inspector General for Public Safety's Force Review Board Assessment,* Dkt. 570-2 |
| Crisis Intervention<br>¶¶ 130-37 | | *Crisis Intervention and Use of Force Evaluation,* Dkt. 511 |
| Stops and Detentions<br>¶¶ 138-44 | | *Stops and Detentions Audit Parts I & II,* Dkts. 547-1 & 588-2 |
| Bias-Free Policing<br>¶¶ 145-52 | | *Disparity Review Parts I & II,* Dkts. 554-1 & 600-1 |
| Supervision<br>¶¶ 150-63 | General | *Supervision Audit Parts I & II,* Dkts. 497-2 & 595-2 |
| | Early Intervention System | *Early Intervention System Audit Parts I & II,* Dkts. 497-2 & 595-1 |
| OPA<br>¶¶ 164-68 | | *Monitor's OPA follow-Up Review,* Dkt. 604 |

DECLARATION OF KERALA THIE COWART - 8