UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF THE FEBRUARY 2020 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's February 2020 invoice and DIRECTS the Clerk to pay the February 2020 invoice from funds on deposit in the registry of the court regarding this case.

Dated this 14th day of May, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 1