THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-cv-01282-JLR<br><br>**PRAECIPE**<br><br>**[CLERK'S ACTION REQUIRED]** |

Pursuant to Local Civil Rule 7(m), the United States of America, with the consent of the City of Seattle, hereby requests that the Court replace the United States' Memorandum in Support of Joint Motion for Termination of Paragraphs 69-168 of the Consent Decree (Dkt. 615) ("United States' Memorandum"), with the attached revised version of the United States' Memorandum. The revised version of the United States' Memorandum corrects the table heading on page 22:3 of Section I.D.2. from "18 Month Time Period" to the correct period of time examined, "28 Month Time Period." The dates and figures within the table remain the same.

PRAECIPE
Case No. 2:12-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 26th day of May, 2020.

2  For the UNITED STATES OF AMERICA:

3  BRIAN T. MORAN
4  United States Attorney for the
   Western District of Washington
5

6
   *s/Christina Fogg*
7  Kerry J. Keefe, Civil Chief
   Christina Fogg, Assistant United States Attorney
8  Matt Waldrop, Assistant United States Attorney
9  United States Attorney's Office
   Western District of Washington
10 700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
11 Phone: (206) 553-7970
12 Fax: (206) 553-4073
   Email: Christina.Fogg@usdoj.gov
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRAECIPE
Case No. 2:12-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I certify that on the 26th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | christina.fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |
| Paul A. Olsen | paul.olsen@seattle.gov |
| John Wolfe | wolfe@orrick.com |

DATED this 26th day of May, 2020.

*s/Brittany Cirineo*
Brittany Cirineo, Legal Assistant (Contractor)

PRAECIPE
Case No. 2:12-cv-01282-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970