THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR A TWO WEEK EXTENSION OF TIME FOR THE COMMUNITY POLICE COMMISSION TO RESPOND TO PARTIES' STIPULATED, JOINT MOTION TO TERMINATE PARAGRAPHS 69-168 OF THE CONSENT DECREE**<br><br>**NOTE ON MOTION CALENDAR: MAY 26, 2020** |

On May 11, 2020, the Court reset the noting date for the Parties' Stipulated, Joint Motion to Terminate Paragraphs 69-168 of the Consent Decree to May 29, 2020, which resulted in a deadline of May 26, 2020 for the Seattle Community Police Commission ("CPC") to file a response to the motion, and a deadline of May 29, 2020 for the parties to file any reply.  The parties have agreed to CPC's request for a two-week extension, provided that the parties also receive a reciprocal two-week extension.  The stipulated briefing schedule shall be:

STIPULATED MOTION FOR A TWO-WEEK EXTENSION
(No. 2:12-cv-01282-JLR) – 1

148314305.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

- June 9, 2020: CPC to file its response to the pending motion.
- June 26, 2020: the City and Government to file any reply.

DATED: May 26, 2020

Respectfully submitted,

| | |
|---|---|
| | DAVID A. PEREZ<br>Attorney for *Amicus Curiae* Community Police Commission<br><br>*s/ David A. Perez*<br>DPerez@perkinscoie.com<br>David A. Perez, WSBA No. 43959<br>Anna Mouw Thompson, WSBA No. 52418<br>AnnaThompson@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000 |
| BRIAN T. MORAN<br>United States Attorney for the<br>Western District of Washington<br><br>*s/ Christina Fogg*<br>Christina Fogg, Assistant U.S. Attorney<br>Matthew Waldrop, Assistant U.S. Attorney<br>Kerry Keefe, Civil Division Chief<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4073<br>Email: christina.fogg@usdoj.gov | PETER S. HOLMES<br><br>Seattle City Attorney<br><br>*s/ Kerala Cowart*<br>Kerala T. Cowart, WSBA #53649<br>Paul Olsen, WSBA #29873<br>Assistant City Attorney<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, Washington 98104<br>Phone: (206) 733-9001<br>Fax: (206) 684-8284<br>Email: kerala.cowart@seattle.gov<br>Email: paul.olsen@seattle.gov |

148314305.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## [PROPOSED] ORDER

The Court hereby ORDERS the Community Police Commission ("CPC") to file its response to the Parties' Stipulated, Joint Motion to Terminate Paragraphs 69-168 of the Consent Decree by June 9, 2020, and further ORDERS the parties to file any reply by June 26, 2020.

Dated this ___ day of May, 2020.     _____
                                     Honorable James L. Robart
                                     United States District Court Judge

148314305.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 26, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 26th day of May, 2020.

*/s/ David A. Perez*
DPerez@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:12-cv-01282-JLR) – 1

148314305.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000