THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**STIPULATED MOTION AND ORDER FOR A TWO WEEK EXTENSION OF TIME FOR THE COMMUNITY POLICE COMMISSION TO RESPOND TO PARTIES' STIPULATED, JOINT MOTION TO TERMINATE PARAGRAPHS 69-168 OF THE CONSENT DECREE**<br><br>NOTE ON MOTION CALENDAR: MAY 26, 2020 |

On May 11, 2020, the Court reset the noting date for the Parties' Stipulated, Joint Motion to Terminate Paragraphs 69-168 of the Consent Decree to May 29, 2020, which resulted in a deadline of May 26, 2020 for the Seattle Community Police Commission ("CPC") to file a response to the motion, and a deadline of May 29, 2020 for the parties to file any reply. The parties have agreed to CPC's request for a two-week extension, provided that the parties also receive a reciprocal two-week extension. The stipulated briefing schedule shall be:

STIPULATED MOTION FOR A TWO-WEEK EXTENSION
(No. 2:12-cv-01282-JLR) – 1
148314305.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

- June 9, 2020: CPC to file its response to the pending motion.

- June 26, 2020: the City and Government to file any reply.

DATED: May 26, 2020

Respectfully submitted,

DAVID A. PEREZ

Attorney for *Amicus Curiae* Community Police Commission

*s/ David A. Perez*
DPerez@perkinscoie.com
David A. Perez, WSBA No. 43959
Anna Mouw Thompson, WSBA No. 52418
AnnaThompson@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

BRIAN T. MORAN
United States Attorney for the
Western District of Washington

*s/ Christina Fogg*
Christina Fogg, Assistant U.S. Attorney
Matthew Waldrop, Assistant U.S. Attorney
Kerry Keefe, Civil Division Chief
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: christina.fogg@usdoj.gov

PETER S. HOLMES

Seattle City Attorney

*s/ Kerala Cowart*
Kerala T. Cowart, WSBA #53649
Paul Olsen, WSBA #29873
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov
Email: paul.olsen@seattle.gov

148314305.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

The Court hereby ORDERS the Community Police Commission ("CPC") to file its response to the Parties' Stipulated, Joint Motion to Terminate Paragraphs 69-168 of the Consent Decree by June 9, 2020, and further ORDERS the parties to file any reply by June 26, 2020.

Dated this 27th day of May, 2020.

*/s/ James L. Robart*

JAMES L. ROBART
United States District Judge

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

148314305.2

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 26, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 26th day of May, 2020.

*/s/ David A. Perez*
DPerez@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:12-cv-01282-JLR) – 1

148314305.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000