1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br><br>    v. )<br><br>CITY OF SEATTLE, )<br><br>    Defendant. )<br> _____ ) | No. 2:12-cv-01282-JLR<br><br>NOTICE TO WITHDRAW CITY OF SEATTLE'S PENDING MOTION AND SUPPORTING DOCUMENTS (DKTS. 611-614) |

On May 7, 2020, the City of Seattle ("City") and the United States of America ("Parties") jointly filed a Stipulated, Joint Motion to Terminate Paragraphs 69-168 of the Consent Decree (Dkt. 611). The City also filed a supporting Memorandum in support of the Motion (Dkt. 612) and supporting Declarations of Ben Noble and Kerala Cowart (Dkts. 613-14). Since that time unprecedented levels of protests have occurred in the City that engaged the Seattle Police Department ("SPD") in significant crowd management actions. These actions are governed by policies implemented under the Consent Decree, including crowd management and use of force. Further, these actions will be subject to review through many of the processes put in place by the Consent Decree, including the Force Investigation Team, Force Review Board, and Office of Police Accountability. The Parties make no assumptions regarding the propriety of SPD's actions during these protests, or what the appropriate outcomes of these processes will be, but, at this

NOTICE TO WITHDRAW CITY OF SEATTLE'S PENDING MOTION AND
SUPPORTING DOCUMENTS (DKTS. 611-614)
(2:12-cv-01282-JLR) — 1

time, believe additional time is necessary to ensure that termination of Paragraph 69-168 remains

appropriate. Accordingly, under L.C.R. 7(l), the City files this Notice to advise the Court that it is

withdrawing from the Joint Motion to Terminate Paragraphs 69-168 of the Consent Decree (Dkt.

111) and withdrawing the supporting Memorandum and Declarations (Dkts. 612 through 614).  The

Parties intend to jointly apprise the Court of the status of this litigation at an appropriate time in the

future.

DATED this 4th day of June, 2020

Respectfully Submitted,

For the CITY OF SEATTLE

PETER S. HOLMES
Seattle City Attorney

*s/ Paul A. Olsen*
Paul A. Olsen, WSBA#29873
Assistant City Attorney
701 5th Ave., Ste. 2050
Seattle, WA 98104
(206) 684-8200
Email: Paul.Olsen@seattle.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |
| John Wolfe | wolfe@orrick.com |

DATED this 4th day of June, 2020, at Seattle, King County, Washington.

*s/ Paul A. Olsen*

NOTICE TO WITHDRAW CITY OF SEATTLE'S PENDING MOTION AND
SUPPORTING DOCUMENTS (DKTS. 611-614)
(2:12-cv-01282-JLR) — 3