THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | No. 2:12-cv-01282-JLR<br><br>DECLARATION OF DAVID A. PEREZ IN SUPPORT OF COMMUNITY POLICE COMMISSION'S RESPONSE TO PARTIES' STIPULATED, JOINT MOTION TO TERMINATE PARAGRAPHS 69-168 OF THE CONSENT DECREE |

DECLARATION OF DAVID A. PEREZ
(No. 2:12-cv-01282-JLR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

148307851.1

I, David A. Perez, hereby declare:

I have personal knowledge of the facts stated below and am competent to testify regarding the same.

1. I am a partner at Perkins Coie LLP, and outside counsel to the Community Police Commission ("CPC").

2. Attached as **Exhibit A** is a true and correct copy of a statement read by Carolyn Riley-Payne, the NAACP Seattle King County President, on May 11, 2020, which was downloaded from https://www.seattlekingcountynaacp.org/press-releases-and-statements/presidents-statement-read-at-seattle-city-council-today-on-ending-the-consent-decree on or about June 8, 2020.

3. Attached as **Exhibit B** is a true and correct copy of a statement by Seattle City Attorney Pete Holmes, which was issued on June 3, 2020, and which was downloaded from https://news.seattle.gov/2020/06/03/city-attorney-to-withdraw-consent-decree-motion/ on or about June 8, 2020.

4. Attached as **Exhibit C** is a true and correct copy of a statement by Mayor Jenny Durkan, which was issued on June 3, 2020, and which was downloaded from https://durkan.seattle.gov/2020/06/statement-from-mayor-jenny-durkan-on-the-consent-decree/ on or about June 8, 2020.

5. Attached as **Exhibit D** is a true and correct copy of a press release by the Seattle Office of Police Accountability, which was issued on June 1, 2020, and which was downloaded from https://www.seattle.gov/Documents/Departments/OPA/PressReleases/06-01-20_OPA-Press-Release-Following-Demonstrations.pdf on or about June 8, 2020.

6. Attached as **Exhibit E** is a true and correct copy of Section 14.090 of the Seattle Police Department Manual, which was downloaded from https://www.seattle.gov/police-manual/title-14---emergency-operations/14090---crowd-management on or about June 8, 2020.

DECLARATION OF DAVID A. PEREZ
(No. 2:12-cv-01282-JLR) –1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

7. Attached as **Exhibit F** is a true and correct copy of an article from *The Seattle Times* by Daniel Beekman entitled *'No sense of de-escalation' at crucial moment during latest Seattle protest, videographer says*, which was downloaded from https://www.seattletimes.com/seattle-news/politics/no-sense-of-de-escalation-at-crucial-moment-during-latest-seattle-protest-videographer-says/ on or about June 8, 2020.

8. Attached as **Exhibit G** is a true and correct copy of an article from *MYNorthwest* by Nick Bowman entitled *Seattle council questions SPD's use of tear gas, mace during weekend protests*, which was downloaded from https://mynorthwest.com/1907176/seattle-council-police-tear-gas-mace-protests/ on or about June 8, 2020.

9. Attached as **Exhibit H** is a true and correct copy of an article from *The New York Times* by Mike Baker entitled *Corrosive Effects of Tear Gas Could Intensify Coronavirus Pandemic*, which was downloaded from https://www.nytimes.com/2020/06/03/us/tear-gas-risks-protests-coronavirus.html on or about June 8, 2020.

10. Attached as **Exhibit I** is a true and correct copy of a letter sent by the CPC on June 13, 2016, which raises concern over blast balls in light of their "documented serious injuries to bystanders and observers."

11. Attached as **Exhibit J** is a true and correct copy of an article from *The Seattle Times* by Lewis Kamb entitled *Seattle police continue to use 'flash-bang' grenades during protests, despite recommendations*, which was downloaded from https://www.seattletimes.com/seattle-news/seattle-police-continue-to-use-flash-bang-grenades-during-protests-despite-recommendations/ on or about June 8, 2020.

12. Attached as **Exhibit K** is a true and correct copy of an article from *The Seattle Times* by Naomi Ishisaka entitled *Now isn't the time to backpedal on consent decree in Seattle as George Floyd protests unfold*, which was downloaded from https://www.seattletimes.com/seattle-news/george-floyd-protests-spotlight-need-for-police-reform-even-in-times-of-coronavirus/ on or about June 8, 2020.

DECLARATION OF DAVID A. PEREZ
(No. 2:12-cv-01282-JLR) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

13.     Attached as **Exhibit L** is a true and correct copy of excerpts from the 2019 Annual Report by the Office of Police Accountability, which was downloaded from https://www.seattle.gov/Documents/Departments/OPA/Reports/2019-Annual-Report.pdf on or about June 8, 2020.

14.     Attached as **Exhibit M** is a true and correct copy of an article from *The Seattle Times* by Steve Miletich entitled *As complaints pour in about police at Seattle protests, city will withdraw request that could lift federal oversight*, which was downloaded from https://www.seattletimes.com/seattle-news/crime/after-days-of-seattle-protests-city-will-withdraw-request-to-remove-police-force-from-federal-oversight/ on or about June 8, 2020.

15.     Attached as **Exhibit N** is a true and correct copy of an e-mail sent to the Monitor team on May 15, 2020, which states that "the City cannot agree to extend the timeline past the end of June without a ruling from the Court."

EXECUTED this 9th day of June, 2020, at Seattle, Washington.

>  */s/ David A. Perez*
>  David A. Perez

DECLARATION OF DAVID A. PEREZ
(No. 2:12-cv-01282-JLR) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 9th day of June, 2020.

*s/ David A. Perez*
DPerez@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:12-cv-01282-JLR ) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000