UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>  Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF THE MARCH, APRIL AND MAY 2020 INVOICES |

The court hereby APPROVES the Seattle Monitoring Team's March, April, and May 2020 invoices and DIRECTS the Clerk to pay the March, April, and May 2020 invoices from funds on deposit in the registry of the court regarding this case.

Dated this 14th day of July, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 1