THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | No. 2:12-cv-01282-JLR<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR TEMPORARY RESTRAINING ORDER ENJOINING IMPLEMENTATION OF THE DIRECTIVE ISSUED ON JULY 23, 2020** |

The Court, having reviewed the United States of America's Motion for Temporary Restraining Order Enjoining Implementation of the Directive Issued on July 23, 2020 and the related papers thereto, hereby grants the United States request and orders that the City of Seattle shall not implement changes to any Seattle Police Department policy covered by the Consent Decree, including through directive, until and unless it has complied with the notice and comment provisions of Paragraph 177 and 178. Accordingly, the July 23, 2020 Directive implementing changes to SPD's policies relating to use of force, de-escalation, and crowd management shall not become effective until and unless the process provided for in the Consent Decree is complied with.

[PROPOSED] ORDER GRANTING UNITED STATES'
MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. 2:12-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. DATED this ____ day of _____, 2020.

2.
3.
4. _____
   HONORABLE JAMES L. ROBART
5. UNITED STATES DISTRICT COURT JUDGE

6.
7.
8. Presented by:

   BRIAN T. MORAN
9. United States Attorney for the
   Western District of Washington
10.

11. *s/ Christina Fogg*

    Kerry J. Keefe, Civil Chief
12. Christina Fogg, Assistant United States Attorney
    Matthew Waldrop, Assistant United States Attorney
13. United States Attorney's Office
    700 Stewart Street, Suite 5220
14. Seattle, Washington 98101-1271
15. Phone: 206-553-7970
    Fax: 206-553-4067
16. Email: Christina.Fogg@usdoj.gov

17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

[PROPOSED] ORDER GRANTING UNITED STATES'
MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. 2:12-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970