THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-cv-01282-JLR<br><br>**DECLARATION OF CHRISTINA FOGG IN SUPPORT OF UNITED STATES' MOTION FOR TEMPORARY RESTRAINING ORDER ENJOINING IMPLEMENTATION OF THE DIRECTIVE ISSUED ON JULY 23, 2020** |

I, Christina Fogg, declare as follows:

1. I am an Assistant U.S. Attorney for the Western District of Washington and I am counsel of record for the Plaintiff United States of America in the above-captioned matter. I am over the age of 18 and am competent to testify in court about the matters stated herein.

2. Attached as **Exhibit A** is and true and correct copy of a directive issued to Seattle Police Department officers on July 23, 2020 as received from the City Attorney's Office on that same date.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email that I sent to Assistant City Attorney Kerala Cowart on July 13, 2020 providing notice of the United States'

FOGG DEC. IN SUPPORT OF US' MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. 2:12-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

position regarding Paragraph 177 of the Consent Decree and any changes to SPD policy on topics covered by the Consent Decree.

4. Attached as **Exhibit C** is a true and correct copy of a letter drafted by Seattle Police Chief Carmen Best on July 23, 2020 to Seattle City Council regarding Ordinance 119805. The letter is made available on the Seattle Police Department Blotter at:

https://spdblotter.seattle.gov/2020/07/23/letter-to-city-council-regarding-council-ordinance-119805-crowd-control-tools-%ef%bb%bf/.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of July, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 s/ Christina Fogg
CHRISTINA FOGG, WSBA No. 40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  Christina.Fogg@usdoj.gov

FOGG DEC. IN SUPPORT OF US' MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. 2:12-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record:

| Name | Email |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Annette L. Hayes | Annette.Hayes@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | James.Waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Rebecca Boatright | rebecca.boatright@seattle.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Kerala T. Cowart | kerala.cowart@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Anna Mouw Thompson | annathompson@perkinscoie.com |
| David Perez | dperez@perkinscoie.com |
| Merrick Bobb | merrickbobb@gmail.com |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | Ericstahl@dwt.com |
| Paul A. Olsen | Paul.Olsen@seattle.gov |

DATED this 24th day of July, 2020, at Seattle, Washington.

*s/ Brittany Cirineo*
Brittany Cirineo, Legal Assistant (Contractor)

FOGG DEC. IN SUPPORT OF US' MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. 2:12-cv-01282-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970