# EXHIBIT A

**Mygatt, Timothy (CRT)**

| | |
|---|---|
| **From:** | Cowart, Kerala T <Kerala.Cowart@seattle.gov> |
| **Sent:** | Friday, July 24, 2020 11:54 AM |
| **To:** | Fogg, Christina (USAWAW); Mygatt, Timothy (CRT); Bobb, Merrick; merrickbobb@gmail.com |
| **Cc:** | Holmes, Peter; Olsen, Paul |
| **Subject:** | FW: Restriction on Crowd Control Tools and OC |

Please see below directive issued by SPD yesterday regarding the Crowd Control Weapons Ordinance.

**From:** SPD_aprs
**Sent:** Thursday, July 23, 2020 5:38 PM
**To:** SPD_aprs <SPD_aprs@seattle.gov>
**Subject:** Restriction on Crowd Control Tools and OC

On June 15,2020, the Seattle City Council passed Ordinance 126102 (Council Bill 119805) banning SPD's use of crowd control weapons. That legislation affects the use of less-lethal tools in crowd management and in regular operational assignments such as patrol, investigations, ACT, etc.

In order to ensure compliance with the timing of the ordinance, **effective on Saturday July 25th, 2020 at 0300 hrs, deploying into the field with OC spray is not authorized until further notice. This applies to all sworn personnel and to all sizes of OC spray containers. All sworn officers should store their issued OC spray in their lockers. Any OC containers in vehicles will be removed and stored in the precincts.** Supervisors are asked to ensure that personnel do not deploy with OC per this order.

On **Sunday 07/26/20 at 0000 hrs,** the following other department issued less-lethal tools **are no longer authorized by SPD and will be collected by the Department.**
- 40 mm launchers and related munitions
- Blast balls (inert and OC)
- CS

Unlike OC, officers may not keep possession of these items. Please turn them in to your operations lieutenant or the Quartermaster.

SPD Manual Section 8.300 – Use of Force Tools, #2 requires uniformed personnel to carry at least one less-lethal tool.

## 2. Uniformed Officers Are Required to Carry at Least One Less Lethal Tool

Uniformed officers who have been issued a TASER shall carry it.

The Department recognizes that the only two less-lethal options left available for officers to fulfill the policy requirement are the baton and TASER (if trained).

*This email approved by Assistant Chief Cordner*



**Seattle Police Department**
**Audit, Policy and Research Section**
spd_aprs@seattle.gov
**206-684-4116**
**610 5th Ave**
**Seattle, WA 98124**