UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER ON JOINT STATUS REPORT |

On July 24, 2020, the court ordered the parties to submit a joint status report detailing a proposed schedule for briefing on a preliminary injunction by "Wednesday, August 1, 2020." (*See* TRO (Dkt. # 630) at 11.)  For the avoidance of doubt, the court

//

//

//

//

//

ORDER - 1

amends that portion of its order and clarifies that the deadline for the parties to submit a joint status report is **Wednesday, August 5, 2020.**

Dated this 27th day of July, 2020.

_____
JAMES L. ROBART
United States District Judge