THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-cv-01282-JLR<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION TO EXTEND THE TRO AND SET A BRIEFING SCHEDULE**<br><br>Noting Date: August 5, 2020 |

Plaintiff United States of America and Defendant City of Seattle (the "Parties") hereby submit the following Joint Status Report and Stipulated Motion to Extend the Court's Temporary Restraining Order and Set a Briefing Schedule in response to the Court's order requiring a joint status report by August 5, 2020. *See* (Dkt. 630 and 631).

On July 22, 2020, the Court denied the City's Notice of Ordinance Regarding Crowd Control Weapons (Dkt. 625), which the Court construed as a Motion for Temporary Restraining Order. (Dkt. 626). In that order, the Court directed the Parties (and invited the Community Police Commission ("CPC")) to submit memoranda by August 22, 2020, analyzing the interaction of the Crowd Control Weapons Ordinance ("CCW Ordinance") with the Consent

JOINT STATUS REPORT/STIPULATED MOTION TO EXTEND TRO
Case No. 2:12-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Decree, as well as with any SPD policies that the Consent Decree governs. *Id*. The order also directed the parties to respond to the Office of Police Accountability and Office of Inspector General's anticipated report ("OPA/OIG Report") (due August 15, 2020) in their memoranda.

On July 24, 2020, the Court granted the United States' Motion for Temporary Restraining Order ("TRO") enjoining the operation of the CCW Ordinance for a period of 14 days (expiring August 7, 2020). *See* (Dkt. 630). The Court further ordered the Parties to submit a Joint Status Report by August 5, 2020. *See* (Dkts. 630 and 631). The Parties subsequently conferred and reached agreement that the TRO be extended until September 18, 2020. Further, if after reviewing the August 22, 2020 briefing responsive to the Court's July 22, 2020 Order (Dkt. 626), the United States determines that a preliminary injunction will be necessary to continue restrictions on the implementation of the CCW Ordinance after the TRO's expiration, the Parties agree that the United States will move for a preliminary injunction by August 27, 2020. In order for the motion for preliminary injunction to be heard before expiration of the TRO, the Parties agree that the opposition will be due on shortened time by September 8, 2020, with the reply and noting date set for September 11, 2020. The Parties respectfully request that the Court enter an order consistent with these agreements.

//
//

JOINT STATUS REPORT/STIPULATED MOTION TO EXTEND TRO
Case No. 2:12-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 5th day of August, 2020.

| For the UNITED STATES OF AMERICA: | For the CITY OF SEATTLE: |
|---|---|
| BRIAN T. MORAN<br>United States Attorney for the<br>Western District of Washington | CITY OF SEATTLE<br>PETER S. HOLMES<br>Seattle City Attorney |
| *s/ Christina Fogg*<br>Kerry J. Keefe, Civil Chief<br>Christina Fogg, Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Email: Christina.Fogg@usdoj.gov | *s/ Kerala Cowart*<br>Kerala T. Cowart, WSBA #53649<br>Assistant City Attorney<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Phone: (206) 733-9001<br>Fax: (206) 684-8284<br>Email: Kerala.Cowart@seattle.gov |

JOINT STATUS REPORT/STIPULATED MOTION TO EXTEND TRO
Case No. 2:12-cv-01282-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970