THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR )  |
| v. | ) **CITY OF SEATTLE'S NOTICE OF** ) **RESPONSE OF THE OFFICE OF** ) **POLICE ACCOUNTABILITY** |
| CITY OF SEATTLE, | ) |
| Defendant. | ) ) ) ) ) |

The City of Seattle submits to the Court the Office of Police Accountability's Response to City Council Crowd Control Weapons Ordinance Ban.

**CITY OF SEATTLE'S NOTICE OF RESPONSE OF THE OFFICE OF POLICE ACCOUNTABILITY** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1 | Respectfully submitted,
2 |
3 | DATED this 14th day of August, 2020.
4 |     For the CITY OF SEATTLE
    PETER S. HOLMES
5 |     Seattle City Attorney
6 |     *s/ Kerala T. Cowart*
    Kerala T. Cowart, WSBA #53649
7 |
8 |     Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
9 |     Phone: (206) 733-9001
    Fax: (206) 684-8284
10 |     Email: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S NOTICE OF RESPONSE OF THE OFFICE OF POLICE ACCOUNTABILITY** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 14th day of August, 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S NOTICE OF RESPONSE OF THE OFFICE OF POLICE ACCOUNTABILITY** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200