THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE,<br><br>              Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: August 17, 2020** |

The City of Seattle hereby moves to extend the Court's temporary restraining order regarding the City's Crowd Control Weapons Ordinance by an additional three weeks and to extend the related briefing schedule. The U.S. Department of Justice consents to this motion.

The City requests additional time for two reasons. First, as part of the process to formulate the City's ultimate position on the temporary restraining order, the City recently retained outside counsel to advise the City Council regarding the interaction between the Consent Decree and the CCW Ordinance. Under the Open Public Meetings Act, RCW Ch. 42.30, privileged legal advice

**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

can be presented to and discussed with the full City Council only in an executive session which must be scheduled around other necessary legislative activities. The City believes that allowing time for outside counsel to become familiar with the legal issues and to meet with the City Council in a privileged executive session will assist the City in submitting a brief helpful to the Court.

The second reason the City requests additional time is to allow the City to develop a considered response to the reports of the Office of Police Accountability, the Office of Inspector General for Public Safety, and the Community Police Commission (collectively the "Accountability Partners") filed with the Court on August 14, 2020. The Accountability Partners were asked by Mayor Durkan and the City Council to provide recommendations regarding SPD's use of less lethal devices for crowd control management. Their reports represent months of thoughtful work and community engagement. They are voluminous, totaling over one hundred pages with attachments. The City will benefit from having adequate time to review and respond to the Accountability Partners' findings and recommendations.

For the foregoing reasons and in order to allow the needed additional time for briefing, the City stipulates to extend the temporary restraining order by an additional three weeks to October 9. The City further proposes adjustments to the briefing schedule as follows:

|  | Current | Proposed |
|---|---|---|
| Parties' Memoranda (Dkt. 626) | August 22 | September 12 |
| DOJ's PI Motion | August 27 | September 17 |
| City's Response | September 8 | September 29 |
| DOJ's Reply | September 11 | October 2 |
| TRO Expiration | September 18 | October 9 |

**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Respectfully submitted,

DATED this 17th day of August, 2020.

      For the CITY OF SEATTLE

      PETER S. HOLMES
      Seattle City Attorney

      *s/ Kerala T. Cowart*
      Kerala T. Cowart, WSBA #53649

      Assistant City Attorney
      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Phone: (206) 733-9001
      Fax: (206) 684-8284
      Email: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |
| John Wolfe | wolfe@orrick.com |

DATED this 17th day of August, 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** - 4
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200