THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cv-01282-JLR |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING CITY OF** |
| v. | ) | **SEATTLE'S STIPULATED MOTION TO** |
| | ) | **EXTEND TEMPORARY RESTRAINING** |
| CITY OF SEATTLE, | ) | **ORDER AND RELATED BRIEFING** |
| | ) | **SCHEDULE** |
| Defendant. | ) | |
| | ) | |

Having reviewed the City of Seattle's Stipulated Motion to extend the temporary restraining order regarding the Crowd Control Ordinance and to extend the related briefing schedule, the Court GRANTS the motion and orders as follows:

(1) The deadline for the memoranda required by the Court's July 22nd Order (Dkt. # 626) is continued to September 12.

(2) DOJ's motion for a preliminary injunction is due September 17, the City's response is due September 29, and DOJ's reply is due October 2.

//

//

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
STIPULATED MOTION TO EXTEND TERMPORARY
RESTRAINING ORDER AND RELATED BRIEFING** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

(3) The Temporary Restraining Order regarding the effective date of the Crowd Control

Weapons Ordinance is extended by three weeks so that it expires on October 9, 2020.

DATED this 19th day of August, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

_s/ Kerala T. Cowart_____
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
STIPULATED MOTION TO EXTEND TERMPORARY
RESTRAINING ORDER AND RELATED BRIEFING** - 2
(12-CV-01282-JLR)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 17th day of August, 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TERMPORARY RESTRAINING ORDER AND RELATED BRIEFING** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200