# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>     v.<br><br>CITY OF SEATTLE,<br><br>                       Defendant. | CASE NO. C12-1282JLR<br><br>ORDER APPOINTING MONITOR |

Following discussions with the Parties concerning the court's appointment of a new Monitor, the court hereby APPOINTS Dr. Antonio M. Oftelie as Monitor in this matter. Dr. Oftelie is the Executive Director of Leadership for a Networked World, an Innovation Fellow at the Technology and Entrepreneurship Center at Harvard University, which is part of the Harvard John A. Paulson School of Engineering and Applied Sciences, and a past Commissioner on the Ireland Commission for the Future of Policing. The court also APPOINTS Ms. Monisha Harrell, Board Chair of Equal Rights

//

ORDER - 1

Washington, as a Deputy Monitor. Their appointments are effective as of September 8, 2020. The court will announce further appointments in the near future.

It is with great respect that the court acknowledges and thanks Mr. Merrick Bobb and the members of the Seattle Monitoring Team for their many years of service to both the parties and the court and for their significant contributions to police reform in the City of Seattle. Their efforts have improved the Seattle Police Department and made the City of Seattle a better place. Mr. Bobb's and the Seattle Monitoring Team's term of service was complete as of August 31, 2020.

Dated this 8th day of September, 2020.

JAMES L. ROBART
United States District Judge