THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SEATTLE, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 2:12-cv-01282-JLR <br><br> **CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** <br><br> **NOTE ON MOTION CALENDAR:** <br> **September 10, 2020** |

The City of Seattle hereby moves to extend the Court's temporary restraining order regarding the City's Crowd Control Weapons Ordinance by an additional three weeks and to extend the related briefing schedule. The City requests additional time because the parties are in the midst of negotiations that may change the nature of the briefing and would benefit from additional time to resolve those issues. The U.S. Department of Justice consents to this motion.

**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

For the foregoing reasons and in order to allow the needed additional time for briefing, the City, accordingly, seeks to extend the expiration of the temporary restraining order by an additional three weeks to October 30 and proposes to adjust the related briefing schedule as follows:

|  | Current | Proposed |
|---|---|---|
| Parties' Memoranda (Dkt. 626) | September 12 | October 3 |
| DOJ's PI Motion | September 17 | October 8 |
| City's Response | September 29 | October 20 |
| DOJ's Reply | October 2 | October 23 |
| TRO Expiration | October 9 | October 30 |

Respectfully submitted,

DATED this 10th day of September, 2020.

    For the CITY OF SEATTLE

    PETER S. HOLMES
    Seattle City Attorney

    *s/ Kerala T. Cowart*
    Kerala T. Cowart, WSBA #53649

    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Phone: (206) 733-9001
    Fax: (206) 684-8284
    Email: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |
| John Wolfe | wolfe@orrick.com |

DATED this 10th day of September, 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200