THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE,<br><br>                     Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RELATED BRIEFING SCHEDULE** |

Having reviewed the City of Seattle's stipulated motion to extend the temporary restraining order regarding the Crowd Control Ordinance and to extend the related briefing schedule, the Court GRANTS the motion and orders as follows:

(1) The deadline for the memoranda required by the Court's July 22nd Order (Dkt. 626) is October 3.

(2) DOJ's motion for a preliminary injunction is due October 8, the City's response is due October 20, and DOJ's reply is due October 23.

(3) The Temporary Restraining Order regarding the effective date of the Crowd Control Weapons Ordinance is extended by three weeks so that it expires on October 30, 2020.

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TERMPORARY RESTRAINING ORDER AND RELATED BRIEFING - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

DATED this 10th day of September 2020.

JAMES L. ROBART
United States District Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TERMPORARY RESTRAINING ORDER AND RELATED BRIEFING** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 10th day of September, 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND TERMPORARY RESTRAINING ORDER AND RELATED BRIEFING** - 3
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200