1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
|---|---|
| Plaintiff, | ORDER APPOINTING ASSOCIATE MONITORS |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

At the recommendation of the Monitor, Dr. Antonio M. Oftelie, the court hereby APPOINTS as Associate Monitors: Mr. Matthew Barge, who is partner at 21CP Solutions and a senior consultant at the Policing Project at New York University School

//
//
//
//
//

ORDER - 1

1 | of Law, and Mr. Ronald R. Ward of the Law Office of Ronald R. Ward, PLLC.

2 | Dated this 14th day of September, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2