THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS** |

Having reviewed the Parties' Joint Stipulated Motion to Convert the Temporary Restraining Order to Preliminary Injunction and to Incorporate Future Briefing into Consent Decree Review Process, the Court GRANTS the motion and orders as follows:

(1) The Temporary Restraining Order regarding the effective date of the Crowd Control Weapons Ordinance is converted to a Preliminary Injunction that will expire only by Court order (either after demonstration that the review process set forth in Paragraphs 177-181 of the Consent Decree has taken place or has been rendered moot) or by joint motion

**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

of the Parties recommending that the preliminary injunction be terminated and approval by the Court; and

(2) All deadlines set forth in the September 10, 2020 Order (Dkt. 643) are hereby stricken.

DATED this _____ day of October 2020.

_____
Hon. James L. Robart
United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

BRIAN T. MORAN
United States Attorney for the
Western District of Washington
*s/ Christina Fogg*
Christina Fogg, Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Email: Christina.Fogg@usdoj.gov

**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Brian T. Moran | bmoran@usdoj.gov |
| Christina Fogg | Christina.Fogg@usdoj.gov |
| Matt Waldrop | james.waldrop@usdoj.gov |
| Kerry Jane Keefe | kerry.keefe@usdoj.gov |
| Peter Samuel Holmes | peter.holmes@seattle.gov |
| Jeff Murray | jeff.murray@usdoj.gov |
| Ronald R. Ward | Ron@wardsmithlaw.com |
| Timothy D. Mygatt | timothy.mygatt@usdoj.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| Hillary H. McClure | hillarym@vjmlaw.com |
| David A. Perez | dperez@perkinscoie.com |
| Anna Thompson | annathompson@perkinscoie.com |
| Kristina M. Detwiler | kdetwiler@unionattorneysnw.com |
| Merrick Bobb | mbobb@pacbell.net |
| Bruce E.H. Johnson | brucejohnson@dwt.com |
| Eric M. Stahl | ericstahl@dwt.com |

DATED this 1st day of October, 2020, at Seattle, King County, Washington.

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
E-mail: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS - 3
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200