THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>        Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND TO INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 1, 2020** |

The City of Seattle and the United States ("Parties") hereby jointly move to convert the Court's temporary restraining order regarding the City's Crowd Control Weapons ("CCW") Ordinance (Dkt. 630) into a preliminary injunction in order to facilitate review under the process set forth in paragraphs 177 to 181 of the Consent Decree ("Policy Review Process"). The Parties further stipulate that the preliminary injunction shall expire only by Court order (either after demonstration

**PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND TO INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

that the Policy Review Process has taken place or has been rendered moot) or by joint motion of the Parties recommending that the preliminary injunction be terminated and approval by the Court.

In light of this stipulation, the parties further request that the deadline for the Parties' response to the filings of the Accountability Partners (required by July 22, 2020 Order (Dkt. 626)) be stricken and such briefing instead be incorporated into the same Policy Review Process and its related briefings. The Parties believe that briefing in advance of that time would be premature and may be rendered moot.

Respectfully submitted,

DATED this 1st day of October, 2020.

| For the CITY OF SEATTLE | For the UNITED STATES OF AMERICA |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | BRIAN T. MORAN<br>United States Attorney for the<br>Western District of Washington |
| *s/ Kerala T. Cowart*<br>Kerala T. Cowart, WSBA #53649<br>Assistant City Attorney<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Phone: (206) 733-9001<br>Fax: (206) 684-8284<br>Email: kerala.cowart@seattle.gov | *s/ Christina Fogg*<br>Christina Fogg<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Email: Christina.Fogg@usdoj.gov |

**PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND TO INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | Case No. 2:12-cv-01282-JLR<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS** |

Having reviewed the Parties' Joint Stipulated Motion to Convert the Temporary Restraining Order to Preliminary Injunction and to Incorporate Future Briefing into Consent Decree Review Process, the Court GRANTS the motion and orders as follows:

(1) The Temporary Restraining Order regarding the effective date of the Crowd Control Weapons Ordinance is converted to a Preliminary Injunction that will expire only by Court order (either after demonstration that the review process set forth in Paragraphs 177-181 of the Consent Decree has taken place or has been rendered moot) or by joint motion

of the Parties recommending that the preliminary injunction be terminated and approval

by the Court; and

(2) All deadlines set forth in the September 10, 2020 Order (Dkt. 643) are hereby stricken.

DATED this __1st__ day of October 2020.

_____
Hon. James L. Robart
United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

BRIAN T. MORAN
United States Attorney for the
Western District of Washington
*s/ Christina Fogg*
Christina Fogg, Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Email: Christina.Fogg@usdoj.gov

**ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND INCORPORATE FUTURE BRIEFING INTO CONSENT DECREE REVIEW PROCESS** - 2
(12-CV-01282-JLR)