UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF THE JULY 2020 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's July 2020 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $30,000 to pay the July 2020 invoice, payable to Merrick Bobb, and mail the check to the payee.

//

//

//

//

1    Dated this 28th day of October, 2020.

2

3

4                                  JAMES L. ROBART

5                                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2