UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>               Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF THE SEPTEMBER 2020 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's September 2020 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $18,242.00 to pay the September 2020 invoice, payable to LNW Group LLC, and mail the check to the payee.

//

//

//

//

ORDER - 1

Dated this 16th day of November, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2