UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF PARC'S JUNE AND AUGUST 2020 INVOICES |

The court hereby APPROVES the Seattle Monitoring Team's June 2020 and August 2020 invoices and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $46,746.51 to pay the June 2020 and August 2020 invoices; to make the check payable to Merrick Bobb; and to mail the check to the payee.

//

//

//

ORDER - 1

Dated this 11th day of December, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2