UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>   Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF OCTOBER 2020 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's October 2020 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $43,221.21 to pay the October 2020 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 4th day of January, 2021.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1