| Row | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **2021 Monitoring Plan** | | | | | |
| 2 | *General Notes:* <br> This sets forth requirements, milestones, deliverables, and deadlines related to Consent Decree oversight and implementation.  This covers activities anticipated to be conducted in the calendar year 2021 (January 1, 2021 through December 31, 2021). <br><br> For all deadlines established below, the Monitoring Team and the Parties agree that the deadlines might, in some instances, need to be extended by a brief interval to allow or accommodate unforeseen circumstances or unexpected, minor delays. Accordingly, if and only if all of the Monitoring Team, the United States, and the City agree that an extension for any of the deadlines outlined below is warranted and acceptable, the deadline may be extended by an interval of up to 45 days without receiving formal approval of the Court for an extension of the deadline. (Deadlines for Court filings, however, may be extended only by Court order.) No deadline may be extended by more than 45 days without approval of the Court.  If any or all of this 45-day period is used, the Monitoring Team will formally notify the Court of the deadline extension(s).  The extension of any specific deadline, or deadlines, will not change or otherwise affect any other deadline.  Unless the Monitoring Team identifies problems with a deadline extension or otherwise raises issues with the Court, neither of the Parties, the Court, or the public should interpret changes in deadlines to reflect problems in implementation or a lack of progress. | | | | | |
| 3 | *Definitions:* <br> For purposes of the following deadlines, and unless otherwise expressly noted to the contrary, "annual" means once per calendar year. "Semi-annual" means two times per year at a pace of once per six months.  "Quarterly" means once every three calendar months.  "Bi-weekly" means once every two calendar weeks.  "Monthly" means once per calendar month.  "Bi-monthly" means once every two calendar months.  "Days" means calendar days.  If a listed deadline falls on a weekend or federal, state, local, or Court holiday, the deadline may be satisfied by submission or completion of the identified deliverable on the next business day. | | | | | |
| 4 | **Area** | **Sub-Area** | **Milestone** | **Responsible Stakeholder(s)** | **Deliverable** | **Deadline(s)** |
| 5 | **Evaluating the Status of Compliance** | | | | | |
| 6 | **Monitoring Reports** | **Regular Monitoring Reports** | The Monitoring Team will prepare semi-annual reports to the Court on the City's compliance with the Settlement Agreement.  The Monitoring Team will provide a draft report to the Parties for comment and feedback. | Monitoring Team | Draft Reports to Parties | June 1, 2021 November 8, 2021 |
| 7 | **Monitoring Reports** | **Regular Monitoring Reports** | The Monitoring Team will incorporate feedback from the Parties, as appropriate, and file a Final Semi-Annual Report with the Court. | Monitoring Team | Semi-Annual Reports Filed | June 11, 2021 December 13, 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *8* | **Compliance Status Update** | **General** | The Monitoring Team will oversee a Compliance Status Update of the major, enumerated topics of the Consent Decree to determine SPD and the City's current status in each area.<br><br>The areas for consideration will be: (1) use of force (including crowd management, reporting, investigation, and review); (2) crisis intervention; (3) stops and detentions; (4) supervision.<br><br>In each area, the City will provide agreed data analysis, evaluation, and audits.  To the extent that existing reporting processes or auditing initiatives may address the areas for consideration listed above, the results of these processes may be submitted to the Monitoring Team.<br><br>Upon the City's completion of the work as agreed upon by the Monitoring Team and the Parties, the Monitoring Team will independently evaluate and audit the work conducted in each area for accuracy and integrity.  It will analyze such information and evaluate the extent to which the City's performance conforms with requirements of the Consent Decree.<br><br>As part of its examination of SPD's Use of Force, the Monitoring Team will conduct an in-depth evaluation of SPD's response to the protests occurring since May 25, 2020, including compliance with Consent Decree requirements related to use of force, use of force reporting and investigation, and constitutional policing, generally.