# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | CASE NO. C12-1282JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On February 4, 2021, the Monitor submitted the 2021 Monitoring Plan to the court. (*See* Memorandum (Dkt. # 655); Monitoring Plan (Dkt. # 655-1).) That same day, the court held a status conference during which it set February 19, 2021, as the deadline for filing comments regarding the 2021 Monitoring Plan. (*See* Min. Entry (Dkt. # 656); Tr. (Dkt. # 660) at 4:2-5.) To date, no comments have been filed. (*See generally* Dkt.) Accordingly, the court APPROVES the 2021 Monitoring Plan (Dkt. # 655-1).

MINUTE ORDER - 1

1  Filed and entered this 26th day of February, 2021.

                              WILLIAM M. MCCOOL
                              Clerk of Court

                              s/ Ashleigh Drecktrah
                              Deputy Clerk

MINUTE ORDER - 2