1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR

11 | Plaintiff, | ORDER DIRECTING PAYMENT
OF JANUARY 2021 INVOICE

v.

12

13 | CITY OF SEATTLE,

| Defendant.

14

15    The court hereby APPROVES the Seattle Monitoring Team's January 2021

16 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of

17 this court in the principal amount of $36,375.00 to pay the January 2021 invoice; to make

18 the check payable to LNW Group LLC; and to mail the check to the payee.

19    Dated this 13th day of April, 2021.

20

21

_____
JAMES L. ROBART
United States District Judge

22

ORDER - 1