UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>      v.<br><br>CITY OF SEATTLE,<br><br>                          Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF FEBRUARY 2021 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's February 2021 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $42,835.00 to pay the February 2021 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 20th day of May, 2021.

                                                JAMES L. ROBART
                                              United States District Judge

ORDER - 1