District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                  Defendant. | CASE NO. 2:12-CV-01282-JLR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO:    CLERK OF THE ABOVE-ENTITLED COURT; and

TO:    ALL PARTIES AND COUNSEL OF RECORD;

**PLEASE TAKE** NOTICE that former United States Attorney Annette L. Hayes and former United States Attorney Brian T. Moran should be removed as attorneys of record, effective immediately. The United States will continue to be represented by the remaining attorneys of record at the United States Attorney's Office for the Western District of Washington and the United States Department of Justice Civil Rights Division.

Service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon the remaining attorneys of record in accordance with applicable rules.

//

NOTICE OF WITHDRAWAL
2:12-CV-1282-JLR- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | DATED this 10th day of June, 2021. |
| 2 | Respectfully submitted, |
| 3 | TESSA M. GORMAN |
| 4 | Acting United States Attorney |

 s/ Kerry J. Keefe
KERRY J. KEEFE, WSBA No. #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  kerry.keefe@usdoj.gov

NOTICE OF WITHDRAWAL
2:12-CV-1282-JLR- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970