UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF APRIL 2021 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's April 2021 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $40,381.50 to pay the April 2021 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 14th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James L. Robart*
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1