The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. 2:12-cv-01282 JLR<br><br>**NOTICE OF APPEARANCE OF DREW D. HANSEN** |

TO:          Clerk of the Court

AND TO:      All Parties and Counsel of Record

Please take notice that Drew D. Hansen hereby appears in the above-entitled action on behalf of *Amicus Curiae* Community Police Commission and requests that all future papers and pleadings, except original process, be served upon the undersigned attorney at the address below stated.

DATED July 15, 2021                     Respectfully submitted,

By: */s/ Drew D. Hansen*
Edgar G. Sargent, WSBA #28283
esargent@susmangodfrey.com
Daniel J. Shih, WSBA #37999
dshih@susmangodfrey.com
Floyd G. Short, WSBA # 21632

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

8302560v1/016907

fshort@susmangodfrey.com
Drew D. Hansen, WSBA #30467
dhansen@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF APPEARANCE OF DREW D. HANSEN - *2*
Case No. C12-1282 JLR

8302560v1/016907

1

2

**CERTIFICATE OF SERVICE**

3      I hereby certify that on July 15, 2021, I electronically filed the foregoing with the Clerk of

4 the Court using the CM/ECF system, which will send notification of such filing to all counsel of

5 record.

6

7                                              */s/ Drew D. Hansen*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE OF DREW D. HANSEN - *3*
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

8302560v1/016907