THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cv-01282-JLR |
| Plaintiff, | |
| v. | **CITY OF SEATTLE'S STIPULATED MOTION FOR ONE-WEEK EXTENSION** |
| CITY OF SEATTLE, | |
| Defendant. | **NOTE ON MOTION CALENDAR: July 28, 2021** |

The City of Seattle ("City") submits this filing to seek the Court's leave for a one-week extension of the July 30, 2021, filing deadline in the Monitoring Plan for its upcoming quarterly accountability report. Dkt. 655-1 at 8, row #42.

The City would like to include information in its upcoming report regarding the status of issues raised in yesterday's filing by CPC and to provide the City's position on CPC's request. Numerous stakeholders within the City have responsibility for these issues, and the additional time

**CITY OF SEATTLE'S STIPULATED MOTION FOR ONE-WEEK EXTENSION** - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

will be of great assistance to undersigned counsel in formulating and articulating the City's position.

The United States Department of Justice and the Monitor have agreed to this motion. Accordingly, the City respectfully moves for an order granting it an additional week to file its quarterly accountability report.

Respectfully submitted,

DATED this 28th day of July, 2021.

> For the CITY OF SEATTLE
> PETER S. HOLMES
> Seattle City Attorney
>
> *s/ Kerala T. Cowart*
> Kerala T. Cowart, WSBA #53649
>
> Assistant City Attorney
> Seattle City Attorney's Office
> 701 Fifth Avenue, Suite 2050
> Phone: (206) 733-9001
> Fax: (206) 684-8284
> Email: kerala.cowart@seattle.gov

**CITY OF SEATTLE'S STIPULATED MOTION FOR ONE-WEEK EXTENSION** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200