THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SEATTLE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:12-cv-01282-JLR <br><br> **[PROPOSED] STIPULATED ORDER GRANTING CITY OF SEATTLE'S MOTION FOR ONE-WEEK EXTENSION** |

The Court having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The City's deadline to file its quarterly accountability report is extended by one week form July 30, 2021, to August 6, 2021.

DATED this 29th day of July, 2021.

_____
Hon. James L. Robart
United States District Court Judge

**[PROPOSED] STIPULATED ORDER GRANTING CITY OF SEATTLE'S MOTION FOR ONE-WEEK EXTENSION** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200