UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | CASE NO. C12-1282JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is non-party Community Police Commission's ("the CPC") request for an order requiring the parties to address accountability findings and request to be heard at any conference concerning this issue. (Request (Dkt. # 676).) The court reminds the CPC that it is not a party to this action, and that, as a result, it is not entitled to file motions (whether or not disguised as "requests") in this matter. Accordingly, the court STRIKES the CPC's request.

MINUTE ORDER - 1

The court will, however, allow the CPC an opportunity to be heard at the status conference to be held at 1:30 p.m. on Tuesday, August 10, 2021. (*See* 7/12/21 Min. Entry.) The CPC may make a presentation of no longer than 15 minutes in duration limited to the subjects of updates on recent events, areas of current attention, and issues that it wants to bring to the court's attention.

Filed and entered this 4th day of August, 2021.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2