# EXHIBIT B



# Sentinel Event Review Wave 1 Report

Public Safety & Human Services Committee

July 27, 2021



Kelly Kline, *Black Lives Matter Protest, Seattle WA*, 2020. Photo licensed under CC BY-NC-ND 2.0.

# What is a Sentinel Event Review (SER)?

- Examine significant events with negative outcomes ("sentinel events") for systemic root causes, in order to prevent recurrence.

- Used in healthcare, airline, and other high-risk industries for decades—used more recently in policing such as for officer-involved shootings.

- **This is the first known instance of applying SER to a rolling series of significant events.**




2

"Focus on community perspectives and concerns; define implementable recommendations for SPD change."

*from SER Principles and Goals*



3

# Focusing on Community Perspectives

| Stage | Details |
|---|---|
| **Initial Planning** | • OIG consulted with community partners and engaged community consultants. |
| **Community Outreach** | • IG reached out to 100 community organizations.<br>• OIG reviewed public comments, complaints filed, claims, social media, news, etc., for matters of public concern. |
| **Planning Group** | • Planning Group guided decisions affecting trajectory of the project.<br>• Group selected facilitators, panelists, and critical incidents to review. |
| **Panel** | • Panelists include community, law enforcement, and IG. |



Seattle Office of Inspector General

4

# Forming Viable Consensus Recommendations

## Shared Goal of Meaningful Change
- Participants were not interested in participating unless there was a likelihood of true change.

## Diverse Panel Experiences
- Having community and law enforcement helped to support operational viability of community priorities.
- Note: Panelists participated in their individual capacities

## Peacemaking Circle Process
- Peacemaking created a supportive environment for honest, hard conversations.



5

# Peacemaking Circle

- Saroeum Phoung and Thary Lim of PointOneNorth Consulting facilitated a peace and reconciliation approach, to create a supportive environment for open conversations on difficult topics. **This is the first known use of Peacemaking in a sentinel event review.**

*Panel meeting in community space donated by Donna Moodie.*




6



# Data Review & Incident Selection

SPD had over 750 protest-related uses of force in 2020. Periods of intense activity happened in five identifiable waves.





Seattle Office of Inspector General

7

# Five Waves of Activity



**W1** — Downtown Protests
- May 25th to June 1st

**W2** — East Precinct Protests
- June 1st to June 8th

**W3** — Chop/Chaz Demonstrations
- June 9th to July 2nd

**W4** — Post Chop/Chaz
- July 2nd to October 6th

**W5** — Demonstrations after creation of SPD Community Response Group
- October 7th onward


Seattle Office of Inspector General

8



# Wave 1 Incidents Reviewed






10



# SER Process

Contributing Factor categories:
- Communication
- Cultural leadership
- Operational supervision
- Tactics
- Policies and procedures
- Equipment
- Environment
- Other

John Hollway of the Quattrone Center for the Fair Administration of Justice facilitated identification of Contributing Factors and Panel Recommendations.

Seattle Office of Inspector General

11



# 54 Recommendations: Five Themes

**Community Legitimacy**
- Addressing the gap between what SPD may be permitted to do by law and what is expected by community (structural vs. perceived legitimacy)

**Situational Awareness**
- Moving from a mindset of crowd management and control to one of crowd facilitation and crowd safety

**Communication and Community Engagement**
- Improving communication with communities and protesters before, during, and after protests

**Tactics and Equipment**
- Being aware of how certain tactics can escalate tensions

**Officer Wellness and Training**
- Recognizing the impacts of long shifts and prolonged hostile environments on officer wellness and behavior

Kelly Kline, *Black Lives Matter Protest, Seattle WA*, 2020. Photo licensed under CC BY-NC-ND 2.0.

Seattle Office of Inspector General

12

# Any Questions?

www.seattle.gov/oig/reports

