UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE,<br><br>          Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF JUNE 2021 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's June 2021 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $39,114.00 to pay the June 2021 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 6th day of October, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 1