THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR ) |
| v. | ) **CITY OF SEATTLE'S PRAECIPE TO** ) **CORRECT ERROR IN OCTOBER 2021** ) **QUARTERLY REPORT** |
| CITY OF SEATTLE, | ) |
| Defendant. | ) ) ) ) ) |

Pursuant to Local Civil Rule 7(m), the City of Seattle hereby requests that the Court consider the attached, corrected version of the City's October 2021 Quarterly Accountability Report in place of the version that the City filed on October 29, 2021, at docket entry number 689. The City has discovered that the percentages provided in Table 6 in Section IV are incorrect. *See* Dkt. 689 at 17. In addition, the text describing Table 6 includes an incorrect range. *Id.* at 17:15. In

**CITY OF SEATTLE'S PRAECIPE TO CORRECT ERROR IN OCTOBER 2021 QUARTERLY REPORT** - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

the revised, attached filing, a corrected version of Table 6 and corrected accompanying text have been substituted in place of the incorrect table and text.

Respectfully submitted,

DATED this 3rd day of November, 2021.

> For the CITY OF SEATTLE
> PETER S. HOLMES
> Seattle City Attorney
>
> *s/ Kerala T. Cowart*
> Kerala T. Cowart, WSBA #53649
>
> Assistant City Attorney
> Seattle City Attorney's Office
> 701 Fifth Avenue, Suite 2050
> Phone: (206) 733-9001
> Fax: (206) 684-8284
> Email: kerala.cowart@seattle.gov

CITY OF SEATTLE'S PRAECIPE TO CORRECT ERROR IN OCTOBER 2021 QUARTERLY REPORT - 2
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200