THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cv-01282-JLR |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO EXTEND DEADLINE FOR MONITOR'S COMPLIANCE STATUS UPDATE** |
| CITY OF SEATTLE, | |
| Defendant. | **NOTED** November 18, 2021 |

The City of Seattle has conferred with the U.S. Department of Justice and the Monitor and respectfully requests that the Court extend the deadline for filing the Monitor's Compliance Status Update to March 1, 2022.

The Monitor requested and the parties have consented to additional time, because a continuance of this deadline would permit the Monitoring Team to continue to expand its public engagement efforts, inform the community on assessment findings, and generate community-driven ideas for the next phase of police reform. Gathering feedback from the community will

**STIPULATED MOTION TO EXTEND DEADLINE** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

benefit the Monitoring Team as it develops recommendations to the Court regarding next steps under the Consent Decree. The feedback also will inform the Monitoring Team's broader recommendations to the City for how to continue the important work of continuing police reform, implementing best practices, and building public trust.

Respectfully submitted,

DATED this 18th day of November, 2021.

    For the CITY OF SEATTLE
    PETER S. HOLMES
    Seattle City Attorney

    *s/ Kerala T. Cowart* ____
    Kerala T. Cowart, WSBA #53649

    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Phone: (206) 733-9001
    Fax: (206) 684-8284
    Email: kerala.cowart@seattle.gov

**STIPULATED MOTION TO EXTEND DEADLINE** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200