THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01282-JLR |
| | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **STIPULATED MOTION TO EXTEND** |
| | ) | **DEADLINE FOR MONITOR'S** |
| CITY OF SEATTLE, | ) | **COMPLIANCE STATUS UPDATE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Having reviewed the stipulated motion, the Court GRANTS the motion and orders that the deadline for filing the Monitor's Compliance Status Update be extended from November 15, 2021, to March 1, 2022.

The deadline set forth for the Compliance Status Update in the February 26, 2021 Monitoring Plan (Dkts. 655-1, 661) is HEREBY modified.

DATED this ___ day of November 2021.

_____
Hon. James L. Robart
United States District Court Judge

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE** - 1
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE** - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200