UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER DIRECTING PAYMENT OF SEPTEMBER 2021 INVOICE |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's September 2021 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $47,755.50 to pay the September 2021 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 4th day of January, 2022.

_____
JAMES L. ROBART
United States District Judge