UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER APPOINTING ASSOCIATE MONITOR |

At the recommendation of the Monitor, Dr. Antonio M. Oftelie, the court hereby APPOINTS as Associate Monitor Ms. Vanessa L. Wheeler, who is a Partner at the law firm Miller Nash, LLP.

Dated this 2nd day of March, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 1