THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-cv-01282-JLR<br><br>**NOTICE OF APPEARANCE OF KATHERINE CHAMBLEE-RYAN ON BEHALF OF THE UNITED STATES**<br><br>**[CLERK'S ACTION REQUIRED]** |

TO: THE CLERK OF THE COURT; and

TO: ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Local General Rule 2(b), the undersigned hereby provides her notice of appearance as additional counsel for Plaintiff, the United States, in the above-captioned matter. The United States will continue to be represented by the currently noticed attorneys of record at the United States Attorney's Office for the Western District of Washington and the United States Department of Justice Civil Rights Division.

NOTICE OF APPEARANCE
Case No. 2:12-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Further notices should be sent to:

KATHERINE CHAMBLEE-RYAN
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Special Litigation Section
Four Constitution Square
150 M Street, NE
Washington D.C. 20002
TELEPHONE: (202) 598-0538
EMAIL: katherine.chamblee-ryan@usdoj.gov

DATED this 4th day of March, 2022.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

/s/*Katherine Chamblee-Ryan*
KATHERINE CHAMBLEE-RYAN*
D.C. Bar No. 1510686
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Special Litigation Section
Four Constitution Square
150 M Street, NE
Washington D.C. 20002
TELEPHONE: (202) 598-0538
EMAIL: katherine.chamblee-ryan@usdoj.gov
*Conditional Admission Granted

Attorneys for Plaintiff
United States of America

NOTICE OF APPEARANCE
Case No. 2:12-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970