THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | Case No. 2:12-cv-01282-JLR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

TO:    Clerk of the Court; and

TO:    All Parties and Their Counsel of Record:

PLEASE NOTE that former Seattle City Attorney Peter S. Holmes should be removed as attorney of record effective immediately. Assistant City Attorney Kerala Cowart remains as counsel of record. No leave of court is necessary for this "change of counsel within the same law firm," in accordance with Local Rules W.D. Wash. LCR 78.2(b)(2).

DATED this 7th day of March, 2022.

                ANN DAVISON
                Seattle City Attorney

        By:    s/ Kerala Cowart
                  Kerala Cowart, WSBA #53649

NOTICE OF WITHDRAWAL OF COUNSEL - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200