# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF FEBRUARY 2022 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's February 2022 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $65,476.00 to pay the February 2022 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 11th day of April, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 1