THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

CITY OF SEATTLE,

                Defendant.

Case No. 2:12-cv-01282-JLR

NOTICE OF APPEARANCE

(CLERK'S ACTION REQUIRED)

TO: The Clerk of Court; and
TO: All Parties and Their Counsel:

**PLEASE TAKE NOTICE** that Erica Franklin, Assistant City Attorney, enters her notice of appearance for Defendant, the City of Seattle, and requests that all future papers and pleadings in this matter, except original process, be served through ECF or at the address stated below.

701 5th Avenue, Suite 2050
Seattle, WA 98104

DATED this 28th day of April, 2022.

                ANN DAVISON
                Seattle City Attorney

      By:   s/ Erica Franklin
                Erica Franklin, WSBA #43477

                *Attorney for Defendant City of Seattle*

NOTICE OF APPEARANCE - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200