THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. 2:12-cv-01282-JLR<br><br>CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND DEADLINE FOR MONITOR'S COMPLIANCE STATUS UPDATE<br><br>**Noting Date:** 04/28/2022 |

The City of Seattle ("City") has conferred with the U.S. Department of Justice and the Monitor and respectfully requests that the Court extend the deadline for filing the Monitor's Compliance Status Update ("Comprehensive Assessment") to May 13, 2022.

A two-week extension would serve the interests of justice by allowing for additional time for the Monitor and parties to validate the data in the Comprehensive Assessment, review and fine-tune its analysis and conclusions, and collectively evaluate the path that it carves for the parties moving forward.

Review of the Monitor's April 2022 Use of Force Preliminary Assessment led the Seattle Police Department ("SPD") to identify and correct a data mapping error between a source system for force reporting (IAPro) and the Data Analytics Platform, which powers SPD's public data source. Analyzing and correcting this error underscored the importance of validating the data

CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND DEADLINE FOR MONITOR'S COMPLIANCE STATUS UPDATE (12-CV-01282-JLR) - 1

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

throughout the Comprehensive Assessment. The draft of this report, which the parties received on April 19, 2022, involves four critical areas of compliance, with detailed data analysis across each of the four areas. While no further errors have been identified—and none are expected—the City, in an abundance of caution, respectfully requests additional time to fully validate the remaining data and ensure the integrity of the final product.

Furthermore, the extension the City seeks would give the Monitor and the parties more time to review and fine-tune the highly nuanced analysis and conclusions throughout the Comprehensive Assessment. It would also give the parties a more robust opportunity to collectively consider the path forward from the conclusions and benchmarks in the Comprehensive Assessment and to ensure that the final product provides sufficient and appropriate guidance in this regard.

The Monitor and the U.S. Department of Justice have advised that they do not oppose this request.

DATED this 28th day of April, 2022.

ANN DAVISON
Seattle City Attorney

By: s/ Erica R. Franklin
Erica R. Franklin, WSBA #43477

Sarah Tilstra, WSBA #35706
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Email: erica.franklin@seattle.gov
Email: sarah.tilstra@seattle.gov
Phone: (206) 684-8200
Fax: (206) 684-8284

*Attorneys for Defendant City of Seattle*

CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND
DEADLINE FOR MONITOR'S COMPLIANCE STATUS
UPDATE (12-CV-01282-JLR) - 2

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200