THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SEATTLE,<br><br>  Defendant. | CASE NO. 2:12-cv-01282-JLR<br><br>**[PROPOSED]**<br><br>ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND DEADLINE FOR MONITOR'S COMPLIANCE STATUS UPDATE |

HAVING reviewed the stipulated motion, the Court grants the motion and orders that the deadline for filing the Monitor's Compliance Status Update be extended from April 28, 2022 to May 13, 2022.

The deadline set forth for the Compliance Status Update is HEREBY modified.

DATED this _____ day of _____, 2022.

_____
HON. JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED MOTION TO EXTEND MONITOR'S COMPLIANCE STATUS UPDATE DEADLINE
(2:12-cv-01282-JLR) - 1

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Presented by:

ANN DAVISON
Seattle City Attorney

/s Erica R. Franklin
Erica R. Franklin, WSBA #43477
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
Email: Erica.franklin@seattle.gov

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S STIPULATED
MOTION TO EXTEND MONITOR'S COMPLIANCE STATUS
UPDATE DEADLINE
(2:12-cv-01282-JLR) - 2

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200