THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　Defendant. | Case No. 2:12-cv-01282-JLR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

TO:　　Clerk of the Court; and

TO:　　All Parties and Their Counsel of Record:

　　　PLEASE NOTE that Assistant City Attorney Erica R. Franklin should be removed as attorney of record. Assistant City Attorney Kerala Cowart and Sarah Tilstra remain as counsel of record. No leave of court is necessary for this "change of counsel within the same law firm," in accordance with Local Rules W.D. Wash. LCR 78.2(b)(2).

　　　DATED this 1st day of June, 2022.

　　　　　　　　　　　　　　　　ANN DAVISON
　　　　　　　　　　　　　　　　Seattle City Attorney

　　　　　　　　　　　　　　By:　s/ Erica R. Franklin
　　　　　　　　　　　　　　　　Erica R. Franklin, WSBA #43477

NOTICE OF WITHDRAWAL OF COUNSEL - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200