The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | Case No. C12-1282 JLR<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:         Clerk of the Court

AND TO:     All Parties and Counsel of Record

**NOTICE OF CHANGE OF ADDRESS**

Attorneys Edgar G. Sargent, Daniel J. Shih, Floyd G. Short, and Drew D. Hansen of Susman Godfrey LLP, files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Susman Godfrey LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

NOTICE OF CHANGE OF ADDRESS - 1
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

DATED: July 1, 2022.                    Respectfully submitted,

By: */s/ Edgar Sargent*
Edgar G. Sargent, WSBA #28283
esargent@susmangodfrey.com
Daniel J. Shih, WSBA #37999
dshih@susmangodfrey.com
Floyd G. Short, WSBA # 21632
fshort@susmangodfrey.com
Drew D. Hansen, WSBA #30467
dhansen@SusmanGodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

NOTICE OF CHANGE OF ADDRESS - *2*
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1   I hereby certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of
2   the Court using the CM/ECF system, which will send notification of such filing to all counsel of
3   record.

    */s/ Edgar Sargent*

NOTICE OF CHANGE OF ADDRESS - 3
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883