The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-01282 JLR<br><br>**NOTICE OF APPEARANCE OF KATHERINE M. PEASLEE** |

TO:　　　　Clerk of the Court

AND TO:　　All Parties and Counsel of Record

　　　Please take notice that Katherine M. Peaslee hereby appears in the above-entitled action on behalf of *Amicus Curiae* Community Police Commission and requests that all future papers and pleadings, except original process, be served upon the undersigned attorney at the address below stated.

DATED July 1, 2022.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Katherine Peaslee*
　　　　　　　　　　　　　　　　　　　　Katherine M. Peaslee, WSBA #52881
　　　　　　　　　　　　　　　　　　　　kpeaslee@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　Edgar G. Sargent, WSBA #28283
　　　　　　　　　　　　　　　　　　　　esargent@susmangodfrey.com

---

NOTICE OF APPEARANCE OF KATHERINE M. PEASLEE - 1
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

8302560v1/017195

1
2
3
4
5
6
7

Daniel J. Shih, WSBA #37999
dshih@susmangodfrey.com
Floyd G. Short, WSBA # 21632
fshort@susmangodfrey.com
Drew D. Hansen, WSBA #30467
dhansen@susmangodfrey.com
Jordan Connors, WSBA #41649
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF APPEARANCE OF KATHERINE M. PEASLEE - 2
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

8302560v1/017195

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Katherine Peaslee*

---

NOTICE OF APPEARANCE OF KATHERINE M. PEASLEE - 3
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

8302560v1/017195