# Exhibit A

Testimonials

BTB has given me the chance to look at SPD/policing in a different way, I feel more confident in myself to enter law enforcement, being able to serve people/community/family and myself better day to day,

In my opinion the Before the Badge program provides the information and knowledge in order for Police Recruits to build a solid foundation to be better Police Officers. By teaching about wellness, stress, trauma, racial history and how it ties historically into Policing we are better prepared for the job. By teaching all of these things and more, and before any formal Law Enforcement encoding it sets the tone of how to build relationships with the community and change the narrative of how the Seattle Police Department and the Community can work together for the future.

I am glad that I attended the Before the Badge training. SPD is a department that truly cares about it's employees and their mission to build trust with the greater Seattle community through relational policing and community engagement, is one that embodies both excellence and integrity.

The BTB course is the next step forward towards a positive change for law enforcement. It embodies the type of change and understanding the public and communities want from agencies. It better prepares recruits to anticipate the critical thinking and complex interactions they will inevitably face during their career. More importantly, recruits will learn to address their own stressors to improve their wellness, which in turn will improve their interactions with the public and better strengthen community trust with law enforcement. I look at law enforcement as a "progressive profession". A job that needs to evolve as society does, requiring officers to be open-minded. The BTB course is the perfect example of how law enforcement should be evolving and instills being open-minded to the recruits in the course so that they may change for the better as the job requires. The BTB course needs to be indtroduced to each agency across the country and aspects of the course should implemented into law enforcement academies everywhere so that officers can earn back the trust of the American public.

I was very impressed with the Before the Badge program. The staff were able to be flexible during the pandemic when things needed to be changed in a moment's notice, and they alerted participants in a timely manner. I was surprised at some of the subject matter presented. Not only did it go deep, it showed some of the ugly side of policing. All the information presented had the same theme - people are not only who they are in the current situation and there are reasons for their current situation.

# Exhibit A

