```
 1
 2
 3
 4
 5
 6
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
|---|---|
| Plaintiff, | ORDER DIRECTING PAYMENT OF APRIL 2022 INVOICE |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's April 2022 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $58,353.50 to pay the April 2022 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 2nd day of August, 2022.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1