UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
| Plaintiff, | ORDER DIRECTING PAYMENT OF JUNE 2022 INVOICE |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby APPROVES the Seattle Monitoring Team's June 2022 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $22,948.00 to pay the June 2022 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 2nd day of August, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 1