The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-CV-1282-JLR<br><br>**CITY OF SEATTLE'S NOTICE OF ORDINANCE REGARDING INVESTIGATIONS OF THE CHIEF OF POLICE** |

The City of Seattle (City) submits this Notice to inform the Court about legislation enacted by the Seattle City Council on July 19, 2022, that establishes a process for investigating complaints naming the Seattle Police Department (SPD's) Chief of Police (the Chief). *See* Exhibit A (City Council Ordinance No. 126628, hereinafter referred to as "the Ordinance").

As set forth in the preamble to the Ordinance, the Seattle City Council enacted it in response to three Office of Police Accountability (OPA) complaints that were filed in 2020 against the Chief. The Ordinance codifies a process for investigation of complaints against the Chief. Specifically, the Ordinance provides that OPA must promptly notify the Office of Inspector General (OIG) of any complaints naming the Chief. SMC 3.29.510(B). After an initial intake

CITY OF SEATTLE'S NOTICE OF ORDINANCE
REGARDING INVESTIGATIONS OF THE CHIEF - 1
(2:22-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

conducted by an OPA civilian investigator supervisor, OPA will consult with OIG regarding the complaint.  SMC 3.29.510(C)-(D).  OPA's Director will then determine whether investigation is appropriate, and, if so, whether it should be conducted by an internal entity (OPA or the Seattle Department of Human Resources) or external entity.  SMC 3.29.510(E).  OIG shall then review the OPA Director's recommendation regarding the investigation; if OIG disagrees with the recommendation, OIG's determinations regarding the investigation shall control.  SMC 3.29.520. The Ordinance also contains sections regarding notification, reporting, and transmittal of the investigation and its results (SMC 3.29.530, .570-.580), assignment and procedure of the investigation (SMC 3.29.540-.550), and OIG review of the investigation.  SMC 3.29.560.

On July 27, 2022, Mayor Harrell signed the legislation.   The Ordinance took effect on August 26, 2022. The City notified DOJ and the Monitor about the Ordinance and that compliance with the Ordinance will require changes to OPA and OIG policies.  Once drafts of these proposed policies have been written, the City will submit these proposed policies to DOJ, the Monitor, and the Court for review and approval.

Respectfully submitted this 6th day of October, 2022.

ANN DAVISON
Seattle City Attorney

By: /s/ Sarah Tilstra
SARAH TILSTRA, WSBA #35706
JESSICA LEISER, WSBA #49349
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA  98104-7095
Ph: (206) 684-8200
Fax: (206) 684-8284
sarah.tilstra@seattle.gov
jessica.leiser@seattle.gov

CITY OF SEATTLE'S NOTICE OF ORDINANCE
REGARDING INVESTIGATIONS OF THE CHIEF - 2
(2:22-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  

Attorneys for Defendant
City of Seattle, Seattle Police Department

CITY OF SEATTLE'S NOTICE OF ORDINANCE
REGARDING INVESTIGATIONS OF THE CHIEF - 3
(2:22-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200