THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:12-cv-01282-JLR |
| Plaintiff, ) | |
| ) | **JOINT MOTION TO APPROVE** |
| v. ) | **COMPLIANCE AGREEMENT** |
| ) | |
| CITY OF SEATTLE, ) | **NOTE ON MOTION** |
| ) | **CALENDAR: March 28, 2023** |
| Defendant. ) | |
| ) | |

The City of Seattle and the United States of America jointly move for entry of an Order of Resolution (the Order) and approval of the Agreement on Sustained Compliance (the "Compliance Agreement"). As described in the attached memoranda, the Parties agree that the City has demonstrated sustained compliance with the requirements of the Consent Decree related to use-of-force (exception noted herein), crisis intervention, stops and detentions, bias-free policing, supervision, and the Office of Police Accountability. The Parties also recognize that important work remains in two areas: officers' use of force in crowd management situations, including how the City and Seattle Police Department (SPD) are addressing uses of force that occurred during the 2020 protests and accountability, including the City's efforts to alleviate concerns identified by the Court in its May 2019 Order. Accordingly, the proposed Order and Compliance Agreement would replace

**JOINT MOTION TO APPROVE COMPLIANCE AGREEMENT**
- 1
(12-CV-01282-JLR)

Ann Davison
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

the Consent Decree in order to focus the Parties' efforts on these key areas in which the City is still completing its work.

In addressing accountability, the Monitor will conduct a capacity assessment of the City's police accountability system, which includes the Office of Inspector General for Public Safety (OIG), the Office of Police Accountability (OPA), and the Community Police Commission (CPC). In addition, under the Compliance Agreement, the OIG will take on new, substantial obligations as an important step toward assuming the role of the Monitor. It will conduct a Use-of-Force Assessment to examine force used in crisis incidents, the use of less lethal devices, and force used in the crowd management context. The Monitor and the OIG also will collaborate to develop a workplan detailing OIG's approach for ensuring continued robust, independent monitoring of SPD, so it will be well-positioned once federal oversight ends.

In addressing crowd management, the City will update its crowd management policy to incorporate ongoing community feedback, and it will ensure SPD officers are appropriately trained on any updates. In the months following the protests, SPD substantially revised its crowd management policies to implement new strategies for crowd de-escalation and crowd management. Since then, SPD has been receiving ongoing feedback on its policies through the community-led process convened by the OIG. Under the Compliance Agreement, SPD will respond to these policy recommendations.

SPD will also develop an alternative reporting and review process specific to crowd management situations to address breakdowns in reporting and review of use of force incidents that occurred in 2020. These breakdowns were self-identified by SPD and recognized in the Monitor's May 2022 Comprehensive Assessment. The City will provide drafts of the crowd

**JOINT MOTION TO APPROVE COMPLIANCE AGREEMENT**
 - 2
(12-CV-01282-JLR)

Ann Davison
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

management policy and reporting/review process to the DOJ and Monitor for review. Following that review, the crowd management policy will be submitted to the Court for approval.

Finally, the Compliance Agreement provides that the City will continue to ensure that the reforms instituted by the Consent Decree are sustained throughout its duration. To demonstrate sustainment, the City must provide updated outcome measures regarding use of force, crisis intervention, stops and detentions, bias-free policing, and supervision, which will be validated by the OIG.

In sum, the proposed Compliance Agreement focuses on outstanding issues related to crowd management and accountability. By centering the Parties' and Monitor's efforts on the areas where work remains to be done, the Compliance Agreement will help to achieve and sustain intended outcomes under the Consent Decree. *See* Consent Decree ¶ 175.

Accordingly, and for the reasons set forth in the attached memoranda, the Parties respectfully request that this Court enter the proposed Order and Compliance Agreement.

**JOINT MOTION TO APPROVE COMPLIANCE AGREEMENT** - 3
(12-CV-01282-JLR)

Ann Davison
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Respectfully submitted,

DATED this 28th day of March 2023.

| For the CITY OF SEATTLE | For the UNITED STATES of AMERICA |
|---|---|
| ANN DAVISON<br>Seattle City Attorney | TESSA GORMAN<br>First Assistant United States Attorney<br>Western District of Washington<br>Attorney for the United States<br>Acting Under Authority Conferred by 28 U.S.C § 515 |
| *s/ Kerala T. Cowart*<br>Kerala T. Cowart, WSBA #53649<br>*s/ Jessica Leiser*<br>Jessica Leiser, WSBA #49349<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Phone: (206) 733-9001<br>Fax: (206) 684-8284<br>Email: kerala.cowart@seattle.gov<br>Email: jessica.leiser@seattle.gov | *s/ Matt Waldrop*<br>Matthew Waldrop, Assistant United States Attorney<br>Kerry Keefe, Assistant United States Attorney<br>Rebecca Cohen, Civil Division Chief<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4073<br><br>KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>*s/ Timothy D. Mygatt*<br>Steven H. Rosenbaum, Chief<br>Timothy D. Mygatt, Deputy Chief<br>Jeffrey R. Murray, Trial Attorney<br>Katherine Chamblee-Ryan, Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>Phone: (202) 514-6255 |

**JOINT MOTION TO APPROVE COMPLIANCE AGREEMENT** - 4
(12-CV-01282-JLR)

Ann Davison
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200