UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>              Defendant. | CASE NO. C12-1282JLR<br><br>MINUTE ORDER REGARDING PROCEDURES FOR FILING AMICUS BRIEFS |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The following procedures shall apply to the filing of any *amicus curiae* brief in response to the parties' joint motion to approve their proposed agreement on sustained compliance (Dkt. # 727).

No one shall file an *amicus curiae* brief unless the brief is accompanied by a motion seeking the court's permission to do so. The proposed *amicus curiae* brief shall be attached as an exhibit to the motion seeking leave to file the brief. The purpose of

MINUTE ORDER - 1

requiring a motion for leave to file an *amicus curiae* brief is so that the court can analyze whether a proposed *amicus curiae* brief would provide unique or helpful information beyond what the parties can provide. *See, e.g.*, *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 335 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (stating that district courts may consider *amicus* briefs "concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties can provide" (internal quotations omitted)). At least one attorney who is admitted to practice in this court shall sign the motion seeking leave to file the *amicus curiae* brief, as well as the *amicus curiae* brief itself.

All motions for leave to file an *amicus curiae* brief shall be filed by no later than **5:00 p.m. on Wednesday, April 26, 2023**.

Filed and entered this 4th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2