Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | 2:12-cv-01282-JLR<br><br>DECLARATION OF NATHANIEL FLACK IN SUPPORT OF BRIEF OF AMICUS CURIAE ANTHONY SIMS |

I, Nathaniel Flack, declare:

1. I am an attorney licensed to practice law in the State of Washington. I represent the Plaintiff Anthony Sims in the case of *Sims v. City of Seattle et al*, Case No. 2:22-CV-00483-TL, pending before the Honorable Tana Lin, and in his Motion for Leave to File Brief of Amicus Curiae in *United States of America v. City of Seattle*, 2:12-cv-01282-JLR. I am over the age of 18 and am competent to testify. I have personal knowledge of the following.

2. Attached here as **Exhibit 1** is Robert Brown's in-vehicle camera video footage from this case, produced in discovery as CITY_000675. A notice of filing physical materials is being filed for this exhibit pursuant to the local rules.

3. Attached here as **Exhibit 2** is Robert Brown's body worn camera video footage from this case, produced in discovery as CITY_000668. A notice of filing physical materials is being filed for this exhibit pursuant to the local rules.

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF BRIEF
OF AMICUS CURIAE ANTHONY SIMS - 1

No. 2:12-cv-01282-JLR

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

4. Attached here as **Exhibit 3** is Gregory Nash's body worn camera video footage from this case, produced in discovery as CITY_000672. A notice of filing physical materials is being filed for this exhibit pursuant to the local rules.

5. Attached here as **Exhibit 4** is Officer Farkas's body worn camera video footage from the chis case, produced in discovery as CITY-000674. A notice of filing physical materials is being filed for this exhibit pursuant to the local rules.

6. Attached here as **Exhibit 5** is the radio communications audio for this case produced in discovery as CITY_000655. A notice of filing physical materials is being filed for this exhibit pursuant to the local rules.

7. Attached here as **Exhibit 6** is the Field Contact Report that Lt. Brown prepared during this incident, produced in discovery as CITY_000010.

8. Attached here as **Exhibit 7** is the CAD dispatch log for this case, produced in discovery as CITY_000001.

9. Attached here as **Exhibit 8** are the High Risk Vehicle Stop training materials produced in discovery as CITY_000761.

10. Attached here as **Exhibit 9** is plaintiff's complaint to OPA, produced in discovery as CITY_000687.

11. Attached here as **Exhibit 10** is the OPA Director's Certification Memo for Plaintiff's OPA complaint.

12. Attached here as **Exhibit 11** is the OPA investigation summary and conclusions.

13. Attached here as **Exhibit 12** is the management action recommendation regarding high risk stops.

14. Attached here as **Exhibit 13** is SPD's response to the management action recommendation.

15. Attached here as **Exhibit 14** is a September 2020 email exchange among City employees regarding Plaintiff's complaint.

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF BRIEF
OF AMICUS CURIAE ANTHONY SIMS - 2

No. 2:12-cv-01282-JLR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

16. Attached here as **Exhibit 15** is the OPA director's certification memo for Plaintiff's OPA complaint.

17. Attached here as **Exhibit 16** is the MDT return document produced in discovery as CITY_029693.

18. Attached here as **Exhibit 17** is the notice of FRCP 30(b)(6) deposition issued in the above captioned matter.

19. Attached here as **Exhibit 18** are excerpts of the transcript of the deposition of Robert Brown in *Sims v. City of Seattle et al*, Case No. 2:22-CV-00483-TL.

20. Attached here as **Exhibit 19** are excerpts of the transcript of the deposition of Gregory Nash in *Sims v. City of Seattle et al*, Case No. 2:22-CV-00483-TL.

21. Attached here as **Exhibit 20** are excerpts of the transcript of the deposition of Bradley Richardson in *Sims v. City of Seattle et al*, Case No. 2:22-CV-00483-TL.

22. Attached here as **Exhibit 21** are excerpts of the transcript of the deposition of the City's 30(b)(6) designee Leroy Outlaw.

23. Attached here as **Exhibit 22** are excerpts of the transcript of the deposition of the City's 30(b)(6) designee Andrew Myerberg.

24. Attached here as **Exhibit 23** are excerpts of the transcript of the deposition of the City's 30(b)(6) designee George Davisson.

25. Attached here as **Exhibit 24** are excerpts of the transcript of the deposition of Scott Mourtgos.

26. Attached here as **Exhibit 25** is Officer Garrett Follette's body worn camera footage, produced in discovery as CITY_000671. A notice of filing physical materials is being filed for this exhibit pursuant to the local rules.

//

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF BRIEF
OF AMICUS CURIAE ANTHONY SIMS - 3

No. 2:12-cv-01282-JLR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1  I swear that the foregoing is true to the best of my knowledge under penalty of perjury under the
2  laws of the United States.

   DATED this 26th day of April, 2023, at Seattle, WA.

   /s/ Nathaniel Flack

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF BRIEF
OF AMICUS CURIAE ANTHONY SIMS - 4

No. 2:12-cv-01282-JLR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961