Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | 2:12-cv-01282-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION OF ANTHONY SIMS TO FILE BRIEF OF AMICUS CURIAE |

The Court, having review the Motion for Leave to File Brief of Amicus Curiae Anthony Sims, and _____

_____

_____

_____, hereby ORDERS that the Motion to File Brief of Amicus Curiae Anthony Sims is GRANTED.

DATED this ____ day of April, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. James L. Robart

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE ANTHONY SIMS - 1

No. 2:12-cv-01282-JLR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

Submitted by:

MacDONALD HOAGUE & BAYLESS

By: */s/ Nathaniel Flack*
Nathaniel Flack, WSBA #58582
NathanielF@mhb.com
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604
*Attorneys for Plaintiff*

By: */s/ Lauren Freidenberg*
Lauren Freidenberg, WSBA #59145
LaurenF@mhb.com
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604
*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE ANTHONY SIMS - 2

No. 2:12-cv-01282-JLR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961