Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE <br><br> Defendant. | No. 2:12-cv-01282-JLR <br><br> NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK RE: DOCKET 740 |

Exhibits 1, 2, 3, 4, 5, and 25 to the Declaration of Nathaniel Flack in support of Brief of Amicus Curiae Anthony Sims (dkt. 740) are being filed in physical form with the Clerk's Office for the Western District of Washington. The exhibits are video and audio files in MP4 and WMA formats, which cannot be filed electronically via the CM/ECF system.

The USB drive containing these items will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

//

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1  DATED this 26th day of April, 2023.

MacDONALD HOAGUE & BAYLESS

By: */s/ Nathaniel Flack*
Nathaniel Flack, WSBA #58582
NathanielF@mhb.com
Lauren Freidenberg, WSBA #59145
LaurenF@mhb.com
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604
*Attorneys for Plaintiff*

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 2

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961