UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. 2:12-cv-01282-JLR<br><br>**[PROPOSED ORDER] GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

The Court having considered all filings related to the Motion for Leave to File Amicus Brief of the American Civil Liberties Union of Washington orders as follows:

IT IS SO ORDERED that the Motion for Leave to File Amicus Brief of the American Civil Liberties Union of Washington is GRANTED and the Amicus Brief attached tot his Motion shall be deemed filed as of the date of this Order.

PROPOSED ORDER - 1
NO. 2:12-CV-01282-JLR

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE, WA 98111
(206) 624-2184

SO ORDERED this _____ day of _____, 2023.

_____
United State District Court Judge
Hon. James L. Robart

Presented by:

*s/Jazmyn Clark*
La Rond Baker, WSBA 43610
Enoka Herat, WSBA 43347
Jazmyn Clark, WSBA 48224
Susannah Porter Lake, WSBA 60762
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON
PO Box 2728
Seattle, WA 98111
Phone: (206) 624-2184
baker@aclu-wa.org
eherat@aclu-wa.org
jclark@aclu-wa.org
slake@aclu-wa.org
***Attorneys for Amici Curiae***

PROPOSED ORDER - 2
NO. 2:12-CV-01282-JLR

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE, WA 98111
(206) 624-2184

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I caused service of the foregoing *PROPOSED ORDER* via the CM/ECF system that will automatically send notice of such filing to all counsel of record.

DATED this 26th day of April, 2023 at Seattle, Washington.

> By: /s/Tracie Wells
> Tracie Wells, Paralegal
> American Civil Liberties Union
> of Washington Foundation
> P.O. Box 2728
> Seattle, WA 98111
> (206) 624-2184
> twells@aclu-wa.org

PROPOSED ORDER - 3
NO. 2:12-CV-01282-JLR

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
SEATTLE, WA 98111
(206) 624-2184