AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:12-cv-01282-JLR |
| CITY OF SEATTLE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

To file Mtn for Leave to File Amicus Brief on Behalf of Amicus Curiae Anthony Sims & supporting documents.

Date:   04/27/2023

*/s/ Lauren Freidenberg*
*Attorney's signature*

Lauren Freidenberg, WSBA #59145
*Printed name and bar number*

705 Second Avenue, Suite 1500
Seattle, WA 98104
*Address*

laurenf@mhb.com
*E-mail address*

(206) 622-1604
*Telephone number*

(206) 343-3961
*FAX number*