AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CITY OF SEATTLE<br>*Defendant* | ) ) ) ) ) Case No. 2:12-cv-01282-JLR |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

To file Motion for Leave to File Amicus Brief of American Civil Liberties Union of Washington  .

Date:  04/28/2023

/s/ La Rond Baker
*Attorney's signature*

La Rond Baker, WSBA 43610
*Printed name and bar number*

PO Box 2728
Seattle, WA 98111
*Address*

jclark@aclu-wa.org
*E-mail address*

(206) 624-2184
*Telephone number*

(206) 624-2190
*FAX number*