AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:12-cv-01282-JLR |
| CITY OF SEATTLE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

To file Motion for Leave to File Amicus Brief of American Civil Liberties Union of Washington.

Date:   04/28/2023

/s/ Susannah Porter Lake
*Attorney's signature*

Susannah Porter Lake, WSBA 60762
*Printed name and bar number*

PO Box 2728
Seattle, WA 98111

*Address*

slake@aclu-wa.org
*E-mail address*

(206) 624-2184
*Telephone number*

(206) 624-2190
*FAX number*