THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cv-01282-JLR |
| Plaintiff, | ) | |
| | ) | DEFENDANT CITY OF SEATTLE'S |
| v. | ) | RESPONSE TO MOTIONS FOR LEAVE TO |
| | ) | PARTICIPATE AS AMICI CURIAE |
| CITY OF SEATTLE, | ) | |
| | ) | NOTE ON MOTION CALENDAR: |
| Defendant. | ) | March 28, 2023 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

On April 26, 2023, the Seattle Community Police Commission and the American Civil Liberties Union of Washington, organizations, and Anthony Sims, an individual, filed motions for leave to file as amici curiae in response to the parties' Joint Motion to Approve Compliance Agreement. The City hereby submits its response to those motions.

This Court has broad discretion to either grant or reject the participation of an amicus curiae. *Gerritsen v. de la Madrid Hurtado*, 819, F.2d 1511, 1514 n.3 (9th Cir. 1987). "District courts may consider amicus briefs from non-parties concerning legal

DEFENDANT CITY OF SEATTLE'S RESPONSE TO MOTIONS FOR
LEAVE TO PARTICIPATE AS AMICI CURIAE - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Macareno v. Thomas*, 378 F. Supp. 3d 933, 940 (W.D. Wash. 2019) (quoting *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (citations and internal quotation marks omitted).

The City of Seattle takes no position as to whether the participation of the above entities and individual would assist the Court in this manner. However, if this Court determines that participation would be helpful and grants any of them leave to file a brief, then the City would request that the Court permit the City an opportunity to respond. The City seeks leave to submit one, combined response to all three briefs and further requests that the response be due no earlier than May 12, 2023.

DEFENDANT CITY OF SEATTLE'S RESPONSE TO MOTIONS FOR
LEAVE TO PARTICIPATE AS AMICI CURIAE - 2
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Respectfully submitted,

DATED this 28th day of April, 2023.


For the CITY OF SEATTLE
ANN DAVISON
Seattle City Attorney

*s/ Kerala Cowart*
Kerala Cowart, WSBA #53649
Assistant City Attorney
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: Kerala.Cowart@seattle.gov

*s/ Jessica Leiser*
Jessica Leiser, WSBA #49349
Assistant City Attorney
Phone: (206) 727-8874
Fax: (206) 684-8284
Email: Jessica.Leiser@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050

DEFENDANT CITY OF SEATTLE'S RESPONSE TO MOTIONS FOR
LEAVE TO PARTICIPATE AS AMICI CURIAE - 3
(12-CV-01282-JLR)