The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>        Defendant. | Case No. C12-1282 JLR<br><br>**PRAECIPE** |

TO:        Clerk of the Court

AND TO:    All Parties and Counsel of Record

Attached is a corrected Exhibit A to docket 738 correcting the *amicus curiae* filer to Community Police Commission in the title and footer.

DATED May 1, 2023        Respectfully submitted,

By: /s/ Drew D. Hansen
Edgar G. Sargent, WSBA #28283
esargent@susmangodfrey.com
Daniel J. Shih, WSBA #37999
dshih@susmangodfrey.com
Floyd G. Short, WSBA # 21632
fshort@susmangodfrey.com
Drew D. Hansen, WSBA #30467
dhansen@SusmanGodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101

Praecipe - 1
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

11457807v1/017195

Phone: (206) 516-3880
Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Drew D. Hansen

Praecipe - 2
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

11457807v1/017195