UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SEATTLE,<br><br>  Defendant. | CASE NO. C12-1282JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Movant Kurt Benshoof's motion for leave to file an *amicus curiae* brief. (Mot. (Dkt. # 759).[1]) On April 4, 2023, the court issued an order regarding procedures for filing *amicus curiae* briefs regarding the parties' joint motion to

---

[1] Although the motion is noted for consideration on June 30, 2023 (*see* Dkt.), the court sees no reason to delay issuing a decision on the motion. *See* Fed. R. Civ. P. 1 (authorizing the court to construe the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding").

ORDER - 1

1 | approve their proposed agreement on sustained compliance. (4/4/23 Order (Dkt. # 734)
2 | (citing Prop. Agreement (Dkt. # 727)).) In that order, the court set an April 26, 2023
3 | deadline for filing motions for leave to file an *amicus curiae* brief and directed movants
4 | to attach the proposed *amicus curiae* brief as an exhibit to the motion for leave. (*Id.*) Mr.
5 | Benshoof filed his motion over seven weeks after the filing deadline and did not attach
6 | his proposed *amicus curiae* brief to his motion. (*See* Mot.) Therefore, the court DENIES
7 | Mr. Benshoof's motion for leave to file an *amicus curiae* brief (Dkt. # 759).
8 | Filed and entered this 16th day of June, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk