UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF MAY 2023 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's May 2023 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $50,476.62 to pay the May 2023 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 28th day of July, 2023.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1