THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-cv-01282-JLR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>[CLERK'S ACTION REQUIRED] |

TO:   THE CLERK OF THE COURT; and

TO:   ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Assistant United States Attorney Kerry J. Keefe hereby withdraws as attorney of record for the above-captioned case, effective immediately. The United States will continue to be represented by the remaining attorneys of record at the United States Attorney's Office for the Western District of Washington and the United States Department of Justice Civil Rights Division.

Service of all further process, pleadings, notices, documents or other papers for this matter, exclusive of original process, may be made upon the remaining attorneys of record in accordance with applicable rules.

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 2:12-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 1st day of August, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Kerry J. Keefe*
KERRY J. KEEFE, WSBA No. 17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  kerry.keefe@usdoj.gov

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 2:12-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970