The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. C12-1282 JLR<br><br>**PRAECIPE** |

TO:        Clerk of the Court

AND TO:    All Parties and Counsel of Record

Attached is a corrected Exhibit A of docket 752 (which was a corrected Exhibit A to docket 738) correcting formatting issues.

DATED September 6, 2023        Respectfully submitted,

By: /s/ Drew D. Hansen
    Edgar G. Sargent, WSBA #28283
    esargent@susmangodfrey.com
    Daniel J. Shih, WSBA #37999
    dshih@susmangodfrey.com
    Floyd G. Short, WSBA # 21632
    fshort@susmangodfrey.com
    Drew D. Hansen, WSBA #30467
    dhansen@SusmanGodfrey.com
    SUSMAN GODFREY L.L.P.
    401 Union Street, Suite 3000
    Seattle, WA 98101

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

11730265v1/017195

Phone: (206) 516-3880
Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Drew D. Hansen

Praecipe - *2*
Case No. C12-1282 JLR

S U S M A N   G O D F R E Y   L . L . P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

11730265v1/017195