UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>         Defendant. | CASE NO. C12-1282JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Movant Kurt Benshoof's motion for leave to file an *amicus curiae* brief. (Mot. (Dkt. # 771).[1]) Specifically, Mr. Benshoof asks the court to take notice of certain filings he has made in other cases in this District. (*See id.* at 2.)

---

[1] Although the motion is noted for consideration on October 6, 2023 (*see* Dkt.), the court sees no reason to delay issuing a decision on the motion. *See* Fed. R. Civ. P. 1 (authorizing the court to construe the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding").

ORDER - 1

There are, however, no pending motions in this matter to which Mr. Benshoof's proposed filing might relate, and the court has not invited the participation of *amici* at this time. (*See generally* Dkt.; *see also* 4/4/23 Min. Order (defining procedures for filing motions to file *amici curiae* briefs regarding the parties' joint motion to approve their proposed agreement on sustained compliance, and setting an April 26, 2023 deadline for filing such motions).)  Further, the court has reviewed Mr. Benshoof's filing and concludes that his materials would not provide any helpful information to the court beyond what the parties can provide.  Accordingly, the court DENIES Mr. Benshoof's motion for leave to file an *amicus curiae* brief (Dkt. # 771).

Filed and entered this 20th day of September, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk