THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR ) |
| v. | ) **CITY OF SEATTLE'S NOTICE** ) **SUBMITTING SEATTLE POLICE** ) **DEPARTMENT'S RESPONSE TO** |
| CITY OF SEATTLE, | ) **SENTINEL EVENT REVIEW** ) **RECOMMENDATIONS** |
| Defendant. | ) ) ) ) ) |

    The City of Seattle, on behalf of the Seattle Police Department, files the attached response to the recommendations of the Sentinel Event Review process, pursuant to paragraph 4 of the Court's Order dated September 7, 2023.

**CITY OF SEATTLE'S NOTICE SUBMITTING SEATTLE POLICE DEPARTMENT'S RESPONSE TO SENTINEL EVENT REVIEW RECOMMENDATIONS** - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Respectfully submitted,

DATED this 22nd day of September, 2023.

>For the CITY OF SEATTLE
>ANN DAVISON
>Seattle City Attorney
>
>*s/ Kerala Cowart*
>Kerala Cowart, WSBA #53649
>Assistant City Attorney
>Phone: (206) 733-9001
>Fax: (206) 684-8284
>Email: Kerala.Cowart@seattle.gov
>
>*s/ Jessica Leiser*
>Jessica Leiser, WSBA #49349
>Assistant City Attorney
>Phone: (206) 727-8874
>Fax: (206) 684-8284
>Email: Jessica.Leiser@seattle.gov
>
>Seattle City Attorney's Office
>701 Fifth Avenue, Suite 2050

**CITY OF SEATTLE'S NOTICE SUBMITTING SEATTLE POLICE DEPARTMENT'S RESPONSE TO SENTINEL EVENT REVIEW RECOMMENDATIONS** - 2
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200