UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER RE: CHANGE OF ADDRESS |

The court recently received notice that LNW Group LLC, payee for the Seattle Monitoring Team's invoices, changed its address to:

    LNW Group LLC
    151 N. First Street
    Suite 1418
    Cambridge, MA 02141

The court hereby APPROVES the change of address for LNW Group LLC and

//

//

ORDER - 1

1  DIRECTS the Clerk to mail future checks for payment for the Seattle Monitoring Team's

2  invoices to the address above.

3      Dated this 31st day of October, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2