UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF SEPTEMBER 2023 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's September 2023 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $47,172.50 to pay the September 2023 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 14th day of December, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 1