THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR |
| | ) |
| v. | ) **CITY OF SEATTLE'S NOTICE** |
| | ) **SUBMITTING SEATTLE POLICE** |
| CITY OF SEATTLE, | ) **DEPARTMENT'S REPORT** |
| | ) |
| Defendant. | ) |
| | ) |

The City of Seattle, on behalf of the Seattle Police Department, files the attached Declaration of Brian Maxey and Memorandum Report, pursuant to paragraphs 5, 8, and 13 of the Court's Order dated September 7, 2023.

**CITY OF SEATTLE'S NOTICE SUBMITTING SEATTLE POLICE DEPARTMENT'S REPORT** - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Respectfully submitted,

DATED this 15th day of December, 2023.

> For the CITY OF SEATTLE
> ANN DAVISON
> Seattle City Attorney
>
> *s/ Kerala Cowart*
> Kerala Cowart, WSBA #53649
> Assistant City Attorney
> Phone: (206) 733-9001
> Fax: (206) 684-8284
> Email: Kerala.Cowart@seattle.gov
>
> Jessica Leiser, WSBA #49349
> Assistant City Attorney
> Phone: (206) 727-8874
> Fax: (206) 684-8284
> Email: Jessica.Leiser@seattle.gov
>
> Seattle City Attorney's Office
> 701 Fifth Avenue, Suite 2050

**CITY OF SEATTLE'S NOTICE SUBMITTING SEATTLE POLICE DEPARTMENT'S REPORT** - 2
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200