UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | CASE NO. C12-1282JLR<br><br>AMENDED ORDER DIRECTING PAYMENT OF NOVEMBER 2023 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's amended November 2023 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $45,883.50 to pay the amended November 2023 invoice; to make the check payable to LNW Group LLC; and to mail the

//

//

//

//

ORDER - 1

check to the payee.  The court VACATES its January 10, 2024 order approving the Seattle Monitoring Team's original November 2023 invoice (Dkt. # 784).

Dated this 11th day of January, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2