The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. C12-1282 JLR<br><br>**MOTION FOR LEAVE TO FILE** ***AMICUS CURIAE*** **MEMORANDUM** |

TO:        Clerk of the Court

AND TO:    All Parties and Counsel of Record

The Community Police Commission (CPC) respectfully moves the Court for leave to file an *amicus curiae* memorandum commenting on issues recently raised before this Court by the Monitor and the City.

The Court granted the CPC *amicus curiae* status in 2013 (Dkt. # 106), stating that the CPC "may file memoranda commenting on any issue or motion raised by the parties in court proceedings." *Id*. at 13-14. The CPC has actively participated in this action from the beginning, precisely as the parties anticipated in the original 2012 Settlement Agreement and Memorandum of Understanding. *See* Dkt. # 3-1 ¶¶ 3-12 (requiring creation of CPC and describing CPC role). The CPC is thus especially well-situated to provide "unique or helpful information beyond what the

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF- 1
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

parties can provide" (Dkt. # 734) because it "leverage[s] the ideas, talent, and expertise of the community." Dkt. #3-1 ¶ 6. The CPC's input is particularly appropriate now in light of the issues raised in the Monitor's December 29, 2023 Report (Dkt. #782), which provides findings and recommendations concerning the CPC itself. The CPC thus respectfully moves for leave to file the attached *amicus curiae* memorandum.

DATED January 29, 2024               Respectfully submitted,

By: /s/ Edgar Sargent
    Edgar G. Sargent, WSBA #28283
    esargent@susmangodfrey.com
    Daniel J. Shih, WSBA #37999
    dshih@susmangodfrey.com
    Floyd G. Short, WSBA # 21632
    fshort@susmangodfrey.com
    Drew D. Hansen, WSBA #30467
    dhansen@SusmanGodfrey.com
    SUSMAN GODFREY L.L.P.
    401 Union Street, Suite 3000
    Seattle, WA 98101
    Phone: (206) 516-3880
    Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Edgar Sargent

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF- 2
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883