The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | Case No. C12-1282 JLR<br><br>**COMMUNITY POLICE COMMISSION'S MEMORANDUM AND EXHIBIT COMMENTING ON MONITOR'S DECEMBER 2023 REPORT** |

TO:　　　　Clerk of the Court

AND TO:　　All Parties and Counsel of Record

　　　　Amicus curiae Seattle Community Police Commission submits this memorandum attaching as Exhibit 1 a letter signed by the CPC Co-Chairs addressing certain issues raised in the Seattle Accountability System Sustainability Assessment, submitted by the Federal Monitoring Team to the Court December 29, 2023 (Dkt #782).

　　　　DATED January 29, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Edgar Sargent
　　　　　　　　　　　　　　　　　　　　Edgar G. Sargent, WSBA #28283
　　　　　　　　　　　　　　　　　　　　esargent@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　Daniel J. Shih, WSBA #37999
　　　　　　　　　　　　　　　　　　　　dshih@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　Floyd G. Short, WSBA # 21632

COMMUNITY POLICE COMMISSION'S MEMORANDUM AND EXHIBIT COMMENTING ON MONITOR'S DECEMBER 2023 REPORT - 1
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

8090786v1/017195

fshort@susmangodfrey.com
Drew D. Hansen, WSBA #30467
dhansen@SusmanGodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Edgar Sargent

COMMUNITY POLICE COMMISSION'S MEMORANDUM AND EXHIBIT COMMENTING ON MONITOR'S DECEMBER 2023 REPORT - 2
Case No. C12-1282 JLR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

8090786v1/017195