UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                 Defendant. | CASE NO. C12-1282JLR<br><br>ORDER |

Before the court is the Community Police Commission's ("CPC") motion for leave to file an *amicus curiae* memorandum regarding the Seattle Accountability System Sustainability Assessment filed by the Monitoring Team on December 29, 2023. (Mot. (Dkt. # 787); *see* Prop. Mem. (Dkt. # 787-1); Assessment (Dkt. # 782).) The court granted the CPC *amicus curiae* status in this litigation in November 2013. (11/26/13 Order (Dkt. # 106).) In that order, the court stated that the CPC "may file memoranda commenting on any issue or motion raised by the parties in court proceedings." (*Id.* at 13-14.) Accordingly, the court GRANTS the CPC's motion (Dkt. # 787). The CPC shall

ORDER - 1

file its *amicus curiae* memorandum on the docket by no later than **February 2, 2024**. This order does not entitle the CPC to participate in oral argument at any hearing. *See* Fed. R. App. P. 29(a)(8).

Dated this 30th day of January, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2