THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01282-JLR |
| v. | ) **CITY OF SEATTLE'S NOTICE** |
| CITY OF SEATTLE, | ) **SUBMITTING USE OF FORCE REPORT** |
| Defendant. | ) |

The City of Seattle, on behalf of the Seattle Police Department (SPD) and the Office of the Inspector General (OIG), files the attached OIG Use of Force Report and SPD supplemental data pursuant to paragraphs 10 and 12 of the Court's Order dated September 7, 2023. These two submissions were collaboratively developed and should be read together to be best understood.

CITY OF SEATTLE'S NOTICE SUBMITTING USE OF FORCE REPORT - 1
(12-CV-01282-JLR)

Ann Davison
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Respectfully submitted,

DATED this 29th day of February, 2024.

>   For the CITY OF SEATTLE
>   ANN DAVISON
>   Seattle City Attorney
>
>   *s/ Jessica Leiser*
>   Kerala Cowart, WSBA #53649
>   Assistant City Attorney
>   Phone: (206) 733-9001
>   Fax: (206) 684-8284
>   Email: Kerala.Cowart@seattle.gov
>
>   Jessica Leiser, WSBA #49349
>   Assistant City Attorney
>   Phone: (206) 727-8874
>   Fax: (206) 684-8284
>   Email: Jessica.Leiser@seattle.gov
>
>   Seattle City Attorney's Office
>   701 Fifth Avenue, Suite 2050

**CITY OF SEATTLE'S NOTICE SUBMITTING USE OF FORCE REPORT** - 2
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200