<br><br>As an initial step, the Parties and the Monitoring Team will begin meeting every other week to discuss the methodology, requirements, scheduling, and progress of the Compliance Status Update. In discussing and developing the methodology, the Monitoring Team and the Parties will use as their reference point the audits, reports, and studies from the Sustainment Period. | SPD, City, DOJ, Monitoring Team | Meetings Begin | Commencing February 8 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *9* | **Compliance Status Update** | **Analysis & Auditing** | After meeting with the Parties to discuss the methodology, the Monitoring Team will provide a proposed draft methodology to the Parties for the Compliance Status Update covering these areas: (1) use of force (including crowd management, reporting, investigation, and review); (2) crisis intervention; (3) stops and detentions; (4) supervision.<br><br>The methodology will identify the Consent Decree requirements being evaluated. In addition, it will identify the data elements, documents, records, and other information from SPD upon which the Monitoring Team's compliance evaluation will be based.  In recognition of the importance of bias-free policing to public trust, the methodologies in these four areas will be developed with consideration of race and social justice impacts. | Monitoring Team | Draft Methodology Provided to Parties | February 19, 2021 |
| *10* | **Compliance Status Update** | **Analysis & Auditing** | The Parties will provide feedback and comments on the draft methodology for the Compliance Status Update areas (1) – (4). | Parties | Feedback Provided to Monitoring Team | March 5, 2021 |
| *11* | **Compliance Status Update** | **Analysis & Auditing** | Monitoring Team will provide the final methodology for the Compliance Status Update areas (1) – (4) to the Parties. | Monitoring Team | Final Methodology Provided To parties | March 19, 2021 |
| *12* | **Compliance Status Update** | **Analysis & Auditing** | SPD will provide agreed upon information, data, analytics, and/or the completion of various audits or analyses relating to (1) use of force (including in-depth look at crowd management, reporting, investigation, and review);  (2) crisis intervention; (3) stops and detentions; (4) supervision. | SPD, City | Compliance Information Provided to Monitoring Team | April 30 and July 30, 2021 |
| *13* | **Compliance Status Update** | **Analysis & Auditing** | To facilitate oversight and long-term trend analysis, SPD will provide quarterly reports and analysis on agreed data elements in these areas to the Monitoring Team and DOJ. The Monitoring Team and DOJ may provide independent review and analysis. The data and analysis will be structured in a manner that supports continuity in reporting post-Consent Decree to OIG as the entity charged by the City with oversight of fidelity to Consent Decree reforms. | SPD, City | Quarterly Reporting to Monitoring Team | April 30, 2021 July 30, 2021 October 30, 2021 |
| *14* | **Compliance Status Update** | **Report** | The Monitoring Team will provide to the Parties and Accountability Partners a draft Compliance Status Update. | Monitoring Team | Draft Compliance Status Update Provided to Parties | September 15, 2021 |
| *15* | **Compliance Status Update** | **Report** | The Parties will provide feedback on the draft Compliance Status Update. | City, DOJ, Accountability Partners | Feedback Provided to Monitoring Team | October 15, 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Compliance Status Update | Report | The Monitoring Team will file the final Compliance Status Update with the Court. | Monitoring Team | Final Accountability Structure Assessment Report Filed | November 15, 2021 |
| 17 | Monitoring Plan | Monitoring Plan | If the Monitoring Team, based upon the outcome of the work set forth in this Monitoring Plan, believes that another plan for 2022 is necessary, the Monitoring Team and the Parties will meet to discuss the content of that plan. After meeting, the Monitoring Team will propose a draft plan for 2022, and the Parties will return feedback and comment within 15 days of receiving a draft. | Monitoring Team | Meeting with Monitoring Team and Parties | November 30, 2021 |
| 18 | **Accountability** | | | | | |
| 19 | **Front-End Accountability** | | | | | |
| 20 | Use of Force | Policies | The City provided revised Use of Force policies, updated pursuant to its annual review and revision process, to OIG, OPA, CPC, DOJ, and the Monitoring Team for review and feedback (the "2020 Proposed Updated Use of Force Policies"). | City, SPD | 2020 Proposed Updated Use of Force Policies Provided | December 2, 2020 |
| 21 | Use of Force | Policies | DOJ and the Monitoring Team provided feedback on the 2020 Proposed Updated Use of Force Policies. | DOJ, Monitoring Team | Feedback Provided | January 8, 2021 |
| 22 | Use of Force | Policies | OIG, OPA, and CPC provide feedback on the 2020 Proposed Updated Use of Force Policies. | OIG, OPA, CPC | Feedback Provided | January 31, 2021 |
| 23 | Use of Force | Policies | The City will revise the 2020 Proposed Updated Use of Force Policies as appropriate and the City will file them with the Court. | City, SPD | Submission of 2020 Updated Use of Force Policies | February 11, 2021 |
| 24 | Crowd Management | Policies | The City provided revised Crowd Management Policies, to OIG, OPA, CPC, DOJ, and the Monitoring Team for their initial review and feedback (the "2020 Proposed Updated Crowd Management Policies"). | City, SPD | Submission of 2020 Proposed Updated Crowd Management Policies | December 2, 2020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | **Crowd Management** | **Policies** | DOJ and the Monitoring Team provided feedback on the 2020 Proposed Updated Crowd Management Policies. | DOJ, Monitoring Team | Feedback Provided | January 8, 2021 |
| 26 | **Crowd Management** | **Policies** | OIG, OPA, and CPC will provide feedback on the 2020 Proposed Updated Crowd Management Policies. | Accountability Partners | Submission of Feedback on 2020 Proposed Updated Crowd Management Policies | January 31, 2021 |
| 27 | **Crowd Management** | **Policies** | SPD will revise the 2020 Proposed Updated Crowd Management Policies as appropriate and the City will file this interim policy with the Court. | City, SPD | Submission of 2020 Proposed Updated Crowd Management Policies | February 11, 2021 |
| 28 | **Crowd Management** | **Policies** | The City will engage in a comprehensive, affirmative, intensive initiative to obtain community input regarding its Crowd Management Policies.  This should use a diverse set of strategies and approaches to ensure that individuals of varying experiences, backgrounds, and abilities can engage equally.  That may include small-group conversations, electronic feedback tools, civic events, organizational partnerships, and individual outreach. | City, CPC, OIG, SPD | Community Dialogue & Deliberation Process | January -July 2021 |
| 29 | **Use of Force and Crowd Management** | **Policies** | The Accountability Partners have the opportunity to provide a second round of comments and feedback regarding SPD's Crowd Management and Use of Force Policies based on any analysis and community engagement they conducted during the first half of 2021. | Accountability Partners | Feedback Provided | July 30, 2021 |
| 30 | **Use of Force and Crowd Management** | **Policies** | The City via SPD will revise its Crowd Management and Use of Force Policies as appropriate to reflect community input and the second round of feedback from the Accountability Partners.  It will provide DOJ, the Monitoring Team, and the Accountability Partners with 2021 Proposed Updated Crowd Management and Use of Force Policies for review. | SPD | 2021 Proposed Updated Crowd Management and Use of Force Policies | September 10, 2021 |
| 31 | **Use of Force and Crowd Management** | **Policies** | The DOJ, the Monitoring Team, and the Accountability Partners will provide the City and SPD with feedback, comments, and input on the 2021 Proposed updated Crowd Management and Use of Force Policies. | DOJ, Monitoring Team, Accountability Partners | Feedback Provided | October 22, 2021 |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 32 | **Use of Force and Crowd Management** | **Policies** | The City and SPD will revise the 2021 Proposed Updated Crowd Management and Use of Force Policies as appropriate and the City will file them with the Court. | City, SPD | Submission of 2021 Updated Policies | November 19, 2021 |
| 33 | **Crowd Management** | **Internal Accountability, Policies** | OIG is convening a Sentinel Event Review, involving community members and subject matter experts, to critically assess the protest incidents to determine ways to prevent future similar events. The focus will be systems improvement with community perspective and law enforcement subject matter experts at the table. | OIG | Sentinel Event Review Panels | Ongoing Since January 10, 2021 |
| 34 | **Crowd Management** | **Internal Accountability, Policies** | OIG will provide its systemic evaluation and recommendations to the Parties, Monitoring Team, and the Court.  The July 30 filing will include a status update of work accomplished and planned work remaining, copies of Sentinel Event Review panel reports with recommendations issued to date, and an assessment of how the Sentinel Event Review model could be implemented on a permanent basis for future events. | OIG | Review/Report Completed | July 30, 2021 |
| 35 | **Crowd Management** | **Internal Accountability, Policies** | OPA will provide management action recommendations to SPD to address systemic issues it identifies in protest cases. OPA will also update its August 2020 recommendations with additional lessons learned based on in-depth review of more than one hundred individual protest-related complaints. OPA will provide its conclusions to the public, Parties, Monitoring Team, and the Court. | OPA | Recommendations and Findings Issued | Ongoing Since Summer 2020 |
| | | | | | Review/Report Completed | July 30, 2021 |
| 36 | **Active Bystandership & Peer Intervention** | **Training** | SPD currently maintains policies requiring officers to report misconduct that has occurred.  To prevent misconduct in the first instance, and to prevent potential misconduct from materializing or escalating, SPD will participate in the Active Bystandership for Law Enforcement Project ("ABLE"). | SPD | Participation in ABLE Training | Participation Commenced November 2020; Initial Training Commenced January 2021 |
| 37 | **Active Bystandership & Peer Intervention** | **Training** | SPD will implement the ABLE Training. Implementation will include (1) sufficient opportunity for instructors to be trained on the curriculum and to practice conducting the training, and (2) the opportunity for DOJ and the Monitoring Team to observe the training in real time as the training proceeds. | SPD, DOJ, Monitoring Team | Training Conducted | January – April 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | **Active Bystandership & Peer Intervention** | **Training** | SPD will certify to the Court that all eligible SPD officers have successfully completed the required ABLE/Peer Intervention Training.  To the extent that some officers who should have completed training did not, SPD will provide the Court a description of how many officers failed to complete the training without good cause, as well as an explanation of the remedial efforts or disciplinary processes it utilized, or will utilize, with those officers.<br><br>The City will share a draft of the certification with DOJ and the Monitor with sufficient time for the Parties to review and provide feedback on the certification before filing. | SPD, City | Filing of Memorandum to the Court re: Completion of ABLE Training | April 30, 2021 |
| 39 | **Use of Force, Crowd Management, Active Bystandership & Peer Intervention** | **Training** | SPD will work to increase public awareness about its use of force training, crowd management training, crisis intervention training, and active bystander and peer intervention training. | SPD | Public Awareness Efforts Conducted | By June 30, 2021 |
| 40 | **Back-End Accountability** | | | | | |
| 41 | **Officer Discipline** | **Discipline Process & System** | The Parties recognize the critical importance of a robust disciplinary system, and further recognize that a pattern and practice of inadequate accountability for officers could threaten to undermine substantial compliance with the requirements of the Consent Decree. To that end, SPD will meet with the Monitoring Team and DOJ monthly to discuss the status of activities pertaining to the system of officer discipline for misconduct. If DOJ or the Monitor determine, based on this information, that a potential compliance issue has arisen, then the Parties and the Monitor will notify the Court and develop an agreed methodology for how to evaluate the compliance implications within 30 days.<br><br>Relevant activities and progress may encompass, but are not limited to, those involving: updates on the timeline of negotiations with police officer unions; statewide legislative activity; local legislative or regulatory activity, whether through legislative or executive processes; and the status of current practices and processes within SPD and the City. | City, DOJ, SPD, Monitoring Team, OPA | Monthly Meetings re: Discipline Process & System | Commencing February 8 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | **Officer Discipline** | **Discipline Process & System** | The City will provide quarterly updates to the Court regarding the status of activities pertaining to the system of officer discipline for misconduct.<br><br>The updates should provide de-identified, quantitative data with respect to officer discipline, including a breakdown of the numbers of investigations pending, completed, dispositions, adjudications by the Chief's office, whether the SPD adjudication was appealed, and the status or result of the appeal or arbitration.<br><br>Each update will address the immediately preceding, recently-completed standard calendar quarter (e.g., the February 4, 2021 filing will address activities that occurred from October 1, 2020 through December 31, 2020. | City | Quarterly Updates Filed with Court | February 4, 2021<br>April 30, 2021<br>July 30, 2021<br>October 29, 2021 |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 43 | **Technical Assistance to Support SPD Innovation & Risk Management** | | | | | |
| 44 | Innovation & Risk Management | General | The Monitor and DOJ recognize that the Consent Decree gives the City substantial leeway to structure how it will design and deliver systems that support innovation and help it manage risk. At the same time, the City recognizes that innovation and risk management initiatives should not undermine substantial compliance with the Consent Decree requirements in these areas: supervision; training; crisis intervention; data tracking and analysis; and use of force reporting, investigation, and review. Accordingly, DOJ's and the Monitoring Team's interest in innovation and risk management is to ensure that changes are not undertaken in a manner that brings the City out of compliance with any of these Consent Decree requirements.<br><br>SPD will meet with the DOJ and Monitoring Team monthly to discuss the status of all activities pertaining to the implementation and findings of its Compstat for Justice ("C4J") initiative, the Early Intervention System ("EIS") initiative, and the Officer Wellness Initiative. This ongoing review will include but is not limited to the status of efforts to understand and manage risk in key trends, patterns, and/or disparities in public safety.<br><br>If DOJ or the Monitor determine that a potential compliance issue has arisen, then the Parties and the Monitor will notify the Court and develop an agreed methodology for how to evaluate the compliance implications within 30 days. | City, DOJ, SPD, Monitoring Team | Monthly Meetings re: Initiative Implementation | Commencing February 8, 2021 |
| 45 | Innovation & Risk Management | Compstat for Justice, Early Intervention System, Officer Wellness Initiative | The City will provide quarterly reports to the Court regarding the implementation of the various initiatives within the Innovation and Risk Management area.<br><br>Each update will address the immediately preceding, recently-completed standard calendar quarter (e.g., the June 30, 2021 filing will address activities that occurred from April 1, 2021 through June 30, 2021. | City | Quarterly Updates Filed with Court | June 30, 2021 September 30, 2021 December 31, 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | **Technical Assistance to Support Re-Imagining Public Safety** | | | | | |
| 47 | **Technical Assistance to Support Re-Imagining Public Safety** | **Framework Implementation** | DOJ and the Monitoring Team will each select a designee to attend workgroup meetings of the City's Re-Imagining Public Safety Interdepartmental Team.<br><br>For purposes of this Monitoring Plan, "matters relating to Re-Imagining Public Safety" include any potential activity by any City agency, entity, or stakeholder that assigns responsibility to non-SPD agencies, community entities, or stakeholders for public safety or community well-being issues that previously have been addressed by SPD. The Monitor and DOJ recognize that the Consent Decree gives the City substantial leeway to structure how it will deliver community services traditionally considered to be "police services." At the same time, the City recognizes that major reductions to SPD's funding or staffing could threaten to undermine substantial compliance with the Consent Decree requirements in these areas: supervision; training; crisis intervention; data tracking and analysis; and use of force reporting, investigation, and review. Accordingly, DOJ's and the Monitoring Team's interest in Re-Imagining Public Safety is to ensure that changes are not undertaken in a manner that brings the City out of compliance with any of these Consent Decree requirements.<br><br>If DOJ or the Monitor determine, based on this information, that a potential compliance issue has arisen, then the Parties and the Monitor will notify the Court and develop an agreed methodology for how to evaluate the compliance implications. | City, DOJ, SPD, Monitoring Team | Regular Workgroup Meetings re: Re-Imagining Public Safety Framework | Commencing February 8 2021 |
| 48 | **Technical Assistance to Support Re-imagining Public Safety** | **Framework Implementation** | The City will provide quarterly updates to the Court regarding the status of matters relating to "Re-Imagining Public Safety" and the deliberation or implementation of what the City identifies in the Re-Imagining Public Safety Framework.<br><br>Each update will address the immediately preceding quarterly period. | City | Quarterly Updates Filed with Court | March 30, 2021 June 30, 2021 September 30, 2021 |

10