# OUTCOME MEASURES UPDATE



**February 29, 2024**

**Contents**

I.   Introduction ............................................................................................................. 2

II.  Use of Force ............................................................................................................. 2

   A.   Overall ............................................................................................................... 2

   B.   "Unknown Race" ............................................................................................... 3

   C.   Use of Force in Crowd Management ................................................................ 3

III. Crisis Intervention ................................................................................................... 4

IV.  Stops and Detentions .............................................................................................. 4

   A.   Update to Monitor's 2022 Assessment – Overall Data .................................... 4

   B.   Measuring Disparity – EAQ ..............................................................................12

V.   Bias-Free Policing – Comprehensive Future Plan ....................................................14

   A.   Methodology  - Risk Adjusted Disparity .........................................................15

      1.   Evidence Based Policing (EBP) ....................................................................17

      2.   Engaging EBP .............................................................................................17

      3.   The Total Cost of Ownership for Public Safety ...........................................19

         a.   EAQ Recap...............................................................................................20

      4.   Delivery of Equitable Policing Services ......................................................21

         a.   Risk Adjusted Disparity...........................................................................21

         b.   Guided by community: Micro Community Policing Plans..........................22

      5.   Relational Policing......................................................................................22

      6.   Race & Social Justice Initiative ..................................................................23

      7.   Precision Policing .......................................................................................23

         a.   Real Time Crime Center ...........................................................................24

      8.   Internal Procedural Justice and Wellness ..................................................24

VI.  Supervision and Early Intervention.........................................................................27

   A.   Supervision.......................................................................................................27

   B.   Proactive Integrated Support Mechanism (PrISM) .........................................28

VII. Conclusion and Next Steps.....................................................................................32

### I.      Introduction

Under the Court's September 7, 2023, Order Granting in Part and Denying in Part the Parties' Joint Motion to Approve Proposed Agreement on Sustained Compliance (Order), the Seattle Police Department has the following obligation: ***To ensure that the progress documented in previous assessments is sustained, SPD shall update outcome measures regarding the use of force (including crowd management); crisis intervention; stops and detentions; bias-free policing; and supervision (including the Early Intervention System, now known as the Equity, Accountability & Quality System).[1] OIG shall review SPD's reporting and data analysis for accuracy. The City shall file these outcome measures with the court by February 29, 2024.***

Primarily, SPD understands that the purpose of this filing is to bridge data presented by the Monitoring Team in the 2022 Seattle Police Monitor Comprehensive Assessment (2022 Monitor Assessment), which used data through either 2020 or 2021 depending on the area of analysis, to ensure that the Court and our stakeholders have a complete summary of outcomes through the end of 2023. However, to level set, SPD did not undertake a qualitative assessment of the areas in this report, which is a body of work assumed by the Office of the Inspector General. As such, the presentation here is primarily quantitative. Secondarily, SPD views this submission as an opportunity to reflect on the accompanying Use of Force Assessment by the Office of the Inspector General and to update the Court on several of SPD's innovations.

SPD appreciates the on-going collaboration with the OIG and its professional staff. While there are (and should be) professional tensions between the OIG in its oversight capacity and the department, the two entities work well together in a setting of mutual respect with the shared goal of improvement at SPD and for public safety in Seattle.

### II.     Use of Force

#### A.   Overall

In response to the same September 7, 2023, Order, the Office of the Inspector General has completed its first assessment of SPD's use of force, which provides analysis for 2021-2023. Intentionally, the OIG report overlaps with the 2022 Monitor Assessment to replicate the prior analysis and bring the data and analysis on UOF current. This assessment utilized data "reported" by SPD because the OIG has direct, unfettered access to SPD's Data Analytics Platform (DAP), which the OIG can validate. These data have been discussed between SPD and OIG and ultimately, rather than reproducing the data on UOF in a separate report, SPD mostly defers to the OIG report as satisfying its obligation under the Order.

---

[1] This appears to be a scrivener's error. EAQ is a program to measure and assess equity and customer satisfaction in the delivery of police services; the earlier EIS is being replaced by the Proactive Integrated Support Model (PrISM), discussed later in this memorandum.

<u>As shown in the OIG's report, use of force rates remain continually low; sustained misconduct complaints involving force are at an all-time low in the modern era of force reporting</u>.

**B. "Unknown Race"**

The OIG continued prior analysis by the Monitor into the prevalence of "unknown" race in use of force reports (and SPD documented "unknowns" in the other areas below). This is a concern to the department as our community often interprets this issue to be a resistance by officers to documenting the perceived race of individuals to undermine data integrity somehow or skew the numbers. First, there is no evidence that officers are doing any such thing, and even if they were, SPD converts all "unknown" classifications to Non-White for any data analysis. <u>In other words, by design, SPD errs on the side of *over*estimating any disparity for analytic purposes</u>.  Second, officers are required to enter data into multiple systems, which are inherently duplicative. IAPro is the primary system for use of force reporting, whereas stops, arrests, crisis, and other information is entered into Mark 43, SPD's records management system. The Computer Aided Dispatch (CAD) system is an entirely separate system, which also holds person information entered by dispatchers. When there is a use of force, some information is gathered in CAD, then written in Mark 43 and IA Pro by officers, which can interject inconsistencies between Mark 43 and IA Pro. The data in CAD is unrelated and can be inconsistent.

As such, to sample the "unknown" race issue in UOF reporting, SPD pulled all the instances for Type II UOF in 2023 where there was "unknown" race data in IA Pro and compared them against the case information for the same subject in Mark 43.  Of the 35 unique cases, 27 had race information in Mark 43.  SPD requested that Accenture do a comprehensive analysis, which found that 15.6% of total Use of Force for 2021-2023 cases do not have race information in either system. Based on these analyses, SPD concludes that this issue is most likely a data entry error and will continue to prioritize moving UOF reporting into Mark 43, which should significantly reduce this issue. Again, there is no reason to believe that officers are somehow subverting the system when they consistently enter the requested information into one system, but not the other.

Finally, for cases investigated by the Force Investigations Team, the officer does not enter the race information of the subject.  That is done by FIT. During the discussions with OIG about their findings, SPD investigated and corrected four OIS entries that were missing race data and identified one subject that had been entered twice, which was also corrected.

**C. Use of Force in Crowd Management**

The OIG also did not report on the use of force in the crowd management context, so SPD briefly updates that topic here.

SPD did not use *any* force in crowd management in 2021, 2022, or 2023,[2] despite managing hundreds of events on volatile topics such as the war in Ukraine, fallout from the *Dobbs* decision, and the Gaza conflict. Our work with POET and dialogue policing works well to control undesirable outcomes in demonstrations.

### III.     Crisis Intervention

As with the use of force, SPD defers to the accompanying OIG assessment as satisfying this requirement under the Order.

SPD is proud that our officers continue to resolve crisis calls with minimal reliance on force.  Despite national narratives around police engagement with persons in crisis, SPD used force in these volatile situations in only 1.42% of all crisis contacts in 2022 or 2023, and importantly, there were no Type III uses of force.  The significance of this cannot be overstated.  As these numbers demonstrate, SPD officers rarely use force on persons in crisis and when they do, the force is low-level, continuing a trend that has lasted nearly a decade.

### IV.     Stops and Detentions

For the purposes of this filing, SPD did not conduct a review of whether the stops during this time period were supported by reasonable suspicion. Such an analysis requires a manual case review of a significant sample of cases and SPD anticipates that such review will occur when the OIG conducts its comprehensive assessment as set forth in the OIG workplan. However, SPD notes that all previous assessments found that the vast majority of stops have been fully supported by reasonable suspicion.[3] SPD's data shows a continuing trend of decreasing use of stops and detentions, a reality likely driven by decreased staffing.

#### A.  Update to Monitor's 2022 Assessment – Overall Data

The below figures and graphs are numbered consistently with the visualizations in the 2022 Monitor Assessment to provide an easy comparison for the Court. Note that SPD did not replicate all tables but rather, focused on the most probative. SPD also modified some visualizations to improve clarity. In compiling this information, SPD used fresh draws from the DAP, which may provide slightly different numbers than the Monitor's report. This is not due to any conflict but because data is cleaned and updated over time to ensure accuracy as part of our data governance process. To ensure continuity over the years, SPD pulled data from 2015-2023.

---

[2] On February 9. 2024, SPD did utilize pepperballs for area denial; these were deployed into the ground to create a "pepper fence" to prevent demonstrators from advancing but were not used directly on any person. This was the first reportable force in crowd management since October 2020.

[3] 10th Systemic Assessment at 3; Dkt. 116 at 27-28; Monitoring Team Systemic Assessment at 111 (finding compliance levels in the mid-90%).

**Figure 31. Stops by Year, 2016-2023**



As shown in Figure 31, SPD continues to conduct objectively few investigative stops, a finding wholly consistent with both the current staffing challenges of the department and the fact that SPD does not use "stop and frisk" as a tactical approach.  Instead, Officers limit their use of investigative stops to those based on reasonable suspicion as they individually present in field operations.

**Figure 32. Stops by Race, 2015-2023**



Figure 32 shows both (1) that the number of stops decreased significantly since 2020 (again consistent with decreased staffing) and (2)  that there is a significant curvilinear form in the White vs. Non-White trend line. SPD does not know what accounts for this trend, but despite the clear wave pattern, the percentages of White and Non-White people stopped by SPD are relatively constant.

**Figure 33. Stops by Race, 2018-2023**



As shown in Figure 33, the percentage of "unknown" race for subjects stopped by officers continues to decrease, from almost 20% at the time of the 2022 Monitor Assessment to just over 10% at present. This is a meaningful decrease, and while work continues, training and continual reminders of the importance of capturing demographics is moving the data in the right direction. This issue will be reinforced in the upcoming supervisor training.  (Note: because investigative stops are captured within Mark 43 (records management), not IAPro (as is force reporting), the root error underlying gaps in this area is different from that in force reporting; again, however, because for analytic comparisons "unknown" is captured within "non-White," disparities observed will reflect an overestimation of the actual difference.

**Table 15. Stop Outcomes, 2016-2023**

| | Field Contact | | Offense Report | | Arrest | | Citation / Infraction | | Referred for Prosecution | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % of Total | Count | % of Total | Count | % of Total | Count | % of Total | Count | % of Total | Count | % of Total | Count |
| 2016 | 39.0% | 3,010 | 37.7% | 2,905 | 20.9% | 1,615 | 0.4% | 33 | 2.0% | 152 | 100.0% | 7,715 |
| 2017 | 36.8% | 2,758 | 37.8% | 2,830 | 23.1% | 1,727 | 0.4% | 27 | 1.9% | 146 | 100.0% | 7,488 |
| 2018 | 31.8% | 2,825 | 38.2% | 3,397 | 27.4% | 2,437 | 0.4% | 33 | 2.2% | 191 | 100.0% | 8,883 |
| 2019 | 51.2% | 4,220 | 18.9% | 1,555 | 28.6% | 2,357 | 0.3% | 27 | 0.9% | 77 | 100.0% | 8,236 |
| 2020 | 66.3% | 4,072 | 7.0% | 427 | 26.3% | 1,616 | 0.4% | 27 | | | 100.0% | 6,142 |
| 2021 | 65.7% | 2,797 | 6.8% | 291 | 27.1% | 1,154 | 0.3% | 13 | | | 100.0% | 4,255 |
| 2022 | 73.4% | 3,391 | 5.6% | 258 | 20.9% | 963 | 0.1% | 6 | | | 100.0% | 4,618 |
| 2023 | 70.7% | 2,864 | 5.5% | 223 | 23.4% | 947 | 0.4% | 17 | | | 100.0% | 4,051 |
| Total | 50.5% | 25,937 | 23.1% | 11,886 | 24.9% | 12,816 | 0.4% | 183 | 1.1% | 566 | 100.0% | 51,388 |

The outcomes captured in Table 15 do not reflect any meaningful trend changes since 2020, although the overall activity rate declined significantly in 2020, primarily due to staffing challenges. (Note: "referred to prosecution" is no longer an available data stream since 2019.[4])

---

[4] This was a legacy value of case status that will remain incomplete in the RMS until the department has completed the integration of Investigations data into RMS, upcoming, and will also require an electronic interface between SPD, the City Attorney's Office, and the King County Prosecutor's Office.

**Figure 38. Overlaying Percentage of Stops Resulting in Field Contact Outcomes with Percentage of Stopped Subjects of Unknown Race, Over Time**



Figure 38 updates the Monitor's findings regarding stops of individuals of "unknown" race resulting solely in field contacts (i.e., no further action) after the implementation of the new records management system in 2019. The Monitor recommended "further inspection by SPD," presumably to determine whether there was any concerning pattern within this subset of data.  As set forth in Table 15, the spike in field contacts overall likely reflects the change in process necessitated by the migration to the new RMS; for field contacts involving subjects of unknown race, the trend shows a return to levels observed prior to the implementation of the new RMS – a steady decrease from over 20% in 2020 to just over 10% currently –  indicating that officers continue to refine the use of the records management system. While SPD will continue to emphasize in training the requirement to document, the fact that these trends mirror trends in "field contact" outcomes across the broader dataset of all stops strongly suggests that there is nothing unique to this smaller data subset.

**Figure 40. Stop Activity and Frisk Rates by Year, 2016-2023**



As shown in Figure 40, frisk rates have increased since 2020, when last measured by the Monitoring Team, from 25% to almost 30%, even as the overall number of stops decreased. While SPD will continue to monitor this upward trend for insights, this continued trend upwards in the percentage of stops that included frisks may indicate that SPD's stops are becoming more appropriately targeted over time.

**Table 18. Frisk Hit Rates by Race, 2015-2023**



Figure 18 shows a Frisk Hit Rate Comparison, which collapses individual race categories into White and Non-White. Results of a paired sample t-test confirm – again, even erring on the side of an overestimation of disparity by defaulting all "unknowns" to "Non-White" – that there is no significant difference between the samples (two-sided p = .257).

**Figure 44. Frisk Hit Rate Over Time, 2016-2023**



Consistent with the 2022 Monitor Assessment, SPD's frisk hit rates remained higher post-2019 implementation of the new records management system. While some variation occurred as would be expected, the peaks to levels over 30% demonstrate improved accuracy.

### B. Measuring Disparity – EAQ

As reported in previous filings, SPD has transitioned from snapshot reporting to continuous review and management of measures of equity. The Propensity Score Weighted equity estimates used to launch the Equity pillar of the Equity, Accountability and Quality (EAQ) program (previously described at length) continue to run automatically, monthly and at a high resolution (each calculation occurs at the precinct-month level). The use of weights (as opposed to matching) allows for an accurate estimation of disparate outcomes (here, disparity in decision to frisk), expressed across dimensions designed to further enrich active management of the collateral harm associated with this police operation (investigative stops).

Estimates of disparity depict a stable state system.[5] The dashboard refreshes monthly, after all investigative stops from the previous month are processed for weighting. As of the drafting of this filing, January 2024 disparity (12.36) was observed to be higher than the calendar year 2023 (9.16), and the average, but not significantly so (mean = 9.16, min = 4.19, max = 15.35, symmetrical). Optimized forecast models project no significant change (trend) over the next 12 months.

Figure A, below, shows a percentage point difference in officer decisions to frisk an individual, controlling all variables available in the data except race. Clearly, the model cannot account for variables outside the data, but this approach represents the best estimate for parsing the effect of race on decision-making in an actionable format. SPD monitors the changes in this dashboard to explore what may be driving the peaks and valleys displayed in the model. Of note, representing disparity in a time-series analysis, rather than as a static ratio, allows for more nuanced consideration of factors in the criminogenic environment that may be driving or associated with peaks and valleys in frisk rates.

---

[5] This section relates to and follows on Figures 41-44 in the Monitor's 2022 Assessment.

**Figure A. Propensity Score Weighted Disparity Over Time[6]**



To the extent that disparities seen in frisk data, or in any dataset, may involve an allegation of bias, it is important to remember that all allegations of are required by law and policy to be referred to the Office of Police Accountability (OPA). OPA investigates the allegations and makes recommendations as to findings and proposed discipline.

---

[6] Whereas figures and tables that replicate those presented in the Monitor's 2022 Comprehensive Assessment conform to a numbering scheme matching that of the Assessment, SPD uses a lettering scheme with respect to the headers for figures and tables newly introduced in this supplement.

**Table A. Biased Policing Allegations and Outcomes – OPA**

| | All Others | | Finding Sustained | | Total | |
|---|---|---|---|---|---|---|
| | % of Total | Allegation Count | % of Total | Allegation Count | % of Total | Allegation Count |
| 2014 | 100.0% | 28 | | | 100.0% | 28 |
| 2015 | 93.2% | 55 | 6.8% | 4 | 100.0% | 59 |
| 2016 | 100.0% | 123 | | | 100.0% | 123 |
| 2017 | 95.4% | 269 | 4.6% | 13 | 100.0% | 282 |
| 2018 | 98.9% | 363 | 1.1% | 4 | 100.0% | 367 |
| 2019 | 98.1% | 158 | 1.9% | 3 | 100.0% | 161 |
| 2020 | 97.2% | 171 | 2.8% | 5 | 100.0% | 176 |
| 2021 | 99.4% | 174 | 0.6% | 1 | 100.0% | 175 |
| 2022 | 100.0% | 121 | | | 100.0% | 121 |
| 2023 | 99.3% | 145 | 0.7% | 1 | 100.0% | 146 |
| 2024 | 100.0% | 5 | | | 100.0% | 5 |
| Total | 98.1% | 1,612 | 1.9% | 31 | 100.0% | 1,643 |

To that end, Table A shows the comprehensive set of bias allegations (the number reflecting allegations, not individuals) over the past decade. In total, there have been 1,643 bias allegations against SPD employees (not necessarily officers) since 2014, of which 31 have been sustained. In the relevant time period since the 2022 Monitor Assessment (2021-2023), there have been two sustained findings of bias, one involving an allegation of bias against two dispatchers and one against an officer, who was alleged (and found) to have made biased statements concerning political ideology (Antifa), veteran status, and mental illness.

These independent investigations, managed by a civilian Director and certified by the civilian Inspector General, are critical to the legitimacy of SPD. OPA's data reflect that while complaints about biased policing may be relatively frequent – perhaps reflecting internal overreporting out of caution – sustained complaints after investigation are remarkably rare.

**V.       Bias-Free Policing – Comprehensive Future Plan**

In SPD's December 2023 filing, SPD reported on its work across three topic areas: (1) status of its implementation of RCW 10.114.011 and RCW 43.102.020, regarding the use of deadly force; (2) efforts to improve data transparency, usability and accessibility; and (3) its plan for identifying and mitigating racial disparities in use of force, crisis intervention, and stops and detentions. Prior Monitoring Team assessments of "bias" in SPD activities have focused on relevant subcategories, such as use of force or stops and detentions, and analyzed observed data disparities in outcomes.[7]

---

[7] SPD notes that no entity – not the department, not the Department of Justice, not the Monitoring Team, not the Court, and no external reviewer – has found *bias* at the Seattle Police Department. This does not mean that it does not exist

Those sections of this report and the accompanying assessment by the OIG similarly discuss such outcomes. For purposes of expanding further on the department's plan "for identifying and mitigating racial disparities," SPD takes this opportunity to holistically supplement its response on that topic with developments that have become more concrete since SPD's December filing.

Mitigating potentially biased outcomes in any organization requires several focal points: investigation and review of specific allegations concerning employee behavior (*i.e.*, OPA outcomes, described above), monitoring activity to identify and remediate systemic issues (EAQ), and continual development of internal procedural justice, wellness, and workplace equity – foundations for driving more equitable external outcomes.[8]

SPD's December 2023 filing focused on the ongoing work SPD is doing to embrace an Evidence-Based Policing (EBP) approach, specifically around its EAQ program and the advent of the Community Assisted Response and Engagement (CARE) team. Fundamentally, this was a technical response directed towards addressing disparity in data rather than addressing the issue holistically.  SPD appreciates this opportunity to expand on the complete spectrum of work to promote equitable outcomes in police services, both proactive and reactive. In doing so, SPD continues to move away from simply chasing disproportionalities in our data in favor of a more comprehensive and proactive approach to equity that leverages the increasing sophistication of both our data applications and analytics capacity, potential technology procurements, upcoming advancements in officer wellness, and in addressing the impact of the continuing strain under which the department continues to operate post-COVID and the events of 2020  on the workplace environment.

### A. Methodology  - Risk Adjusted Disparity

As we alluded to in our December filing, dated methodologies that measure any sociological observation against population representation census comparisons may be easy, but at best they fall needlessly short of the nuance inherent in the question as framed; at worse, they sidestep the question altogether and in doing so serve only to exacerbate harm by misdirecting resources from where they are needed the most.  If we are to have an honest, productive, and evidence-based discussion about the equitable direction of police resources and the costs and benefits of police intrusion, it is critical to step away from methodologies that do nothing but perpetuate a narrative that disproportionalities in police data are a proxy for police bias and offer no actionable insight to

---

(and fundamentally science shows that implicit bias exists in every individual and organization) but that methodological reviews have not identified explicit bias or racism at the department.

[8] *See*, e.g., Sun I.Y, Wu Y., Van Craen, M. and Hsu, KK (2018). Internal procedural justice, moral alignment, and external procedural justice in democratic policing.  *Police Quarterly*, 21(3), 387-412.

accurately assess or address bias if found. Indeed, SPD,[9] the Monitor,[10] and the academic community[11,12,13,14,15] have all collectively recognized the limited value of census-based observations – particularly if the goal is to remediate practices that can be shown to perpetuate or exacerbate disparities resulting from the generational legacy of systemic disparities in areas far upstream of police involvement.  Driven by the academic rigor that is at the core of SPD's data analytics program, SPD has been persistent in integrating actionable methodologies, grounded in research-backed current and emerging best practice.  While we accept that some may continue to view any challenge to a dated methodology as somehow evidencing a resistance to "reform," or continuous improvement, we submit that leaning into research and the advanced analytics emerging in the literature is perhaps the clearest evidence of a commitment to continuous improvement and refinement of practice.

As is well established, there are a host of reasons why disparities may materialize in policing data. Much like mercury bioaccumulates through the food chain, disparities in police service tends to reflect accumulated upstream failures, which in turn perpetuate and amplify the systemic racism inherent in areas that correlate with crime (*e.g.*, disparities seen in poverty, housing instability, education, health care, etc.). The EAQ platform, which we described in our December filing and have separately presented to the Court and parties to the Consent Decree, is one more sophisticated

---

[9] One common analysis involves measuring police data in areas such as stops or uses of force against population statistics to argue that police actions are impacting certain demographics in a disproportionate fashion. Population-based analyses may present insights at a macro level but is an inappropriate measure of disparity or potential bias, as it is well established that other sociological factors are often in play. Consequently, population-based comparisons do "not tell us much about what is driving disparity," as noted by the previous Monitoring Team. For example, this assessment will show that SPD use of force and stops disproportionately impact certain minority groups in Seattle, but these population-based conclusions cannot identify to what degree these disparities are caused by SPD policy, practice, or bias apart from broader sociological forces.

[10] Monitor's 2022 Comprehensive Assessment

[11] Smith, M. R., Tillyer, R., Lloyd, C., & Petrocelli, M. (2021). Benchmarking disparities in police stops: A comparative application of 2nd and 3rd generation techniques. *Justice quarterly*, *38*(3), 513-536.

[12] Geller, A., Goff, P. A., Lloyd, T., Haviland, A., Obermark, D., & Glaser, J. (2021). Measuring racial disparities in police use of force: methods matter. *Journal of quantitative criminology*, *37*, 1083-1113.

[13] Sherman, L. W., & Kumar, S. (2021). Equal protection by race with stop and frisk: A risk-adjusted disparity (RAD) index for balanced policing. *Cambridge Journal of Evidence-Based Policing*, *5*, 1-19.

[14] Engel, R. S., Smith, M. R., & Cullen, F. T. (2012). Race, place, and drug enforcement: Reconsidering the impact of citizen complaints and crime rates on drug arrests. *Criminology & Pub. Pol'y*, *11*, 603.

[15] Ridgeway, G., & MacDonald, J. M. (2009). Doubly robust internal benchmarking and false discovery rates for detecting racial bias in police stops. *Journal of the American Statistical Association*, *104*(486), 661-668.

approach to measuring and analyzing disparities to discern what may be an expression of police bias (implicit or explicit) and thus subject to control. That is, however, just one facet of what SPD is working towards to manage what we term "the total cost of ownership for public safety" through a precise, deliberate, evidence-based application of police services. Here, SPD pushes beyond a singular focus on disparity to present a comprehensive plan and vision for what has been termed "just right policing".[16]

## 1.   Evidence Based Policing (EBP)

Evidence-Based Policing (EBP) principles support not only the efficient allocation of resources but also enable an implicit control of the kinds of collateral harms that can result from an imprecise application of crime control and police services. This effect can be likened to the difference between conventional surgery and minimally invasive procedures, like laparoscopic.[17]  Indeed, EBP has its origins in Evidence-Based Medicine (EBM);[18] facing austerity measures and an imperative to maintain service levels, the National Health Service of the United Kingdom was compelled to improve efficiency. By emphasizing what works and eliminating wasteful or even harmful practices, they have become a model for socialized medicine in the Western world. Policing in Seattle is similarly compelled to establish new levels of efficiency. With rising concern for public safety and sustained pressure to control the collateral harms of less-than-precise approaches to providing police services, a systematic engagement of the "triple t's" of EBP – Targeting, Testing and Tracking – is imperative. In other words, policing must develop more precise interventions, which can only be done through information.

## 2.   Engaging EBP

Even the most sophisticated analytics cannot overcome all the myriad barriers to meaningful engagement—science does, however, light the way. SPD has been working to develop the principles of EBP since the inception of the Consent Decree, and SPD leadership has repeatedly affirmed – across administrations –  that a core goal of the Consent Decree was to create precisely the type of learning organization that SPD has become. Although not enumerated, the use of evidence pervades our obligations at every level. Over the last decade, high-level comprehensive reporting, research and development have given way to continuous improvement and intelligent decision support. Now

---

[16] Sherman, L. W. (2022). Goldilocks and the three "Ts": Targeting, testing, and tracking for "just right" democratic policing. *Criminology & Public Policy*, *21*(1), 175-196.

[17] To illustrate, consider: for nearly a century, the appendix was removed through a large incision on the lower abdomen, right of the midline. This procedure produced a large scar, as well as damage to muscle tissue and risk of infection. The current evidence-based standard of care is to make three small incisions, through which a combination of micro-surgical tools and optics are inserted to remove the appendix, with minimal trauma to the body. Recovery is faster, and risks to the patient are fewer.

[18] Sherman, L. W. (2013). The rise of evidence-based policing: Targeting, testing, and tracking. *Crime and justice*, *42*(1), 377-451.

that the department has fully matured the technical capability for advanced computational statistics (DAP 2.0), we are in a period of development focused on *"Learn Something New Every Minute,"* characterized by the development of sophisticated platforms for promoting and maintaining engagement.

We have learned to tailor insights to the level and resources needed to engage them. For this reason, SPD configures technical systems and processes to reflect the values and best practice guidance of the organization, when and where employees, managers and commanders need it. For example, the SeaStat tools are designed to promote active management of strategic priorities and illuminate controls available to the participants in those sessions (policy, procedure, directive, etc.). Dimensions and measures reflecting the total cost of ownership for public safety are presented in an accountable and appropriately scoped format. Trends, patterns, and insights tie together past decisions with current problem identification to promote active management of that "just right" policing. The actions of individual officers are rarely depicted in this forum, as it is inefficient, as well as inappropriate.

At an intermediate level, the strategic goals presented at the macro level of SeaStat begin to form around a performance management objective. The dashboards and tools configured for this purpose distribute the management responsibility to the most granular measure of management possible, within the confines and limitations of the data or method presented. At this level, the control input to correct an observed inflection in a key measure (either a shock[19] or trend[20]). An identified deficiency in response time can translate to a performance coaching conversation with a watch commander. Similarly, an identified inflection in the disparate impact rate (Equity) can result in valuable feedback illuminating the root cause of the observed effect in an equipping[21] exchange. In this way, analytics guide a core universal skillset leadership and/or management. Personnel are not asked to be experts in complex computational statistics, but rather to be active and engaged managers at their individual levels.

Similarly, program specific management tools operate at this level. Dashboards deployed to the Crisis Response Unit are configured to identify data quality issues (duplicate profiles of a community member identified to be in crisis on more than one report) and in so doing facilitate detection of emergent *high utilizers* of crisis services to assure a crisis response plan is constructed and distributed to serve them in a more safe and efficient manner.

---

[19] De Jong, P., & Penzer, J. (1998). Diagnosing shocks in time series. *Journal of the American Statistical Association*, *93*(442), 796-806.

[20] The common definition is adopted here and used in an intentionally flexible nature sufficient to accommodate its myriad forms.

[21] "Equipping" is the process of communicating feedback to supervisors and managers regarding the resources necessary to accomplish a delegated objective.

Some applications of EBP are buried deep in the average users experience to enhance efficiency and/or objectivity, rendering a higher quality of performance without a lowest common denominator limitation risked by a competency-based system. The SPD has recently implemented such an intelligent decision support system to support efficient response to hate crimes and bias incidents. In close collaboration with our Records Management System (RMS) vendor, the department recently implemented an intelligent triage solution reducing the time to identify a new hate crime or bias incident to as little as 48 hours. This innovation accelerates early pattern detection in a mezzo-level solution (discussed above) to as little as 72 hours. Where once detection was dependent on a laborious system of manual review, now that review is assisted by applied statistics, to accelerate response to a critical emergent problem.

Culture change is daunting but if actions reflect values, and technology can influence the way people act, technology can subtly influence behavior at the most micro level to assure those actions align with the values of our community, and industry best practices. These tools that bridge the strategic and tactical operations of the organization are critical resources for control of forces. The deliberate platforming of advanced analytics also assures that while the SPD may be regarded as among the most advanced police services in the US, we meet our employees and stakeholders where they are. Wellness, competency and culture do not need to inhibit good policing if the good is inherent in the tools used to accomplish the mission.

### 3. The Total Cost of Ownership for Public Safety

The concept of a "total cost of ownership" is commonly applied to technology projects and development initiatives in the private sector. Direct cost (procurement) is rarely the full extent of the cost of any capital investment. In addition to tangible costs associated with integration and implementation, change incurs indirect costs (*e.g.*, training, efficiency) and deep, implicit costs that can result from the adjustment to change (*e.g.*, reputation, trust, legitimacy, etc.).

In the public sector, where material outcomes are very rarely the focus of Profit & Loss (P&L) type assessment, many of the costs associated with the delivery of a conceptual good (e.g., public safety, trustworthy and legitimate policing, etc.) are difficult to estimate – but their effects are. Nowhere is this relationship brought into more stark relief than the process of complying with a consent decree, pursuant to a pattern or practice investigation. In these instances, service failures, adverse events and compound reputational damage translate into the expenditure of millions of dollars and years of effort.

Inherent in the EBP model is the emphasis on the myriad dimensions of just right policing. "Just-right" policing is not just the efficient allocation of resources in order to achieve the most public safety – just-right policing balances the "demand for order in a civil society"[22] with the democratic values of that society. In the American style of policing, a high premium is placed on liberty and

---

[22] Silver, A. (1967). The demand for order in civil society: A review of some themes in the history of urban crime, police, and riot. In Bordua, D.J. (ED.). (1967). *The police: Six sociological essays*. New York, Wiley.

privacy. While intrusion on that liberty is permissible, given a compelling governmental interest, it must be limited.

Consent decrees strongly imply an ongoing obligation to manage these collateral harms. While individual intrusions may not themselves constitute a pattern or practice of unconstitutional policing, time and again these procedures have demonstrated the consequence of a failure to recognize and control these effects to be a liability. In statistics, it can be difficult to "make power" from a limited set of observations. The signal to be detected may not overwhelm the noise; however, more observations, more data, can tease out the effect. SPD has discovered the power of data to surface the subtle effects of collateral harms and inscribed the many lessons of more than a decade of their intensive study as standard operating procedure.

As of September 2023, with the launch of SeaStat 3.0, the SPD has coordinated the management of direct, indirect, and collateral harm by considering a multi-faceted tableau. The department now considers not only the crime rate but also measures of Equity, Accountability and Quality, with advanced analytical methods representing these three pillars of the total cost of ownership for public safety. In a system of cascading objectives, these strategic priorities are communicated in performance management tools at the appropriate level of accountability (see Engaging EBP, above).

Hopefully the point is clear – SPD is using advanced computational statistics to provide information to management and supervisors to drive "just-right" policing with a focus on effective outcomes while monitoring collateral harms.

### a.  EAQ Recap

As SPD described in its December 2023 filing, the EAQ program was launched in December of 2021 for the expressed purpose of maintaining consent decree priorities, long after the order is fully terminated.  SPD has been the fortunate recipient of support and engagement on these topics and, with the goal of not only seeking independent review of this work but to what we have learned about standardizing these practices, with other agencies, concurrent with the launch, the SPD contracted Research Triangle Institute (RTI), International to assure quality of methods and document the work. (That report was concluded in the summer of 2022 and was attached to SPD's December filing.)  The Department has also been featured for our implementation of innovations and best practices in police management in a RAND Europe study of approaches to police performance measurement and presentations at academic conferences (American Society of Evidence-Based Policing, American Society of Criminology).

EAQ initiated operations with three "standard methods"[23] reflecting equity in police outcomes, accountability for police resources and quality of police service. Between December 2021 and the

---

[23] The SPD Performance Analytics & Research group utilizes "standard data" and "standard methods" to respond to questions about the crime rate, hotspots, measures of disparity, police performance and many other routine questions.

relaunch of SeaStat in September 2023, the department received third-party validation, as well as guidance for implementation, from RTI and stabilized operations in the cloud. Propensity Score Weighted (PSW) estimates of disparity, a geostatistics-based visualization of over and under policing as measured through Automated Vehicle Locator (AVL) data, and post contact survey measures of quality of police service (Net Promoter and change in fear of crime) anchor engagement of this type but enhancements that further enrich our understanding of the multi-faceted nature of police service are underway.

### 4.   Delivery of Equitable Policing Services

There are many components to the delivery of equitable police services including external legitimacy, internal procedural justice and wellness, consistent evolution of practices and approaches based on testing the efficacy of different approaches, and integration of police services with other approaches to government support.

### a.   Risk Adjusted Disparity

At the outset, rather than just decrying population-based statistics as a blunt tool, SPD is migrating towards Risk Adjusted Disparity (RAD) as a much more accurate proxy for balancing the need for police attention and the intrusions of police services. Rejecting the narrative that any contact by police is fundamentally a negative, RAD uses a victim-centered approach based on the idea that there should be equity in both providing services to those victimized by crime while limiting the collateral impacts that may result from unnecessary intrusions (e.g., stop, frisk) by police. As explained by the principal authors of this methodology:

> We conceptualize the problem of equal protection under law as fundamentally protecting the lives and liberties of each citizen from criminal harms, as well as from disproportionately intrusive policing. We combine these dimensions into a single metric that defines proportionality of policing in relation to risk of violent crime victimization, such that whatever intrusion on liberty is applied for the aim of protection can be equalized across racial groups.[24]

In other words, RAD provides a more advanced means of assessing equity in the delivery of police services by directing police resources to the areas where it is needed most, while balancing against *over*intrusion (a facet managed as well, as described above, through SPD's use of AVL data to monitor where proactive efforts are focused).[25]

---

[24] Sherman, Larry, et. al, *Equal Protection by Race with Stop and Frisk: a Risk-Adjusted Disparity (RAD) Index for Balanced Policing* (2021).

[25] Given significant racial disproportionality seen in victimization rates, consider, e.g., a police service that deployed proactive resources in ratio to a community's demographic representation.  Such a model would unquestionably be challenged as providing greater services to areas that need it less.

**b.   Guided by community: Micro Community Policing Plans**

The department has been committed to a collaborative model of policing since the inception of the Micro-Community Policing Plan in 2015. This innovative program seeks to engage neighborhoods in the construction of their unique policing plans. Comprised of rigorous in-person and remote engagement by graduate Research Assistants from Seattle University (under contract and embedded with the SPD) and community surveys conducted every October (the Seattle Public Safety Survey), the MCPP tailors police services and builds shared ownership to further enhance social cohesion.

While this process has laid the groundwork for adoption in other cities (most recently, Denver) and has been the source of publication[26] and academic presentations around the world, it is just the beginning. In the coming year, the SPD hopes to validate a more high-resolution approach to community survey through the ZenCity platform (although currently unfunded) and is engaged in the development of a unified performance management solution to manage *Targeting, Testing* and *Tracking* of crime control efforts, including community-led interventions (non-enforcement police service). These assets combined form an agile, collaborative and evidence-based approach to community policing—relational policing.

**5.   Relational Policing[27]**

Relational Policing is a strategic method to engage the community through various techniques, including innovative programs and community partnerships that work to bridge the gap between the community and the police. The SPD will continue to build and maintain equitable and respectful relationships with the communities we serve through partnerships and meaningful dialogues. The concept of Relational Policing within SPD's Before the Badge (BTB) program includes a multi-week experience that introduces pre-academy recruits to community engagement, cultural awareness, and officer wellness. Recruits are introduced to various cultures throughout the city to gain knowledge on how the police have impacted them and ways to move forward. Recruits are also taught innovative techniques to deal with stress and work through traumatic triggers they may encounter.

The Before the Badge team ensures that program curriculum encompasses racial and social justice content when selecting program presenters from the community, and meetings with community-based organizations. The intent is to expand on the foundation set forth for BTB through continued evaluation of the program content and curriculum. The goal of relational policing is to take a 360-degree approach with the curriculum provided to Before the Badge (BTB) participants. The initial step encompasses granting the opportunity for Field Training Officers to attend identified BTB

---

[26] Helfgott, J. B., Parkin, W., Danner, J., Goodwin, G., Bray, B., Schuur, K., ... & Singer, J. (2018). Seattle Police Department's Micro Community Policing Plans: Implementation Evaluation.
[27] Attached as Exhibit A is SPD's comprehensive Relational Policing Plan, which includes both RSJI and SPD's Diversity, Equity, and Inclusion (DEI) efforts.

presentations, followed by Command Staff and Patrol Officers. Weaving this unique program through the entire department will strengthen relationships within the Seattle Police Department and the community.

### 6.  Race & Social Justice Initiative

The Race and Social Justice Initiative (RSJI) at SPD is a fundamental and long-term commitment to address the deep-rooted issues of racial and social injustice that have historically troubled our society. SPD has a firm dedication to fostering equity, inclusivity, and fairness in the delivery of law enforcement services and the relationships it builds with the diverse communities it serves.

RSJI is not just a program; it is a profound belief that guides SPD's efforts and procedures, emphasizing the fundamental principle that justice should be unbiased, neutral, and free from prejudice. This initiative recognizes the historical obstacles and systemic imbalances that have unfairly impacted marginalized communities and aims to correct these injustices.

Over the years, SPD has consistently invested in RSJI, recognizing the critical importance of continuous education and commitment to social and racial justice. This commitment has been brought to life through a series of comprehensive training programs aimed at enhancing officers' understanding of the complex dynamics surrounding race, social justice, and community engagement.

It is equally a priority to incorporate a comprehensive Diversity, Equity, and Inclusion (DEI) strategy. This plan will serve as a fundamental framework to ensure fair and just law enforcement practices, fostering a more inclusive and equitable environment for both our officers and the communities we serve. By actively integrating DEI principles, SPD aims to strengthen community relationships, promote understanding, and eliminate biases within our department.  To that end, attached as Exhibit B is a copy of SPD's recently completed DEI guide, *Advancing Diversity, Equity, and Inclusion in Community Engagement Practices*.

### 7.  Precision Policing

Police respond with the best information they have under often rapidly evolving circumstances. While SPD has consistently lagged behind other similarly situated cities in embracing the efficiency and efficacy that technology offers, the demands on SPD coupled with dire staffing shortages are driving a renewed urgency to leverage the capabilities that can be facilitated through technology systems that are commonplace around the United States. This includes access to cameras, license plate readers, acoustic gunshot locater systems, and the ability to parse this information in a Real Time Crime Center.  While the efficacies of such systems can be amply demonstrated in practice, for purposes of equity and accountability such systems also bear enormous promise in advancing principles of equity by more precisely focusing on points of interest and thus reducing unproductive encounters.  For example, instead of broadcasting over the radio an overbroad description of a red sedan, which could lead to the stop and detention of any vehicles that meet that general description,

technology offers more detailed information about which car (make/model), other descriptions (e.g. two door/four door), plate number, and whatever may already be known about that vehicle's involvement in other crimes (reported stolen, e.g.).  Such details help not only to better inform a stop but allows SPD to *eliminate* a greater swath of vehicles otherwise meeting such description. The more precise SPD can be, in terms of the "what" and the "why" about any intrusion into individual rights might occur, the fewer collateral impacts will land on uninvolved individuals.  In other words, contrary to narratives around increased intrusion on civil liberties, the ability to target intrusions in a more evidence-based manner bears great promise in serving to *minimize* intrusions – and thereby *reducing* disparate collateral impacts.  As part of the proposed upcoming pilot project, SPD will be monitoring data around outcome disparities closely.

### a.  Real Time Crime Center

The hub of the above efforts will be the revitalization of the Real Time Crime Center (RTCC), which was launched in 2015 under then-Chief Kathleen O'Toole, but has never been fully equipped or properly staffed.  The purpose of the RTCC is to provide situational awareness to increase officer and community safety and reactively investigate incidents. Having real-time, accurate information in one place helps increase reliability regarding the location of victims and suspects – enabling quicker aid and safer apprehension. Having better visual and spatial suspect information helps reduce unnecessary stops by officers, focusing their efforts on verified locations and accurate descriptions.

The Real-Time Crime Center (RTCC) software (vendor to be determined) will provide a centralized location for real-time information and analysis. At its core, RTCC software integrates dispatch, camera, officer location, automatic license plate readers, gunshot detection, 911 calls, computer-aided dispatch/records management systems, and other information into one "pane of glass" (a single view). The software is used to alert RTCC staff to a serious criminal event, see multiple streams of information overlaid on a map view, and convey information to officers responding in the field.

The RTCC will be staffed by crime and intel analysts who can utilize the information provided by the integration of technologies and records to support responding officers. Again, while there are many benefits to this strategy in terms of effective policing, in this context we stress the benefits to individual rights to be free from intrusion by providing the "particularity" inherent in the Fourth Amendment. While SPD understands some community concerns around privacy, these technologies are only used in open, public spaces, where no expectation of privacy is recognized in law; moreover, SPD submits that some perceived infringement on privacy is far outweighed by the benefits of alleviating the risk of more significant intrusion of government action resulting from less-precise information.

### 8.  Internal Procedural Justice and Wellness

It is a central tenet of modern policing that effective public safety depends on strong relationships between the police and the communities they serve.  Police must be perceived as legitimate, fair, unbiased, and reflective of their communities' values.  While we know that the overwhelming

majority of Seattle police officers come to this career out of genuine commitment to give back to their communities, we also know that police, like all first responders and those whose careers mire them in unrelenting trauma and tragedy, are susceptible to falling into what is broadly termed the police "culture."

At a macro level, both occupational and organizational culture comprise a set of shared beliefs, attitudes, and values driven in large part by the nature of police work and the environments in which officers serve and are commonly understood as a foreseeable response to conflicts between roles and expectations inherent in the work. This has been described as follows:

> [P]olicing can be understood to have *instrumental* and *symbolic* roles. The former has to do with issues such as crime reduction, public safety, and prosecution of offenders; the latter is concerned with public perception of safe communities, as well as trust and confidence in, and the legitimacy of, the police profession. These roles, and public perceptions of how successful police are in performing them, are increasingly in conflict because of social change. One such change is reflected in "non-crime demands" on police, which are estimated to account for about 80% of police calls for services. These calls result mainly from failures in other social service delivery and criminal justice systems, such as mental health, drug, and alcohol treatment; housing; public schools; the courts and correctional institutions. As the instrumental police role broadens, the number of non-crime contacts with citizens increases. But when responding to non-crime calls for service involving the mentally ill, the homeless, and parties in dispute, the potential for violent escalation also increases, which undermines public assessment of police officers in their symbolic role.[28]

In other words, "culture" can and should be understood as a predictable sociological and psychological response to the unique constellation of stressors under which police operate. For this reason, just as we take seriously our responsibility to sustain a healthy ecosystem that encourages true community engagement in fostering public safety, we must also take seriously our responsibility to provide a working environment that mitigates to the extent we can against the stressors that so often are at the root cause of an unhealthy culture.

The integrity of officer wellness to comprehensive reform efforts is evidenced through the evolution of DOJ investigations and actions since the issuance of the Final Report of President Obama's Task Force on 21st Century Policing, published in 2015. This report, which now sets the standards on which federal consent decrees are based, calls out Officer Wellness as a key pillar of reform, on equal footing with other core pillars reflected in consent decrees prior to 2015. For example, whereas Seattle's consent decree focuses almost exclusively on issues concerning transparency and accountability in

---

[28] Corey, D.M. and Zelig, M. (2020). *Evaluations of Police Suitability and Fitness for Duty*. New York: Oxford University Press (*citing* Hales, G. and Higgins, A. (2016). Prioritisation in a changing world: seven challenges for policing. *The Police Effectiveness Project in a Changing World*, Paper 2. London: Police Foundation.)

[1] https://www.justice.gov/opa/file/925846/download

police/community interactions and operations, consent decrees implemented in the years following show the increasing awareness to holding jurisdictions and agencies equally accountable to their officers – to ensure that officers are receiving not just the training they need to provide the community the safe and Constitutional policing it deserves, but the support they need to mitigate against the daily trauma they are expected to bear.  *See*, for example, the DOJ's 2017 Findings Letter into the practices of the Chicago Police Department[1] that was the precursor to the Consent Decree issued in that city in January 2018:

> *Policing is a high-stress profession.  Law enforcement officers often are called upon to deal with violence or crises as problem solvers, and they often are witness to human tragedy. … The President's Task Force on 21st Century Policing put it well, noting that "the 'bulletproof cop' does not exist.  The officers who protect us must also be protected – against incapacitating physical, mental, and emotional health problems as well as against the hazards of their job.  Their wellness and safety are crucial for them, their colleagues, and their agencies, as well as the well-being of the communities they serve.'"*

> *Good mental and psychological health is just as essential as good physical health for law enforcement personnel to be effective in keeping our country and our communities safe from crime and violence. An officer's mental state affects his or her behavior in a variety of situations and can influence decision-making and judgment. However, the current state of support for officer wellness nationally is disjointed and faces both cultural and logistical obstacles.*

> *The daily realities of the job can affect officers' health and wellness. They face a constant need to be vigilant, long hours and shift work, exposure to the daily tragedies of life, and regular interaction with people who are in crisis or hostile toward them. Patrol officers face a national undercurrent of heightened public scrutiny of the profession that overshadows the legitimacy of their individual efforts. Corrections officers can expect to encounter verbal abuse and physical assaults from prisoners and exposure to hazardous materials and blood-borne pathogens. All of these things added to the ordinary hassles of the workplace and their personal lives can lead to cumulative stress and burnout.*

> *Officers anticipate and accept the unique dangers and pressures of their chosen profession. However, people under stress find it harder than people not experiencing stress to connect with others and regulate their own emotions. They experience narrowed perception, increased anxiety and fearfulness, and degraded cognitive abilities.  This can be part of a healthy fight-or-flight response, but it can also lead to significantly greater probabilities of errors in judgment, compromised performance, and injuries.  **Failing to address the mental health and wellness of***

---

[1] https://www.justice.gov/opa/file/925846/download

*officers can ultimately undermine community support for law enforcement and result in officers being less safe on the job.*

*Psychological stress may also have serious consequences for the individual officer's health. In particular, traumatic law enforcement work has been shown to increase officers' risk of developing post-traumatic stress disorder (PTSD) symptoms. PTSD is associated with major depression, panic attacks, phobias, mania, substance abuse, and increased risk of suicide. PTSD can increase the risk of cardiovascular disease, hypertension, heart disease, and possibly stroke as well.*

*With a professional suicide rate estimated at 28.2/100,000 for men and 12.2/100,000 for women, officer mental health and wellness needs to be discussed openly and honestly by the law enforcement field. In releasing his foundation's report on first responder suicide in April 2018, Jay Ruderman said, "We need to end the silence that surrounds the issue of first responder mental health." This echoes what we have been hearing from growing numbers of leaders in the field. With the Law Enforcement Mental Health and Wellness Act, we believe Congress has taken an important step in making the end of that silence a reality. Supporting the expansion of and access to mental health and wellness services will help our nation's more than 800,000 federal, state, local, and tribal law enforcement officers identify issues early and get the help they need. And, most importantly, it will save lives.*

As continues to be recognized, the urgency at a national and international level around attending to officer wellness with the same level of commitment as a department would any other core operational responsibility simply cannot be understated. In February 2024, with the support of the Mayor's Office, SPD posted a solicitation for applications to serve as the Department's first Executive Director of Professional Counseling Services.  This position will be staffed by a licensed clinical psychologist, with experience in first responder counseling, and will be responsible, among other duties, for ensuring the department's delivery of professional and ethical psychological services, to both sworn and non-sworn employees; developing and maintaining department wellness programs; providing in-house consultation on organization and management-related issues; conducting needs assessment and professional trainings incorporating psychological concepts in support of optimized resource management and functioning; providing clinical consultation for mental health providers on staff; and exercising supervision over and continuing strategic innovation around programs including peer support, counseling support, trauma response, and the chaplaincy program.  SPD expects the successful candidate to be in place by the end of Q2 2024.

## VI.     Supervision and Early Intervention

### A.   Supervision

The number of line supervisors declined from the level observed in 2020 (225) to 181 in 2023 –  the last full year of reporting. So far, in 2024, the number of supervisors has declined further to 151.

The rate of line supervisors in an "acting" (long-term) capacity has decreased from the 28% observed in 2020 to 17.3% in 2023. Patrol officers and detectives under "unity of command" – sharing the same days off and work hours with their direct supervisor – increased in 2023 to 94%, up from the dip to 89.5% noted by the Monitor in 2020 but consistent with the rate reported previously observed in 2019 (93.9%).

These updates to the 2022 Monitor Assessment show that SPD is working hard to continue to balance the need for consistent supervision for line officers with the significant reality that SPD has had to augment almost every patrol shift with available officers on overtime in order to meet minimum staffing levels. Additionally, as noted in other areas, SPD is in the process of overhauling supervisor training to provide comprehensive support to new supervisors.

### B. Proactive Integrated Support Mechanism (PrISM)

In 2017, research conducted by Washington State University, at the department's behest and in compliance with SPD's obligation to critically review the system in place, validated observations of the negative effects of a poorly conceived and executed Early Intervention System (EIS). As far back as 2014, span of control research noted that less-than-precise alerting systems contribute to confusion and hesitance to act on the part of line supervisors. Without an alert, supervisors were reluctant to act on their own intuition; by the time an alert was formed, the opportunities to intervene ahead of a serious condition (acute stress, fatigue, etc.) were beyond what a supervisor could reasonably be expected to process by themselves and constituted a labeling of the employee. The WSU research further validated that the threshold-based EIS disparately flagged otherwise high performing officers and women.

EIS based on thresholds assumes normality that is difficult to attain in the police performance environment. Additionally, our understanding of the relationship between common thresholds (e.g., force, complaints, pursuits, etc.) is imprecise. Any action taken in response to a threshold exceedance could not reasonably prevent any particular adverse event and in some instances (e.g., collision) are after the fact. As part of SPD's commitment to accountability and in recognition of our most valuable asset, the people who deliver service, the department committed, with DOJ's affirmance, to develop a completely new approach to early intervention – one that focuses on organizational accountability.

In order to achieve procedural justice in police service, procedural justice must be modeled for the service providers. Any system that ignores procedural justice and fosters a sense of powerless, confusion, fear and disrespect is antithetical to the notion of justice and service. In the summer of 2017, the department embarked on a journey to build a system of support, based on principles of procedural justice, configured to strengthen the relationship between employees and supervisors to assure our most valuable resources understand the procedural justice we wish them to deliver, because they have experienced it.

The Proactive Integrated Support Mechanism (PrISM) combines highly accurate forecasting methods based in machine learning, state of the art explainability modeling founded in game theory[29] and the principles of human centric design[30] to render a highly accurate assessment of emergent risk and protective factors in employee behavior. Utilizing the meteorological concepts of watches and warnings, PrISM uses our ability to recognize a known pattern of failure to enhance a highly accurate forecast to be actionable, or a warning. Where a forecast of failure exists but does not fit a known pattern, a watch is communicated. Unlike conventional EIS, these conditions persist (calculated every week) until a change in conditions alters the forecast, the pattern of explainability, or both.

PrISM is built to promote early support for employees and accountability for the organization. Our understanding of human factors in failure suggests catastrophe is rarely the result of a singular event. Rather, and especially in complexity-coupled human systems, failure is the result of a series of cascading failures[31,32,33]. Our understanding of Normal Accidents[34] holds that opportunities to avert disaster are myriad and occur at every level. When an employee experiences an adverse event (e.g., a sustained complaint), the organization is accountable. At minimum, a failure to recognize the conditions preceding failure or to take appropriate action suggests systemic accountability. Under PrISM, if a watch or warning condition persists for longer than sixty days (configurable, but this is the initial parameter indicated by the statistical model), the alerts escalate one level of command (typically, to a Lieutenant) to engage line management. The responsibility at this level of command is not to engage the employee directly, but rather to 1) confirm that the line supervisor is aware of the condition and 2) understands their responsibilities.

If the condition continues for an additional thirty days (ninety days total), without change, the chain of command will formally engage the EIS Coordinator to form a more bespoke support plan. This plan is additionally enhanced by the documented history of support and accountability inherent in the system. In the event all parties agree the alert is a false positive, they can appeal to the

---

[29] Merrick, L., & Taly, A. (2020). The explanation game: Explaining machine learning models using shapley values. In *Machine Learning and Knowledge Extraction: 4th IFIP TC 5, TC 12, WG 8.4, WG 8.9, WG 12.9 International Cross-Domain Conference, CD-MAKE 2020, Dublin, Ireland, August 25–28, 2020, Proceedings 4* (pp. 17-38). Springer International Publishing.

[30] Morrissey, M. (1998). Human-centric design. *Mechanical Engineering*, *120*(07), 60-62.

[31] Reason, J., Hollnagel, E., & Paries, J. (2006). Revisiting the Swiss cheese model of accidents. *Journal of Clinical Engineering*, *27*(4), 110-115.

[32] Wiegmann, D. A., Wood, L. J., Cohen, T. N., & Shappell, S. A. (2022). Understanding the "Swiss Cheese Model" and its application to patient safety. *Journal of patient safety*, *18*(2), 119-123.

[33] Brennan, P. A., Mitchell, D. A., Holmes, S., Plint, S., & Parry, D. (2016). Good people who try their best can have problems: recognition of human factors and how to minimise error. *British Journal of Oral and Maxillofacial Surgery*, *54*(1), 3-7.

[34] Perrow, C. (1999). *Normal accidents: Living with high risk technologies*. Princeton university press.

Performance Analytics & Research group to review and manually cancel the condition. PrISM would then learn that alerts of that type should not be predicted again and use that information to improve future performance.

This system is built for random control. Initial launch of PrISM will be as a Phase 1 clinical trial. Under these untested conditions, it is considered ethical to randomly control administration of an experimental treatment in order to assess the safety and efficacy of the treatment. PrISM will operate under a Randomize Controlled Trial condition for the first twelve months. The department prefers Continuous Impact Assessments (i.e., "test as you go")[35] for all evidence-based initiative and will similarly monitor PrISM, continuously. If validated, PrISM will continue to grow our knowledge of what works in supporting employees by testing various treatments, dosage, and monitoring persistence and desistance over extended longitudinal periods.

The culmination of many years of research, infrastructure development, and scientific effort, PrISM will be ready for discussion with the unions before launching in Q3, 2024.  Below is an example of the performance dashboard that hosts the PrISM watches and warnings (Figure B); Figure C is a mockup of the automatically customized support prescription supervisors and employees will interact with once the system is live.

---

[35] Sherman, L. W. (2022). "Test-As-You-Go" for Hot Spots Policing: Continuous Impact Assessment with Repeat Crossover Designs. *Cambridge Journal of Evidence-Based Policing*, *6*(1-2), 25-41.

**Figure B. Officer Dashboard – Supervisor View**



**Figure C. PrISM Alert and Support Plan**



A low barrier to participation and engagement is essential to the successful engagement of evidence-based solutions. PrISM will require a brief (10 to 15 min) e-learning orientation but otherwise will be driven by the configuration of the tool itself. Supervisors will not be required to attend extended training in PrISM, develop and maintain PrISM-specific competency or even learn a new computer application. Instead, PrISM supports standard best practice training, education and experience for "good supervision." The system sits on top of those robust human competencies as intelligent decision support.[36],[37] This system is not dependent on the lowest common denominator for success and is specifically designed to work with the natural faculties and competencies of supervisors and managers at SPD.

## VII.    Conclusion and Next Steps

If a goal of the Consent Decree was to build SPD as a learning organization, capable of critical self-assessment and dedicated to continual improvement, the Consent Decree has been a resounding success.  While we cannot control media headlines that focus on the negative over the positive, we own and learn from our self-imposed errors and strive to do better – whether that is in our activities,

---

[36] Gottinger, H. W., & Weimann, P. (1992). Intelligent decision support systems. *Decision support systems*, *8*(4), 317-332.

[37] Phillips-Wren, G. (2013). Intelligent decision support systems. *Multicriteria decision aid and artificial intelligence: links, theory and applications*, 25-44.

our communication, our policies and practices, or our analysis.  Acutely aware of the impact of the strain under which our employees have been operating since 2020, the extraordinary sacrifice we are asking of them to meet the public safety demands of our community, as reflected in augmentation and mandatory overtime numbers, we – like many organizations nationwide, across industries – are working hard to re-build following the pandemic and a devastating 2020 and to create a healthy work environment consistent with City values.

We do all of this with the goal also of giving back to the field of policing.  Over the past decade, SPD has been the fortunate recipient of significant support from our community, our accountability partners, academia and policing. We feel it is important to share what we have learned and developed for the benefit of all. In addition to a robust open data program which recently achieved highest transparency score on the Vera Police Data Transparency Index, the SPD will be launching a public repository of computer code, research projects, and statistical models for anyone to view, download and use, or even propose enhancements.  We routinely consult with our policing partners around the world and offer free support in the form of meetings, visits, documentation, and non-material assets (statistical models, computer code, etc.) to others attempting to do this work.

Finally, SPD is grateful for the vocal support of our accountability partners, the Mayor's Office, a City Council that has pledged and demonstrated a collaborative relationship, and to all others who have engaged in authentic discourse.  We are stronger when we all work together.

Exhibit A

2023

# Relational Policing Plan

LIEUTENANT BRANDON JAMES
DR. JAMEELAH CAGE, 360 RELATIONAL POLICING COORDINATOR
LUBNA MAHADEEN, DIVERSITY, EQUITY & INCLUSION STRATEGIC ADVISOR

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

Relational Policing is a strategic method to engage the community through various techniques, including innovative programs and community partnerships that work to bridge the gap between the community and the police. Seattle Police Department will continue to build and maintain equitable, respectful relationships with communities we serve through partnerships and meaningful dialogues. The concept of Relational Policing within Before the Badge (BTB) includes a multi-week program that introduces pre-academy recruits to community engagement, cultural awareness, and officer wellness. Recruits are introduced to various cultures throughout the city to gain knowledge on how the police have impacted them and ways to move forward. Recruits are also taught innovative techniques to deal with stress and work through traumatic triggers they may encounter.

The Before the Badge team ensures that program curriculum encompasses racial and social justice content when selecting program presenters from the community, and meetings with community-based organizations. The intent is to expand on the foundation set forth for BTB through continued evaluation of the program content and curriculum.  The goal of relational policing is to take a 360 approach with the curriculum provided to Before the Badge (BTB) participants. The initial step encompasses granting the opportunity for Field Training Officers to attend identified BTB presentations, followed by Command Staff and Patrol Officers. Weaving this unique program through the entire department will strengthen relationships within the Seattle Police Department and the community.

## **360 Approach**



The Relational Policing Team values the importance of trauma-informed policing. Identifying the most appropriate training module to present to new recruits, Field Training Officers, Command Staff then Patrol Officers is part of the teams 2024 workplan. A subject matter expert within Seattle Police Department has been identified, and the team will be working closely with that individual to come up with a strategy for curriculum development and an implementation plan.

## Relational Policing Timeline/Workplan



# Catalogue of Before the Badge Engagements

| RSJI Component | Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|---|
| Yes | Community Centered Dialog and Learning | African American Advisory Council | 15 | 06/08/2022; 08/12/2022; 08/17/2022; 09/15/2022; 11/17/2022; 12/15/2022; 01/19/2023; 02/16/2023; 03/16/2023; 04/20/2023; 05/18/2023; 06/15/2023; 07/20/2023; 08/17/2023; 09/21/2023 |
| Yes | Community Centered Dialog and Learning | Filipino Community Meeting | 15 | 06/15/2022; 07/26/2022; 09/20/2022; 11/08/2022; 12/13/2022; 01/10/2023; 02/21/2023; 03/14/2023; 04/11/2023; 05/09/2023; 06/13/2023; 07/11/2023; 08/08/2023; 10/11/2023; 12/12/2023 |
| Yes | Community Centered Dialog and Learning | IF Project | 24 | 09/28/2022; 06/21/2022; 07/20/2022; 08/01/2022; 08/02/2022; 09/28/2022; 11/03/2022; 11/04/2022; 12/01/22; 12/02/22; 01/05/2023; 01/06/23; 02/02/2023; 02/03/2023; 03/02/2023; 03/03/2023; 04/06/2023; 04/06/2023; 05/04/2023; 06/01/2023; 07/06/2023; 08/03/2023; 09/07/2023; 10/05/2023 |
| Yes | Community Centered Dialog and Learning | Latinx Community Meeting | 14 | 06/16/2022; 08/02/2022; 12/09/2022; 01/13/2023; 02/10/2023; 03/10/2023; 04/20/2023; 05/18/2023; 06/15/2023; 07/20/2023; 08/17/2023; 09/21/2023; 10/19/2023; 12/21/2023 |
| Yes | Community Centered Dialog and Learning | LEAD Presentation | 15 | 06/14/2022; 07/22/2022; 10/05/2022; 11/04/2022; 12/02/2022; 01/06/2023; 02/03/2023; 03/03/2023; 04/20/2023; 05/25/2023; 06/22/2023; 07/27/2023; 08/24/2023; 09/28/2023; 10/26/2023 |
| Yes | Community Centered Dialog and Learning | LGBTQ+ History/ Gender Presentation | 14 | 06/07/2022; 07/20/2022; 08/03/2022; 09/22/2022; 12/29/2022; 03/16/2023; 04/27/2023; 05/18/2023; 06/15/2023; 07/20/2023; 08/24/2023; 09/21/2023; 10/19/2023; 12/21/2023 |

| RSJI Component | Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|---|
| Yes | Community Centered Dialog and Learning | LGBTQ+ Advisory Council Meeting | 3 | 07/05/2023; 10/04/2023; 11/1/2023 |
| Yes | Community Centered Dialog and Learning | Middle Eastern DAC Meeting | 17 | 06/22/2022; 7/28/2022; 09/29/2022; 10/27/2022; 12/22/2022; 01/26/2023; 02/23/2023; 03/23/2023; 04/27/2023; 05/25/2023; 06/22/2023; 07/27/2023; 08/24/2023; 09/28/2023; 10/19/2023; 10/26/2023; 12/28/2023 |
| Yes | Community Centered Dialog and Learning | RSJI | 7 | 05/31/2022; 06/03/2022; 07/26/2022; 07/27/2022; 08/03/2022; 09/07/2022; 09/12/2022; |
| Yes | Community Centered Dialog and Learning | History of Policing Presentation | 7 | 05/27/2022; 07/13/2022; 08/17/2022; 09/28/2023; 10/31/2023; 11/29/2023; 12/28/2023 |
| Yes | Community Centered Dialog and Learning | Relational Policing Presentation | 15 | 05/25/2022; 06/24/2022; 07/13/2022; 09/08/2022; 11/02/2022; 12/14/2022; 01/04/2023; 02/01/2023; 03/01/2023; 07/19/2023; 08/28/2023; 09/25/2023; 10/23/2023; 11/27/2023; 12/20/2023 |
| Yes | Community Centered Dialog and Learning | CID Tour | 9 | 09/26/2022; 11/01/2022; 12/06/2022; 01/03/2023; 02/07/2023; 03/07/2023; 04/04/2023; 10/26/2023; 12/28/2023 |
| Yes | Community Centered Dialog and Learning | Cultural Awareness Presentation | 2 | 7/5/2023; 11/06/2023 |
| Yes | Community Centered Dialog and Learning | East African Community Meeting | 6 | 08/12/2022; 08/17/2022; 09/15/2022; 01/27/2023; 02/24/2023; 03/24/2023 |

| RSJI Component | Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|---|
| Yes | Community Centered Dialog and Learning | Fellowship Meeting | 8 | 10/6/2022; 11/16/2022; 12/21/2022; 01/18/2023; 02/15/2023; 03/15/2023; 11/15/2023; 12/23/2023 |
| Yes | Community Centered Dialog and Learning | Northwest African American Museum Tour | 6 | 6/14/2022; 09/21/2022; 11/18/2022; 12/22/2022; 02/17/2023; 03/17/2023 |
| Yes | Community Centered Dialog and Learning | Rainier Beach Highschool | 3 | 5/3/2023; 11/15/2023; 12/20/2023 |
| Yes | Community Centered Dialog and Learning | Suquamish Museum Tour | 2 | 10/04/2023; 11/01/2023 |
| Yes | Community Centered Dialog and Learning | The Collective | 16 | 6/21/2022; 08/2/2022; 09/28/2022; 11/3/2022; 12/01/2022; 01/05/2023; 02/02/2023; 03/02/2023; 04/06/2023; 05/04/2023; 06/01/2023; 07/06/2023; 08/03/2023; 09/07/2023; 10/05/2023; 11/02/2023 |
| Yes | Community Centered Dialog and Learning | Black-Owned Businesses Tour | 5 | 04/07/2023; 05/30/2023; 08/07/2023; 08/31/2023; 12/26/2023 |
| Yes | Community Centered Dialog and Learning | Bias Free Policing | 2 | 08/03/2022; 09/12/2022; |
| Yes | Community Centered Dialog and Learning | Juvenile Detention | 2 | 11/9/2022; 12/14/2023 |
| No | Public Safety 360 | Risk Management: Becca Boatright | 11 | 05/25/2022; 07/15/2022; 09/21/2022; 11/02/2022; 11/04/2022; 12/07/2022; 01/04/2023; 02/01/2023; 03/01/2023; 04/05/2023; 06/28/2023; 09/05/2023 |

| RSJI Component | Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|---|
| No | Public Safety 360 | OIG: Lisa Judge | 10 | 07/15/2022; 09/21/2022; 11/02/2022; 12/07/2022; 01/04/2023; 02/01/2023; 03/01/2023; 04/05/2023; 09/05/2023; 10/03/2023 |
| No | Public Safety 360 | OPA Presentation: Geneva Taylor | 13 | 05/25/2022; 07/15/2022; 09/21/2022; 09/30/2023; 11/02/2022; 11/04/2022; 12/07/2022; 01/04/2023; 02/01/2023; 03/01/2023; 04/05/2023; 08/31/2023; 10/03/2023 |
| No | Public Safety 360 | Precinct Visit: East Precinct | 10 | 06/23/2022; 07/28/2022; 10/06/2022; 05/05/2023; 05/22/2023; 07/03/2023; 08/14/2023; 09/25/2023; 10/18/2023; 10/19/2023; |
| No | Public Safety 360 | Precinct Visit: South Precinct | 12 | 07/07/2022; 08/11/2022; 09/15/2022; 09/19/2022; 10/20/2022; 04/24/2023; 06/05/2023; 06/12/2023; 07/17/2023; 07/31/2023; 08/01/2023; 10/02/2023 |
| No | Public Safety 360 | Precinct Visit: West Precinct | 12 | 06/16/2022; 07/21/2022; 08/25/2022; 09/29/2022; 11/03/2022; 05/08/2023; 06/26/2023; 07/24/2023; 10/18/2023; 10/23/2023; 11/27/2023; 12/14/2023 |
| No | Public Safety 360 | Precinct Visit: Southwest Precinct | 13 | 06/09/2022; 07/14/2022; 08/18/2022; 09/22/2022; 09/26/2022; 09/29/2022; 10/27/2022; 05/01/2023; 06/12/2023; 07/31/2023; 08/28/2023; 10/16/2023; 12/18/2023 |
| No | Public Safety 360 | EEO: Rebecca McKechnie | 6 | 05/24/2022; 06/30/2022; 07/26/2022; 09/01/2022; 09/16/2022; 09/30/2022; |
| No | Public Safety 360 | Social Media | 8 | 05/24/2022; 07/15/2022; 10/03/2023; 12/23/2023; 02/03/2023; 03/03/2023; 06/29/2023; 09/20/2023 |
| No | Public Safety 360 | COP: Adrian Diaz | 14 | 9/7/22; 10/02/2022; 11/23/2022; 01/09/2023; 02/13/2023; 03/20/2023; 04/17/2023; 05/15/2023; 06/19/2023; 07/10/2023; 07/17/2023; 08/21/2023; 09/18/2023; 10/26/2023 |

| RSJI Component | Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|---|
| No | Public Safety 360 | Deputy Mayor Presentation | 5 | 09/02/2022; 10/07/2022; 06/26/23; 08/30/23; 10/04/2023 |
| No | Public Safety 360 | SPD Crime Prevention Coordinators Staff | N/A | |
| No | Public Safety 360 | Victims Services Team (VST) Presentation | 6 | 07/19/2022; 08/01/2022; 10/3/2022; 11/29/2022; 03/30/2023; 09/05/2023 |
| No | Public Safety 360 | Precinct Visit: North Precinct | 9 | 05/26/2022; 08/04/2022; 09/08/2022; 10/13/2022; 04/17/2023; 05/22/2023; 09/25/2023; 11/06/2023; 12/11/2023 |
| No | Public Safety 360 | SPD CSO Staff | 5 | 09/09/2022; 03/29/2023; 05/04/2023; 07/12/2023; 08/30/2023; |
| Yes | Wellness and Professional Development | Dr. David Lewis (Sessions 1-5) | 72 | 06/06/2022; 06/27/2022; 07/11/2022; 07/18/2022; 07/25/2022; 08/01/2022; 08/08/2022; 08/09/2022; 08/15/2022; 08/16/2022; 09/06/2022; 09/20/2022; 09/27/2022; 10/04/2022; 10/11/2022; 10/18/2022; 10/25/2022; 11/01/2022; 11/7/2022; 11/08/2022; 11/14/2022; 11/15/2022; 11/22/2022; 11/21/2022; 11/29/2022; 12/06/2022; 12/13/2022; 12/20/2022; 12/27/2022; 01/03/2023; 01/10/2023; 01/17/2023; 01/24/2023; 01/31/2023; 02/07/2023; 02/14/2023; 02/21/2023; 02/28/2023; 03/07/2023; 03/14/2023; 03/21/2023; 03/28/2023; 04/04/2023; 04/18/2023; 04/25/2023; 05/02/2023; 05/09/2023; 05/16/2023; 05/23/2023; 05/30/2023; 06/06/2023; 06/13/2023; 06/20/2023; 06/27/2023; 07/11/2023; 07/18/2023; 07/25/2023; 08/01/2023; 08/08/2023; 08/15/2023; |

| RSJI Component | Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|---|
| | | | | 08/22/2023; 08/29/2023; 09/05/2023; 09/19/2023; 09/26/2023; 10/03/2023; 10/10/2023; 10/17/2023; 10/24/2023; 10/31/2023; 12/12/2023; 12/19/2023 |
| No | Wellness and Professional Development | SPD K9 Staff | 4 | 06/10/2022; 07/29/2022; 10/12/2022 03/29/2023 |
| No | Wellness and Professional Development | SPD Mounted Unit Staff | 7 | 06/10/2022; 07/12/2022; 10/05/2022; 11/30/2022; 01/31/2023; 02/27/2023; 10/17/2023 |
| No | Wellness and Professional Development | TCIS Unit Presentation | 9 | 06/10/2022; 08/05/2022; 09/30/2022; 11/23/2022; 12/16/2022; 01/27/2023; 03/29/2023; 07/19/2023; 09/20/2023 |
| Yes | Wellness and Professional Development | Outward Mindset | 11 | 06/01/2022; 06/02/2022; 07/05/2022; 07/06/2022; 08/23/2022; 08/24/2022; 09/13/2022; 09/14/2022; 10/19/2022; 10/21/2022; 12/13/2023 |
| No | Wellness and Professional Development | Wellness Unit | 99 | 05/24/2022; 05/25/2022; 05/27/2022; 06/08/2022; 06/10/2022; 06/17/2022; 06/22/2022; 07/01/2022; 07/08/2022; 07/12/2022; 07/22/2022; 07/26/202; 07/29/2022; 08/02/2022; 08/05/2022; 08/09/2022; 08/12/2022; 08/16/2022; 08/19/2022; 08/26/2022; 09/02/2022; 09/06/2022; 09/09/2022; 09/16/2022; 09/23/2022; 09/27/2022; 10/04/2022; 10/11/2022; 10/14/2022; 10/18/2022; 10/25/2022; 10/28/2022; 11/01/2022; 11/04/2022; 11/15/2022; 11/18/2022; 11/30/2022; 12/02/2022; 12/09/2022; 12/16/2022; 12/23/2022; 12/30/2022; 01/06/2023; 01/13/2023; 01/30/2023; 02/03/2023; 02/10/2023; 02/17/2023; 02/24/2023; 03/03/2023; 03/10/2023; 03/17/2023; 03/24/2023; 03/31/2023; 04/07/2023; 04/12/2023; 04/18/2023; 04/19/2023; 04/25/2023; 04/26/2023; |

| RSJI Component | Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|---|
| | | | | 05/02/2023; 05/09/2023; 05/10/2023; 05/16/2023; 05/17/2023; 05/23/2023; 05/25/2023; 05/30/2023; 05/31/2023; 06/01/2023; 06/06/2023; 06/13/2023; 06/14/2023; 06/20/2023; 06/21/2023; 06/27/2023; 06/29/2023; 07/18/2023; 07/19/2023; 07/25/2023; 07/26/2023; 08/01/2023; 08/08/2023; 08/09/2023; 08/15/2023; 08/16/2023; 08/29/2023; 08/30/2023; 09/19/2023; 09/20/2023; 09/27/2023; 10/03/2023; 10/10/2023; 10/11/2023; 10/17/2023; 10/18/2023; 10/24/2023; 10/25/2023; 10/31/2023 |
| Yes | Wellness and Professional Development | Growth Mindset | 17 | 07/08/2022; 07/25/2022; 09/16/2022; 10/17/2022; 12/01/2022; 01/17/2023; 02/23/2023; 03/09/2023; 03/21/2022; 04/18/2023; 05/16/2023; 06/20/2023; 07/18/2023; 08/15/2023; 09/19/2023; 10/17/2023; 12/19/2023 |
| No | Wellness and Professional Development | SPD DV/SA Unit Staff | 3 | 12/16/2022; 03/31/2023; 5/24/2023 |
| No | Wellness and Professional Development | SPD Harbor Unit Staff | 5 | 10/12/2022; 02/22/2023; 03/22/2023; 03/31/2022; 08/18/2023 |

## Race & Social Justice Initiative

The Race and Social Justice Initiative (RSJI) at the Seattle Police Department (SPD) is a fundamental and long-term commitment to address the deep-rooted issues of racial and social injustice that have historically troubled our society. SPD has a firm dedication to fostering equity, inclusivity, and fairness in the delivery of law enforcement services and the relationships it builds with the diverse communities it serves.

RSJI is not just a program; it is a profound belief that guides SPD's efforts and procedures, emphasizing the fundamental principle that justice should be unbiased, neutral, and free from prejudice. This initiative recognizes the historical obstacles and systemic imbalances that have unfairly impacted marginalized communities and aims to correct these injustices.

Over the years, SPD has consistently invested in RSJI, recognizing the critical importance of continuous education and commitment to social and racial justice. This commitment has been brought to life through a series of comprehensive training programs aimed at enhancing officers' understanding of the complex dynamics surrounding race, social justice, and community engagement.

Presented here is a catalog that reflects on the extensive list of RSJI training programs that have shaped the minds and hearts of SPD personnel. These programs represent a legacy of learning, growth, and self-awareness, empowering officers to serve as compassionate, empathetic, and accountable guardians of the community.

Exploring through the catalog of RSJI training programs, each a testament to SPD's commitment to improvement, fostering trust within the communities we serve, and leaving a lasting mark on the path toward racial and social justice, we find the following programs:

| Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|
| Community Centered Dialog and Learning | African American Advisory Council | 15 | 06/08/2022; 08/12/2022; 08/17/2022; 09/15/2022; 11/17/2022; 12/15/2022; 01/19/2023; 02/16/2023; 03/16/2023; 04/20/2023; 05/18/2023; 06/15/2023; 07/20/2023; 08/17/2023; 09/21/2023 |
| Community Centered Dialog and Learning | Filipino Community Meeting | 14 | 06/15/2022; 07/26/2022; 09/20/2022; 11/08/2022; 12/13/2022; 01/10/2023; 02/21/2023; 03/14/2023; 04/11/2023; 05/09/2023; 06/13/2023; 07/11/2023; 08/08/2023; 10/11/2023 |
| Community Centered Dialog and Learning | IF Project | 24 | 09/28/2022; 06/21/2022; 07/20/2022; 08/01/2022; 08/02/2022; 09/28/2022; 11/03/2022; 11/04/2022; 12/01/22; 12/02/22; 01/05/2023; 01/06/23; 02/02/2023; 02/03/2023; 03/02/2023; 03/03/2023; 04/06/2023; 04/06/2023; 05/04/2023; 06/01/2023; 07/06/2023; 08/03/2023; 09/07/2023; 10/05/2023 |
| Community Centered Dialog and Learning | Latinx Community Meeting | 13 | 06/16/2022; 08/02/2022; 12/09/2022; 01/13/2023; 02/10/2023; 03/10/2023; 04/20/2023; 05/18/2023; 06/15/2023; 07/20/2023; 08/17/2023; 09/21/2023; 10/19/2023 |
| Community Centered Dialog and Learning | LEAD Presentation | 16 | 06/14/2022; 07/22/2022; 10/05/2022; 11/04/2022; 12/02/2022; 01/06/2023; 02/03/2023; 03/03/2023; 04/20/2023; 05/25/2023; 06/22/2023; 07/27/2023; 08/24/2023; 09/28/2023; 10/26/2023; 12/28/2023 |
| Community Centered Dialog and Learning | LGBTQ+ History/ Gender Presentation | 13 | 06/07/2022; 07/20/2022; 08/03/2022; 09/22/2022; 12/29/2022; 03/16/2023; 04/27/2023; 05/18/2023; 06/15/2023; 07/20/2023; 08/24/2023; 09/21/2023; 10/19/2023 |
| Community Centered Dialog and Learning | LGBTQ+ Advisory Council Meeting | 3 | 07/05/2023; 10/04/2023; 11/1/2023 |

| Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|
| Community Centered Dialog and Learning | Middle Eastern DAC Meeting | 17 | 06/22/2022; 7/28/2022; 09/29/2022; 10/27/2022; 12/22/2022; 01/26/2023; 02/23/2023; 03/23/2023; 04/27/2023; 05/25/2023; 06/22/2023; 07/27/2023; 08/24/2023; 09/28/2023; 10/19/2023; 10/26/2023; 12/28/2023 |
| Community Centered Dialog and Learning | RSJI | 7 | 05/31/2022; 06/03/2022; 07/26/2022; 07/27/2022; 08/03/2022; 09/07/2022; 09/12/2022; |
| Community Centered Dialog and Learning | History of Policing Presentation | 7 | 05/27/2022; 07/13/2022; 08/17/2022; 09/28/2023; 10/31/2023; 11/29/2023; 12/28/2023 |
| Community Centered Dialog and Learning | Relational Policing Presentation | 14 | 05/25/2022; 06/24/2022; 07/13/2022; 09/08/2022; 11/02/2022; 12/14/2022; 01/04/2023; 02/01/2023; 03/01/2023; 07/19/2023; 08/28/2023; 09/25/2023; 10/23/2023; 11/27/2023 |
| Community Centered Dialog and Learning | CID Tour | 9 | 09/26/2022; 11/01/2022; 12/06/2022; 01/03/2023; 02/07/2023; 03/07/2023; 04/04/2023; 10/26/2023; 12/28/2023 |
| Community Centered Dialog and Learning | Cultural Awareness Presentation | 2 | 7/5/2023; 11/06/2023 |
| Community Centered Dialog and Learning | East African Community Meeting | 6 | 08/12/2022; 08/17/2022; 09/15/2022; 01/27/2023; 02/24/2023; 03/24/2023 |
| Community Centered Dialog and Learning | Fellowship Meeting | 7 | 10/6/2022; 11/16/2022; 12/21/2022; 01/18/2023; 02/15/2023; 03/15/2023; 11/15/2023 |
| Community Centered Dialog and Learning | Northwest African American Museum Tour | 6 | 6/14/2022; 09/21/2022; 11/18/2022; 12/22/2022; 02/17/2023; 03/17/2023 |
| Community Centered Dialog and Learning | Rainier Beach High School | 3 | 5/3/2023; 11/15/2023; 12/20/2023 |
| Community Centered Dialog and Learning | Suquamish Museum Tour | 2 | 10/04/2023; 11/01/2023 |

| Course Catalog | Class | # of Sessions (to date) | Dates of Sessions |
|---|---|---|---|
| Community Centered Dialog and Learning | The Collective | 16 | 6/21/2022; 08/2/2022; 09/28/2022; 11/3/2022; 12/01/2022; 01/05/2023; 02/02/2023; 03/02/2023; 04/06/2023; 05/04/2023; 06/01/2023; 07/06/2023; 08/03/2023; 09/07/2023; 10/05/2023; 11/02/2023 |
| Community Centered Dialog and Learning | Black-Owned Businesses Tour | 5 | 04/07/2023; 05/30/2023; 08/07/2023; 08/31/2023; 12/26/2023 |
| Community Centered Dialog and Learning | Bias Free Policing | 2 | 08/03/2022; 09/12/2022; |
| Wellness and Professional Development | Dr. David Lewis (Sessions 1-5) | 72 | 06/06/2022; 06/27/2022; 07/11/2022; 07/18/2022; 07/25/2022; 08/01/2022; 08/08/2022; 08/09/2022; 08/15/2022; 08/16/2022; 09/06/2022; 09/20/2022; 09/27/2022; 10/04/2022; 10/11/2022; 10/18/2022; 10/25/2022; 11/01/2022; 11/7/2022; 11/08/2022; 11/14/2022; 11/15/2022; 11/22/2022; 11/21/2022; 11/29/2022; 12/06/2022; 12/13/2022; 12/20/2022; 12/27/2022; 01/03/2023; 01/10/2023; 01/17/2023; 01/24/2023; 01/31/2023; 02/07/2023; 02/14/2023; 02/21/2023; 02/28/2023; 03/07/2023; 03/14/2023; 03/21/2023; 03/28/2023; 04/04/2023; 04/18/2023; 04/25/2023; 05/02/2023; 05/09/2023; 05/16/2023; 05/23/2023; 05/30/2023; 06/06/2023; 06/13/2023; 06/20/2023; 06/27/2023; 07/11/2023; 07/18/2023; 07/25/2023; 08/01/2023; 08/08/2023; 08/15/2023; 08/22/2023; 08/29/2023; 09/05/2023; 09/19/2023; 09/26/2023; 10/03/2023; 10/10/2023; 10/17/2023; 10/24/2023; 10/31/2023; 12/12/2023; 12/19/2023 |

| Wellness and Professional Development | SPD- 2023 NAAM- Northwest African American Museum video series, parts 1-3 | 3 | 2/1/2023; 3/3/2023; 3/7/2023 |
|---|---|---|---|
| Wellness and Professional Development | Anti-Harassment and Anti-Discrimination online class | 2 | 2/1/2022; 2018 - 2021; |
| Wellness and Professional Development | COPS: Changing Perceptions: A Fair and Impartial Policing Approach | | 2020 |
| Wellness and Professional Development | Acknowledging and Managing the Hidden Bias of Good People | | 2019-2020 |
| Wellness and Professional Development | Law Enforcement and Society: Lessons of the Holocaust | | 2017 |
| Wellness and Professional Development | Outward Mindset | 10 | 06/01/2022; 06/02/2022; 07/05/2022; 07/06/2022; 08/23/2022; 08/24/2022; 09/13/2022; 09/14/2022; 10/19/2022; 10/21/2022; |
| Wellness and Professional Development | SPD - Outward Mindset for Supervisors Part 1 | 1 | 9/29/2022 |
| Wellness and Professional Development | SPD - Outward Mindset for Supervisors Part 2 | 1 | 3/7/2023; |
| Wellness and Professional Development | SPD - 2022 Growth Mindset - Be Coachable & Coach Others | 1 | 8/16/2022 |
| Wellness and Professional Development | SPD - 2022 Growth Mindset - Review and Call to Action | 1 | 8/16/2022 |

| | | | |
|---|---|---|---|
| Wellness and Professional Development | SPD - 2022 Growth Mindset - Adapt and Improve | 1 | 7/19/2022 |
| Wellness and Professional Development | SPD- 2022 Growth Mindset - Always Learning | 1 | 7/5/2022 |
| Wellness and Professional Development | SPD- 2022 Growth Mindset - Launch | 1 | 6/21/2022 |
| | SPD - 2022 Tactical Response to Edged Weapons and Crowd Management | 1 | 9/29/2022 |
| Wellness and Professional Development | SPD Coaching Skills for People Managers | 1 | 4/18/2022 |
| | SPD - 2022 Americans with Disabilities Act (ADA) - Effective Communication | 1 | 3/25/2022 |
| Online Course | Uncovering Unconscious Bias in Recruiting and Interviewing | 1 | 4/10/2021 |
| | SPD - 2021 Active Bystander for Law Enforcement (ABLE) | 1 | 2/11/2021 |
| | WSCJTC - 2020 Annual Crisis Intervention Team Online Course | 1 | 11/17/2020 |
| | SPD - 2020 Hate Crimes and other Bias Incidents eLearning | 1 | 2/25/2020 |

## Upcoming Bias Free Training

As the Seattle Police Department (SPD) continues its strong commitment to fostering equity, inclusivity, and fairness within our law enforcement services and community relationships, we acknowledge that progress demands a dedication to ongoing education and self-improvement. Our mission to address racial and social injustice remains firm, and part of this commitment involves the continuous expansion of our training programs.

To further our commitment to equity, inclusivity, and fairness, we are forming a series of Bias-Free Training programs. These initiatives aim to enhance our officers' understanding of racial bias, social justice, and community engagement, empowering them to be compassionate, empathetic, and accountable guardians of our diverse community.

The upcoming training programs reflect our continuous dedication to personal and professional growth, reinforcing trust within the communities we serve, and making an enduring impact on our journey toward racial and social justice. Each program is thoughtfully designed to equip officers with the knowledge, skills, and perspectives needed to confront bias, foster inclusivity, and build stronger, more trusting community relationships.

The upcoming catalog details essential future training sessions scheduled for 2024, playing a pivotal role in SPD's ongoing mission and contributing to a more equitable future. We are also in the process of planning additional training programs for SPD employees, integrating the RSJI component. Here is a preview of some of the upcoming classes, building upon the foundation of previous training sessions:

| Course Catalog | Class | Description | # of Sessions | Estimated Dates of Sessions |
|---|---|---|---|---|
| Cultural Awareness Presentation | Ben McBride – Empower Initiative-Quadrant Training | A training that will focus on identifying our implicit biases, at our faulty understanding of power. Learning about Quadrant concept & the cultural and structural belonging of individuals. | 4 | 29/1/2024; 30/1/2024 24/6/2024; 25/6/2024 |
| Community Centered Dialog and Learning | Northwest African American Museum video series, parts 1-3 | | 3 | January 2024 June 2024 |
| | Anti-Harassment and Anti-Discrimination online class | Addressing and preventing workplace discrimination and harassment to set a welcoming, inclusive, and safe work environment, where everyone can do their best work. | 4 | January 2024 April 2024 July 2024 October 2024 |
| e-Learning Course | COPS: Changing Perceptions: A Fair and Impartial Policing Approach | Provides an opportunity to assume the roles of three different law enforcement officers in an interactive video-based simulation, make decisions for these officers, and experience the consequences of their choices. The modules train officers on the effect of implicit bias and provide them with the information and skills they need to reduce and manage their biases. | 4 | January 2024 April 2024 July 2024 October 2024 |
| | Acknowledging and Managing the Hidden Bias of Good People | The impact of our implicit bias negatively affects legal decisions, educational outcomes, governmental priorities, and employee engagement. | 4 | January 2024 April 2024 July 2024 October 2024 |

| Course Catalog | Class | Description | # of Sessions | Estimated Dates of Sessions |
|---|---|---|---|---|
| | | Understanding, What is implicit bias? Where it comes from? How it affects our attitudes and behaviors of the targeted groups? How it can be reduced? And, What are the potential solutions? How can personal and organizational behaviors and practices be changed? | | |
| | Law Enforcement and Society: Lessons of the Holocaust | | 1 | 2024 |
| | Basic Crowd Management Training. | Learning basic skills for officers pertaining to crowd management:<br> -A review of SPD policies and procedures related to Crowd Management<br>-A review of the OPA's and OIG's crowd management recommendations. | | TBD |
| | Crisis Intervention Training / Virtual Reality (1-hour) | Allows officers to practice effective communication, active listening, empathy, and de-escalation techniques, preparing them to respond appropriately and safely in real-life scenarios where de-escalation is crucial. | 1-4 | TBD |
| SPD - Outward Mindset series | SPD - Outward Mindset Training | Viewing people as people rather than as objects so that adjustments can be made to be more effective with people.  This will | 1-5 | TBD |

| Course Catalog | Class | Description | # of Sessions | Estimated Dates of Sessions |
|---|---|---|---|---|
| | | consequently increase awareness and reduce bias based on objectifying others. | | |
| | SPD - Outward Inclusion Training | Training Builds on the Outward Mindset program to dive deeper into how to improve inclusionary behaviors. | 1-5 | TBD |
| | SPD - 2024 Growth Mindset Refresher<br><br>Training series:<br>-*Review and call to action.*<br>-*Adapt and improve.*<br>-*Always learning.*<br>-*Launch.* | A reminder of the core concept of growth mindset that all people can grow and develop because of the reality of neuroplasticity. | 1-4 | TBD |
| | SPD Coaching Skills for People Managers | | 1-4 | TBD |

As we prioritize the upcoming Bias-Free Training programs, it is important to note that the Education and Training Department within the Seattle Police Department collaborates with the Anti-Defamation League (ADL) for a delivery of workshops and trainings to ensure sworn personnel maintain proficiency with all core competencies. We aim to continue to monitor the training offerings provided by the Education and Training Department to ensure the most relevant and beneficial programs are available to our officers. These training courses incorporate the essential Race and Social Justice (RSJI) component, empowering our officers to establish stronger connections with the community and enhancing their awareness of societal issues.

## Develop and Implement a Diversity, Equity, and Inclusion (DEI) Plan

As we move forward in the development of a Rational Policing Plan, it is a priority to incorporate a comprehensive Diversity, Equity, and Inclusion (DEI) strategy. This plan will serve as a fundamental framework to ensure fair and just law enforcement practices, fostering a more inclusive and equitable environment for both our officers and the communities we serve. By actively integrating DEI principles, we aim to strengthen community relationships, promote understanding, and eliminate biases within our department.

# Exhibit B



# Advancing Diversity, Equity, and Inclusion in Community Engagement Practices:
## Components, Significance, and Accountability Measures

### A Comprehensive Guide for Law Enforcement Agencies

Lubna M. Mahadeen, MPA, MBA
Strategic Advisor

Seattle Police Department

January 31, 2024

# Table of contents

Scope                                                                          03
Purpose of the Manual                                                          04
Introduction                                                                   05
The objectives of this manual                                                  06
Summary of Components of a DEI Program for a Police Department                 07
Comprehensive Overview: Components of a DEI Program in Police Departments      08

1. Policy and Governance                                                       10
1.1 Diversity Statement                                                        13
1.2 DEI Committee                                                              18
1.3 Policy Review                                                              25
1.4 Leadership Training                                                        33

2.0 Recruitment and Hiring Practices                                           40
2.1 Diverse Recruitment Strategies                                             42
2.2 Implicit Bias Training for Recruiters                                      48
2.3 Community Partnerships                                                     54
2.4 Transparency in Hiring                                                     60

3.0 Training and Education                                                     66
3.1 Cultural Competency Training                                              69
3.2 Implicit Bias Training                                                    75
3.3 Inclusive Policing Practices                                             81
3.4 Ongoing Education                                                        87

4. Community Engagement                                                      93
4.1 Community Advisory Boards                                                96
4.2 Cultural Awareness Events                                                102
4.3 Collaborative Problem-Solving                                            108
4.4 Crisis Intervention Teams                                                114

5. Accountability and Evaluation                                             120
5.1 Data Collection and Analysis                                             122
5.2 Regular Audits and Reviews                                               128
5.3 Community Feedback Mechanisms                                            133
5.4 Performance Metrics                                                      139

Organizational Structure for DEI Leadership                                  145
Conclusion                                                                   147
Glossary                                                                     148
Additional References and Supportive Materials                              151

## Scope

The scope of this manual includes a comprehensive exploration of community engagement practices within law enforcement agencies. It explores various strategies and initiatives aimed at fostering positive relationships between police departments and the communities they serve. The manual covers topics such as the establishment of Community Advisory Boards, cultural awareness events, collaborative problem-solving approaches, crisis intervention teams, accountability mechanisms through data collection and analysis, community feedback mechanisms, and performance metrics. Each section provides insights into the components and significance of these practices, offering guidance for law enforcement agencies seeking to enhance their community engagement efforts.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# Purpose of the Manual

The purpose of the Diversity, Equity, and Inclusion (DEI) manual is to provide comprehensive guidance and resources for promoting diversity, equity, and inclusion within an organization. This manual aims to outline the principles, strategies, and best practices necessary for fostering a culture of diversity and inclusivity, both internally among staff members and externally in interactions with stakeholders and the community.  Key objectives of the DEI manual include:

1. **Establishing a Framework:**
   The manual will establish a framework for understanding and implementing diversity, equity, and inclusion initiatives within the organization. It will define key terms, concepts, and principles related to DEI and provide a roadmap for integrating these principles into all aspects of organizational culture, policies, and practices.

2. **Promoting Awareness and Education**:
   The manual will serve as a resource for raising awareness and promoting education on issues of diversity, equity, and inclusion. It will provide information on the importance of DEI in fostering a respectful and inclusive work environment, addressing unconscious biases, and promoting cultural competence among staff members.

3. **Providing Guidance for Implementation**:
   The manual will offer practical guidance and strategies for implementing DEI initiatives within the organization. It will outline steps for assessing current practices, identifying areas for improvement, and developing action plans to address diversity and inclusion challenges effectively.

4. **Supporting Accountability and Evaluation**:
   The manual will emphasize the importance of accountability and evaluation in DEI efforts. It will provide guidance on establishing performance metrics, tracking progress over time, and conducting regular audits and reviews to ensure that DEI goals are being met and that efforts are aligned with organizational values and objectives.

5. **Fostering Collaboration and Engagement**:
   The manual will encourage collaboration and engagement among staff members, leadership, and stakeholders in advancing DEI goals. It will provide strategies for fostering dialogue, building partnerships, and engaging with diverse communities to ensure that DEI efforts are inclusive, responsive, and sustainable.

By providing comprehensive guidance and resources, the DEI manual aims to empower organizations to create inclusive and equitable environments where all individuals feel valued, respected, and supported in achieving their full potential.

# Introduction

Diversity, Equity, and Inclusion (DEI) are foundational pillars of any organization striving for excellence, innovation, and social responsibility. In today's dynamic and interconnected world, embracing diversity, promoting equity, and fostering inclusivity are not just moral imperatives but also strategic advantages. Organizations that prioritize DEI not only improve a more engaged and resilient workforce but also enhance their ability to adapt, collaborate, and thrive in diverse environments.

This manual serves as a comprehensive guide for organizations committed to building and sustaining cultures of diversity, equity, and inclusion. Whether you are a seasoned DEI practitioner or embarking on your organization's DEI journey, this manual offers valuable insights, resources, and strategies to support your efforts.

The purpose of this manual is twofold: to provide a framework for understanding and implementing DEI initiatives within organizations and to offer practical guidance for fostering inclusive and equitable environments. By outlining key concepts, principles, and best practices, this manual aims to empower organizations to create workplaces where all individuals feel valued, respected, and empowered to contribute their unique perspectives and talents.

Throughout this manual, you will find:

1. **Definitions and Concepts**: We will define key terms and concepts related to diversity, equity, and inclusion, providing clarity and context for understanding DEI principles and practices.
2. **Strategies and Best Practices:** We will explore strategies and best practices for promoting diversity, equity, and inclusion within organizations, offering practical guidance for implementing DEI initiatives and addressing challenges effectively.
3. **Tools and Resources:** We will provide tools, templates, and resources to support organizations in assessing their DEI efforts, developing action plans, and measuring progress over time.
4. **Commitment to Continuous Learning:** Finally, we recognize that DEI is an ongoing journey of learning and growth. As such, this manual will emphasize the importance of continuous learning, reflection, and adaptation in advancing DEI goals and fostering inclusive organizational cultures.

We invite you to explore this manual with an open mind and a commitment to action. Together, we can create workplaces where diversity is celebrated, equity is prioritized, and inclusion is the norm. Let us embark on this journey toward a more diverse, equitable, and inclusive future—together.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# OBJECTIVES

1. **To Enhance Community Engagement:**
   The manual aims to promote active involvement and collaboration between law enforcement agencies and the communities they serve through various engagement practices.

2. **To Ensure Accountability and Transparency:**
   It seeks to establish systems for data collection, regular audits, community feedback mechanisms, and performance metrics to hold law enforcement accountable for their actions and decisions.

3. **To Identify and Address Disparities:**
   By collecting and analyzing data on officer demographics, citizen complaints, and use of force incidents, the manual aims to identify disparities and biases within policing practices and implement strategies to address them.

4. **To Improve Police-Community Relations:**
   Through community feedback mechanisms and cultural awareness events, the manual aims to foster trust, mutual understanding, and positive relationships between law enforcement agencies and the communities they serve.

5. **To Promote Diversity, Equity, and Inclusion:**
   By setting measurable goals and benchmarks related to diversity, equity, and inclusion, the manual aims to create a more inclusive and equitable environment within law enforcement agencies and their interactions with the community.

6. **To Ensure Continuous Improvement:**
   The manual seeks to facilitate ongoing evaluation, learning, and adaptation within law enforcement agencies by promoting regular audits, reviews, and performance monitoring to identify areas for improvement and enhance effectiveness.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# Summary of Components of a Diversity, Equity, and Inclusion (DEI) Program for a Police Department

1. **Policy and Governance:**

   Establishing formal policies and governance structures to prioritize diversity, equity, and inclusion within the police department.

2. **Recruitment and Hiring Practices:**

   Implementing strategies to attract and hire a diverse workforce reflective of the community served.

3. **Training and Education:**

   Providing ongoing training and education for officers and staff to promote cultural competency, implicit bias awareness, and inclusive practices.

4. **Community Engagement:**

   Engaging with diverse communities through outreach, partnership-building, and collaborative problem-solving efforts.

5. **Accountability and Evaluation:**

   Establishing mechanisms to monitor, evaluate, and hold the department accountable for progress towards DEI goals.

# Comprehensive Overview: Components of a Diversity, Equity, and Inclusion (DEI) Program in Police Departments

## 1. Policy and Governance:

**1.1 Diversity Statement**: Formal commitment from department leadership to prioritize diversity, equity, and inclusion in all aspects of operations.

**1.2 DEI Committee**: Establishing a dedicated committee or task force responsible for overseeing DEI initiatives, setting goals, and evaluating progress.

**1.3 Policy Review**: Regular review of department policies and procedures to identify and address any barriers to diversity, equity, and inclusion.

**1.4 Leadership Training**: Providing leadership training to ensure that department leaders understand and champion DEI efforts.

## 2. Recruitment and Hiring Practices:

**2.1 Diverse Recruitment Strategies**: Implementing targeted outreach efforts to recruit candidates from underrepresented communities.

**2.2 Implicit Bias Training for Recruiters**: Training recruiters to recognize and mitigate implicit biases in the hiring process.

**2.3 Community Partnerships:** Collaborating with community organizations to identify potential candidates and promote career opportunities within the department.

**2.4 Transparency in Hiring**: Ensuring transparency and fairness in the hiring process to build trust with applicants and the community.

## 3. Training and Education:

**3.1 Cultural Competency Training**: Providing regular training to enhance officers' understanding of diverse cultures, backgrounds, and experiences.

**3.2 Implicit Bias Training**: Offering training sessions to help officers recognize and address unconscious biases in their interactions with the public.

**3.3 Inclusive Policing Practices:** Training officers on de-escalation techniques, conflict resolution, and communication skills to promote respectful and equitable interactions.

**3.4 Ongoing Education**: Providing ongoing education opportunities to keep officers updated on best practices and emerging issues related to diversity, equity, and inclusion.

## 4. Community Engagement:

**4.1 Community Advisory Boards**: Establishing advisory boards or councils comprised of community members from diverse backgrounds to provide feedback and input on policing practices.

**4.2 Cultural Awareness Events:** Hosting community events and forums to promote cultural understanding and dialogue between police and community members.

**4.3 Collaborative Problem-Solving**: Partnering with community organizations and stakeholders to address specific issues or concerns within neighborhoods.

**4.4 Crisis Intervention Teams**: Training officers to respond effectively to crisis situations involving individuals from diverse backgrounds, including those with mental health issues or disabilities.

## 5. Accountability and Evaluation:

**5.1 Data Collection and Analysis**: Collecting data on officer demographics, citizen complaints, and use of force incidents to identify patterns and disparities.

**5.2 Regular Audits and Reviews:** Conducting regular audits and reviews of departmental practices to ensure compliance with DEI policies and goals.

**5.3 Community Feedback Mechanisms**: Establishing channels for community members to provide feedback on their interactions with police and suggest areas for improvement.

**5.4 Performance Metrics**: Establishing measurable goals and performance metrics related to diversity, equity, and inclusion, and tracking progress over time.

By addressing these components comprehensively and consistently, police departments can create a more inclusive and equitable environment for both officers and the communities they serve, leading to improved trust, safety, and outcomes for all stakeholders.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# 1. Policy and Governance:

The policy and Governance in the DEI program consist of the following:

**1.1** **Diversity Statement**: Formal commitment from department leadership to prioritize diversity, equity, and inclusion in all aspects of operations.

**1.2** **DEI Committee**: Establishing a dedicated committee or task force responsible for overseeing DEI initiatives, setting goals, and evaluating progress.

**1.3** **Policy Review**: Regular review of department policies and procedures to identify and address any barriers to diversity, equity, and inclusion.

**1.4** **Leadership Training**: Providing leadership training to ensure that department leaders understand and champion DEI efforts.

# 1. Policy and Governance:

## 1.1 Diversity Statement:

A Diversity Statement is a formal declaration by the department leadership demonstrating their commitment to diversity, equity, and inclusion (DEI) principles. It serves as a foundational document that outlines the department's values and aspirations regarding diversity and inclusivity. The statement should clearly articulate the department's stance on fostering a culture of respect, fairness, and equity among its officers and staff, as well as in its interactions with the community. It should be prominently displayed in official communications, such as mission statements, websites, and recruitment materials, to signal the department's dedication to DEI to both internal and external stakeholders.

## 1.2 DEI Committee:

The establishment of a dedicated DEI Committee or Task Force is essential for ensuring that DEI initiatives are effectively implemented and supported within the department. This committee is responsible for:

- Overseeing the development and implementation of DEI initiatives, policies, and programs.
- Setting (SMART) goals, specific, measurable, achievable, relevant, and time-bound related to diversity, equity, and inclusion.
- Identifying barriers and challenges to DEI within the department and developing strategies to address them.
- Monitoring and evaluating efforts towards DEI goals and objectives through regular assessments and reporting processes.
- Serving as a liaison between department leadership, officers/staff, and community stakeholders on DEI-related matters.

The committee should be composed of representatives from diverse backgrounds, including officers, staff members, community leaders, and DEI experts, to ensure a comprehensive and inclusive approach to decision-making and problem-solving.

## 1.3 Policy Review:

Regular review of department policies and procedures is crucial to identify and address any barriers or biases that may hinder diversity, equity, and inclusion within the organization. This involves:

- Conducting comprehensive audits of existing policies and practices to assess their alignment with DEI principles.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

- Identifying areas where policies may unintentionally enable systemic biases or disparities.
- Soliciting feedback from officers, staff members, and community stakeholders on the impact of existing policies on diversity and inclusion through outreach and engagement.
- Updating or revising policies as needed to ensure they reflect best practices in promoting diversity, equity, and inclusion.
- Providing training and resources to officers and staff to ensure they understand and comply with updated policies.

Policy review should be an ongoing, iterative process that is integrated into the department's broader DEI strategy, with mechanisms in place to ensure accountability and transparency in decision-making.

## 1.4 Leadership Training:

Effective leadership training is essential to ensure that department leaders understand, support, and champion DEI efforts within the organization. This includes:

- Providing training sessions or workshops specifically tailored to the needs of department leaders, such as executives, commanders, and supervisors.
- Covering topics such as unconscious bias awareness, inclusive leadership practices, cultural competency, and fostering diversity in the workplace.
- Empowering leaders to model inclusive behaviors, promote open communication, and create opportunities for diverse voices to be heard. (i.e. continuous engagement with staff/ officers in precincts during roll-call meetings).
- Incorporating DEI principles into leadership development programs, performance evaluations, and promotion criteria to reinforce their importance.
- Providing ongoing support and resources to leaders as they navigate DEI-related challenges and opportunities within the department.

Leadership training should be viewed as an investment in building a culture of inclusivity and equity within the department, with leaders serving as role models and change agents in advancing DEI goals and objectives.

## 1.1 Diversity Statement

A Diversity Statement is a formal declaration by the department leadership demonstrating their commitment to diversity, equity, and inclusion (DEI) principles. It serves as a foundational document that outlines the department's values and aspirations regarding diversity and inclusivity. The statement should clearly articulate the department's stance on fostering a culture of respect, fairness, and equity among its officers and staff, as well as in its interactions with the community. It should be prominently displayed in official communications, such as mission statements, websites, and recruitment materials, to signal the department's dedication to DEI to both internal and external stakeholders.

A Diversity Statement is more than just a symbolic gesture; it is a foundational document that sets the tone for the entire organization's approach to diversity, equity, and inclusion (DEI). Here's a deeper look into the components and significance of a Diversity Statement:

### 1.1.1 Components

1. **Values and Beliefs**: The statement should articulate the department's core values and beliefs regarding diversity, equity, and inclusion. This may include principles such as respect for all individuals, appreciation for diverse perspectives, empathy, collaboration, accountability and a commitment to fairness and equity.

2. **Commitment to Action**: Beyond mere words, the Diversity Statement should express a genuine commitment to taking concrete actions to promote diversity, equity, and inclusion within the organization. This may include initiatives such as diversifying recruitment and hiring practices, providing training on implicit bias and cultural competency, and fostering an inclusive workplace culture.

3. **Responsibility and Accountability**: The statement should emphasize that diversity, equity, and inclusion are not only the responsibility of the department's leadership but also of every member of the organization. It should hold individuals and the department accountable for upholding these values in all aspects of operations and interactions.

4. **Alignment with Organizational Goals**: The Diversity Statement should align with the department's broader mission, vision, and strategic goals. It should demonstrate how diversity, equity, and inclusion contribute to achieving the department's objectives and fulfilling its mandate to serve and protect the community.

### 1.1.1 Components

**1. Values and Beliefs:**

    **A.  Respect for All Individuals:**

- **Inclusivity:** Embrace individuals from all backgrounds, identities, and perspectives, fostering an environment where everyone feels valued and respected.
- **Dignity:** Affirm the inherent worth and dignity of every individual, regardless of race, gender, ethnicity, sexual orientation, religion, disability, or socio-economic status.
- **Empathy:** Cultivate empathy and understanding towards the experiences and challenges faced by individuals from marginalized or underrepresented groups.

    **B.  Appreciation for Diverse Perspectives:**

- **Open-mindedness:** Encourage open-mindedness and receptiveness to diverse viewpoints, recognizing that diverse perspectives lead to innovation, creativity, and better decision-making.
- **Learning Culture:** Promote a culture of continuous learning and dialogue, where individuals engage in constructive conversations about diversity, equity, and inclusion, and actively seek to broaden their understanding of different experiences and perspectives.

    **C.  Commitment to Fairness and Equity:**

- **Equality of Opportunity:** Advocate for equal opportunities for all individuals within the organization, ensuring that hiring, promotion, and advancement processes are fair and free from bias.
- **Equity:** Recognize and address systemic barriers and inequities that may disproportionately affect certain groups, striving to create a more equitable and inclusive workplace where everyone has the chance to thrive.

**2. Commitment to Action:**

- **Diversifying Recruitment and Hiring Practices:** Implement strategies to attract and retain diverse talent, including proactive outreach to underrepresented communities, bias-free recruitment processes, and the establishment of diversity goals and metrics.
- **Training and Development:** Provide comprehensive training programs on topics such as unconscious bias, cultural competency, inclusive leadership, and mitigating discrimination and harassment.
- **Inclusive Workplace Culture:** Foster a culture of inclusion where all employees feel valued, supported, and empowered to contribute their unique perspectives and talents to the organization.

**3. Responsibility and Accountability:**
- **Shared Responsibility:** Emphasize that promoting diversity, equity, and inclusion is a collective responsibility that extends to all members of the organization, from leadership to frontline staff.
- **Accountability Mechanisms:** Establish clear accountability mechanisms, such as diversity task forces, regular progress assessments, and transparent reporting structures, to ensure that DEI goals are met and sustained over time.

**4. Alignment with Organizational Goals:**
- **Strategic Integration:** Demonstrate how diversity, equity, and inclusion align with the organization's broader mission, vision, and strategic objectives, illustrating how a diverse and inclusive workforce contributes to organizational success and effectiveness.
- **Community Impact:** Highlight the role of the organization in promoting diversity, equity, and inclusion not only internally but also in its interactions with the community, emphasizing the importance of building trust and fostering positive relationships with diverse stakeholders.

By addressing these components in detail, the DEI document can serve as a comprehensive roadmap for fostering a culture of diversity, equity, and inclusion within the organization, guiding both leadership and employees in their efforts to create a more equitable and inclusive workplace.

**1.1.2 Significance**

1. **Establishing Organizational Identity**: The Diversity Statement serves as a declaration of the department's identity and values, both internally and externally. It communicates to officers, staff, and the community what the department stands for and what it aspires to achieve in terms of diversity, equity, and inclusion.

2. **Setting Expectations**: By clearly conveying the department's commitment to diversity, equity, and inclusion, the Diversity Statement sets clear expectations for behavior and conduct within the organization. It establishes a standard of behavior that all members are expected to uphold.

3. **Guiding Decision-Making:** The Diversity Statement provides a guiding framework for decision-making at all levels of the organization. It helps leaders and managers make informed choices that prioritize diversity, equity, and inclusion in policies, practices, and initiatives.

4. **Building Trust and Confidence:** A strong Diversity Statement can enhance trust and confidence in the department among officers, staff, and the community. It signals to stakeholders that the department is committed to fairness, respect, and inclusivity in its operations and interactions.

Overall, a Diversity Statement is a powerful tool for shaping organizational culture, driving behavior change, and advancing diversity, equity, and inclusion within a police department. It serves as a guiding document that informs and inspires action, both internally and externally, in pursuit of a more inclusive and equitable workplace and community.

Establishing a DEI (Diversity, Equity, and Inclusion) Committee within a police department is a critical step toward embedding DEI principles into the core operations and culture of the organization. Here's an in-depth exploration of the components and significance of a DEI Committee:

**1.1.2 Significance:**

**1. Establishing Organizational Identity:**
- **Internal Communication:** Communicates the department's values and identity to officers and staff, fostering a sense of belonging and alignment with organizational goals.
- **External Communication:** Sends a clear message to the community about the department's commitment to diversity, equity, and inclusion, building trust and credibility.

**2. Setting Expectations:**
- **Behavioral Standards:** Establishes behavioral expectations and norms related to diversity, equity, and inclusion, guiding interactions and relationships within the organization.
- **Performance Evaluation:** Provides a basis for assessing individual and organizational performance in relation to DEI goals, reinforcing accountability and responsibility.

**3. Guiding Decision-Making:**
- **Policy Development:** Informs the development of policies and procedures to ensure they align with DEI principles and goals, promoting fairness and equity in all aspects of operations.
- **Resource Allocation:** Guides resource allocation decisions to prioritize initiatives and programs that advance diversity, equity, and inclusion, maximizing impact and effectiveness.

**4. Building Trust and Confidence:**
- **Stakeholder Relations:** Enhances trust and confidence among officers, staff, and the community by demonstrating a commitment to fairness, respect, and inclusivity.
- **Community Engagement:** Fosters positive relationships with diverse stakeholders by actively involving them in DEI initiatives and decision-making processes, promoting transparency and accountability.

Overall, the Diversity Statement serves as a foundational document that shapes organizational culture, informs decision-making, and builds trust and confidence both internally and externally. By emphasizing the importance of diversity, equity, and inclusion, the department can create a more inclusive and equitable workplace and community.

## 1.2 DEI Committee:

The establishment of a dedicated DEI Committee or Task Force is essential for ensuring that DEI initiatives are effectively implemented and sustained within the department. This committee is responsible for:

- Overseeing the development and implementation of DEI initiatives, policies, and programs.
- Setting (SMART) goals, specific, measurable, achievable, relevant, and time-bound related to diversity, equity, and inclusion.
- Identifying barriers and challenges to DEI within the department and developing strategies to address them.
- Monitoring and evaluating progress towards DEI goals and objectives through regular assessments and reporting mechanisms.
- Serving as a liaison between department leadership, officers/staff, and community stakeholders on DEI-related matters.

The committee should be composed of representatives from diverse backgrounds, including officers, staff members, community leaders, and DEI experts, to ensure a comprehensive and inclusive approach to decision-making and problem-solving.  Here's a deeper look into the components and significance of a DEI Committee:

**1.2.1 Components:**

1. **Composition**: The DEI Committee should be comprised of a diverse range of stakeholders to ensure representation from various backgrounds and perspectives. This may include officers from different ranks, civilian staff, representatives from community organizations, DEI experts, and individuals with lived experiences relevant to the community served.

2. **Responsibilities**:
   - **Overseeing DEI Initiatives**: The committee is tasked with developing, implementing, and monitoring DEI initiatives, policies, and programs throughout the department.

   - **Setting SMART Goals**: It sets specific, measurable, achievable, relevant, and time-bound goals related to diversity, equity, and inclusion, aligning them with the department's overall mission and objectives.

   - **Identifying Barriers**: The committee identifies barriers and challenges to DEI within the department, such as systemic biases or cultural insensitivity, and devises strategies to address them effectively.

   - **Monitoring Progress**: Regular assessments and reporting mechanisms are established to monitor and evaluate progress towards DEI goals and objectives. This includes analyzing data, gathering feedback from stakeholders, and adjusting strategies as necessary.

   - **Liaison Role**: Serving as a bridge between department leadership, officers/staff, and community stakeholders, the committee ensures that DEI considerations are integrated into decision-making processes and practices at all levels.

### 1.2.1 Components:

**1. Composition:**
- **Diverse Representation:** Ensure that the committee includes members from various backgrounds, including different ranks within the department (from officers to senior leadership), civilian staff, representatives from community organizations (such as local advocacy groups or cultural associations), DEI experts (academics or professionals with experience in diversity, equity, and inclusion), and individuals with lived experiences relevant to the community served (such as members of marginalized or underrepresented groups).

- **Inclusive Recruitment:** Implement inclusive recruitment practices to ensure that all members of the department have the opportunity to participate in the committee. This may involve outreach efforts to encourage participation from individuals who may traditionally be underrepresented or marginalized within the department.

- **Training and Support:** Provide training and support to committee members to equip them with the necessary knowledge, skills, and tools to effectively fulfill their roles. This may include workshops or seminars on topics such as unconscious bias, cultural competency, effective communication, conflict resolution, and leadership development.

**2. Responsibilities:**
- **Overseeing DEI Initiatives:** Take the lead in developing, implementing, and monitoring DEI initiatives, policies, and programs throughout the department. This includes conducting regular assessments of current practices, identifying areas for improvement, and developing action plans to address them.

- **Setting SMART Goals:** Work collaboratively to set specific, measurable, achievable, relevant, and time-bound goals related to diversity, equity, and inclusion. These goals should be aligned with the department's overall mission and strategic objectives and should reflect the needs and priorities of the department and the community it serves.

- **Identifying Barriers:** Identify barriers and challenges to DEI within the department, such as systemic biases, cultural insensitivity, or institutionalized discrimination. Conduct thorough assessments to understand the root causes of these barriers and develop strategies to address them effectively.

- **Monitoring Progress:** Establish regular monitoring and evaluation mechanisms to track progress towards DEI goals and objectives. This may involve collecting and analyzing data,

gathering feedback from stakeholders, conducting surveys or focus groups, and preparing reports to document progress and identify areas for improvement.

- **Liaison Role:** Serve as a liaison between department leadership, officers/staff, and community stakeholders on DEI-related matters. Facilitate open communication and collaboration between all stakeholders, ensuring that DEI considerations are integrated into decision-making processes and practices at all levels of the department. (i.e. through precinct visits to engage with officers in conversations as a group or one-on-one meetings).

By fulfilling these responsibilities, the DEI Committee plays a crucial role in advancing diversity, equity, and inclusion within the department, fostering a culture of respect, fairness, and belonging for all members. Its efforts contribute to the department's overall mission of serving and protecting the community with integrity and professionalism.

**1.2.2 Significance:**

1. **Holistic Approach**: By bringing together diverse perspectives and expertise, the DEI Committee ensures that DEI initiatives are comprehensive and inclusive, addressing the multifaceted aspects of diversity, equity, and inclusion within the department.

2. **Accountability and Oversight**: The committee serves as a mechanism for accountability, holding the department accountable for progress towards DEI goals and objectives. Its oversight role ensures that DEI remains a priority and is integrated into day-to-day operations and long-term planning.

3. **Cultural Transformation**: Through its initiatives and advocacy, the DEI Committee drives cultural transformation within the department, fostering a more inclusive and equitable environment where all members feel valued, respected, and empowered to contribute their perspectives and talents.

4. **Community Engagement**: By engaging with community stakeholders, the committee facilitates meaningful dialogue, builds trust, and promotes collaboration between the department and the communities it serves. This engagement is essential for understanding community needs and concerns and tailoring DEI initiatives accordingly.

5. **Continuous Improvement**: The DEI Committee fosters a culture of continuous learning and improvement, regularly evaluating the effectiveness of DEI initiatives and refining strategies based on feedback, data, and evolving best practices.

In summary, the DEI Committee plays a pivotal role in driving organizational change and promoting diversity, equity, and inclusion within a police department. Through its leadership, collaboration, and accountability mechanisms, the committee helps build a more just, equitable, and responsive law enforcement agency that reflects and serves its diverse community effectively.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**1.2.2 Significance:**

**1. Holistic Approach:**
- **Diverse Perspectives:** By bringing together members with diverse backgrounds, experiences, and expertise, the DEI Committee ensures that DEI initiatives consider a wide range of perspectives. This holistic approach helps in identifying and addressing various dimensions of diversity, equity, and inclusion within the department, including race, gender, sexual orientation, disability, socio-economic status, and more.

- **Comprehensive Solutions:** With its diverse composition, the committee can develop comprehensive solutions to complex DEI challenges. By considering multiple viewpoints and experiences, the committee can design initiatives that are inclusive, equitable, and responsive to the needs of all members of the department and the community it serves.

**2. Accountability and Oversight:**
- **Monitoring Progress:** The DEI Committee plays a crucial role in monitoring the department's progress towards its DEI goals and objectives. Through regular assessments, data analysis, and reporting mechanisms, the committee holds the department accountable for its commitments to diversity, equity, and inclusion.

- **Integration into Operations:** By integrating DEI considerations into day-to-day operations and long-term planning, the committee ensures that DEI remains a priority for the department. This accountability mechanism helps in fostering a culture where diversity, equity, and inclusion are valued and upheld by all members of the organization.

**3. Cultural Transformation:**

- **Promoting Inclusivity:** Through its initiatives and advocacy efforts, the DEI Committee promotes a cultural transformation within the department. By fostering an environment where all members feel valued, respected, and empowered to contribute their perspectives and talents, the committee helps create a more inclusive and equitable workplace.

- **Addressing Bias and Discrimination:** The committee works to address systemic biases and discrimination within the department, challenging stereotypes and promoting fairness and equity in all aspects of operations. This cultural shift towards greater inclusivity benefits both departmental personnel and the communities they serve.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

4. **Community Engagement:**
   - **Building Trust:** By engaging with community stakeholders, the DEI Committee helps build trust and promote positive relationships between the department and the communities it serves. This engagement is essential for understanding community needs and concerns, enhancing transparency, and fostering collaboration on DEI-related initiatives.

   - **Tailoring Initiatives:** Through dialogue with community members, the committee can tailor DEI initiatives to better meet the specific needs and preferences of different demographic groups. This ensures that DEI efforts are relevant, responsive, and effective in addressing the unique challenges faced by diverse communities.

5. **Continuous Improvement:**
   - **Feedback and Evaluation:** The DEI Committee fosters a culture of continuous learning and improvement by regularly gathering feedback from stakeholders and evaluating the effectiveness of DEI initiatives. This data-driven approach allows the committee to identify areas for improvement and refine strategies based on evolving best practices and community feedback.

   - **Adaptability and Flexibility:** In a rapidly changing environment, the DEI Committee remains adaptable and flexible, adjusting its approaches and priorities as needed to respond to emerging challenges and opportunities. This commitment to continuous improvement ensures that the department remains responsive to the evolving needs of its members and the communities it serves.

In summary, the DEI Committee plays a fundamental role in driving organizational change and promoting diversity, equity, and inclusion within a police department. Through its leadership, collaboration, and accountability mechanisms, the committee helps build a more just, equitable, and responsive law enforcement agency that reflects and serves its diverse community effectively.

## 1.3 Policy Review

Regular review of department policies and procedures is crucial to identify and address any barriers or biases that may hinder diversity, equity, and inclusion within the organization. This involves:

- Conducting comprehensive audits of existing policies and practices to assess their alignment with DEI principles.
- Identifying areas where policies may unintentionally perpetuate systemic biases or disparities.
- Soliciting feedback from officers, staff members, and community stakeholders on the impact of existing policies on diversity and inclusion.
- Updating or revising policies as needed to ensure they reflect best practices in promoting diversity, equity, and inclusion.
- Providing training and resources to officers and staff to ensure they understand and comply with updated policies.

Policy review should be an ongoing, iterative process that is integrated into the department's broader DEI strategy, with mechanisms in place to ensure accountability and transparency in decision-making. Here's a deeper look into the components and significance of the Policy Review:

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**1.3.1 Components:**

1. **Comprehensive Audits**:
   - Conducting regular and thorough audits of existing department policies and procedures to assess their alignment with DEI principles. This involves examining policies with a DEI lens related to recruitment, training, community engagement, use of force, disciplinary procedures, and any other areas relevant to policing practices.

2. **Identification of Biases**:
   - Identifying areas where policies may inadvertently perpetuate systemic biases or disparities. This requires a critical examination of language, assumptions, and underlying principles within policies to uncover any implicit biases that may impact decision-making or outcomes.

3. **Stakeholder Feedback**:
   - Soliciting feedback from officers, staff members, and community stakeholders on the impact of existing policies on diversity and inclusion. This feedback can provide valuable insights into the lived experiences of those affected by department policies and inform necessary revisions or adjustments.

4. **Policy Revision**:
   - Updating or revising policies as needed to ensure they reflect best practices in promoting diversity, equity, and inclusion. This may involve rewriting policies, removing discriminatory language, or introducing new policies to address identified gaps or shortcomings.

5. **Training and Resources**:
   - Providing training and resources to officers and staff to ensure they understand and comply with updated policies. This includes training on the rationale behind policy changes, procedures for implementation, and any new expectations or requirements.

6. **Integration with DEI Strategy**:
   - Policy review should be an ongoing, iterative process that is integrated into the department's broader DEI strategy. It should not be a one-time exercise but rather a continuous effort to adapt and improve policies in response to evolving needs, feedback, and best practices.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 1.3.1 Components:

1. **Comprehensive Audits:**
   - **Recruitment Policies:** Evaluate the effectiveness of recruitment strategies in attracting diverse candidates and identify any biases or barriers that may exist in the recruitment process.
   - **Training Procedures:** Assess whether training programs adequately address diversity, equity, and inclusion topics and ensure equal access to training opportunities for all personnel.
   - **Community Engagement Practices:** Examine the department's efforts to engage with diverse communities and assess the effectiveness of outreach initiatives in building trust and fostering positive relationships.
   - **Use of Force Policies:** Review use of force policies to ensure they prioritize de-escalation techniques, minimize the use of force, and address concerns related to disparate impact on marginalized communities.
   - **Disciplinary Procedures:** Evaluate disciplinary procedures to ensure they are applied consistently and fairly across all demographic groups, without bias or discrimination.
   - **Other Relevant Policing Practices:** Consider additional policies and practices, such as community policing initiatives or crisis intervention protocols, to assess their impact on diversity, equity, and inclusion within the department.

2. **Identification of Biases:**
   - **Language Analysis:** Scrutinize policy language for bias or discriminatory terminology and identify areas where language may inadvertently reinforce stereotypes or perpetuate systemic biases.
   - **Assumption Examination:** Challenge underlying assumptions in policies to uncover implicit biases that may influence decision-making processes or contribute to disparities in outcomes.
   - **Impact Assessment:** Analyze the impact of policies on different demographic groups to identify disparities in treatment or outcomes and assess the effectiveness of policies in promoting equity and inclusion.
   - **Data Analysis:** Examine data related to policy implementation, such as disciplinary actions or use of force incidents, to identify patterns or trends that may indicate bias or disparate treatment.
   - **Stakeholder Interviews:** Conduct interviews with officers, staff, and community members to gather insights into their experiences with department policies and identify areas for improvement or revision.

3. **Stakeholder Feedback:**

- o **Officer Input:** Seek feedback from officers on the front lines to understand their perspectives on how policies are implemented and their impact on day-to-day operations.
- o **Staff Surveys:** Administer surveys to staff members to collect anonymous feedback on their experiences with department policies, training programs, and organizational culture.
- o **Community Forums:** Hold community meetings or forums to provide opportunities for community members to voice their opinions, share concerns, and provide input on department policies and practices.
- o **Focus Groups:** Facilitate focus group discussions with diverse groups within the community to gain insights into their perceptions of law enforcement and identify areas for collaboration or improvement.
- o **Anonymous Feedback Mechanisms:** Establish channels for individuals to provide feedback anonymously to encourage honest and candid responses from those who may be hesitant to speak out publicly.

4. **Policy Revision:**
- o **Language Revision:** Update policy language to remove biased or discriminatory terminology and ensure clarity, inclusivity, and cultural sensitivity.
- o **Inclusion of Diversity Statements:** Integrate diversity statements or affirmations of commitment to equity and inclusion into policy documents to signal the department's values and aspirations.
- o **Introduction of New Policies:** Develop new policies or revise existing ones to address identified gaps or shortcomings and align with best practices in promoting diversity, equity, and inclusion.
- o **Policy Alignment:** Ensure that policies are consistent with legal requirements, departmental goals, and community expectations, and that they promote fairness, transparency, and accountability.
- o **Collaboration with Legal Experts:** Consult with legal experts or stakeholders to review policy changes and ensure compliance with relevant laws, regulations, and constitutional principles.

5. **Training and Resources:**
- o **Training Workshops:** Provide training sessions or workshops to educate personnel on policy changes, DEI principles, and best practices for implementation.
- o **Educational Materials:** Develop educational resources, such as manuals, handbooks, or online modules, to support ongoing learning and development on diversity, equity, and inclusion topics.

- o **Online Resources:** Offer access to online resources, webinars, or digital libraries to facilitate self-paced learning and provide additional support for personnel seeking to deepen their understanding of DEI issues.
- o **Guest Speakers:** Invite subject matter experts, community leaders, or diversity practitioners to deliver presentations or facilitate discussions on relevant topics and share insights and best practices.
- o **Simulation Exercises:** Organize scenario-based training exercises or role-playing simulations to help personnel apply policy changes in realistic scenarios and practice inclusive decision-making and conflict resolution skills.

6. **Integration with DEI Strategy:**
   - o **Strategic Planning Sessions:** Hold strategic planning sessions or workshops to align policy review efforts with broader DEI goals and objectives and ensure coordination across departmental initiatives.
   - o **Cross-Department Collaboration:** Collaborate with other departments, committees, or external partners working on diversity, equity, and inclusion initiatives to leverage resources, share best practices, and promote synergies.
   - o **Regular Reviews:** Establish mechanisms for regular policy reviews, updates, and assessments to monitor progress, track outcomes, and adapt strategies in response to changing needs, feedback, or emerging trends.
   - o **Performance Metrics:** Develop performance indicators or metrics to measure the impact of policy changes on diversity, equity, and inclusion goals and outcomes and evaluate the effectiveness of policy implementation efforts.
   - o **Continuous Improvement:** Foster a culture of continuous improvement by encouraging ongoing feedback, reflection, and learning, and by promoting accountability, transparency, and shared ownership of DEI goals and initiatives throughout the organization.

By addressing these components in detail, the policy review process can serve as a robust framework for promoting diversity, equity, and inclusion within the department, driving organizational change, and advancing the department's mission and objectives in service to the community.

**1.3.2 Significance:**

1. **Alignment with DEI Principles**:
   - Regular policy review ensures that department policies are aligned with DEI principles and contribute to creating a more inclusive and equitable organizational culture. It helps identify and rectify any policies that may unintentionally enable biases or disparities.

2. **Transparency and Accountability**:
   - By incorporating stakeholder feedback and conducting transparent audits, policy review processes enhance accountability and transparency within the department. Officers, staff, and community members have a voice in shaping department policies and ensuring they reflect the values of fairness, equity, and respect.

3. **Adaptability and Responsiveness**:
   - Policy review enables the department to adapt to changing circumstances, emerging issues, and evolving best practices in DEI. It allows for timely adjustments to policies to address new challenges or opportunities and ensures that the department remains responsive to the needs of its diverse community.

4. **Professional Development**:
   - Providing training and resources as part of the policy review process enhances officers' and staff's understanding of DEI principles and their ability to apply them in their daily duties. This contributes to their professional development and promotes a culture of continuous learning within the department.

5. **Enhanced Trust and Confidence**:
   - Transparent and proactive policy review processes demonstrate the department's commitment to accountability and responsiveness, enhancing trust and confidence among officers, staff, and the community. It signals a willingness to listen to feedback, address concerns, and strive for continuous improvement in promoting diversity, equity, and inclusion.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**1.3.2 Significance:**

1. **Alignment with DEI Principles:**
   - **Ensuring Inclusivity:** Regular policy review ensures that department policies are in line with diversity, equity, and inclusion (DEI) principles. It helps identify and rectify any policies that may inadvertently perpetuate biases or disparities, fostering a more inclusive and equitable organizational culture.
   - **Promoting Equity:** By aligning policies with DEI principles, the department demonstrates its commitment to promoting fairness, respect, and equal opportunity for all individuals, regardless of background or identity. This alignment helps build trust and confidence among officers, staff, and the community.

2. **Transparency and Accountability:**
   - **Stakeholder Engagement:** Incorporating stakeholder feedback into the policy review process enhances transparency and accountability within the department. Officers, staff, and community members have a voice in shaping department policies, ensuring that they reflect the values of fairness, equity, and respect.
   - **Audits for Oversight:** Conducting transparent audits of policies and practices further enhances accountability by providing insight into how policies are implemented and their impact on diverse stakeholders. This transparency fosters trust and confidence in the department's commitment to DEI.

3. **Adaptability and Responsiveness:**
   - **Addressing Emerging Issues:** Policy review enables the department to adapt to changing circumstances, emerging issues, and evolving best practices in DEI. It allows for timely adjustments to policies to address new challenges or opportunities, ensuring that the department remains responsive to the needs of its diverse community.
   - **Flexibility in Implementation:** By regularly reviewing and updating policies, the department can ensure that its practices remain relevant and effective in addressing the evolving needs of the community. This flexibility promotes agility and innovation in DEI initiatives.

4. **Professional Development:**
   - **Training and Resources:** Providing training and resources as part of the policy review process enhances officers' and staff's understanding of DEI principles and their ability to apply them in their daily duties. This investment in professional development promotes a culture of continuous learning within the department, fostering growth and skill development among personnel.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

- o **Skill Enhancement:** Training on DEI topics equips officers and staff with the knowledge and skills needed to navigate diverse situations sensitively and effectively. This contributes to their professional competence and enhances their ability to serve the community with integrity and respect.

5. **Enhanced Trust and Confidence:**
   - o **Demonstrating Commitment:** Transparent and proactive policy review processes demonstrate the department's commitment to accountability and responsiveness in promoting diversity, equity, and inclusion. By actively seeking feedback, addressing concerns, and striving for continuous improvement, the department enhances trust and confidence among officers, staff, and the community.
   - o **Building Community Relationships:** Engaging stakeholders in the policy review process fosters positive relationships with the community. By soliciting input and considering diverse perspectives, the department demonstrates its willingness to listen and collaborate, strengthening trust and confidence in its ability to serve all members of the community equitably.

By addressing these components, the policy review process becomes more than just a bureaucratic exercise; it becomes a catalyst for positive change, driving the department towards a more inclusive, equitable, and effective approach to policing.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 1.4 Leadership Training:

Effective leadership training is essential to ensure that department leaders understand, support, and champion DEI efforts within the organization. This includes:

- Providing training sessions or workshops specifically tailored to the needs of department leaders, such as executives, commanders, and supervisors.
- Covering topics such as unconscious bias awareness, inclusive leadership practices, cultural competency, and fostering diversity in the workplace.
- Empowering leaders to model inclusive behaviors, promote open communication, and create opportunities for diverse voices to be heard.
- Incorporating DEI principles into leadership development programs, performance evaluations, and promotion criteria to reinforce their importance.
- Providing ongoing support and resources to leaders as they navigate DEI-related challenges and opportunities within the department.

Leadership training should be viewed as an investment in building a culture of inclusivity and equity within the department, with leaders serving as role models and change agents in advancing DEI goals and objectives. Here's a deeper look into the components and significance of a DEI Committee:

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 1.4.1 Components:

1. **Tailored Training Sessions**:
   - Providing training sessions or workshops specifically tailored to the needs of department leaders, including executives, commanders, and supervisors. These sessions should address the unique challenges and responsibilities that leaders face in promoting diversity, equity, and inclusion within their teams and throughout the organization.

2. **Topic Coverage**:
   - Covering a range of topics essential for effective leadership in DEI, such as unconscious bias awareness, inclusive leadership practices, cultural competency, and fostering diversity in the workplace. Leaders need to understand how their own biases and behaviors impact their decision-making and team dynamics, as well as how to create an inclusive environment where all individuals feel valued and respected.

3. **Behavioral Modeling**:
   - Empowering leaders to model inclusive behaviors, promote open communication, and create opportunities for diverse voices to be heard within the department. Leaders set the tone for organizational culture and play a crucial role in shaping attitudes and behaviors towards diversity and inclusion among their teams.

4. **Integration with Development Programs**:
   - Incorporating DEI principles into leadership development programs, performance evaluations, and promotion criteria to reinforce their importance. DEI should be woven into the fabric of leadership development initiatives, ensuring that leaders are evaluated and rewarded based on their commitment to fostering an inclusive and equitable workplace.

5. **Ongoing Support and Resources**:
   - Providing ongoing support and resources to leaders as they navigate DEI-related challenges and opportunities within the department. This may include access to coaching, mentorship, peer support networks, and relevant literature or research to deepen their understanding of DEI issues and strategies.

### 1.4.1 Components:

1. **Tailored Training Sessions:**
   - **Customized Content:** Providing training sessions or workshops tailored to the needs of department leaders ensures that the content is relevant and applicable to their roles and responsibilities. These sessions should address the unique challenges and opportunities leaders face in advancing DEI within their teams and throughout the organization.
   - **Targeted Audience:** Executives, commanders, and supervisors have distinct leadership roles within the department. Tailoring training sessions to the specific needs of each leadership level ensures that the content resonates with their experiences and equips them with practical strategies for promoting diversity, equity, and inclusion.

2. **Topic Coverage:**
   - **Holistic Approach:** Covering a comprehensive range of topics essential for effective leadership in DEI ensures that leaders develop a well-rounded understanding of the issues at hand. Topics may include unconscious bias awareness, inclusive leadership practices, cultural competency, fostering diversity in the workplace, and addressing systemic inequities.
   - **Relevance to Leadership:** Leaders need to understand how these topics apply to their roles and influence organizational dynamics. For example, learning about unconscious bias can help leaders recognize how their own biases may impact decision-making, while understanding inclusive leadership practices can guide them in creating environments where all team members feel valued and respected.

3. **Behavioral Modeling:**
   - **Leading by Example:** Empowering leaders to model inclusive behaviors is essential for creating a culture of diversity and inclusion within the department. Leaders serve as role models for their teams, and their actions set the tone for organizational culture. By demonstrating inclusive behaviors, such as promoting open communication, valuing diverse perspectives, and creating opportunities for all voices to be heard, leaders can inspire similar behaviors among their team members.

4. **Integration with Development Programs:**
   - **Incorporating DEI Principles:** Integrating DEI principles into leadership development programs, performance evaluations, and promotion criteria reinforces the importance of diversity, equity, and inclusion within the department. Leaders should be evaluated and rewarded based on their commitment to fostering an

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

inclusive and equitable workplace, ensuring that DEI considerations are woven into all aspects of leadership development and advancement.

5. **Ongoing Support and Resources:**
   - **Continuous Learning:** Providing ongoing support and resources to leaders as they navigate DEI-related challenges ensures that they have the tools and knowledge needed to drive meaningful change within the department. This may include access to coaching, mentorship, peer support networks, and relevant literature or research on DEI topics, allowing leaders to deepen their understanding and refine their approach over time.

By addressing these components in leadership training, departments can empower their leaders to effectively champion diversity, equity, and inclusion initiatives, driving positive change throughout the organization.

**1.4.2 Significance:**

1. **Cultural Transformation**:
   - Leadership training serves as a catalyst for cultural transformation within the department, equipping leaders with the knowledge, skills, and mindset needed to champion DEI efforts and drive meaningful change throughout the organization.

2. **Alignment with Organizational Values**:
   - By integrating DEI principles into leadership training, the department reinforces its commitment to diversity, equity, and inclusion as core organizational values. Leaders become ambassadors for these values, embodying them in their actions and decisions.

3. **Enhanced Team Performance**:
   - Inclusive leadership fosters trust, collaboration, and innovation within teams, leading to improved morale, productivity, and outcomes. When leaders prioritize diversity and inclusion, they create environments where all team members can thrive and contribute their best work.

4. **Risk Mitigation**:
   - Effective leadership training helps mitigate risks associated with discrimination, harassment, and other DEI-related issues within the department. Leaders are better equipped to recognize and address biased behavior, creating safer and more equitable work environments for all employees.

5. **Community Engagement and Trust**:
   - Leaders who demonstrate a genuine commitment to DEI principles enhance trust and confidence in the department among community members. By fostering inclusive practices and building diverse teams, leaders strengthen relationships with the communities they serve and promote positive perceptions of law enforcement.

In summary, leadership training plays a pivotal role in shaping organizational culture, driving behavior change, and advancing diversity, equity, and inclusion within a police department. By investing in the development of inclusive leaders, the department lays the foundation for a more equitable and effective law enforcement agency that reflects and serves its diverse community with integrity and respect.

**1.4.2 Significance:**

1. **Cultural Transformation:**
   - **Catalyst for Change:** Leadership training acts as a catalyst for cultural transformation within the department by equipping leaders with the necessary knowledge, skills, and mindset to champion DEI efforts. As leaders embrace inclusive practices and behaviors, they set an example for their teams, fostering a culture where diversity, equity, and inclusion thrive.

2. **Alignment with Organizational Values:**
   - **Reinforcing Commitment:** Integrating DEI principles into leadership training reinforces the department's commitment to diversity, equity, and inclusion as core organizational values. By embedding these principles into leadership development, the department signals its dedication to upholding these values in all aspects of its operations, from recruitment and hiring to service delivery and community engagement.

3. **Enhanced Team Performance:**
   - **Promoting Collaboration:** Inclusive leadership fosters trust, collaboration, and innovation within teams, leading to improved morale, productivity, and outcomes. When leaders prioritize diversity and inclusion, they create environments where all team members feel valued and respected, enabling them to bring their unique perspectives and talents to the table.

4. **Risk Mitigation:**
   - **Creating Safer Work Environments for all employees:** Effective leadership training helps mitigate risks associated with discrimination, harassment, and other DEI-related issues within the department. By equipping leaders with the skills to recognize and address biased behavior, leadership training creates safer and more equitable work environments where all employees can thrive without fear of discrimination or mistreatment.

5. **Community Engagement and Trust:**
   - **Building Positive Relationships:** Leaders who demonstrate a genuine commitment to DEI principles enhance trust and confidence in the department among community members. By fostering inclusive practices and building diverse teams, leaders strengthen relationships with the communities they serve, promoting positive perceptions of law enforcement and enhancing community trust and cooperation.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

In summary, leadership training serves as a cornerstone for shaping organizational culture, driving behavior change, and advancing diversity, equity, and inclusion within a police department. By investing in the development of inclusive leaders, the department lays the foundation for a more equitable and effective law enforcement agency that reflects and serves its diverse community with integrity and respect.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 2. Recruitment and Hiring Practices:

The Recruitment and Hiring Practices in the DEI program consists of the following:

### 2.1   Diverse Recruitment Strategies:
Implementing targeted outreach efforts to recruit candidates from underrepresented communities.

### 2.2   Implicit Bias Training for Recruiters:
Training recruiters to recognize and mitigate implicit biases in the hiring process.

### 2.3   Community Partnerships:
Collaborating with community organizations to identify
potential candidates and promote career opportunities within the department.

### 2.4   Transparency in Hiring:
Ensuring transparency and fairness in the hiring process to build trust with applicants and the community.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 2.    Recruitment and Hiring Practices:

Recruitment and hiring practices within the DEI program are critical for cultivating a diverse, equitable, and inclusive workforce. The strategies employed in this domain aim to attract, select, and retain candidates who reflect the diversity of the community served. Here's a detailed breakdown of the components:

### 2.1 Diverse Recruitment Strategies:

Diverse recruitment strategies involve implementing targeted outreach efforts to attract candidates from underrepresented communities. This may include attending job fairs in diverse neighborhoods, partnering with community organizations, friends/ family, advertising vacancies on platforms frequented by diverse groups, and actively seeking out candidates from diverse backgrounds.

### 2.2 Implicit Bias Training for Recruiters:

Implicit bias training for recruiters is crucial for mitigating unconscious biases that may influence hiring decisions. Recruiters are trained to recognize and address their own biases, as well as biases inherent in recruitment processes, to ensure fair and equitable treatment of all applicants throughout the hiring process.

### 2.3 Community Partnerships:

Collaborating with community organizations is key to identifying potential candidates from diverse backgrounds and promoting career opportunities within the department. By building partnerships and networks with local community groups, schools, and non-profit organizations, the department can tap into networks and resources to reach a broader pool of qualified candidates.

### 2.4 Transparency in Hiring:

Ensuring transparency and fairness in the hiring process is essential for building trust with applicants and the community. This involves clearly communicating job requirements, selection criteria, and evaluation methods to all applicants, providing timely feedback throughout the hiring process, and establishing mechanisms for addressing grievances or concerns related to hiring decisions.

By implementing these practices, the department can enhance the diversity, equity, and inclusivity of its workforce, fostering a culture of belonging where all employees feel valued, respected, and empowered to contribute their unique perspectives and talents.

## 2.1 Diverse Recruitment Strategies:

Diverse recruitment strategies involve implementing targeted outreach efforts to attract candidates from underrepresented communities. This may include attending job fairs in diverse neighborhoods, partnering with community organizations, advertising vacancies on platforms frequented by diverse groups, and actively seeking out candidates from diverse backgrounds.

### 2.1.1 Components:

1. **Targeted Outreach Efforts:** Implementing targeted outreach initiatives to attract candidates from underrepresented communities. This involves identifying recruitment channels frequented by diverse groups and actively engaging with them to promote career opportunities within the department.

2. **Partnerships with Community Organizations:** Collaborating with community organizations, non-profits, and educational institutions to reach potential candidates from diverse backgrounds. These partnerships help expand the recruitment network and facilitate access to talent pools that may otherwise be overlooked.

3. **Advertisement on Diverse Platforms:** Advertising job vacancies on platforms and forums frequented by diverse groups. This includes leveraging social media, community newsletters, ethnic media outlets, and specialized job boards to ensure visibility among diverse audiences.

4. **Inclusive Recruitment Materials:** Developing recruitment materials, such as job postings and promotional materials, that reflect the department's commitment to diversity, equity, and inclusion. Language and imagery should be inclusive and culturally sensitive to resonate with a diverse audience.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.1.1 Components:**

1. **Targeted Outreach Efforts:**
   - **Identifying Recruitment Channels**: Begin by identifying recruitment channels that are frequented by diverse groups within the community. This could involve researching local community centers, cultural events, or online forums where diverse individuals are active.
   - **Engagement with Diverse Groups**: Actively engage with these diverse groups through targeted outreach initiatives. This might involve hosting information sessions, conducting outreach events, or participating in community gatherings to promote career opportunities within the department.
   - **Tailored Messaging**: Customize outreach messages to resonate with the specific interests and needs of the diverse communities you're targeting. Ensure that the language used is inclusive, culturally sensitive, and highlights the department's commitment to diversity and equity.

2. **Partnerships with Community Organizations:**
   - **Identifying Potential Partners**: Identify community organizations, non-profits, and educational institutions that have strong connections with underrepresented communities. This could include ethnic community centers, LGBTQ+ advocacy groups, religious organizations, or minority student associations.
   - **Establishing Collaborative Relationships**: Forge partnerships with these organizations through collaborative initiatives, joint events, or sponsorship opportunities. Work together to develop outreach strategies that effectively reach diverse audiences and promote career opportunities within the department.
   - **Mutual Benefit**: Ensure that partnerships are mutually beneficial, with both parties contributing to the success of recruitment efforts. This could involve providing resources, training opportunities, or support for community initiatives in exchange for assistance with recruitment outreach.

3. **Advertisement on Diverse Platforms:**
   - **Researching Platform Usage**: Research platforms and forums that are popular among diverse groups, including social media platforms, community newsletters, ethnic media outlets, and specialized job boards. Understand how these platforms are used and which demographics they reach.
   - **Crafting Tailored Messages**: Develop recruitment advertisements and postings that are tailored to resonate with diverse audiences. Use inclusive language and imagery that reflects the diversity of the community and highlights the department's commitment to equity and inclusion.

- o **Strategic Placement**: Strategically place advertisements on diverse platforms to maximize visibility among target demographics. Consider timing, frequency, and placement options to ensure that job vacancies reach a wide range of potential candidates.

4. **Inclusive Recruitment Materials:**
   - o **Language and Imagery**: Develop recruitment materials, such as job postings, brochures, and promotional videos, that reflect the department's commitment to diversity, equity, and inclusion. Use language and imagery that is inclusive, culturally sensitive, and representative of diverse communities.
   - o **Accessibility Considerations**: Ensure that recruitment materials are accessible to individuals with disabilities and language barriers. Provide translations, alternative formats, or accommodation as needed to ensure that all individuals can access information about career opportunities within the department.
   - o **Highlighting Diversity Initiatives**: Showcase the department's diversity initiatives, employee resource groups, and inclusive policies in recruitment materials. Highlight opportunities for professional development, support networks, and career advancement for individuals from diverse backgrounds.

In summary, diverse recruitment strategies involve a multi-faceted approach that includes targeted outreach efforts, partnerships with community organizations, advertisement on diverse platforms, and the development of inclusive recruitment materials. By implementing these components effectively, the department can attract candidates from underrepresented communities and build a more inclusive workforce reflecting the diversity within the community it serves.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.1.2 Significance:**

1. **Enhanced Diversity:** Diverse recruitment strategies contribute to building a more inclusive and representative workforce within the department. By actively seeking out candidates from underrepresented communities, the department can broaden its talent pool and reflect the diversity of the communities it serves.

2. **Community Engagement:** Partnering with community organizations and engaging with diverse groups fosters trust and collaboration between the department and the community. It demonstrates a commitment to inclusivity and strengthens relationships with stakeholders, leading to increased community support and cooperation.

3. **Improved Cultural Competency:** Exposure to diverse candidates and communities enhances cultural competency among department personnel. Recruiting individuals with diverse backgrounds brings unique perspectives and experiences to the department, fostering a more culturally competent and responsive workforce that represents the community.

4. **Alignment with Organizational Values:** Diverse recruitment strategies align with the department's commitment to diversity, equity, and inclusion. By prioritizing diversity in recruitment efforts, the department reinforces its values and ensures that its workforce reflects the principles of fairness, respect, and equity.

Overall, diverse recruitment strategies play a vital role in advancing diversity, equity, and inclusion within the department, contributing to a more representative and culturally responsive law enforcement agency. These initiatives not only attract a diverse talent pool but also strengthen community relationships and promote organizational values of inclusivity and fairness.

**2.1.2 Significance:**

1. **Enhanced Diversity:**
   - o **Broader Talent Pool:** Actively seeking out candidates from underrepresented communities ensures that the department has access to a wider range of skills, experiences, and perspectives. This diverse talent pool enriches the department's workforce and enhances its ability to address the complex needs of the community.
   - o **Reflecting Community Diversity:** By recruiting individuals from diverse backgrounds, the department better reflects the diversity of the communities it serves. This not only strengthens community trust and cooperation but also allows the department to better understand and respond to the unique needs and concerns of different demographic groups.

2. **Community Engagement:**
   - o **Trust Building:** Partnering with community organizations and actively engaging with diverse groups demonstrates the department's commitment to inclusivity and fosters trust among community members. This trust is essential for effective community policing, as it encourages residents to collaborate with law enforcement and report crimes without fear of discrimination or bias.
   - o **Community Support:** A commitment to diversity in recruitment efforts can lead to increased community support and cooperation. When residents see that the department values diversity and actively seeks to represent the community's demographics, they are more likely to support law enforcement initiatives and work together with officers to address public safety concerns.

3. **Improved Cultural Competency:**
   - o **Understanding Diversity:** Exposure to diverse candidates and communities enhances cultural competency among department personnel. Officers who have experience working with individuals from different cultural backgrounds are better equipped to communicate effectively, de-escalate conflicts, and build positive relationships with community members.
   - o **Valuing Diversity:** Recruiting individuals with diverse backgrounds sends a powerful message that the department values the contributions of individuals from all cultures, ethnicities, and identities. This promotes a culture of inclusivity within the department and reinforces the idea that diversity is not just tolerated but celebrated and embraced.

4. **Alignment with Organizational Values:**
    o **Commitment to Diversity and Equity:** Prioritizing diversity in recruitment efforts aligns with the department's broader values of fairness, respect, and equity. By actively seeking out candidates from underrepresented communities, the department demonstrates its commitment to providing equal opportunities for all individuals, regardless of background.
    o **Reflecting Organizational Values:** Building a diverse workforce reflects the department's commitment to upholding values of inclusivity and fairness, both internally and in its interactions with the community. When the department's personnel mirror the diversity of the community, it sends a powerful message that everyone is welcome and valued.

In summary, diverse recruitment strategies play a crucial role in promoting diversity, equity, and inclusion within the department and its interactions with the community. By actively seeking out candidates from underrepresented communities, engaging with diverse groups, enhancing cultural competency, and aligning with organizational values, the department can build a more representative and culturally responsive law enforcement agency.

## 2.2 Implicit Bias Training for Recruiters:

Implicit bias training for recruiters is crucial for mitigating unconscious biases that may influence hiring decisions. Recruiters are trained to recognize and address their own biases, as well as biases inherent in recruitment processes, to ensure fair and equitable treatment of all applicants throughout the hiring process. The components and significance of the Implicit Bias Training for Recruiters are:

### 2.2.1 Components:

1. **Identification of Implicit Biases:** Recruiters undergo training to identify their own implicit biases, which are unconscious attitudes or stereotypes that can influence decision-making. They learn to recognize common biases related to race, gender, age, and other factors that may impact hiring decisions.

2. **Understanding the Impact of Bias:** Recruiters gain an understanding of how implicit biases can affect recruitment and hiring processes. They learn about the potential consequences of bias, such as perpetuating disparities in representation and limiting opportunities for underrepresented groups.

3. **Bias Mitigation Strategies:** Training equips recruiters with strategies to mitigate the influence of bias in their decision-making. This may include techniques such as slowing down decision-making processes, seeking diverse perspectives, and implementing standardized evaluation criteria to promote fairness and consistency.

4. **Promotion of Inclusive Practices:** Implicit bias training promotes the adoption of inclusive recruitment practices that prioritize fairness and equity. Recruiters learn to recognize and challenge bias in job descriptions, candidate evaluations, and interview processes to ensure all applicants are evaluated based on merit and qualifications.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.2.1 Components:**

1. **Identification of Implicit Biases**
   o **Self-Reflection and Awareness:** Recruiters undergo training to develop self-awareness and recognize their own implicit biases. Through exercises, discussions, and assessments, recruiters explore their unconscious attitudes and stereotypes related to race, gender, age, and other factors that may influence hiring decisions. This process involves introspection and reflection to identify hidden biases that may impact their judgment.
   o **Understanding Bias Triggers:** Recruiters learn to identify common triggers or situations that may activate their implicit biases during the recruitment process. By recognizing these triggers, recruiters can become more vigilant and proactive in addressing bias when it arises, ensuring fair and equitable treatment of all applicants.
   o **Case Studies and Examples:** Training sessions may include case studies and real-world examples to illustrate how implicit biases manifest in recruitment and hiring processes. Recruiters analyze these examples to understand the subtleties of bias and its potential impact on decision-making, enhancing their ability to recognize and address bias effectively.

2. **Understanding the Impact of Bias:**
   o **Awareness of Consequences:** Recruiters gain an understanding of how implicit biases can affect recruitment and hiring processes. They learn about the potential consequences of bias, such as perpetuating disparities in representation, contributing to workforce homogeneity, and limiting opportunities for underrepresented groups. By recognizing the broader implications of bias, recruiters are motivated to actively mitigate its influence.
   o **Examining Systemic Impact:** Training emphasizes the systemic impact of bias on organizational culture, employee morale, and community relations. Recruiters explore how biased hiring practices can reinforce existing inequities and create barriers to diversity and inclusion within the workforce. This systemic perspective encourages recruiters to consider the broader social context and implications of their decisions.

3. **Bias Mitigation Strategies:**
   o **Decision-Making Techniques:** Recruiters are equipped with practical strategies to mitigate the influence of bias in their decision-making processes. This may include techniques such as slowing down decision-making to allow for more deliberate evaluation, seeking diverse perspectives to counteract bias, and implementing standardized evaluation criteria to promote fairness and consistency across assessments.

- o **Implicit Association Exercises:** Training may incorporate implicit association exercises to help recruiters recognize and challenge their unconscious biases in real-time. These exercises engage recruiters in interactive activities designed to reveal implicit biases and encourage reflection on their implications for decision-making. By actively engaging in these exercises, recruiters develop strategies to interrupt biased thought patterns and behaviors.

4. **Promotion of Inclusive Practices:**
   - o **Bias-Free Recruitment Procedures:** Implicit bias training promotes the adoption of inclusive recruitment practices that prioritize fairness and equity. Recruiters learn to recognize and challenge bias in various aspects of the recruitment process, including job descriptions, candidate evaluations, and interview procedures. They are trained to use language and evaluation criteria that minimize the influence of bias and ensure that all applicants are evaluated based on merit and qualifications.
   - o **Diversity and Inclusion Initiatives:** Training may highlight the importance of diversity and inclusion initiatives in fostering a more equitable workplace. Recruiters are encouraged to actively support diversity recruitment efforts, engage with underrepresented communities, and advocate for inclusive policies and practices within the organization. By promoting diversity and inclusion, recruiters contribute to building a more representative and inclusive workforce that reflects the diversity of the community served.

In summary, Implicit Bias Training for Recruiters is a comprehensive program designed to equip recruiters with the knowledge, skills, and strategies needed to recognize, address, and mitigate implicit biases in the recruitment process. By fostering self-awareness, understanding bias impact, providing mitigation strategies, and promoting inclusive practices, this training ensures that recruiters can effectively evaluate candidates based on merit and qualifications, leading to fair and equitable hiring decisions.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.2.2 Significance:**

1. **Fair and Equitable Treatment:** Implicit bias training ensures that recruiters are equipped to provide fair and equitable treatment to all applicants throughout the hiring process. By raising awareness of biases and implementing mitigation strategies, recruiters can minimize the impact of bias on hiring decisions and promote equal opportunities for all candidates.

2. **Enhanced Diversity and Inclusion:** Mitigating bias in recruitment processes facilitates the recruitment and retention of a diverse workforce. By eliminating barriers to entry for underrepresented groups, implicit bias training contributes to building a more inclusive organizational culture that values diversity and fosters belonging.

3. **Improved Candidate Experience:** Candidates experience a more positive and transparent recruitment process when bias is addressed effectively. Implicit bias training helps recruiters create an environment where all applicants feel valued and respected, regardless of their background or identity, enhancing the overall candidate experience.

4. **Alignment with Organizational Values:** Implicit bias training aligns with the department's commitment to diversity, equity, and inclusion. By investing in bias awareness and mitigation efforts, the department demonstrates its dedication to promoting fairness, respect, and equal opportunity in recruitment practices.

Implicit bias training for recruiters is essential for fostering a recruitment process that is fair, inclusive, and aligned with the department's values. By addressing unconscious biases and promoting equitable treatment of all applicants, recruiters play a critical role in building a diverse and representative workforce that reflects the communities served.

**2.2.2 Significance:**

1. **Fair and Equitable Treatment:**
   - **Minimizing Bias Impact:** Implicit bias training ensures that recruiters are equipped with the knowledge and skills to provide fair and equitable treatment to all applicants throughout the hiring process. By raising awareness of biases and implementing mitigation strategies, recruiters can minimize the impact of bias on hiring decisions. This promotes equal opportunities for all candidates, regardless of their background, identity, or characteristics.
   - **Promoting Transparency:** Recruiters who undergo implicit bias training are better able to recognize and address bias in recruitment practices, leading to greater transparency in the hiring process. Candidates can have confidence that their applications will be evaluated objectively and fairly, enhancing trust in the recruitment process and the organization as a whole.

2. **Enhanced Diversity and Inclusion:**
   - **Removing Barriers to Entry:** Mitigating bias in recruitment processes facilitates the recruitment and retention of a diverse workforce. By eliminating barriers to entry for underrepresented groups, implicit bias training contributes to building a more inclusive organizational culture that values diversity and fosters belonging. This leads to a workforce that reflects the diversity of the community served and brings a wide range of perspectives and experiences to the organization.
   - **Creating a Welcoming Environment:** Implicit bias training helps create a welcoming environment for candidates from diverse backgrounds. When recruiters are trained to recognize and address bias, they create an atmosphere where all applicants feel valued and respected, regardless of their background or identity. This fosters a sense of inclusivity and belonging among candidates, encouraging diverse talent to apply and contribute to the organization's success.

3. **Improved Candidate Experience:**
   - **Positive Recruitment Process:** Candidates experience a more positive and transparent recruitment process when bias is addressed effectively. Implicit bias training equips recruiters with the tools to create an environment where all applicants feel welcomed, respected and valued. This leads to a smoother and more respectful interaction between candidates and recruiters, enhancing the overall candidate experience and promoting the organization's reputation as an employer of choice.
   - **Increased Confidence:** Candidates are more likely to have confidence and trust in the fairness of the recruitment process when recruiters demonstrate awareness and accountability for bias. Implicit bias training helps recruiters build trust with

candidates by ensuring that their applications are evaluated based on merit and qualifications, rather than biased assumptions or stereotypes.

4. **Alignment with Organizational Values:**
   o **Demonstrating Commitment:** Implicit bias training aligns with the department's commitment to diversity, equity, and inclusion. By investing in bias awareness and mitigation efforts, the department demonstrates its dedication to promoting fairness, respect, and equal opportunity in recruitment practices. This alignment reinforces the organization's values and strengthens its reputation as an ethical and socially responsible employer.

In summary, Implicit Bias Training for Recruiters is significant for fostering a recruitment process that is fair, inclusive, and aligned with the department's values. By addressing unconscious biases, promoting equitable treatment of all applicants, and enhancing the candidate experience, recruiters play a critical role in building a diverse and representative workforce that reflects the communities served and contributes to organizational success.

## 2.3 Community Partnerships:

Collaborating with community organizations is key to identifying potential candidates from diverse backgrounds and promoting career opportunities within the department. By building partnerships with local community groups, schools, and non-profit organizations, the department can tap into networks and resources to reach a broader pool of qualified candidates to consider. The components and significance of the Community Partnerships are:

### 2.3.1 Components:

1. **Identification of Community Organizations:** The department identifies and establishes partnerships with a diverse range of community organizations, including cultural associations, advocacy groups, schools, and non-profit organizations. These partnerships enable the department to connect with various segments of the community and access diverse talent pools.

2. **Collaborative Outreach Efforts:** Community partnerships involve collaborative outreach efforts to promote career opportunities within the department. This may include hosting recruitment events, participating in job fairs, conducting informational sessions, and engaging in outreach activities targeted at specific communities or demographic groups.

3. **Resource Sharing:** Partnerships with community organizations facilitate resource sharing and mutual support. The department may provide resources such as training materials, mentorship programs, or internship opportunities, while community organizations may offer access to their networks, facilities, or expertise in cultural competency and community engagement.

4. **Targeted Engagement Strategies:** Community partnerships allow the department to tailor its recruitment efforts to the needs and preferences of diverse communities. By working closely with community organizations, the department can develop targeted engagement strategies that resonate with different cultural, linguistic, and socioeconomic groups.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 2.3.1 Components:

1. **Identification of Community Organizations:**
   - **Diverse Range of Partners:** The department proactively identifies and establishes partnerships with a diverse range of community organizations, including cultural associations, advocacy groups, schools, and non-profit organizations. These partnerships are carefully curated to ensure representation from various segments of the community, allowing the department to access a broad and diverse talent pool.
   - **Network Expansion:** Partnering with community organizations expands the department's network beyond traditional recruitment channels, providing access to individuals who may not otherwise consider career opportunities within law enforcement. By collaborating with organizations deeply embedded within different communities, the department can reach individuals with diverse backgrounds, experiences, and perspectives.

2. **Collaborative Outreach Efforts**
   - **Promotional Activities:** Community partnerships involve collaborative outreach efforts aimed at promoting career opportunities within the department. This includes hosting recruitment events, participating in job fairs, conducting informational sessions, and engaging in targeted outreach activities tailored to specific communities or demographic groups.
   - **Personalized Engagement:** Through collaborative efforts, the department can personalize its engagement with diverse communities, addressing their unique needs and preferences. By actively participating in community events and initiatives, recruiters can establish meaningful connections and build trust with potential candidates, fostering a positive perception of law enforcement as an inclusive and accessible career option.

3. **Resource Sharing:**
   - **Mutual Support:** Partnerships with community organizations facilitate mutual support and resource sharing. The department may provide resources such as training materials, mentorship programs, or internship opportunities to support community members interested in law enforcement careers. In return, community organizations may offer access to their networks, facilities, or expertise in cultural competency and community engagement, enriching the department's outreach efforts.
   - **Capacity Building:** Collaborative resource sharing enhances the capacity of both the department and community organizations to support diverse talent development and recruitment initiatives. By leveraging each other's strengths and resources,

partners can collectively address barriers and create pathways for individuals from underrepresented backgrounds to pursue careers in law enforcement.

4. **Targeted Engagement Strategies:**
   - **Culturally Relevant Approaches:** Community partnerships allow the department to develop culturally relevant and linguistically appropriate engagement strategies tailored to the needs and preferences of diverse communities. By working closely with community organizations, the department gains insights into cultural norms, values, and communication styles, enabling the development of engagement strategies that resonate with different cultural, linguistic, and socioeconomic groups.
   - **Inclusive Recruitment Practices:** Through targeted engagement, the department can ensure that its recruitment practices are inclusive and accessible to individuals from diverse backgrounds. By actively involving community partners in recruitment planning and implementation, the department can address barriers, dispel misconceptions, and create opportunities for meaningful participation in the recruitment process.

In summary, Community Partnerships involve the identification of diverse community organizations, collaborative outreach efforts, resource sharing, and targeted engagement strategies aimed at promoting career opportunities within the department. By leveraging partnerships with community organizations, the department can access a broad and diverse talent pool, personalize its engagement with different communities, and foster inclusive recruitment practices that reflect the diversity of the populations it serves.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.3.2 Significance:**

1. **Access to Diverse Talent:** Community partnerships expand the department's access to diverse talent pools that may be underrepresented in traditional recruitment channels. By collaborating with community organizations, the department can identify and recruit candidates from diverse backgrounds who bring unique perspectives and experiences to the workforce.

2. **Cultural Competency:** Engaging with community organizations enhances the department's cultural competency and understanding of the communities it serves. By building relationships and fostering trust with diverse community stakeholders, the department demonstrates its commitment to cultural sensitivity and responsiveness in recruitment practices.

3. **Increased Visibility and Trust:** Community partnerships increase the department's visibility and credibility within the community. By actively engaging with community organizations, the department builds trust, fosters positive relationships, and positions itself as an inclusive and supportive employer of choice within the community.

4. **Enhanced Recruitment Effectiveness:** Collaborating with community organizations improves the effectiveness of recruitment efforts by tapping into existing networks and relationships. Community partners can provide valuable insights, referrals, and recommendations that help identify qualified candidates and facilitate their transition into departmental roles.

Community partnerships play a vital role in fostering diversity, equity, and inclusion within the department by facilitating access to diverse talent pools, enhancing cultural competency, building trust with the community, and improving recruitment effectiveness. By leveraging the strengths and resources of community organizations, the department can strengthen its workforce and better reflect the diversity of the communities it serves.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.3.2 Significance:**

1. **Access to Diverse Talent:**
   - **Broadened Talent Pools:** Community partnerships expand the department's access to talent pools that are often underrepresented in traditional recruitment channels. By collaborating with community organizations, the department can tap into diverse networks and identify candidates from varied backgrounds who bring unique perspectives, skills, and experiences to the workforce.
   - **Inclusivity in Recruitment:** Partnering with community organizations ensures inclusivity in recruitment efforts by reaching individuals who may not have considered law enforcement careers through conventional channels. This broadens the applicant pool and increases the likelihood of attracting qualified candidates who reflect the diversity of the community served.

2. **Cultural Competency:**
   - **Enhanced Understanding:** Engaging with community organizations enhances the department's cultural competency and deepens its understanding of the communities it serves. By building relationships and fostering trust with diverse community stakeholders, the department demonstrates its commitment to cultural sensitivity and responsiveness in recruitment practices.
   - **Effective Communication:** Through partnerships, the department learns to communicate effectively with diverse communities, respecting cultural norms and preferences. This fosters an environment of mutual respect and understanding, facilitating meaningful engagement and connection with potential candidates from different cultural backgrounds.

3. **Increased Visibility and Trust:**
   - **Community Credibility:** Community partnerships increase the department's visibility and credibility within the community. By actively engaging with community organizations, the department demonstrates its commitment to inclusivity and support, fostering positive perceptions and strengthening its reputation as an employer of choice.
   - **Trust Building:** Collaborative efforts build trust between the department and community members, breaking down barriers and dispelling misconceptions about law enforcement. This trust is essential for attracting candidates who may have had negative perceptions of law enforcement careers or concerns about fairness and equity in recruitment processes.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

4. **Enhanced Recruitment Effectiveness:**
   - **Strategic Insights:** Community partners provide valuable insights, referrals, and recommendations that enhance the effectiveness of recruitment efforts. They can identify potential candidates, recommend individuals with relevant skills and qualifications, and provide guidance on how to effectively engage with diverse communities.
   - **Network Expansion:** Partnering with community organizations expands the department's recruitment network, enabling access to hidden talent and reducing reliance on traditional recruitment methods. This diversified approach increases the likelihood of attracting high-quality candidates who may not be reached through conventional means.

In summary, Community Partnerships are significant for fostering diversity, equity, and inclusion within the department by broadening access to diverse talent pools, enhancing cultural competency, building trust with the community, and improving recruitment effectiveness. By leveraging partnerships with community organizations, the department strengthens its workforce and better reflects the diversity of the communities it serves.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 2.4 Transparency in Hiring:

Ensuring transparency and fairness in the hiring process is essential for building trust with applicants and the community. This involves clearly communicating job requirements, selection criteria, and evaluation methods to all applicants, providing timely feedback throughout the hiring process, and establishing mechanisms for addressing grievances or concerns related to hiring decisions. The components and significance for the Transparency in Hiring are:

### 2.4.1 Components:

1. **Clear Communication of Job Requirements:** The department clearly communicates the job requirements, including qualifications, skills, and responsibilities, to all applicants. This ensures that candidates have a comprehensive understanding of the expectations associated with the position and can make informed decisions about whether to apply.

2. **Transparent Selection Criteria:** Transparent selection criteria are established and communicated to all applicants to ensure fairness and consistency in the evaluation process. These criteria outline the specific qualifications, competencies, and attributes that will be assessed during the selection process, helping applicants understand how their qualifications align with the job requirements.

3. **Open Evaluation Methods:** The department utilizes open evaluation methods that are objective, standardized, and based on merit. This may include structured interviews, skills assessments, and performance evaluations conducted by trained assessors who adhere to established evaluation criteria and procedures.

4. **Timely Feedback to Applicants:** Timely feedback is provided to applicants at various stages of the hiring process to keep them informed of their status and provide constructive input on their candidacy. This may include updates on application status, interview outcomes, and areas for improvement identified during the evaluation process.

5. **Mechanisms for Addressing Grievances:** The department establishes mechanisms for addressing grievances or concerns related to the hiring process, such as appeals procedures or channels for submitting feedback and complaints. These mechanisms ensure that applicants have recourse if they believe they have been treated unfairly or discriminated against during the hiring process.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.4.1 Components:**

1. **Clear Communication of Job Requirements:**
   - o **Comprehensive Understanding:** The department ensures that job requirements, including qualifications, skills, and responsibilities, are clearly communicated to all applicants. This enables candidates to have a thorough understanding of what the position entails, allowing them to make informed decisions about whether to apply.
   - o **Informed Decision-Making:** Clear communication helps applicants assess their suitability for the role and determine if their qualifications align with the job requirements. This transparency reduces misunderstandings and ensures that candidates apply only if they possess the necessary qualifications and are genuinely interested in the position.

2. **Transparent Selection Criteria:**
   - o **Fair and Consistent Evaluation:** Transparent selection criteria are established and communicated to all applicants to ensure fairness and consistency in the evaluation process. By outlining specific qualifications, competencies, and attributes that will be assessed, the department provides clarity on what factors will be considered during candidate evaluation.
   - o **Promotion of Fairness:** Clearly defined selection criteria promote fairness by ensuring that all candidates are evaluated based on the same standards. This transparency helps mitigate biases and perceptions of favoritism, fostering trust in the fairness of the hiring process.

3. **Open Evaluation Methods:**
   - o **Objective and Standardized Assessment:** The department utilizes open evaluation methods that are objective, standardized, and based on merit. Structured interviews, skills assessments, and performance evaluations conducted by trained assessors adhere to established evaluation criteria and procedures, ensuring consistency and fairness.
   - o **Merit-Based Selection:** Open evaluation methods focus on assessing candidates' qualifications and abilities relevant to the job, rather than subjective factors. This promotes merit-based selection and ensures that hiring decisions are made based on candidates' skills and competencies.

4. **Timely Feedback to Applicants:**
   - o **Applicant Engagement:** Timely feedback is provided to applicants at various stages of the hiring process to keep them engaged and informed. Updates on application status, interview outcomes, and areas for improvement identified during the

evaluation process help applicants understand where they stand and how they can enhance their candidacy.

- o **Enhanced Candidate Experience:** Providing feedback demonstrates respect for applicants' time and effort invested in the application process. It enhances the candidate's experience by fostering transparency, communication, and a sense of respect for applicants' contributions.

5. **Mechanisms for Addressing Grievances:**
   - o **Fairness and Accountability:** The department establishes mechanisms for addressing grievances or concerns related to the hiring process, ensuring fairness and accountability. Appeals procedures or channels for submitting feedback and complaints provide applicants with recourse if they believe they have been treated unfairly or discriminated against.
   - o **Promotion of Trust:** Transparent grievance mechanisms reassure applicants that their concerns will be taken seriously and addressed appropriately. This promotes trust in the integrity of the hiring process and demonstrates the department's commitment to upholding fairness and equity.

In summary, Transparency in Hiring involves clear communication of job requirements, transparent selection criteria, open evaluation methods, timely feedback to applicants, and mechanisms for addressing grievances. These components promote fairness, accountability, and trust in the hiring process, ultimately contributing to the department's ability to attract and retain qualified candidates while building positive relationships with the community.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.4.2 Significance:**

1. **Enhanced Trust and Confidence:** Transparency in hiring builds trust and confidence with applicants and the community by demonstrating a commitment to fairness, integrity, and accountability. When applicants perceive the hiring process as transparent and equitable, they are more likely to trust the department and feel confident in its decision-making.

2. **Promotion of Diversity and Inclusion:** Transparent hiring practices promote diversity and inclusion by leveling the playing field for all applicants, regardless of background or demographics. By clearly communicating selection criteria and evaluation methods, the department ensures that candidates are evaluated based on their qualifications and merit, rather than subjective or biased criteria.

3. **Improved Applicant Experience:** Transparent hiring processes contribute to a positive applicant experience by providing clear expectations, timely feedback, and opportunities for recourse. Applicants who receive transparent communication and fair treatment throughout the hiring process are more likely to have a positive impression of the department, regardless of the outcome of their application.

4. **Legal Compliance:** Transparency in hiring helps the department comply with legal requirements and regulations related to equal employment opportunity and non-discrimination. By establishing clear selection criteria, adhering to standardized evaluation methods, and providing mechanisms for addressing grievances, the department mitigates the risk of legal challenges or allegations of discrimination.

5. **Enhanced Reputation:** Transparent hiring practices enhance the department's reputation as an ethical, fair, and inclusive employer. A reputation for transparency and fairness in hiring can attract high-quality candidates, improve employee morale and retention, and enhance the department's standing within the community.

Transparency in hiring is essential for promoting trust, fairness, and accountability in the recruitment process. By implementing clear communication, objective evaluation methods, and mechanisms for addressing grievances, the department demonstrates its commitment to integrity, diversity, and inclusion in all aspects of its operations.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**2.4.2 Significance:**

1. **Enhanced Trust and Confidence:**
   - **Commitment to Fairness:** Transparency in hiring cultivates trust and confidence among applicants and the community by showcasing the department's commitment to fairness, integrity, and accountability. When the hiring process is perceived as transparent and equitable, applicants are more likely to trust the department's decision-making and have confidence in its operations.
   - **Positive Perception:** Applicants who experience transparency in the hiring process are more likely to view the department favorably, even if they are not ultimately selected. This positive perception can contribute to a stronger sense of trust in the department's leadership and decision-making, fostering positive relationships with the community.

2. **Promotion of Diversity and Inclusion:**
   - **Equal Opportunity:** Transparent hiring practices promote diversity and inclusion by providing all applicants with an equal opportunity to compete for positions within the department. By clearly communicating selection criteria and evaluation methods, the department ensures that candidates are evaluated based on their qualifications and merit, rather than subjective or biased criteria.
   - **Leveling the Playing Field:** Transparency in hiring levels the playing field for candidates from diverse backgrounds, mitigating the impact of unconscious biases and systemic barriers. When applicants trust that the hiring process is fair and transparent, they are more likely to apply, resulting in a more diverse pool of qualified candidates.

3. **Improved Applicant Experience:**
   - **Clear Communication:** Transparent hiring processes contribute to a positive applicant experience by providing clear expectations and timely feedback throughout the hiring process. Applicants who receive transparent communication and fair treatment are more likely to have a positive impression of the department, regardless of the outcome of their application.
   - **Opportunities for Recourse:** Establishing mechanisms for addressing grievances or concerns further enhances the applicant experience by providing applicants with opportunities for recourse if they believe they have been treated unfairly. This demonstrates the department's commitment to accountability and responsiveness in the hiring process.

4. **Legal Compliance:**
   - **Mitigation of Legal Risks:** Transparency in hiring helps the department comply with legal requirements and regulations related to equal employment opportunity and non-discrimination. By establishing clear selection criteria, adhering to standardized evaluation methods, and providing mechanisms for addressing grievances, the department mitigates the risk of legal challenges or allegations of discrimination.
   - **Demonstration of Compliance:** Transparent hiring practices demonstrate to regulatory bodies, stakeholders, and the public that the department is committed to upholding legal standards and protecting the rights of applicants throughout the hiring process.

5. **Enhanced Reputation:**
   - **Ethical and Inclusive Employer:** Transparent hiring practices enhance the department's reputation as an ethical, fair, and inclusive employer. A reputation for transparency and fairness in hiring can attract high-quality candidates, improve employee morale and retention, and enhance the department's standing within the community.
   - **Positive Impact:** A positive reputation for transparency in hiring can have far-reaching benefits for the department, including increased community support, stronger relationships with stakeholders, and a more favorable perception among prospective applicants and recruits.

In summary, Transparency in Hiring is essential for promoting trust, fairness, and accountability in the recruitment process. By implementing clear communication, objective evaluation methods, and mechanisms for addressing grievances, the department demonstrates its commitment to integrity, diversity, and inclusion in all aspects of its operations.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# 3. Training and Education:

## 3.1 Cultural Training:

Providing regular training to enhance officers' understanding of diverse cultures, backgrounds, and experiences.

## 3.2 Implicit Bias Training:

Offering training sessions to help officers recognize and address unconscious biases in their interactions with the public.

## 3.3 Inclusive Policing Practices:

Training officers on de-escalation techniques, conflict resolution, and communication skills to promote respectful and equitable interactions.

## 3.4 Ongoing Education:

Providing ongoing education opportunities to keep officers updated on best practices and emerging issues related to diversity, equity, and inclusion.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# 3. Training and Education:

Training and education initiatives within the DEI program are vital for equipping officers with the knowledge, skills, and attitudes necessary to promote diversity, equity, and inclusion in their interactions with the community. Here's an explanation of each training and education item:

## 3.1 Cultural Competency Training:

Cultural competency training is an essential component of the DEI program aimed at enhancing officers' understanding of diverse cultures, backgrounds, and experiences. Through regular training sessions, officers are provided with opportunities to develop cultural awareness, sensitivity, and competence. The training modules focus on promoting an understanding of various cultural norms, values, and practices to facilitate effective communication and engagement with individuals from diverse backgrounds. By participating in cultural competency training, officers gain the necessary skills to navigate cross-cultural interactions with respect and empathy, ultimately fostering positive relationships with the communities they serve.

## 3.2 Implicit Bias Training:

Implicit bias training is designed to help officers recognize and address unconscious biases that may influence their interactions with the public. Through targeted training sessions, officers learn to identify implicit biases and understand how these biases can impact their decision-making and behavior. The training emphasizes awareness-building activities and discussions to increase officers' understanding of the prevalence and consequences of implicit biases in law enforcement. By acknowledging and confronting their biases, officers can strive to treat all individuals with fairness and impartiality, promoting trust and confidence in police-community relations.

## 3.3 Inclusive Policing Practices:

Inclusive policing practices encompass a range of training initiatives aimed at promoting respectful and equitable interactions between officers and community members. Officers receive training on various aspects of inclusive policing, including de-escalation techniques, conflict resolution strategies, and effective communication skills. Through specialized training programs, officers learn how to defuse tense situations, resolve conflicts peacefully, and engage respectfully with individuals from diverse backgrounds. Inclusive policing practices prioritize fairness, dignity, and respect for all individuals, regardless of their race, ethnicity, or other characteristics, contributing to safer and more harmonious communities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 3.4 Ongoing Education:

Ongoing education initiatives ensure that officers have access to continuous learning opportunities to stay informed and up to date on best practices and emerging issues related to diversity, equity, and inclusion. The department provides various resources, such as seminars, workshops, and online courses, to support officers' professional development in DEI-related topics. Through ongoing education, officers have the opportunity to deepen their understanding of key concepts, expand their skill sets, and stay abreast of developments in the field of diversity and inclusion. By investing in ongoing education, the department demonstrates its commitment to fostering a culture of learning and improvement, ultimately enhancing officers' effectiveness in promoting diversity and inclusion within the department and the broader community.

## 3.1 Cultural Competency Training:

Cultural competency training is a cornerstone of the DEI program, designed to enhance officers' knowledge and understanding of diverse cultures, backgrounds, and experiences. Through structured training sessions, officers are equipped with the skills and awareness necessary to engage effectively with individuals from various cultural backgrounds. Here's a breakdown of the components and significance of Cultural Competency Training:

### 3.1.1 Components:

1. **Cultural Awareness:** The training aims to increase officers' awareness of different cultural norms, values, and practices prevalent within the community they serve. Officers learn to recognize and appreciate the diversity present in their jurisdiction, fostering empathy and understanding towards individuals from diverse backgrounds.

2. **Sensitivity Development:** Cultural competency training focuses on developing officers' sensitivity towards cultural differences and nuances. Through interactive exercises and discussions, officers learn to approach interactions with cultural humility, acknowledging their own biases and limitations while respecting the perspectives of others.

3. **Communication Skills:** Training modules emphasize the importance of effective cross-cultural communication. Officers learn strategies for overcoming language barriers, interpreting non-verbal cues, and adapting their communication style to accommodate diverse cultural preferences.

4. **Engagement Techniques:** Cultural competency training equips officers with practical engagement techniques to foster positive relationships with individuals from diverse backgrounds. This may include active listening skills, empathy-building exercises, and techniques for building rapport across cultural divides.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 3.1.1 Components:

1. **Cultural Awareness:**
   - **Understanding Diversity:** Cultural competency training aims to increase officers' awareness of the diverse cultural norms, values, and practices prevalent within the communities they serve. This component helps officers recognize and appreciate the richness of diversity present in their jurisdiction, fostering empathy and understanding towards individuals from different backgrounds.
   - **Community Insight:** By gaining insights into various cultural perspectives, officers are better equipped to navigate complex community dynamics and build trust with residents from diverse cultural backgrounds. This understanding enhances their effectiveness in addressing community needs and concerns in a culturally sensitive manner.

2. **Sensitivity Development:**
   - **Cultural Humility:** Cultural competency training focuses on developing officers' sensitivity towards cultural differences and nuances. Through interactive exercises and discussions, officers learn to approach interactions with humility, recognizing their own biases and limitations while demonstrating respect for the perspectives and experiences of others.
   - **Mitigating Biases:** By acknowledging and addressing implicit biases, officers can mitigate the risk of misunderstandings or misinterpretations in their interactions with community members. This sensitivity development fosters more inclusive and respectful interactions, contributing to positive community relations.

3. **Communication Skills:**
   - **Cross-Cultural Communication:** Training modules emphasize the importance of effective cross-cultural communication skills. Officers learn strategies for overcoming language barriers, interpreting non-verbal cues, and adapting their communication style to accommodate diverse cultural preferences.
   - **Clarity and Understanding:** Enhancing communication skills enables officers to convey information clearly and build rapport with individuals from diverse backgrounds. Effective communication fosters trust and mutual understanding, facilitating more productive interactions and conflict resolution within the community.

4. **Engagement Techniques:**
   - **Active Listening:** Cultural competency training equips officers with active listening skills to better understand the perspectives and concerns of individuals from diverse

backgrounds. By listening attentively and empathetically, officers can demonstrate respect for community members' experiences and build stronger relationships.

- o **Building Rapport:** Officers learn practical engagement techniques to establish rapport and trust with community members. This may include empathy-building exercises, demonstrating genuine interest in cultural traditions, and adapting behaviors to align with community norms. Building positive relationships enhances community cooperation and support for law enforcement initiatives.

In summary, Cultural Competency Training provides officers with essential skills and knowledge to engage effectively with individuals from diverse cultural backgrounds. By increasing cultural awareness, sensitivity, communication skills, and engagement techniques, officers can foster trust, understanding, and cooperation within the communities they serve, ultimately contributing to safer and more inclusive neighborhoods.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**3.1.2 Significance:**

1. **Enhanced Community Relations:** Cultural competency training enhances officers' ability to engage with community members from diverse backgrounds in a respectful and culturally sensitive manner. By demonstrating cultural awareness and sensitivity, officers build trust and rapport within the community, leading to stronger police-community relations.

2. **Reduced Bias and Stereotyping:** Cultural competency training helps officers recognize and mitigate biases and stereotypes that may impact their interactions with individuals from different cultural backgrounds. By fostering awareness and understanding, the training promotes fair and impartial treatment of all community members, regardless of their cultural identity.

3. **Improved Service Delivery:** Officers who undergo cultural competency training are better equipped to address the unique needs and concerns of diverse communities effectively. By understanding cultural nuances and preferences, officers can tailor their approach to service delivery, leading to more responsive and inclusive policing practices.

4. **Conflict Resolution:** Cultural competency training provides officers with valuable conflict resolution skills necessary for navigating intercultural misunderstandings and tensions. By promoting empathy and communication across cultural divides, officers can de-escalate conflicts and resolve disputes in a manner that respects the dignity and autonomy of all parties involved.

In summary, Cultural Competency Training plays a crucial role in equipping officers with the knowledge, skills, and attitudes necessary for effective and respectful engagement with diverse communities. By fostering cultural awareness, sensitivity, and communication skills, this training contributes to building trust, reducing bias, and enhancing the quality of policing services delivered to all community members.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**3.1.2 Significance:**

1. **Enhanced Community Relations:**
   - **Building Trust:** Cultural competency training enhances officers' ability to engage respectfully and sensitively with community members from diverse backgrounds. By demonstrating cultural awareness and sensitivity, officers foster trust and rapport within the community, leading to stronger police-community relations.
   - **Positive Interactions:** Officers who undergo cultural competency training are better equipped to navigate cultural differences and connect with residents in a meaningful way. This fosters positive interactions and mutual understanding, contributing to a safer and more cohesive community environment.

2. **Reduced Bias and Stereotyping:**
   - **Bias Recognition:** Cultural competency training helps officers recognize and mitigate biases and stereotypes that may influence their interactions with individuals from diverse cultural backgrounds. By fostering awareness and understanding, the training promotes fair and impartial treatment of all community members, irrespective of their cultural identity.
   - **Promoting Fairness:** Equipping officers with tools to combat bias ensures that policing practices are equitable and respectful. This reduces the likelihood of discriminatory behavior and promotes a more just and inclusive approach to law enforcement within the community.

3. **Improved Service Delivery:**
   - **Tailored Approach:** Officers trained in cultural competency are better positioned to address the unique needs and concerns of diverse communities effectively. By understanding cultural nuances and preferences, officers can tailor their service delivery approach, leading to more responsive and inclusive policing practices.
   - **Effective Communication:** Cultural competency training enhances officers' ability to communicate effectively with individuals from different cultural backgrounds. Clear communication builds trust and facilitates cooperation, resulting in improved service outcomes and community satisfaction.

4. **Conflict Resolution:**
   - **De-escalation Skills:** Cultural competency training equips officers with valuable conflict resolution skills essential for navigating intercultural misunderstandings and tensions. By promoting empathy and effective communication across cultural divides, officers can de-escalate conflicts and resolve disputes in a manner that upholds the dignity and rights of all parties involved.

- o **Building Bridges:** Effective conflict resolution fosters reconciliation and understanding, strengthening community cohesion and trust in law enforcement. By addressing conflicts sensitively and respectfully, officers contribute to a safer and more harmonious community environment.

In summary, Cultural Competency Training is instrumental in equipping officers with the knowledge, skills, and attitudes necessary for effective and respectful engagement with diverse communities. By fostering cultural awareness, sensitivity, and communication skills, this training contributes to building trust, reducing bias, and enhancing the quality of policing services delivered to all community members.

## 3.2 Implicit Bias Training:

Implicit bias training is a crucial component of the DEI program, aimed at helping officers recognize and mitigate unconscious biases that may affect their interactions with the public. Here's an overview of the components and significance of Implicit Bias Training:

### 3.2.1 Components:

1. **Awareness Building:** Implicit bias training begins with raising officers' awareness of the existence and impact of unconscious biases. Through interactive exercises and educational materials, officers learn about the cognitive processes underlying implicit bias and how these biases can manifest in their thoughts, attitudes, and behaviors.

2. **Identification of Biases:** Training sessions provide officers with tools and techniques to identify their own implicit biases. Officers learn to recognize common biases such as racial, gender, and age bias, as well as biases related to other social categories. By acknowledging the presence of biases, officers can take proactive steps to address them.

3. **Understanding Impact:** Implicit bias training explores the potential consequences of biases in law enforcement contexts. Officers learn how biases can influence decision-making processes, including perceptions of threat, use of force, and treatment of individuals from marginalized or stigmatized groups. Understanding these dynamics is essential for promoting fair and impartial policing practices.

4. **Strategies for Mitigation:** The training equips officers with strategies for mitigating the impact of implicit biases in their work. This may include techniques for slowing down cognitive processing, increasing self-awareness, and implementing decision-making safeguards to minimize the influence of biases on behavior. Officers also learn about organizational interventions and policies aimed at reducing systemic biases within law enforcement agencies.

### 3.2.1 Components:

1. **Awareness Building:**
   - **Understanding Unconscious Bias:** Implicit bias training begins by educating officers about the concept of unconscious biases and their impact on decision-making processes. Through interactive exercises and educational materials, officers gain insight into how these biases operate beneath conscious awareness and influence their perceptions, judgments, and actions.
   - **Cognitive Processes:** Officers learn about the cognitive processes underlying implicit bias, including heuristics and stereotypes. They explore how these mental shortcuts can lead to automatic and unintentional discriminatory behaviors, even among well-intentioned individuals.

2. **Identification of Biases:**
   - **Self-Reflection:** Implicit bias training provides officers with tools and techniques to identify their own implicit biases. Through self-reflection exercises and introspection, officers become more aware of their implicit attitudes and stereotypes toward different social groups.
   - **Recognizing Common Biases:** Officers learn to recognize common types of biases, such as racial, gender, and age bias, as well as biases related to other social categories like socioeconomic status or sexual orientation. By understanding the prevalence and nature of these biases, officers can begin to address them effectively.

3. **Understanding Impact:**
   - **Impact on Policing:** Implicit bias training explores how biases can impact policing practices and interactions with the public. Officers learn about the potential consequences of biases in law enforcement contexts, including disparities in policing outcomes and perceptions of procedural justice.
   - **Awareness of Biased Behaviors:** Officers gain an understanding of how biases can influence their decision-making processes, including perceptions of threat, use of force incidents, and treatment of individuals from marginalized or stigmatized groups. Recognizing these dynamics is crucial for promoting fair and equitable policing practices.

4. **Strategies for Mitigation:**
   - **Cognitive Safeguards:** The training equips officers with strategies for mitigating the influence of implicit biases in their work. This may include techniques for slowing down cognitive processing, increasing self-awareness, and implementing decision-making safeguards to minimize biased behaviors.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

- o **Organizational Interventions:** Officers learn about organizational interventions and policies aimed at reducing systemic biases within law enforcement agencies. This may involve implementing bias training for all personnel, diversifying recruitment and promotion practices, and fostering a culture of accountability and transparency within the department.

Implicit Bias Training is a crucial component of the DEI program, aimed at helping officers recognize and mitigate unconscious biases that may affect their interactions with the public. By raising awareness, identifying biases, understanding their impact, and implementing mitigation strategies, officers can promote fair, impartial, and respectful policing practices that uphold the principles of diversity, equity, and inclusion.

**3.2.2 Significance:**

1. **Enhanced Fairness and Impartiality:** Implicit bias training promotes fairness and impartiality in law enforcement by helping officers recognize and address biases that may inadvertently influence their decision-making. By fostering awareness and understanding of biases, officers can strive to treat all individuals with dignity, respect, and equity, regardless of their background or identity.

2. **Improved Police-Community Relations:** Implicit bias training contributes to building trust and confidence in police-community relations by demonstrating law enforcement's commitment to addressing bias and promoting accountability. When community members perceive that officers are actively working to mitigate biases, it enhances perceptions of legitimacy and fairness in policing practices.

3. **Reduced Disparities:** By addressing unconscious biases, implicit bias training has the potential to reduce racial, gender, and other disparities in law enforcement outcomes. When officers are mindful of their biases and take steps to counteract them, it can lead to more equitable treatment of individuals from diverse backgrounds and communities.

4. **Professional Development:** Implicit bias training supports officers' professional development by providing them with valuable insights and skills for navigating complex social dynamics and interactions. By incorporating principles of fairness and impartiality into their daily practice, officers can enhance their effectiveness as law enforcement professionals and contribute to safer and more inclusive communities.

In summary, Implicit Bias Training plays a critical role in promoting fair, equitable, and respectful policing practices. By raising awareness of unconscious biases and providing officers with tools to address them, this training contributes to building trust, reducing disparities, and fostering positive police-community relationships.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**3.2.2 Significance:**

1. **Enhanced Fairness and Impartiality:**
   - o **Awareness and Recognition:** Implicit bias training promotes fairness and impartiality by raising officers' awareness of unconscious biases that may affect their decision-making processes. Through education and self-reflection, officers learn to recognize these biases and their potential impact on interactions with the public.
   - o **Mitigation Strategies:** Training equips officers with strategies to address biases in real-world scenarios, allowing them to make more informed and objective decisions. By employing techniques such as slowing down decision-making processes and seeking diverse perspectives, officers can strive to treat all individuals with dignity, respect, and equity.

2. **Improved Police-Community Relations:**
   - o **Demonstrated Commitment:** Implicit bias training demonstrates law enforcement's commitment to addressing bias and promoting accountability within the community. By openly acknowledging and actively working to mitigate biases, officers build trust and confidence among community members, fostering positive police-community relationships.
   - o **Enhanced Perceptions of Legitimacy:** When community members perceive that officers are dedicated to fair and impartial policing practices, it enhances perceptions of legitimacy and fairness in law enforcement. This, in turn, strengthens community cooperation and collaboration with law enforcement agencies.

3. **Reduced Disparities:**
   - o **Equitable Treatment:** Addressing unconscious biases through training has the potential to reduce disparities in law enforcement outcomes. By being mindful of their biases and implementing fair and consistent practices, officers can ensure more equitable treatment of individuals from diverse backgrounds, thereby reducing disparities in policing outcomes.
   - o **Promotion of Equity:** Implicit bias training promotes equity by encouraging officers to consider the broader social context and implications of their decisions. This awareness fosters a commitment to fairness and justice, leading to more equitable outcomes for all members of the community.

4. **Professional Development:**
   - o **Skill Enhancement:** Implicit bias training supports officers' professional development by enhancing their understanding of complex social dynamics and

interactions. By incorporating principles of fairness and impartiality into their daily practice, officers develop valuable skills for navigating diverse communities and promoting positive outcomes.

- o **Contribution to Safer Communities:** By promoting fair and respectful policing practices, implicit bias training contributes to safer and more inclusive communities. When officers are equipped with the knowledge and skills to recognize and address biases, they can effectively uphold public safety while respecting the rights and dignity of all individuals.

In summary, Implicit Bias Training plays a multifaceted role in promoting fair, equitable, and respectful policing practices. By raising awareness of unconscious biases, providing officers with mitigation strategies, enhancing police-community relations, reducing disparities, and supporting professional development, this training contributes to building trust, fostering equity, and promoting positive outcomes for all members of the community.

## 3.3 Inclusive Policing Practices:

Inclusive policing practices encompass a range of training initiatives aimed at promoting respectful and equitable interactions between officers and community members. Officers receive training on various aspects of inclusive policing, including de-escalation techniques, conflict resolution strategies, and effective communication skills. Through specialized training programs, officers learn how to defuse tense situations, resolve conflicts peacefully, and engage respectfully with individuals from diverse backgrounds. Inclusive policing practices prioritize fairness, dignity, and respect for all individuals, regardless of their race, ethnicity, or other characteristics, contributing to safer and more harmonious communities. Here's an overview of the components and significance of Inclusive Policing Practices:

### 3.3.1 Components:

1. **De-escalation Techniques:** Officers receive training in de-escalation techniques aimed at peacefully resolving conflicts and reducing the likelihood of violence or use of force. This training emphasizes communication skills, active listening, and empathy to effectively manage challenging situations and minimize harm to all parties involved.

2. **Conflict Resolution Strategies:** Inclusive policing training includes instruction on conflict resolution strategies designed to facilitate constructive dialogue and negotiation. Officers learn how to identify underlying issues, manage emotions, and find mutually acceptable solutions to conflicts, thereby promoting positive outcomes and community trust.

3. **Effective Communication Skills:** Officers are trained in effective communication techniques to enhance their ability to interact respectfully and empathetically with individuals from diverse backgrounds. This includes active listening, nonverbal communication, and culturally sensitive language use to build rapport and understanding with community members.

4. **Cultural Competency:** Inclusive policing practices incorporate cultural competency training to increase officers' awareness and understanding of diverse cultural norms, values, and perspectives. Officers learn to recognize and respect cultural differences, avoid stereotypes, and adapt their approach to better serve and engage with individuals from various communities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 3.3.1 Components:

1. **De-escalation Techniques:**
   - **Training Emphasis:** In de-escalation training, officers are extensively trained in techniques aimed at peacefully resolving conflicts and minimizing the need for physical force. This includes techniques such as verbal persuasion, active listening, and creating a calming presence.
   - **Communication Skills:** Officers learn to effectively communicate with individuals involved in tense situations. This involves developing skills in empathetic listening, clear and concise communication, and non-threatening body language to defuse potentially volatile encounters.
   - **Role of Empathy:** Central to de-escalation is the cultivation of empathy. Officers are trained to empathize with the emotions and perspectives of those involved in conflicts, allowing them to better understand and address underlying issues while maintaining control of the situation.
   - **Scenario-based Training:** To reinforce learning and provide practical experience, de-escalation training often includes scenario-based exercises. These simulations mimic real-world scenarios, allowing officers to practice applying de-escalation techniques in a safe and controlled environment.

2. **Conflict Resolution Strategies:**
   - **Facilitating Dialogue:** Officers are trained in techniques for facilitating constructive dialogue between conflicting parties. This may involve active listening, asking open-ended questions, and reframing issues to encourage mutual understanding and communication.
   - **Identifying Underlying Issues:** Conflict resolution training emphasizes the importance of identifying and addressing the root causes of conflicts. Officers learn to probe beyond surface-level disagreements to uncover underlying concerns or needs that may be driving the conflict.
   - **Emotion Management:** Effective conflict resolution requires officers to manage their own emotions and those of others involved. Training may include techniques for staying calm under pressure, managing anger or frustration, and maintaining control of the situation.
   - **Mediation Skills:** In some cases, officers may be trained in formal mediation techniques to facilitate resolution between parties. This may involve acting as a neutral third party to help parties find common ground and reach mutually acceptable solutions.

3. **Effective Communication Skills:**
   - **Active Listening:** Officers are trained to actively listen to individuals involved in interactions, paying close attention to both verbal and nonverbal cues. This allows officers to better understand the concerns and perspectives of community members and respond appropriately.
   - **Nonverbal Communication:** In addition to verbal communication, training covers the importance of nonverbal cues such as body language, facial expressions, and tone of voice. Officers learn to interpret and respond to these cues to enhance communication and build rapport.
   - **Cultural Sensitivity:** Given the diverse communities they serve, officers are trained to be culturally sensitive in their communication. This involves recognizing and respecting cultural differences in communication styles, norms, and customs to avoid misunderstandings or unintended offense.
   - **Language Use:** Officers are taught to use language that is inclusive, respectful, and free from bias or stereotypes. This includes avoiding language that may be perceived as discriminatory or offensive and using terminology that demonstrates respect for individuals' identities and backgrounds.

4. **Cultural Competency:**

   - **Understanding Diversity:** Cultural competency training aims to increase officers' understanding and appreciation of the diverse cultural backgrounds present within the community. This involves learning about different cultural norms, values, traditions, and historical contexts.
   - **Respect and Recognition:** Officers are trained to recognize and respect cultural differences and avoid making assumptions or judgments based on stereotypes. This includes acknowledging and valuing the diversity of perspectives and experiences within the community.
   - **Adapting Approaches:** Cultural competency training teaches officers to adapt their communication and interactions to be more culturally appropriate and effective. This may involve modifying their communication style, gestures, or behavior to better align with the cultural norms of the individuals they are engaging with.
   - **Community Engagement:** Building relationships with diverse communities is emphasized as a way to gain cultural insights and enhance communication and trust. Officers are encouraged to engage with community members, participate in cultural events, and seek feedback to better understand and serve the needs of the community.

By delving deeper into these components, officers can develop the knowledge, skills, and attitudes necessary to foster inclusive and respectful interactions with individuals from diverse backgrounds, ultimately contributing to safer and more harmonious communities.

### 3.3.2 Significance:

1. **Promoting Trust and Cooperation:** Inclusive policing practices contribute to building trust and cooperation between law enforcement agencies and the communities they serve. By prioritizing fairness, dignity, and respect in their interactions, officers can establish positive relationships with community members, leading to increased cooperation and support for law enforcement efforts.

2. **Enhancing Public Safety:** By equipping officers with the skills and strategies needed to effectively de-escalate conflicts and resolve disputes, inclusive policing practices help enhance public safety and reduce the risk of violence or harm in communities. When officers prioritize peaceful resolution and respectful engagement, it contributes to a safer and more harmonious environment for all residents.

3. **Reducing Bias and Discrimination:** Inclusive policing training plays a crucial role in reducing bias and discrimination within law enforcement agencies. By promoting awareness of unconscious biases and providing officers with tools to mitigate their impact, inclusive policing practices help ensure fair and equitable treatment for all individuals, regardless of their background or identity.

4. **Fostering Community Engagement:** Inclusive policing practices facilitate meaningful engagement and collaboration between law enforcement agencies and community members. By demonstrating a commitment to inclusivity and respect, officers can build bridges with diverse communities, encourage civic participation, and address community concerns collaboratively, leading to stronger, more resilient neighborhoods.

In summary, Inclusive Policing Practices are essential for promoting respectful, equitable, and effective law enforcement interactions. By incorporating de-escalation techniques, conflict resolution strategies, effective communication skills, and cultural competency training, officers can enhance public safety, build trust, and foster positive police-community relationships in diverse communities.

**3.3.2 Significance:**

1. **Promoting Trust and Cooperation:**
   - **Building Rapport:** Inclusive policing practices focus on building trust and rapport between law enforcement agencies and the communities they serve. Officers who prioritize fairness, dignity, and respect in their interactions establish positive relationships with community members, leading to increased cooperation and support for law enforcement efforts.
   - **Community Partnership:** By fostering trust and cooperation, inclusive policing practices encourage community members to collaborate with law enforcement agencies in addressing local issues and concerns. This partnership-based approach allows for the sharing of information, resources, and strategies to enhance public safety and well-being.
   - **Proactive Problem-Solving:** When community members trust law enforcement officers, they are more likely to proactively engage in problem-solving initiatives and crime prevention efforts. Inclusive policing practices empower communities to work together with law enforcement to identify and address underlying issues that contribute to crime and disorder.

2. **Enhancing Public Safety:**
   - **Conflict De-escalation:** Inclusive policing practices prioritize the use of de-escalation techniques to peacefully resolve conflicts and minimize the risk of violence or harm in communities. Officers trained in effective de-escalation strategies can defuse tense situations and prevent potentially dangerous escalations.
   - **Preventing Escalation:** By effectively managing conflicts and disputes, inclusive policing practices help prevent situations from escalating into violence or harm. This proactive approach to public safety reduces the need for physical force or intervention, promoting a safer and more peaceful environment for all residents.
   - **Community Well-being:** When residents feel safe and secure in their communities, they are more likely to engage in activities that contribute to overall community well-being, such as attending neighborhood events, participating in local initiatives, and investing in community improvement projects.

3. **Reducing Bias and Discrimination:**
   - **Awareness and Mitigation:** Inclusive policing training addresses unconscious biases and provides officers with tools to mitigate their impact on decision-making processes. By raising awareness of biases and promoting equitable treatment, inclusive policing practices help ensure fair and impartial treatment for all individuals, regardless of their background or identity.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

- o **Fair Enforcement:** Officers trained in inclusive policing practices are better equipped to recognize and address bias in their interactions with the public. This leads to more consistent and fair enforcement of laws and regulations, contributing to greater trust and confidence in law enforcement agencies.
- o **Accountability and Transparency:** Inclusive policing practices promote accountability and transparency within law enforcement agencies by holding officers accountable for their actions and decisions. By actively addressing bias and discrimination, agencies demonstrate a commitment to upholding the principles of justice and equality.

4. **Fostering Community Engagement:**
   - o **Open Dialogue:** Inclusive policing practices facilitate open dialogue and communication between law enforcement agencies and community members. Officers who prioritize inclusivity and respect encourage community members to voice their concerns, share information, and collaborate on solutions to local problems.
   - o **Civic Participation:** By fostering community engagement, inclusive policing practices empower residents to actively participate in decision-making processes that affect their neighborhoods. This increased civic participation leads to more responsive and accountable law enforcement practices that address the unique needs and priorities of diverse communities.
   - o **Shared Responsibility:** Inclusive policing practices promote a shared responsibility for public safety and well-being between law enforcement agencies and the communities they serve. By working together as partners, officers and community members can create safer, more resilient neighborhoods where everyone feels valued and respected.

In summary, each aspect of Inclusive Policing Practices contributes to promoting respectful, equitable, and effective law enforcement interactions, ultimately leading to safer and more harmonious communities. Through the incorporation of de-escalation techniques, conflict resolution strategies, effective communication skills, and cultural competency training, officers can build trust, enhance public safety, reduce bias, and foster positive police-community relationships in diverse communities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 3.4 Ongoing Education:

Ongoing education initiatives are crucial for ensuring that law enforcement officers remain informed, skilled, and equipped to navigate the evolving landscape of diversity, equity, and inclusion (DEI) issues. Here's a breakdown of the components and significance of ongoing education in promoting DEI within law enforcement:

### 3.4.1 Components:

1. **Seminars and Workshops:** The department organizes seminars and workshops focused on DEI-related topics to provide officers with in-depth knowledge and practical skills. These sessions cover a range of subjects, including cultural awareness, bias recognition, community engagement, and inclusive policing strategies, allowing officers to deepen their understanding and enhance their effectiveness in promoting DEI.

2. **Online Courses:** The department offers online courses and training modules accessible to officers at their convenience. These courses cover a wide range of DEI topics and provide flexibility for officers to engage in self-paced learning tailored to their individual needs and schedules. Online education allows for continuous learning and development, even in situations where in-person attendance may be challenging.

3. **Resource Materials:** Officers have access to a variety of resource materials, including articles, books, videos, and podcasts, that explore DEI-related issues in depth. These resources serve as valuable reference materials and tools for self-directed learning, enabling officers to stay informed about emerging trends, best practices, and research findings relevant to DEI in law enforcement.

4. **Training Updates:** Ongoing education initiatives include regular updates and refreshers on existing training content to ensure that officers remain current with the latest information and developments in DEI. Training updates may incorporate new research findings, policy changes, community feedback, or lessons learned from real-world experiences to continuously improve the quality and relevance of DEI training programs.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 3.4.1 Components:

1. **Seminars and Workshops:**
   - **Focused Learning:** Seminars and workshops provide officers with focused learning opportunities on DEI-related topics, allowing them to delve deeper into specific areas such as cultural awareness, bias recognition, community engagement, and inclusive policing strategies.
   - **Interactive Engagement:** These sessions often involve interactive elements such as group discussions, case studies, and scenario-based exercises, allowing officers to actively participate and apply their learning in practical contexts.
   - **Expert Presenters:** Seminars and workshops may feature expert presenters, including academics, community leaders, and subject matter experts, who provide valuable insights and perspectives on DEI issues relevant to law enforcement.

2. **Online Courses:**
   - **Flexibility and Accessibility:** Online courses offer flexibility and accessibility for officers to engage in learning at their convenience, regardless of their location or schedule constraints. Officers can access course materials, lectures, and assessments remotely, allowing for self-paced learning tailored to individual needs.
   - **Diverse Content:** Online courses cover a wide range of DEI topics, providing officers with access to diverse content and perspectives from experts in the field. This exposure to different viewpoints helps broaden officers' understanding of DEI issues and enhances their ability to navigate complex challenges effectively.
   - **Assessment and Feedback:** Online courses often include assessments and feedback mechanisms to evaluate officers' understanding and progress. This allows for ongoing monitoring of learning outcomes and identifies areas for further development or reinforcement.

3. **Resource Materials:**
   - **Comprehensive Information:** Officers have access to a variety of resource materials, including articles, books, videos, and podcasts, that offer comprehensive information on DEI-related issues. These resources serve as valuable reference materials, allowing officers to deepen their knowledge and stay informed about emerging trends and best practices.
   - **Self-directed Learning:** Resource materials support self-directed learning, enabling officers to explore DEI topics at their own pace and according to their individual interests. Officers can choose materials that align with their learning goals and preferences, enhancing their engagement and retention of information.
   - **Curated Content:** Law enforcement agencies may curate and organize resource materials to ensure relevance and accuracy. Curated content helps officers navigate

vast amounts of information more efficiently, guiding them to resources that are most pertinent to their roles and responsibilities.

4. **Training Updates:**
   - **Continuous Improvement:** Ongoing education initiatives include regular updates and refreshers on existing training content to ensure that officers remain current with the latest information and developments in DEI. These updates reflect advancements in research, changes in policy or legislation, feedback from community stakeholders, and lessons learned from real-world experiences.
   - **Adaptive Learning:** Training updates may incorporate adaptive learning techniques to personalize the learning experience for individual officers based on their knowledge gaps, learning preferences, and performance. This adaptive approach ensures that officers receive targeted support and reinforcement in areas where additional development is needed.
   - **Feedback Mechanisms:** Training updates may also include feedback mechanisms for officers to provide input and suggestions for improving training content and delivery. Soliciting feedback from officers fosters a culture of continuous improvement and ensures that training programs remain responsive to evolving needs and priorities.

In summary, ongoing education initiatives in law enforcement play a critical role in promoting diversity, equity, and inclusion by providing officers with opportunities for continuous learning and development. Through seminars, workshops, online courses, resource materials, and training updates, officers gain knowledge, skills, and awareness to navigate DEI.

### 3.4.2 Significance:

1. **Continuous Improvement:** Ongoing education demonstrates the department's commitment to continuous improvement and professional development in DEI-related areas. By investing in officers' ongoing learning and skill development, the department fosters a culture of excellence and adaptability, enabling officers to respond effectively to evolving challenges and opportunities in promoting DEI.

2. **Enhanced Effectiveness:** Ongoing education equips officers with the knowledge, skills, and tools needed to effectively address DEI issues in their day-to-day work. By staying informed about best practices and emerging trends, officers can make informed decisions, implement inclusive strategies, and engage with diverse communities in ways that promote trust, respect, and collaboration.

3. **Community Engagement:** Well-informed and culturally competent officers are better positioned to engage with diverse communities in meaningful and constructive ways. Ongoing education initiatives help officers build cultural competence, empathy, and communication skills essential for building positive relationships, addressing community concerns, and fostering mutual understanding and respect.

4. **Professional Growth:** Ongoing education provides officers with opportunities for professional growth and advancement in their careers. By participating in training and development opportunities, officers can enhance their skills, expand their knowledge base, and demonstrate their commitment to excellence in promoting DEI within the department and the broader community.

In conclusion, ongoing education initiatives play a critical role in promoting DEI within law enforcement by providing officers with continuous learning opportunities, resources, and updates to stay informed, skilled, and effective in their efforts to foster diversity, equity, and inclusion. By investing in ongoing education, the department demonstrates its dedication to excellence, professionalism, and responsiveness to the evolving needs and expectations of diverse communities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**3.4.2 Significance:**

1. **Continuous Improvement**
   - o **Professional Development:** Ongoing education signals the department's commitment to continuous improvement and professional development in DEI-related areas. By investing in officers' ongoing learning and skill development, the department fosters a culture of excellence and adaptability, enabling officers to respond effectively to evolving challenges and opportunities in promoting DEI.
   - o **Adaptive Learning:** Continuous improvement initiatives allow the department to adapt its training programs and resources to address emerging issues, trends, and community needs effectively. By staying abreast of developments in DEI research and practice, officers can refine their approaches and strategies to better serve diverse communities and promote equitable outcomes.

2. **Enhanced Effectiveness**
   - o **Informed Decision-Making:** Ongoing education equips officers with the knowledge, skills, and tools needed to effectively address DEI issues in their day-to-day work. By staying informed about best practices and emerging trends, officers can make informed decisions, implement inclusive strategies, and engage with diverse communities in ways that promote trust, respect, and collaboration.
   - o **Implementation of Inclusive Strategies:** Through ongoing education, officers learn practical strategies for promoting diversity, equity, and inclusion in law enforcement practices. This includes techniques for building rapport, resolving conflicts, and addressing bias, enabling officers to navigate complex situations with sensitivity and effectiveness.

3. **Community Engagement:**
   - o **Cultural Competence:** Well-informed and culturally competent officers are better positioned to engage with diverse communities in meaningful and constructive ways. Ongoing education initiatives help officers build cultural competence, empathy, and communication skills essential for building positive relationships, addressing community concerns, and fostering mutual understanding and respect.
   - o **Trust and Collaboration:** By engaging in ongoing education, officers demonstrate their commitment to understanding and serving the needs of diverse communities. This fosters trust and collaboration between law enforcement agencies and community members, leading to more effective partnerships in addressing public safety issues and promoting community well-being.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

4. **Professional Growth:**
   o **Career Advancement:** Ongoing education provides officers with opportunities for professional growth and advancement in their careers. By participating in training and development opportunities, officers can enhance their skills, expand their knowledge base, and demonstrate their commitment to excellence in promoting DEI within the department and the broader community.
   o **Leadership Development:** Ongoing education also prepares officers for leadership roles within the department, where they can advocate for diversity, equity, and inclusion principles and champion initiatives that advance these values. By cultivating a pipeline of inclusive leaders, ongoing education contributes to long-term cultural change and organizational resilience.

In conclusion, ongoing education initiatives play a critical role in promoting DEI within law enforcement by providing officers with continuous learning opportunities, resources, and updates to stay informed, skilled, and effective in their efforts to foster diversity, equity, and inclusion. By investing in ongoing education, the department demonstrates its dedication to excellence, professionalism, and responsiveness to the evolving needs and expectations of diverse communities.

# 4. Community Engagement:

### 4.1  Community Advisory Boards:
Establishing advisory boards or councils comprised of community members from diverse backgrounds to provide feedback and input on policing practices.

### 4.2  Cultural Awareness Events:
Hosting community events and forums to promote cultural understanding and dialogue between police and community members.

### 4.3  Collaborative Problem-Solving:
Partnering with community organizations and stakeholders to address specific issues or concerns within neighborhoods.

### 4.4  Crisis Intervention Teams:
Training officers to respond effectively to crisis situations involving individuals from diverse backgrounds, including those with mental health issues or disabilities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# 4. Community Engagement:

## 4.1 Community Advisory Boards:

Community Advisory Boards are structured groups comprised of individuals from diverse backgrounds within the community. These individuals may include representatives from different demographic groups, cultural communities, advocacy organizations, and civic associations. The primary purpose of these boards is to serve as a conduit for community feedback and input on various aspects of policing, including policies, procedures, practices, and community relations. Members of Community Advisory Boards typically meet regularly with law enforcement officials to discuss pertinent issues, share perspectives, and provide recommendations for improving police-community interactions.

They may offer insights into community concerns, priorities, and experiences with law enforcement, helping to shape decision-making processes within the police department. Community Advisory Boards play a crucial role in fostering transparency, accountability, and trust between law enforcement agencies and the communities they serve. By facilitating open dialogue and collaboration between police and community members, these boards contribute to more responsive, equitable, and effective policing practices.

## 4.2 Cultural Awareness Events:

Cultural Awareness Events are organized initiatives designed to promote understanding, appreciation, and respect for diverse cultures within the community. These events may take various forms, including cultural festivals, workshops, seminars, art exhibitions, food tastings, and community dialogues.

The primary objective of Cultural Awareness Events is to create opportunities for police officers and community members to engage in meaningful cross-cultural interactions. Through participation in these events, officers gain insights into different cultural traditions, customs, values, and perspectives. They develop cultural competency skills that enable them to navigate diverse communities with sensitivity, empathy, and respect.

Cultural Awareness Events also serve as platforms for building bridges between law enforcement agencies and culturally diverse communities. By fostering positive interactions and mutual understanding, these events help to break down barriers, dispel stereotypes, and build trust between police and community members.

## 4.3 Collaborative Problem-Solving:

Collaborative Problem-Solving involves partnerships between law enforcement agencies, community organizations, stakeholders, and residents to address specific issues or concerns within neighborhoods. These partnerships leverage the collective expertise, resources, and networks of diverse stakeholders to develop comprehensive, community-driven solutions to complex problems. Key elements of Collaborative Problem-Solving include identifying priority issues, conducting joint assessments, developing action plans, implementing interventions, and evaluating outcomes. Partnerships may focus on a wide range of issues, such as crime prevention, substance abuse prevention, youth engagement, homelessness, and neighborhood revitalization.

By engaging in Collaborative Problem-Solving, law enforcement agencies demonstrate their commitment to working collaboratively with communities to address shared challenges. These partnerships empower residents to play active roles in shaping the safety and well-being of their neighborhoods, fostering a sense of ownership, resilience, and collective responsibility.

## 4.4 Crisis Intervention Teams:

Crisis Intervention Teams (CIT) are specialized units within law enforcement agencies composed of officers trained to respond effectively to crisis situations involving individuals experiencing mental health crises or behavioral health challenges. CIT officers receive specialized training in de-escalation techniques, crisis intervention strategies, mental health awareness, and community resources.
When responding to crisis calls, CIT officers prioritize the safety and well-being of individuals in distress while minimizing the use of force whenever possible. They employ communication skills, empathy, and patience to defuse volatile situations and connect individuals with appropriate mental health services, treatment options, or support systems.

Crisis Intervention Teams collaborate closely with mental health professionals, medical providers, social service agencies, and community-based organizations to ensure holistic and compassionate responses to individuals in crisis. By providing timely and compassionate assistance, CIT officers help to prevent escalation, reduce the likelihood of harm, and promote recovery and healing within the community.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 4.1 Community Advisory Boards:

Community Advisory Boards (CABs) are structured groups representing diverse community backgrounds. Their main role is to provide feedback and input on policing matters such as policies, procedures, and community relations. CAB members regularly meet with law enforcement officials to discuss issues, share perspectives, and offer recommendations for improvement. By fostering open dialogue and collaboration between police and community members, CABs enhance transparency, accountability, and trust, ultimately contributing to more responsive and effective policing practices.

The components and significance of Community Advisory Boards are:

### 4.1.1  Components:

1. **Structured Groups:** Community Advisory Boards are organized and structured groups comprising individuals from diverse backgrounds within the community. These individuals represent various demographic groups, cultural communities, advocacy organizations, and civic associations.

2. **Conduit for Community Feedback:** The primary purpose of Community Advisory Boards is to serve as a conduit for community feedback and input on various aspects of policing, including policies, procedures, practices, and community relations. Members of these boards provide valuable insights into community concerns, priorities, and experiences with law enforcement.

3. **Regular Meetings:** Members of Community Advisory Boards typically meet regularly with law enforcement officials to discuss pertinent issues, share perspectives, and provide recommendations for improving police-community interactions. These meetings facilitate ongoing dialogue and collaboration between police and community members.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 4.1.1 Components:

1. **Structured Groups:**
   - **Diverse Representation:** Community Advisory Boards are intentionally composed of individuals from diverse backgrounds within the community. This diversity may include representatives from different demographic groups (e.g., racial,and ethnic minorities, LGBTQ+ individuals, seniors), cultural communities, advocacy organizations, and civic associations. By including a broad spectrum of voices and perspectives, CABs ensure that the concerns and priorities of various community segments are represented and addressed.
   - **Organizational Framework:** CABs are structured groups with established procedures, roles, and responsibilities. They may have bylaws or guidelines governing their operations, including processes for selecting members, conducting meetings, and making recommendations. This organizational framework provides a formalized structure for engaging with law enforcement and advocating for community interests.

2. **Conduit for Community Feedback:**
   - **Engagement Platform:** The primary function of Community Advisory Boards is to serve as a platform for community members to provide feedback and input on policing matters. CAB members act as liaisons between law enforcement agencies and the communities they serve, conveying community concerns, priorities, and experiences to police officials.
   - **Feedback Mechanisms:** CABs establish mechanisms for soliciting, collecting, and synthesizing community feedback on various aspects of policing, including policies, procedures, practices, and community relations. This feedback may be gathered through surveys, public forums, focus groups, or individual consultations, allowing CABs to capture diverse perspectives and experiences.

3. **Regular Meetings:**
   - **Dialogue and Collaboration:** Members of Community Advisory Boards regularly convene with law enforcement officials to discuss pertinent issues, share perspectives, and provide recommendations for improvement. These meetings serve as forums for open dialogue, mutual understanding, and collaboration between police and community stakeholders.
   - **Ongoing Engagement:** Regular meetings ensure that communication between CABs and law enforcement remains continuous and proactive. By meeting regularly, CABs can address emerging concerns in a timely manner, track progress on previous recommendations, and foster a culture of accountability and responsiveness within law enforcement agencies.

In summary, Community Advisory Boards play a crucial role in facilitating meaningful engagement, dialogue, and collaboration between police and community members. By structuring diverse representation, serving as conduits for community feedback, and holding regular meetings with law enforcement officials, CABs enhance transparency, accountability, and trust in policing practices, ultimately contributing to safer, more inclusive communities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**4.1.2 Significance:**

1. **Fostering Transparency:** Community Advisory Boards play a crucial role in fostering transparency between law enforcement agencies and the communities they serve. By providing a platform for open dialogue and collaboration, these boards help build trust and credibility in police-community relationships.

2. **Enhancing Accountability:** By soliciting community feedback and input, Community Advisory Boards contribute to enhanced accountability within law enforcement agencies. They ensure that community voices are heard and considered in decision-making processes, leading to more responsive and accountable policing practices.

3. **Promoting Equitable Policing:** Through their engagement with law enforcement officials, Community Advisory Boards help shape policing practices that are responsive to the needs and concerns of diverse communities. By advocating for equitable treatment and fair policies, these boards contribute to more inclusive and effective policing practices.

Overall, Community Advisory Boards play a vital role in promoting community engagement, fostering trust and accountability, and advancing equitable and effective policing practices.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**4.1.2 Significance:**

1. **Fostering Transparency:**
   - **Open Dialogue:** Community Advisory Boards serve as platforms for open dialogue and collaboration between law enforcement agencies and the communities they serve. By facilitating transparent communication channels, CABs help build trust and credibility in police-community relationships.
   - **Access to Information:** CABs provide community members with access to information about policing policies, procedures, and practices. This transparency allows community members to better understand law enforcement operations, ask questions, and provide feedback, leading to greater transparency and accountability in policing.

2. **Enhancing Accountability**
   - **Community Oversight:** Community Advisory Boards serve as mechanisms for community oversight of law enforcement agencies. By soliciting community feedback and input, CABs ensure that community voices are heard and considered in decision-making processes, promoting greater accountability and responsiveness from law enforcement.
   - **Reviewing Policies and Practices:** CABs review and assess policing policies, procedures, and practices to ensure they align with community needs and expectations. By holding law enforcement agencies accountable for their actions and decisions, CABs contribute to more transparent, accountable, and community-oriented policing.

3. **Promoting Equitable Policing:**
   - **Advocating for Fair Treatment:** Community Advisory Boards advocate for equitable treatment and fair policies within law enforcement agencies. By representing diverse community perspectives and interests, CABs help shape policing practices that are responsive to the needs and concerns of all community members, regardless of race, ethnicity, or other characteristics.
   - **Addressing Bias and Discrimination:** CABs work to address bias and discrimination within law enforcement by advocating for policies and practices that promote fairness, impartiality, and respect for all individuals. Through their engagement with law enforcement officials, CABs contribute to the development of more inclusive and effective policing strategies.

Overall, Community Advisory Boards play a vital role in promoting community engagement, fostering trust and accountability, and advancing equitable and effective policing practices. By serving as conduits for community feedback, advocating for transparency and fairness, and working

to address bias and discrimination, CABs contribute to safer, more inclusive, and resilient communities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 4.2 Cultural Awareness Events:

Cultural Awareness Events are organized initiatives designed to promote understanding, appreciation, and respect for diverse cultures within the community.
Cultural Awareness Events also serve as platforms for building bridges between law enforcement agencies and culturally diverse communities. By fostering positive interactions and mutual understanding, these events help to break down barriers, dispel stereotypes, and build trust between police and community members. Here are the components and significance practices:

### 4.2.1 Components:

1. **Organized Initiatives:** Cultural Awareness Events are structured initiatives planned and executed to promote understanding, appreciation, and respect for diverse cultures within the community. These events may include cultural festivals, workshops, seminars, art exhibitions, food tastings, and community dialogues, among others.

2. **Cross-Cultural Engagement:** The primary objective of Cultural Awareness Events is to facilitate meaningful cross-cultural interactions between police officers and community members. These interactions provide opportunities for individuals to learn about different cultural traditions, customs, values, and perspectives.

3. **Cultural Competency Development:** Participation in Cultural Awareness Events allows police officers to develop cultural competency skills. These skills enable officers to navigate diverse communities with sensitivity, empathy, and respect, thereby enhancing their ability to effectively engage with individuals from different cultural backgrounds.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**4.2.1 Components:**

1. **Organized Initiatives:**
   - **Structured Events:** Cultural Awareness Events are carefully planned and organized initiatives aimed at promoting understanding, appreciation, and respect for diverse cultures within the community. These events may take various forms, such as cultural festivals, workshops, seminars, art exhibitions, food tastings, and community dialogues, among others.
   - **Community Participation:** These events encourage active participation from community members representing different cultural backgrounds. By involving community members in the planning and execution process, Cultural Awareness Events ensure that they are relevant, inclusive, and reflective of the community's diversity.

2. **Cross-Cultural Engagement:**
   - **Facilitating Interaction:** The primary goal of Cultural Awareness Events is to facilitate meaningful interactions between police officers and community members from diverse cultural backgrounds. These interactions provide opportunities for individuals to learn about and appreciate different cultural traditions, customs, values, and perspectives.
   - **Building Bridges:** By fostering positive cross-cultural interactions, Cultural Awareness Events help build bridges between law enforcement agencies and culturally diverse communities. These events create spaces where individuals can connect, share experiences, and build mutual understanding, ultimately breaking down barriers and building trust.

3. **Cultural Competency Development:**
   - **Enhancing Understanding:** Participation in Cultural Awareness Events allows police officers to develop cultural competency skills. These skills enable officers to navigate diverse communities with sensitivity, empathy, and respect, enhancing their understanding of cultural differences and their ability to engage effectively with individuals from different backgrounds.
   - **Promoting Respectful Engagement:** Cultural competency development through these events helps police officers interact with community members in a manner that respects and acknowledges their cultural identities. By fostering respectful engagement, officers can build trust and rapport within culturally diverse communities, leading to more effective policing practices.

Cultural Awareness Events serve as valuable platforms for promoting understanding, appreciation, and respect for diversity within the community. Through organized initiatives, cross-cultural engagement, and cultural competency development, these events contribute to building bridges between law enforcement agencies and culturally diverse communities, ultimately fostering trust, mutual respect, and cooperation.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**4.2.2 Significance:**

1. **Building Bridges:** Cultural Awareness Events serve as platforms for building bridges between law enforcement agencies and culturally diverse communities. By facilitating positive interactions and mutual understanding, these events help to bridge gaps and foster connections between police and community members.

2. **Breaking Down Barriers:** Through their emphasis on understanding and appreciation, Cultural Awareness Events help break down cultural barriers and dispel stereotypes. By promoting inclusivity and celebrating diversity, these events create a welcoming environment where individuals from all backgrounds feel valued and respected.

3. **Building Trust:** By engaging in Cultural Awareness Events, police officers demonstrate their commitment to understanding and respecting the cultural diversity within the communities they serve. This helps build trust and rapport between police and community members, leading to stronger and more collaborative relationships.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**4.2.2 Significance:**

1. **Building Bridges:**
   - o **Facilitating Connections:** Cultural Awareness Events serve as vital platforms for building bridges between law enforcement agencies and culturally diverse communities. These events provide opportunities for positive interactions and meaningful dialogue, fostering connections and understanding between police officers and community members from various cultural backgrounds.
   - o **Promoting Collaboration:** By facilitating interactions in a non-threatening and inclusive environment, Cultural Awareness Events encourage collaboration and cooperation between police and community members. These events create spaces where individuals can come together, share experiences, and find common ground, ultimately strengthening relationships and fostering a sense of unity.

2. **Breaking Down Barriers:**
   - o **Dispelling Stereotypes:** Cultural Awareness Events play a crucial role in breaking down cultural barriers and dispelling stereotypes. Through their emphasis on understanding, appreciation, and celebration of diversity, these events challenge preconceived notions and promote inclusivity. They create opportunities for individuals to learn about different cultures firsthand, fostering empathy, tolerance, and respect.
   - o **Creating Inclusive Spaces:** By promoting inclusivity and celebrating diversity, Cultural Awareness Events create welcoming and inclusive spaces where individuals from all backgrounds feel valued and respected. These events cultivate a sense of belonging and acceptance, encouraging participation and engagement from diverse community members.

3. **Building Trust:**
   - o **Demonstrating Commitment:** By actively participating in Cultural Awareness Events, police officers demonstrate their commitment to understanding and respecting the cultural diversity within the communities they serve. This visible engagement sends a powerful message of inclusivity and acceptance, helping to build trust and rapport between police and community members.
   - o **Strengthening Relationships:** Cultural Awareness Events provide opportunities for police officers to engage with community members in meaningful ways, beyond traditional law enforcement roles. These interactions humanize officers and foster authentic connections based on mutual respect and understanding, ultimately leading to stronger and more collaborative relationships between police and the community.

Cultural Awareness Events play a significant role in promoting understanding, inclusivity, and trust within culturally diverse communities. By building bridges, breaking down barriers, and fostering trust, these events contribute to stronger, more harmonious relationships between law enforcement agencies and the communities they serve.

## 4.3 Collaborative Problem-Solving:

Collaborative Problem-Solving involves partnerships between law enforcement agencies, community organizations, stakeholders, and residents to address specific issues or concerns within neighborhoods. These partnerships leverage the collective expertise, resources, and networks of diverse stakeholders to develop comprehensive, community-driven solutions to complex problems. These partnerships empower residents to play active roles in shaping the safety and well-being of their neighborhoods, fostering a sense of ownership, resilience, and collective responsibility. Here are the components and significance practices:

### 4.3.1 Components:

1. **Partnerships:** Collaborative Problem-Solving involves forming partnerships between law enforcement agencies, community organizations, stakeholders, and residents. These partnerships bring together diverse stakeholders with a shared interest in addressing specific issues or concerns within neighborhoods.

2. **Collective Expertise and Resources:** Collaborative Problem-Solving leverages the collective expertise, resources, and networks of participating stakeholders. By pooling their knowledge, skills, and resources, partners can develop comprehensive, community-driven solutions to complex problems.

3. **Key Elements:** Collaborative Problem-Solving typically involves several key elements, including:
   - Identifying Priority Issues: Partners work together to identify and prioritize the most pressing issues or concerns facing the community.
   - Conducting Joint Assessments: Collaborative assessments are conducted to gather data and insights into the root causes and contributing factors of the identified issues.
   - Developing Action Plans: Partners collaborate to develop action plans outlining strategies and interventions to address the identified issues effectively.
   - Implementing Interventions: Action plans are implemented through coordinated efforts and partnerships to enact meaningful change within the community.
   - Evaluating Outcomes: Partners regularly evaluate the outcomes and effectiveness of interventions to assess progress and make adjustments as needed.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 4.3.1 Components:

1. **Partnerships**
   - **Stakeholder Collaboration:** Collaborative Problem-Solving hinges on the formation of partnerships between various stakeholders, including law enforcement agencies, community organizations, local government entities, businesses, and residents. These partnerships bring together diverse perspectives, expertise, and resources to tackle complex community issues collectively.
   - **Shared Responsibility:** Partnerships foster a sense of shared responsibility for addressing specific issues or concerns within neighborhoods. By working together, stakeholders can pool their resources, leverage each other's strengths, and distribute the workload more effectively, leading to more sustainable and impactful solutions.

2. **Collective Expertise and Resources**
   - **Pooling Knowledge and Skills:** Collaborative Problem-Solving harnesses the collective expertise and resources of participating stakeholders. Each partner brings unique insights, experiences, and skills to the table, enriching the problem-solving process and enhancing the quality of solutions.
   - **Maximizing Impact:** By leveraging the combined resources of partners, Collaborative Problem-Solving initiatives can achieve greater impact than individual efforts. Whether it's access to funding, community networks, or specialized expertise, each partner contributes to a more comprehensive and holistic approach to problem-solving.

3. **Key Elements:**
   - **Identifying Priority Issues:** Partners collaborate to identify and prioritize the most pressing issues or concerns facing the community. This initial step involves engaging with community members, conducting needs assessments, and gathering data to understand the root causes and impact of the identified issues.
   - **Conducting Joint Assessments:** Collaborative assessments are conducted to delve deeper into the underlying factors contributing to the identified issues. By analyzing data, conducting surveys, and engaging with community members, partners gain valuable insights into the complexities of the problems at hand.
   - **Developing Action Plans:** Partners work together to develop action plans that outline strategies, goals, and interventions to address the identified issues effectively. These action plans are tailored to the unique needs and priorities of the community, with input from all stakeholders involved.
   - **Implementing Interventions:** Action plans are put into action through coordinated efforts and partnerships. Partnerships may involve implementing programs,

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

allocating resources, providing services, or advocating for policy changes aimed at addressing the identified issues and achieving desired outcomes.

o **Evaluating Outcomes:** Partners regularly evaluate the outcomes and effectiveness of interventions to assess progress and make adjustments as needed. By monitoring outcomes, collecting feedback, and measuring impact, stakeholders can learn from their experiences, refine their approaches, and continuously improve their collaborative problem-solving efforts.

Collaborative Problem-Solving empowers communities to address complex issues through collective action, partnership, and shared responsibility. By fostering collaboration, leveraging resources, and embracing community-driven solutions, these initiatives promote resilience, ownership, and positive change within neighborhoods.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 4.3.2 Significance:

1. **Community Empowerment:** Collaborative Problem-Solving empowers residents to play active roles in shaping the safety and well-being of their neighborhoods. By engaging residents as partners in the problem-solving process, communities are empowered to take ownership of addressing shared challenges.

2. **Shared Responsibility:** By working collaboratively with communities, law enforcement agencies demonstrate their commitment to shared responsibility in addressing community safety and well-being. Collaborative partnerships foster a sense of collective responsibility among stakeholders, encouraging everyone to contribute to positive change.

3. **Building Trust and Resilience:** Collaborative Problem-Solving builds trust and resilience within communities by fostering positive relationships and partnerships between law enforcement agencies and residents. Through collaborative efforts, communities become more resilient in addressing challenges and building stronger, more cohesive neighborhoods.

**4.3.2 Significance:**

1. **Community Empowerment**
   - **Active Engagement:** Collaborative Problem-Solving empowers residents by actively involving them in the decision-making process regarding the safety and well-being of their neighborhoods. By soliciting input, encouraging participation, and valuing community perspectives, residents feel empowered to take ownership of addressing shared challenges.
   - **Building Capacity:** Through collaborative partnerships, residents gain access to resources, knowledge, and support that enable them to address community issues effectively. This empowerment fosters a sense of pride, resilience, and self-efficacy among community members, encouraging them to become active agents of change within their neighborhoods.

2. **Shared Responsibility**
   - **Mutual Accountability:** Collaborative Problem-Solving promotes shared responsibility among stakeholders, including law enforcement agencies, community organizations, local government entities, and residents. By working together to address community issues, stakeholders acknowledge their mutual accountability for ensuring the safety, well-being, and prosperity of the community.
   - **Enhancing Trust:** By demonstrating a commitment to collaboration and partnership, law enforcement agencies build trust and credibility within the community. Collaborative partnerships signal a willingness to listen, learn, and collaborate, fostering positive relationships based on mutual respect, transparency, and accountability.

3. **Building Trust and Resilience:**
   - **Positive Relationships:** Collaborative Problem-Solving fosters positive relationships and partnerships between law enforcement agencies and residents. By working together to address shared concerns, stakeholders develop a deeper understanding of each other's perspectives, priorities, and needs, laying the foundation for trust and cooperation.
   - **Community Cohesion:** Through collaborative efforts, communities become more resilient in addressing challenges and building stronger, more cohesive neighborhoods. By coming together to solve problems, residents develop a sense of unity, solidarity, and collective efficacy, which strengthens community bonds and fosters a sense of belonging and connection.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

Collaborative Problem-Solving is not just about addressing specific issues; it's about empowering communities, fostering shared responsibility, and building trust and resilience. By engaging residents as partners, promoting collaboration among stakeholders, and nurturing positive relationships, Collaborative Problem-Solving initiatives contribute to safer, more vibrant, and cohesive communities.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 4.4 Crisis Intervention Teams:

Crisis Intervention Teams (CIT) are specialized units within law enforcement agencies composed of officers trained to respond effectively to crisis situations involving individuals experiencing mental health crises or behavioral health challenges.
Here are the components and significance practices:

### 4.4.1 Components:

1. **Specialized Training:** Crisis Intervention Teams (CIT) consist of officers who undergo specialized training in various areas, including de-escalation techniques, crisis intervention strategies, mental health awareness, and community resources. This training equips CIT officers with the necessary skills and knowledge to effectively respond to crisis situations involving individuals experiencing mental health crises or behavioral health challenges.

2. **Collaborative Approach:** CIT officers collaborate closely with mental health professionals, medical providers, social service agencies, and community-based organizations. This collaborative approach ensures that individuals in crisis receive holistic and compassionate responses, with access to appropriate mental health services, treatment options, and support systems.

3. **Priority on Safety and Well-being:** When responding to crisis calls, CIT officers prioritize the safety and well-being of individuals in distress. They aim to minimize the use of force whenever possible and employ communication skills, empathy, and patience to defuse volatile situations. This focus on safety and well-being helps prevent escalation and reduce the likelihood of harm to both individuals in crisis and responding officers.

4. **Connection to Resources:** CIT officers play a crucial role in connecting individuals in crisis with appropriate resources and support systems. This may include linking individuals to mental health services, crisis intervention programs, support groups, or other community resources aimed at promoting recovery and healing.

**4.4.1 Components:**

1. **Specialized Training:**
   - **De-escalation Techniques:** CIT officers undergo specialized training in de-escalation techniques aimed at defusing crisis situations calmly and safely. They learn how to communicate effectively, manage emotions, and reduce tension to prevent situations from escalating into violence.
   - **Crisis Intervention Strategies:** Training includes instruction on crisis intervention strategies tailored to individuals experiencing mental health crises or behavioral health challenges. CIT officers learn how to assess risk, establish rapport, and connect individuals with appropriate resources and support services.
   - **Mental Health Awareness:** CIT training includes education on mental health disorders, symptoms, and common behavioral patterns. Officers develop a better understanding of mental health issues to recognize signs of distress and respond with empathy and sensitivity.
   - **Community Resources:** CIT training familiarizes officers with available community resources, such as crisis hotlines, mental health clinics, and support groups. This knowledge enables CIT officers to provide individuals in crisis with referrals and access to appropriate services for ongoing support and treatment.

2. **Collaborative Approach:**
   - **Interagency Collaboration:** CIT officers work collaboratively with mental health professionals, medical providers, social service agencies, and community-based organizations to provide comprehensive support to individuals in crisis. This collaborative approach ensures a coordinated response that addresses both immediate needs and long-term solutions.
   - **Information Sharing:** CIT officers facilitate information sharing and coordination among various agencies and organizations involved in crisis response. By collaborating closely with mental health providers and community stakeholders, CIT officers ensure that individuals receive the most appropriate and effective care and support.

3. **Priority on Safety and Well-being:**
   - **Risk Assessment:** CIT officers are trained to conduct rapid risk assessments to evaluate the level of danger posed by a crisis situation. They use this information to determine the most appropriate response strategy that prioritizes the safety and well-being of all parties involved.
   - **Use of Force Minimization:** CIT emphasizes minimizing the use of force and coercion in crisis situations. Officers employ communication skills, empathy, and

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

de-escalation techniques to resolve conflicts peacefully and prevent unnecessary harm or injury.
- o **Trauma-Informed Care:** CIT training incorporates principles of trauma-informed care, recognizing the potential impact of trauma on individuals in crisis. Officers approach interactions with sensitivity and understanding, taking into account the unique needs and experiences of each individual.

4. **Connection to Resources:**
   - o **Referral Services:** CIT officers serve as a bridge between individuals in crisis and appropriate support services. They connect individuals with mental health professionals, crisis intervention programs, substance abuse treatment facilities, and other community resources to ensure access to the care and support they need.
   - o **Follow-up and Support:** CIT officers provide ongoing support and follow-up to individuals after crisis intervention. They may check in with individuals to ensure they are accessing recommended services, following treatment plans, and receiving necessary support for recovery and stability.

Crisis Intervention Teams (CIT) are instrumental in providing compassionate, effective responses to individuals experiencing mental health crises or behavioral health challenges. Through specialized training, collaborative partnerships, a focus on safety and well-being, and connections to resources, CIT officers play a vital role in promoting crisis resolution, recovery, and community well-being.

**4.4.2 Significance:**

1. **Prevention of Escalation:** By providing timely and compassionate assistance, CIT officers help prevent the escalation of crisis situations. Their specialized training and collaborative approach enable them to effectively de-escalate volatile situations and address underlying issues contributing to the crisis.

2. **Reduction of Harm:** CIT officers contribute to the reduction of harm by prioritizing the safety and well-being of individuals in crisis. Through their focus on minimizing the use of force and connecting individuals to appropriate resources, CIT officers help mitigate the risk of injury or harm to both individuals in crisis and responding officers.

3. **Promotion of Recovery and Healing:** By connecting individuals in crisis with mental health services, treatment options, and support systems, CIT officers promote recovery and healing within the community. Their efforts help individuals access the resources they need to address underlying mental health challenges and work towards stabilization and recovery

**4.4.2 Significance:**

1. **Prevention of Escalation:**
   - **Timely Assistance:** CIT officers provide timely and compassionate assistance to individuals in crisis, helping prevent the escalation of potentially volatile situations. Through their specialized training in de-escalation techniques and crisis intervention strategies, CIT officers can effectively manage crises and address underlying issues before they escalate further.
   - **Collaborative Approach:** CIT's collaborative approach involves working closely with mental health professionals and community stakeholders to address the root causes of crisis situations. By identifying and addressing these underlying factors, CIT officers can prevent crises from escalating and promote long-term stability and well-being within the community.

2. **Reduction of Harm**
   - **Prioritizing Safety:** CIT officers prioritize the safety and well-being of individuals in crisis, seeking to minimize the use of force and reduce the risk of harm or injury. Through their training in crisis intervention and de-escalation techniques, CIT officers aim to resolve crises peacefully and without resorting to aggressive or confrontational tactics.
   - **Connection to Resources:** By connecting individuals in crisis with appropriate resources and support services, CIT officers help mitigate the risk of harm associated with untreated mental health issues or behavioral health challenges. By ensuring that individuals receive timely and appropriate care, CIT officers contribute to reducing the overall harm experienced by both individuals in crisis and the community at large.

3. **Promotion of Recovery and Healing:**
   - **Access to Services:** CIT officers play a crucial role in connecting individuals in crisis with mental health services, treatment options, and support systems. By facilitating access to these resources, CIT officers promote recovery and healing within the community, helping individuals address underlying mental health challenges and work towards stabilization and recovery.
   - **Long-Term Support:** CIT's focus on connecting individuals with ongoing support services ensures that individuals receive the necessary assistance and resources to support their long-term recovery and well-being. By promoting continuity of care and follow-up support, CIT officers contribute to the overall health and resilience of individuals and communities affected by mental health crises.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

Overall, Crisis Intervention Teams (CIT) play a significant role in preventing the escalation of crisis situations, reducing harm, and promoting recovery and healing within communities. Through their specialized training, collaborative approach, and focus on connecting individuals with resources and support services, CIT officers help create safer, more supportive environments where individuals can receive the assistance, they need to overcome mental health challenges and thrive.

# 5. Accountability and Evaluation:

### 5.1   Data Collection and Analysis:
Collecting data on officer demographics, citizen complaints, and use of force incidents to identify patterns and disparities.

### 5.2   Regular Audits and Reviews:
Conducting regular audits and reviews of departmental practices to ensure compliance with DEI policies and goals.

### 5.3   Community Feedback Mechanisms:
Establishing channels for community members to provide feedback on their interactions with police and suggesting areas for improvement.

### 5.4   Performance Metrics:
Establishing measurable goals and performance metrics related to diversity, equity, and inclusion, and tracking progress over time.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# 5. Accountability and Evaluation:

## 5.1 Data Collection and Analysis:

Data collection involves gathering information on various aspects of policing, including officer demographics, citizen complaints, and use of force incidents. Analysis of this data helps identify patterns, trends, and disparities that may exist within the department's practices. By examining demographic data, departments can assess the diversity of their workforce and identify areas for improvement. Analyzing citizen complaints and use of force incidents allows for the identification of potential areas of concern or areas where disparities may exist.

## 5.2 Regular Audits and Reviews:

Regular audits and reviews involve systematically examining departmental practices, policies, and procedures to ensure alignment with DEI principles and goals. These audits may assess hiring and promotion practices, training protocols, community engagement efforts, and internal policies. By conducting regular reviews, departments can identify areas for improvement, address potential biases or disparities, and ensure ongoing compliance with DEI standards.

## 5.3 Community Feedback Mechanisms:

Establishing community feedback mechanisms allows residents to provide input on their interactions with law enforcement and suggest areas for improvement. These mechanisms may include surveys, community forums, advisory boards, or dedicated hotlines for reporting concerns. By actively soliciting feedback from community members, departments can gain valuable insights into community perceptions, concerns, and priorities, helping to inform decision-making and improve police-community relations.

## 5.4 Performance Metrics:

Performance metrics involve establishing measurable goals and benchmarks related to diversity, equity, and inclusion, and tracking progress over time. These metrics may include diversity targets for hiring and promotion, reduction goals for citizen complaints or use of force incidents, or targets for increasing community trust and satisfaction. By setting clear objectives and regularly monitoring performance against these metrics, departments can hold themselves accountable for progress and demonstrate transparency to the community.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## 5.1 Data Collection and Analysis:

Data collection involves gathering information on various aspects of policing, including officer demographics, citizen complaints, and use of force incidents. Analysis of this data helps identify patterns, trends, and disparities that may exist within the department's practices. By examining demographic data, departments can assess the diversity of their workforce and identify areas for improvement. Analyzing citizen complaints and use of force incidents allows for the identification of potential areas of concern or areas where disparities may exist. Here are the components and significance practices:

### 5.1.1 Components:

1. **Gathering Information:** Data collection involves gathering information on key aspects of policing, such as officer demographics, citizen complaints, and use of force incidents. This process may involve various methods, including surveys, record-keeping systems, and data entry.

2. **Demographic Data:** One component of data collection is gathering information on officer demographics, including race, gender, age, and years of service. This data provides insight into the diversity of the department's workforce and helps identify any disparities or underrepresentation among different demographic groups.

3. **Citizen Complaints:** Another component of data collection is collecting information on citizen complaints filed against officers. This includes details such as the nature of the complaint, the outcome of the investigation, and any disciplinary actions taken. Analyzing citizen complaints can reveal patterns or trends that may indicate areas for improvement in police-community relations or officer conduct.

4. **Use of Force Incidents:** Data collection also involves tracking use of force incidents, including the circumstances surrounding each incident, the level of force used, and the demographics of individuals involved. Analyzing use of force data helps identify any disparities in how force is applied and can inform training and policy decisions to minimize unnecessary or excessive force.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 5.1.1 Components:

**1. Gathering Information:**
- **Methods of Collection:** Data collection involves utilizing various methods such as surveys, record-keeping systems, and data entry to gather information on key aspects of policing. Surveys may be conducted to gather demographic information from officers or community members, while record-keeping systems and data entry ensure that relevant data is systematically recorded and stored for analysis.
- **Comprehensive Approach:** To ensure comprehensive data collection, it's essential to cover a wide range of aspects, including officer demographics, citizen complaints, and use of force incidents. This approach allows law enforcement agencies to gather a holistic view of their operations and interactions with the community.

**2. Demographic Data:**
- **Inclusive Categories**: Gathering information on officer demographics involves collecting data on various attributes such as race, gender, age, and years of service. It's important to use inclusive categories and provide options that accurately represent the diversity within the department's workforce.
- **Identifying Disparities**: Analyzing demographic data helps identify disparities or underrepresentation among different demographic groups within the department. This information is crucial for addressing diversity and equity issues, ensuring fair representation, and fostering an inclusive work environment.

**3. Citizen Complaints:**
- **Detailed Information:** Collecting information on citizen complaints filed against officers requires capturing details such as the nature of the complaint, investigation outcomes, and any disciplinary actions taken. This comprehensive approach ensures that agencies have a thorough understanding of the issues raised by community members and the actions taken in response.
- **Pattern Identification:** Analyzing citizen complaints can reveal patterns or trends that may indicate systemic issues or areas for improvement in police-community relations or officer conduct. Identifying recurring themes in complaints allows agencies to address underlying issues and implement targeted interventions to improve interactions with the community.

**4. Use of Force Incidents:**
- **Contextual Understanding:** Data collection on use of force incidents involves capturing detailed information about the circumstances surrounding each incident, the level of force used, and the demographics of individuals involved. This contextual understanding is essential for assessing the appropriateness of force and identifying factors that may contribute to disparities.

- o **Training and Policy Insights:** Analyzing use of force data provides insights into how force is applied in different situations and demographics. This information informs training programs and policy decisions aimed at minimizing unnecessary or excessive force, enhancing officer safety, and promoting positive outcomes in police-community interactions.

By systematically collecting and analyzing data on officer demographics, citizen complaints, and use of force incidents, law enforcement agencies can gain valuable insights into their practices, identify areas for improvement, and work towards building more equitable and effective policing strategies.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**5.1.2 Significance:**

1. **Identifying Patterns and Disparities:** Data collection and analysis enable departments to identify patterns, trends, and disparities in various aspects of policing. By examining demographic data, citizen complaints, and use of force incidents, departments can pinpoint areas where disparities may exist and take proactive measures to address them.

2. **Enhancing Accountability:** By collecting data on officer conduct, including citizen complaints and use of force incidents, departments promote transparency and accountability. Analyzing this data allows for the identification of officers who may require additional training, supervision, or disciplinary action, ultimately improving overall accountability within the department.

3. **Improving Policy and Training:** Data analysis provides valuable insights that can inform policy decisions and training initiatives within the department. For example, if analysis reveals a disproportionate number of citizen complaints or use of force incidents involving certain demographic groups, the department can implement targeted training programs or revise policies to address underlying issues and improve outcomes.

4. **Building Community Trust:** Transparent data collection and analysis demonstrate a commitment to openness and responsiveness to community concerns. By sharing findings with the public and engaging in dialogue about the implications of the data, departments can build trust and foster positive relationships with the communities they serve.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

**5.1.2 Significance:**

**1. Identifying Patterns and Disparities:**
- o **Targeted Intervention:** Data collection and analysis enable departments to identify patterns, trends, and disparities in various aspects of policing, including officer demographics, citizen complaints, and use of force incidents. By pinpointing areas where disparities may exist, departments can implement targeted interventions to address systemic issues and promote equitable policing practices.
- o **Early Detection:** Through thorough analysis, departments can detect patterns of behavior or incidents that may indicate systemic problems or individual misconduct. Early identification of such issues allows for prompt intervention and corrective action, preventing escalation and fostering accountability within the department.

**2. Enhancing Accountability:**
- o **Transparency and Oversight:** Data collection on officer conduct, including citizen complaints and use of force incidents, promotes transparency and accountability within law enforcement agencies. By systematically recording and analyzing this data, departments provide oversight mechanisms to identify and address instances of misconduct or inappropriate behavior.
- o **Identifying Areas for Improvement:** Analysis of data related to officer conduct helps identify individuals who may require additional training, supervision, or disciplinary action. This proactive approach to accountability ensures that officers are held accountable for their actions and that necessary steps are taken to address any deficiencies in performance or conduct.

**3. Improving Policy and Training:**
- o **Informed Decision-Making:** Data analysis provides valuable insights that inform policy decisions and training initiatives within law enforcement agencies. By examining trends and patterns in citizen complaints and use of force incidents, departments can identify areas for policy revision or development to address underlying issues and improve outcomes.
- o **Targeted Interventions:** If analysis reveals disparities in policing outcomes among certain demographic groups, departments can implement targeted training programs to address implicit bias or cultural competence gaps. This ensures that officers are equipped with the knowledge and skills needed to interact respectfully and effectively with diverse communities.

**4. Building Community Trust:**
- o **Openness and Transparency:** Transparent data collection and analysis demonstrate a commitment to openness and responsiveness to community concerns. By sharing findings with the public and engaging in dialogue about the implications of the data, departments

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

build trust and foster positive relationships with the communities they serve. This transparency helps reassure community members that law enforcement agencies are accountable and committed to addressing issues of concern.

- o **Collaborative Solutions:** Involving the community in discussions about data findings and implications fosters collaboration and partnership between law enforcement agencies and community stakeholders. By working together to address identified disparities or concerns, departments and communities can develop collaborative solutions that promote trust, fairness, and mutual respect.

## 5.2 Regular Audits and Reviews:

Regular audits and reviews involve systematically examining departmental practices, policies, and procedures to ensure alignment with DEI principles and goals. These audits may assess hiring and promotion practices and processes, training protocols, community engagement efforts, and internal policies. By conducting regular reviews, departments can identify areas for improvement, address potential biases or disparities, and ensure ongoing compliance with DEI standards. Here are the components and significance practices:

### 5.2.1 Components:

1. **Systematic Examination:** Regular audits and reviews involve a systematic examination of various aspects of departmental practices, policies, and procedures. This process may include reviewing documents, conducting interviews, analyzing data, and assessing compliance with DEI principles and goals.

2. **Scope of Review:** Audits and reviews may cover a wide range of areas within the department, including hiring and promotion practices, training protocols, community engagement efforts, and internal policies. By assessing multiple aspects of departmental operations, audits ensure comprehensive oversight and accountability.

3. **Identification of Areas for Improvement:** One key component of audits and reviews is identifying areas for improvement within the department. This may include addressing biases or disparities in hiring or promotion practices, enhancing cultural competency training for officers, or improving community outreach strategies.

4. **Compliance Monitoring:** Audits and reviews also involve monitoring compliance with DEI standards and goals established by the department. This may include ensuring that policies and practices align with legal requirements, organizational values, and community expectations regarding diversity, equity, and inclusion.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 5.2.1 Components:

**1. Systematic Examination**
- o **Comprehensive Assessment:** Regular audits and reviews involve a systematic and thorough examination of various aspects of departmental practices, policies, and procedures. This process is conducted with attention to detail and follows established protocols to ensure all relevant areas are assessed.
- o **Document Review:** Audits often include reviewing documents such as policies, procedures manuals, training materials, and diversity initiatives reports. This helps auditors gain insight into the department's existing practices and identify areas that may require attention or improvement.
- o **Data Analysis:** In addition to document review, audits may involve analyzing data related to hiring, promotions, disciplinary actions, citizen complaints, and community engagement efforts. Data analysis provides quantitative insights into departmental performance and helps identify patterns or trends that warrant further investigation.

**2. Scope of Review:**
- o **Multi-Faceted Assessment:** Audits and reviews cover a wide range of areas within the department to ensure comprehensive oversight and accountability. This may include examining hiring and promotion practices, training protocols, community engagement efforts, internal policies, and organizational culture.
- o **Holistic Approach:** By assessing multiple aspects of departmental operations, audits provide a holistic view of the organization's DEI practices and identify interconnections between different areas. This allows for a more integrated approach to addressing issues and implementing improvements.

**3. Identification of Areas for Improvement:**
- o **Bias and Disparity Assessment:** A key component of audits is identifying areas for improvement within the department, particularly regarding biases or disparities. Auditors examine hiring, promotion, and disciplinary practices to identify any patterns of bias or discrimination and recommend corrective actions.
- o **Training and Development Needs:** Audits also assess the effectiveness of cultural competency training and diversity initiatives within the department. Identifying gaps in training programs allows for targeted interventions to enhance officers' awareness and understanding of DEI principles.

**4. Compliance Monitoring:**
- o **Alignment with DEI Standards:** Audits and reviews monitor compliance with DEI standards and goals established by the department. This involves ensuring that policies and

practices align with legal requirements, organizational values, and community expectations regarding diversity, equity, and inclusion.

- o **Continuous Improvement:** Compliance monitoring is not only about meeting minimum requirements but also about striving for continuous improvement. Audits identify areas where the department may fall short of its DEI objectives and provide recommendations for enhancing practices and fostering a more inclusive environment.

**5.2.2 Significance:**

1. **Ensuring Accountability:** Regular audits and reviews promote accountability within the department by holding leadership and staff accountable for upholding DEI principles and goals. By systematically examining departmental practices, audits identify areas where improvements are needed and ensure that corrective actions are taken.

2. **Identifying Biases and Disparities:** Audits and reviews play a critical role in identifying biases or disparities that may exist within departmental practices. By analyzing data and conducting thorough assessments, audits uncover areas where systemic biases may be present and provide opportunities for remediation.

3. **Enhancing Transparency:** Conducting regular audits and reviews demonstrates a commitment to transparency and openness within the department. By sharing findings with stakeholders, including officers, staff, community members, and oversight bodies, departments foster trust and confidence in their commitment to diversity, equity, and inclusion.

4. **Continuous Improvement:** Audits and reviews facilitate continuous improvement within the department by identifying areas for enhancement and implementing corrective actions. By regularly assessing practices and policies, departments can adapt to evolving needs and challenges, ensuring that they remain responsive and effective in promoting diversity, equity, and inclusion.

**5.2.2 Significance:**

1. **Ensuring Accountability**
   o **Leadership Oversight:** Regular audits and reviews ensure that departmental leadership and staff are held accountable for upholding DEI principles and goals. By systematically examining departmental practices, audits identify areas where improvements are needed and ensure that responsible parties take corrective actions.
   o **Transparent Reporting:** Audits provide transparent reporting on the department's performance in meeting DEI objectives. This accountability mechanism fosters a culture of responsibility and encourages adherence to established standards and practices.

2. **Identifying Biases and Disparities:**
   o **Systemic Analysis**: Audits and reviews conduct systemic analysis to identify biases or disparities within departmental practices. By analyzing data and conducting thorough assessments, audits uncover areas where systemic biases may exist, allowing for targeted interventions to address underlying issues.
   o **Data-Driven Insights**: Through data analysis, audits provide data-driven insights into patterns or trends related to biases or disparities. This information enables departments to implement corrective measures and ensure fairness and equity in their operations.

3. **Enhancing Transparency**
   o **Stakeholder Engagement:** Regular audits and reviews involve stakeholders, including officers, staff, community members, and oversight bodies. By sharing findings and recommendations with these stakeholders, departments demonstrate a commitment to transparency and openness, fostering trust and confidence in their DEI efforts.
   o **Community Trust:** Transparent reporting on audit findings builds trust and confidence in the department among community members. When community stakeholders perceive that the department is actively addressing issues related to diversity, equity, and inclusion, it strengthens relationships and enhances community-police partnerships.

4. **Continuous Improvement:**
   o **Adaptive Practices:** Audits and reviews facilitate continuous improvement within the department by identifying areas for enhancement and implementing corrective actions. By regularly assessing practices and policies, departments can adapt to evolving needs and challenges, ensuring that they remain responsive and effective in promoting diversity, equity, and inclusion.
   o **Responsive Policies:** The insights gained from audits enable departments to develop responsive policies and initiatives that address emerging issues and changing community dynamics. This proactive approach to improvement ensures that the department remains at the forefront of DEI efforts and can effectively meet the needs of its diverse constituents.

## 5.3 Community Feedback Mechanisms:

Establishing community feedback mechanisms allows residents to provide input on their interactions with law enforcement and suggest areas for improvement. These mechanisms may include surveys, community forums, advisory boards, or dedicated hotlines for reporting concerns. By actively soliciting feedback from community members, departments can gain valuable insights into community perceptions, concerns, and priorities, helping to inform decision-making and improve police-community relations. Here are the components and significance practices:

### 5.3.1 Components:

1. **Multiple Channels for Feedback:** Community feedback mechanisms encompass a variety of channels through which residents can provide input, including surveys, community forums, advisory boards, and dedicated hotlines. By offering multiple avenues for feedback, departments ensure accessibility and inclusivity, allowing diverse voices to be heard.

2. **Regular Engagement:** Effective feedback mechanisms involve regular engagement with community members to solicit input on their interactions with law enforcement. This may include ongoing surveys, scheduled community forums, or established advisory board meetings, providing opportunities for residents to express their perspectives and concerns.

3. **Transparent Communication:** Transparency is a key component of community feedback mechanisms, with departments providing clear information on how feedback will be collected, processed, and utilized. Transparent communication builds trust and confidence among community members, demonstrating a commitment to openness and accountability.

4. **Actionable Insights:** Community feedback mechanisms aim to gather actionable insights that inform decision-making and drive improvement initiatives within the department. This involves analyzing feedback data to identify trends, patterns, and areas for enhancement, ultimately leading to meaningful changes in policies, practices, and procedures.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

### 5.3.1 Components:

**1. Multiple Channels for Feedback:**
- o **Diverse Accessibility:** Community feedback mechanisms offer various channels for residents to provide input, ensuring accessibility and inclusivity. These channels may include online surveys, community forums, advisory boards, dedicated hotlines, or even social media platforms. By providing multiple avenues, departments accommodate diverse preferences and encourage widespread participation.
- o **Inclusivity:** Offering diverse channels ensures that residents from different backgrounds and with varying communication preferences can easily engage with law enforcement. This inclusivity fosters a sense of belonging and encourages community members to share their perspectives and concerns, leading to more comprehensive feedback.

**2. Regular Engagement:**
- o **Ongoing Interaction:** Effective feedback mechanisms entail regular engagement with the community to solicit input on interactions with law enforcement. This may involve conducting periodic surveys, hosting scheduled community forums, or convening meetings with advisory boards. Regular engagement opportunities ensure that community members have consistent opportunities to voice their opinions and concerns. This serves as a tool to strengthen relationships with the community.
- o **Responsive Approach:** Departments actively listen to community feedback and respond promptly to address emerging issues or concerns. By demonstrating responsiveness, departments show that they value community input and are committed to addressing community needs and priorities in a timely manner.

**3. Transparent Communication:**
- o **Clear Communication:** Transparency is fundamental to community feedback mechanisms, with departments providing clear information on how feedback will be collected, processed, and utilized. Departments communicate the purpose of feedback initiatives, the methods used to collect data, and how feedback will inform decision-making processes.
- o **Building Trust:** Transparent communication builds trust and confidence among community members by demonstrating a commitment to openness and accountability. When residents understand how their feedback contributes to decision-making and improvement efforts, they are more likely to engage actively and trust that their voices are heard and valued.

**4. Actionable Insights:**
- o **Data Analysis:** Community feedback mechanisms aim to gather actionable insights that inform decision-making and drive improvement initiatives within the department. This involves systematically analyzing feedback data to identify trends, patterns, and areas for

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

enhancement. Departments use data-driven insights to make informed decisions and implement meaningful changes in policies, practices, and procedures.

- o **Continuous Improvement:** By leveraging feedback data, departments continuously improve their operations and responsiveness to community needs. Actionable insights guide the development of targeted initiatives and interventions aimed at addressing identified issues or areas for enhancement. This iterative process fosters a culture of continuous improvement and ensures that the department remains responsive and accountable to the community it serves.

**5.3.2 Significance:**

1. **Enhancing Accountability:** Community feedback mechanisms promote accountability by holding law enforcement agencies accountable to the communities they serve. By actively seeking input from residents, departments demonstrate a commitment to responsiveness and transparency, fostering trust and confidence in their operations.

2. **Improving Police-Community Relations:** By soliciting feedback from community members, departments can address concerns, build rapport, and foster positive relationships with residents. Actively listening to community perspectives helps to bridge gaps in understanding, promote mutual respect, and strengthen police-community relations.

3. **Identifying Areas for Improvement:** Community feedback mechanisms provide valuable insights into areas where improvements are needed within the department. By listening to residents' experiences and concerns, departments can identify systemic issues, biases, or gaps in services and take proactive steps to address them.

4. **Promoting Inclusivity and Equity:** Community feedback mechanisms promote inclusivity and equity by ensuring that diverse voices are heard and valued. By actively seeking input from marginalized or underrepresented communities, departments can address disparities, enhance cultural competency, and tailor services to meet the needs of all residents.

**5.3.2 Significance:**

**1. Enhancing Accountability:**
- **Responsiveness and Transparency:** Community feedback mechanisms foster accountability by encouraging law enforcement agencies to be responsive to the concerns and priorities of the communities they serve. By actively seeking input and engaging with residents, departments demonstrate transparency in their operations and decision-making processes.
- **Building Trust:** When departments are accountable and responsive to community feedback, they build trust and confidence among residents. Transparency and accountability reassure community members that their voices are heard and valued, leading to stronger relationships between law enforcement and the community.

**2. Improving Police-Community Relations:**
- **Addressing Concerns:** Soliciting feedback from community members allows departments to address concerns and issues that impact police-community relations. By actively listening to residents' perspectives and experiences, departments can identify areas for improvement, bridge communication gaps, and foster mutual understanding and respect.
- **Building Rapport:** Actively engaging with residents through feedback mechanisms helps build rapport and trust between law enforcement and the community. When residents feel heard and valued, they are more likely to view law enforcement agencies as partners in promoting safety and well-being within the community.

**3. Identifying Areas for Improvement:**
- **Insights into Systemic Issues:** Community feedback mechanisms provide valuable insights into systemic issues, biases, or gaps in services within law enforcement agencies. By listening to residents' experiences and concerns, departments can identify areas where improvements are needed, such as training programs, policies, or procedures.
- **Proactive Steps:** Armed with feedback from the community, departments can take proactive steps to address identified issues and make necessary improvements. This proactive approach helps prevent escalation of problems and ensures that departments remain responsive to the evolving needs of the community.

**4. Promoting Inclusivity and Equity:**
- **Diverse Voices:** Community feedback mechanisms promote inclusivity and equity by ensuring that diverse voices are heard and valued. By actively seeking input from residents representing different backgrounds and perspectives, departments can address disparities, enhance cultural competency, and tailor services to meet the needs of all community members.

o **Reducing Disparities:** By listening to feedback from marginalized or underrepresented communities, departments can identify and address disparities in policing practices or service delivery. This promotes fairness, equity, and justice within the community, fostering a sense of belonging and trust among all residents.

## 5.4 Performance Metrics:

Performance metrics involve establishing measurable goals and benchmarks related to diversity, equity, and inclusion, and tracking progress over time. These metrics may include diversity targets for hiring and promotion, reduction goals for citizen complaints or use of force incidents, or targets for increasing community trust and satisfaction. By setting clear objectives and regularly monitoring performance against these metrics, departments can hold themselves accountable for progress and demonstrate transparency to the community. Here are the components and significance practices:

### 5.4.1 Components:

1. **Clear Objectives:** Performance metrics begin with the establishment of clear and specific objectives related to diversity, equity, and inclusion (DEI). These objectives should be measurable, achievable, and aligned with the department's DEI goals and priorities.

2. **Measurable Indicators:** Performance metrics rely on measurable indicators or key performance indicators (KPIs) that provide quantifiable data on progress. These indicators may include metrics such as diversity representation in the workforce, rates of citizen complaints or use of force incidents, community survey results on trust and satisfaction, and other relevant data points.

3. **Data Collection and Analysis:** Effective performance metrics require robust data collection mechanisms to track relevant metrics over time. Departments should establish procedures for collecting, storing, and analyzing data to ensure accuracy and reliability.

4. **Regular Monitoring and Reporting:** Departments should regularly monitor progress against established performance metrics and report findings to stakeholders, including department leadership, officers, staff, and the community. Regular reporting promotes transparency and accountability, allowing stakeholders to track progress and identify areas for improvement.

**5.4.1 Components:**

**1. Clear Objectives:**
- o **Alignment with DEI Goals:** Performance metrics begin with setting clear and specific objectives that align with the department's diversity, equity, and inclusion (DEI) goals and priorities. These objectives should reflect the department's commitment to fostering a diverse workforce, promoting equitable practices, and building trust within the community.
- o **Measurable and Achievable:** Objectives should be measurable and achievable, allowing departments to track progress over time and assess their success in meeting DEI goals. Clear objectives provide guidance and direction for efforts aimed at enhancing diversity, equity, and inclusion within the department and the broader community.

**2. Measurable Indicators:**
- o **Key Performance Indicators (KPIs):** Performance metrics rely on measurable indicators or key performance indicators (KPIs) that provide quantifiable data on progress. These indicators serve as benchmarks for assessing performance in key areas such as diversity representation in the workforce, rates of citizen complaints or use of force incidents, and community perceptions of trust and satisfaction.
- o **Relevant Data Points:** Departments should identify and track relevant data points that reflect progress toward DEI goals. This may include demographic data on officers, trends in citizen complaints or use of force incidents, results of community surveys, or other metrics that reflect the department's commitment to diversity, equity, and inclusion.

**3. Data Collection and Analysis:**
- o **Robust Data Collection Mechanisms:** Effective performance metrics require robust data collection mechanisms to track relevant metrics over time accurately. Departments should establish procedures for collecting, storing, and analyzing data, ensuring its accuracy, reliability, and confidentiality.
- o **Quality Assurance:** Data collection processes should include measures to ensure the quality and integrity of the data collected. This may involve training staff on data collection protocols, implementing data validation checks, and conducting regular audits to verify data accuracy and completeness.

**4. Regular Monitoring and Reporting:**
- o **Transparency and Accountability:** Departments should regularly monitor progress against established performance metrics and report findings to stakeholders, including department leadership, officers, staff, and the community. Regular reporting promotes transparency and accountability, allowing stakeholders to track progress, identify areas for improvement, and hold the department accountable for meeting DEI goals.

o **Actionable Insights:** Performance metrics should not only track progress but also provide actionable insights that inform decision-making and drive improvement initiatives. Departments should use data analysis to identify trends, patterns, and areas for enhancement, leading to meaningful changes in policies, practices, and procedures that support diversity, equity, and inclusion.

**5.4.2 Significance:**

1. **Accountability:** Performance metrics promote accountability by providing a framework for departments to assess their progress towards DEI goals and objectives. By setting clear targets and regularly monitoring performance, departments hold themselves accountable for achieving meaningful outcomes related to diversity, equity, and inclusion.

2. **Transparency:** Performance metrics enhance transparency by providing stakeholders with clear and objective data on departmental performance. Transparent reporting of progress against established metrics fosters trust and confidence among community members, demonstrating the department's commitment to openness and accountability.

3. **Continuous Improvement:** Performance metrics serve as a tool for identifying areas for improvement and driving continuous learning and adaptation within the department. By analyzing performance data, departments can identify trends, patterns, and areas of concern, allowing them to implement targeted interventions and strategies to address challenges and enhance effectiveness.

4. **Community Engagement:** Performance metrics provide a basis for meaningful dialogue and engagement with the community. By sharing performance data with community members, departments invite input, feedback, and collaboration in efforts to advance diversity, equity, and inclusion goals. Engaging the community in discussions around performance metrics promotes transparency, builds trust, and strengthens partnerships between law enforcement and the community.

**5.4.2 Significance:**

**1. Accountability:**
- o **Framework for Assessment:** Performance metrics provide a structured framework for law enforcement departments to assess their progress toward diversity, equity, and inclusion (DEI) goals and objectives. By setting clear targets and benchmarks, departments establish accountability mechanisms that hold them responsible for achieving meaningful outcomes in these critical areas.
- o **Measuring Progress:** Through performance metrics, departments can track their performance over time and evaluate their success in meeting established DEI targets. This accountability ensures that departments remain focused on their DEI commitments and take proactive steps to address any shortcomings or challenges that arise.

**2. Transparency:**
- o **Objective Reporting:** Performance metrics enhance transparency by providing stakeholders, including community members, departmental leadership, and oversight bodies, with clear and objective data on departmental performance. Transparent reporting of progress against established metrics fosters trust and confidence in the department's operations, demonstrating a commitment to openness and accountability.
- o **Building Trust:** Transparent communication of performance data demonstrates a willingness to share successes and challenges openly with the community. This transparency builds trust and credibility, reassuring community members that the department is committed to addressing DEI issues and improving outcomes for all residents.

**3. Continuous Improvement:**
- o **Identifying Areas for Improvement:** Performance metrics serve as a tool for identifying areas where improvements are needed within the department. By analyzing performance data, departments can pinpoint trends, patterns, and areas of concern, enabling them to implement targeted interventions and strategies to address challenges and enhance effectiveness.
- o **Adapting to Evolving Needs:** Continuous monitoring of performance metrics allows departments to adapt to evolving needs and circumstances. By staying responsive to feedback and adjusting strategies accordingly, departments can ensure that their efforts to promote diversity, equity, and inclusion remain relevant and effective in a dynamic environment.

**4. Community Engagement:**
- o **Basis for Dialogue:** Performance metrics provide a basis for meaningful dialogue and engagement with the community. By sharing performance data with community members, departments invite input, feedback, and collaboration in efforts to advance DEI goals.

Engaging the community in discussions around performance metrics promotes transparency, builds trust, and strengthens partnerships between law enforcement and the community, ultimately leading to more effective and responsive policing practices.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

## Organizational Structure for Diversity, Equity, and Inclusion (DEI) Leadership in Law Enforcement

*The organizational structure for a Diversity, Equity, and Inclusion (DEI) program within a police department consists of the following positions:*

1. **Chief Diversity, Equity, and Inclusion Officer (CDEIO)**:
   o The CDEIO is a senior executive responsible for leading the department's DEI initiatives. The CDEIO provides strategic direction, vision, and leadership to ensure that DEI principles are integrated into all aspects of departmental operations. The CDEIO advocates for diversity, equity, and inclusion at the highest levels of the organization and serves as a liaison between departmental leadership, staff, and external stakeholders.

2. **DEI Advisory Board**:
   o The DEI Advisory Board consists of community leaders, subject matter experts, and stakeholders who provide external perspective and guidance on DEI matters. Members of the advisory board offer insights, feedback, and recommendations to inform DEI strategies, policies, and programs. They serve as ambassadors for DEI efforts within the community and help ensure that the department's initiatives are responsive to community needs and concerns.

3. **DEI Program Manager**:
   o The DEI Program Manager is responsible for overseeing the day-to-day implementation of DEI initiatives and programs within the department. They work closely with departmental leadership, the DEI Advisory Board, and other stakeholders to develop, implement, and evaluate DEI strategies and action plans. The Program Manager coordinates training, outreach, and community engagement efforts to promote diversity, equity, and inclusion throughout the organization.

4. **DEI Committee**:
   o The DEI Committee is a cross-functional team composed of representatives from different departmental units, ranks, and demographics. The committee collaborates with the CDEIO and Program Manager to identify DEI priorities, develop action plans, and implement initiatives at the departmental level. Members of the DEI Committee serve as champions for DEI within their respective units and help promote a culture of inclusion and belonging.

5. **Diversity and Inclusion Liaisons**:
   o Diversity and Inclusion Liaisons are designated individuals within each departmental unit who serve as points of contact for DEI-related matters. They facilitate

communication, provide support and resources to colleagues, and promote DEI initiatives within their units. Liaisons play a crucial role in fostering awareness, understanding, and engagement around DEI topics among departmental personnel.

6. **Training and Education Unit**:
   o The Training and Education Unit is responsible for developing and delivering DEI training programs for departmental personnel at all levels. This unit designs curriculum organizes workshops and seminars and delivers training sessions on topics such as cultural competency, unconscious bias, inclusive leadership, and equitable policing practices. The unit ensures that DEI training is accessible, relevant, and impactful for all departmental personnel.

7. **Recruitment and Hiring Task Force**:
   o The Recruitment and Hiring Task Force focuses on improving diversity and equity in recruitment, hiring, and promotion processes within the department. Task force members identify barriers to diversity, develop strategies for attracting a diverse applicant pool, and implement inclusive hiring practices. They collaborate with HR, training, and community engagement teams to ensure that recruitment efforts are aligned with DEI goals and values.

8. **Community Engagement Team**:
   o The Community Engagement Team is responsible for building positive relationships between the department and the community, particularly with underrepresented and marginalized groups. Team members organize outreach events, conduct listening sessions, and facilitate dialogues to solicit feedback from community members. They represent the department at community meetings, events, and forums, serving as liaisons and advocates for community needs and concerns.

9. **Data Analysis and Reporting Unit**:
   o The Data Analysis and Reporting Unit collects, analyzes, and reports data related to diversity, equity, and inclusion within the department. The unit tracks key metrics, such as demographic representation, employee satisfaction, citizen complaints, and use of force incidents, to assess progress and identify areas for improvement. Data analysts prepare reports, dashboards, and presentations to inform decision-making and measure the impact of DEI initiatives over time.

Each component of the DEI organizational structure plays a unique role in advancing diversity, equity, and inclusion within the police department. Together, they form a cohesive framework for integrating DEI principles into departmental culture, policies, and practices, ultimately promoting equitable and inclusive policing for all community members.

## Conclusion

In conclusion, this manual serves as a valuable resource for law enforcement agencies committed to strengthening their relationships with the communities they serve. By implementing the community engagement practices outlined in this manual, agencies can promote transparency, accountability, and trust, ultimately leading to more effective and equitable policing. Embracing cultural awareness, collaborative problem-solving, and crisis intervention strategies, alongside robust accountability mechanisms and performance metrics, enables agencies to address community needs and concerns proactively. Through ongoing dialogue, collaboration, and evaluation, law enforcement agencies can build stronger, more resilient partnerships with their communities, fostering safer and more inclusive environments for all.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

# Glossary

Comprehensive glossary for a Diversity, Equity, and Inclusion (DEI) manual tailored for a police department or law enforcement agency:

1. **Diversity**: The presence of a wide range of human characteristics and experiences within a community, organization, or group, including but not limited to race, ethnicity, gender, sexual orientation, age, disability, religion, socioeconomic status, and cultural background.
2. **Equity**: The fair treatment, access, opportunity, and advancement for all individuals, while striving to identify and eliminate barriers that have prevented the full participation of some groups.
3. **Inclusion**: The intentional and proactive efforts to create an environment where all individuals feel valued, respected, and supported, and where diverse perspectives and experiences are welcomed and embraced.
4. **Implicit Bias**: Unconscious attitudes or stereotypes that affect our understanding, actions, and decisions in an unconscious manner, often leading to unintended discrimination or unfair treatment.
5. **Bias-Free Policing:** Policing practices that are free from discrimination, bias, or prejudice based on factors such as race, ethnicity, gender, sexual orientation, religion, or socioeconomic status.
6. **Cultural Competence**: The ability to interact effectively and respectfully with people from different cultural backgrounds, recognizing and valuing the diversity of perspectives and experiences they bring.
7. **Community Policing**: A philosophy and organizational strategy that emphasizes building relationships and partnerships between law enforcement agencies and the communities they serve, with the goal of collaboratively addressing public safety issues and improving quality of life.
8. **Use of Force**: The amount of physical coercion or violence necessary for law enforcement officers to compel compliance from an individual or to protect themselves or others from harm, as authorized by law.
9. **Citizen Complaint**: A formal allegation made by a member of the public against a law enforcement officer or agency regarding misconduct, inappropriate behavior, or violation of policies or procedures.
10. **Accountability**: The obligation of law enforcement agencies and officers to take responsibility for their actions, decisions, and behaviors, and to be answerable to the public and appropriate authorities for their conduct.
11. **Transparency**: The practice of openly sharing information, processes, and decisions with the public, stakeholders, and oversight bodies, promoting trust, accountability, and public confidence in law enforcement agencies.
12. **Cultural Awareness**: Understanding and appreciating the values, beliefs, customs, languages, and traditions of different cultural groups, and recognizing how they may influence interactions and perceptions.
13. **Inclusive Leadership**: Leadership style that promotes and values diversity, equity, and inclusion, fosters a culture of belonging, and leverages the unique strengths and perspectives of all team members.

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

14. **Bias Awareness Training**: Educational programs are designed to increase awareness of unconscious biases and their impact on decision-making and behavior, with the goal of minimizing their influence and promoting fair and equitable treatment of all individuals.

15. **Intersectionality**: The interconnected nature of social categorizations such as race, gender, class, and sexuality, which create overlapping and interdependent systems of discrimination and disadvantage.

16. **Community Engagement**: The process of building relationships, trust, and collaboration between law enforcement agencies and community members, with the goal of improving public safety, reducing crime, and enhancing quality of life.

17. **Inclusive Policies and Practices**: Policies, procedures, and practices that are designed to ensure equitable treatment and opportunities for all individuals, regardless of their background, identity, or status.

18. **Diversity Recruitment Strategies**: Initiatives and programs aimed at attracting a diverse pool of candidates for law enforcement positions, including outreach efforts, targeted advertising, and partnerships with community organizations.

19. **Cultural Sensitivity Training**: Training programs are designed to increase awareness and understanding of cultural differences, norms, and values, and to develop skills for effectively interacting with individuals from diverse backgrounds.

20. **Restorative Justice**: An approach to justice that focuses on repairing harm caused by criminal behavior, emphasizing accountability, healing, and reconciliation between offenders, victims, and the community.

21. **Affinity Groups**: Voluntary, employee-led groups that provide support, networking opportunities, and a sense of belonging for individuals who share a common identity, background, or interest, such as race, ethnicity, gender, or sexual orientation.

22. **Allyship**: The practice of actively supporting and advocating for individuals or groups who face discrimination or marginalization, using one's privilege and influence to promote equity and inclusion.

23. **Stereotype Threat**: The experience of anxiety or apprehension that arises from the fear of confirming negative stereotypes about one's social group, which can impair performance and exacerbate disparities in achievement.

24. **LGBTQ+ Inclusivity**: Efforts to create an inclusive and welcoming environment for individuals who identify as lesbian, gay, bisexual, transgender, queer, and other diverse sexual orientations and gender identities, and to address issues of discrimination and bias based on sexual orientation or gender identity.

25. **Racial Profiling**: The practice of law enforcement officers or agencies targeting individuals for suspicion of criminal activity based on their race, ethnicity, national origin, or religion, rather than on evidence of wrongdoing.

26. **Gender Equity**: The principle of fairness and justice in the treatment of individuals of different genders, ensuring that all individuals have equal access to opportunities, resources, and rights, regardless of gender identity or expression.

27. **Implicit Bias Training**: Educational programs aimed at raising awareness of unconscious biases and providing strategies for mitigating their impact on decision-making and behavior, particularly in the context of law enforcement.

28. **Cultural Humility**: An approach to interacting with individuals from different cultural backgrounds that involves recognizing one's own limitations, biases, and assumptions, and committing to ongoing learning, self-reflection, and openness to others' perspectives.

29. **Systemic Racism**: Patterns of discrimination, bias, and disadvantage that are embedded within the structures, policies, and practices of society, resulting in unequal treatment and outcomes for different racial or ethnic groups.
30. **Crisis Intervention Teams (CIT):** Specialized units within law enforcement agencies composed of officers trained to respond effectively to crisis situations involving individuals experiencing mental health crises or behavioral health challenges.
31. **De-escalation Techniques:** Strategies and tactics used by law enforcement officers to reduce tension, manage conflicts, and resolve situations peacefully without the need for physical force or confrontation.
32. **Victim-Centered Policing:** An approach to policing that prioritizes the needs, rights, and dignity of crime victims, including providing support, resources, and assistance throughout the criminal justice process.
33. **Gender-Based Violence:** Acts of violence, abuse, or harassment that are perpetrated against individuals based on their gender identity or gender expression, including domestic violence, sexual assault, and hate crimes.
34. **Community Engagement Initiatives:** Programs, events, or activities designed to promote positive interactions, trust, and collaboration between law enforcement agencies and the communities they serve, including community meetings, outreach events, and youth programs.

This glossary provides definitions for key terms and concepts related to diversity, equity, and inclusion, as well as terminology specific to law enforcement practices. It serves as a valuable reference for individuals seeking to deepen their understanding of DEI issues within the context of policing and law enforcement.

# Additional References and Supportive Materials

## Government Publications:

- **U.S. Department of Justice (DOJ), Civil Rights Division:**
  - Community Relations Services Toolkit for Policing
  https://www.justice.gov/file/1376626/download
  - Community Policing Defined, (Washington, DC: Office of Community Oriented Policing Services, 2014). https://cops.usdoj.gov/RIC/Publications/cops-p157-pub.pdf

- **Bureau of Justice Statistics (BJS):**
  -Federal law enforcement Officers 2020- statistics:
  https://bjs.ojp.gov/document/fleo20st.pdf
  - Diversity is our strength: https://bja.ojp.gov/media/videofile/4316

- Office of Community Oriented Policing Services (COPS Office):
  - Community partnerships, problem-solving, and organizational transformation:
  http://www.cops.usdoj.gov/Default.asp?Item=34

- U.S. Department of Justice (DOJ) reports on community policing and diversity initiatives

## Academic Research:

- International Journal of Police Science & Management: -
  https://journals.sagepub.com/doi/full/10.1177/14613557231185661

- Policing Diversity and Why It Should Matter to Communities, Security and Global Studies Blog | APU: https://www.apu.apus.edu/area-of-study/security-and-global-studies/resources/policing-diversity-and-why-it-should-matter-to-communities/

- Academic Journals:
  - Journal of Ethnicity in Criminal Justice
  - Police Quarterly
  - Journal of Contemporary Criminal Justice

- Pew Research Center reports on public attitudes toward law enforcement and diversit.

## Professional Organizations:

- **International Association of Chiefs of Police (IACP):**
  - Resources: https://www.theiacp.org/resources
  -Model Policies: https://www.theiacp.org/search-documents/model%20policies/1/All/All?keywords_top=model%20policies&keywords_taxonomy=model%20policies
  - (IACP) reports and best practices guides

- **National Organization of Black Law Enforcement Executives (NOBLE)**
- **Police Executive Research Forum (PERF):**
  -Publications: https://www.policeforum.org/publications
  - Podcasts: https://www.policeforum.org/podcasts

SEATTLE POLICE DEPARTMENT | 610 Fifth Avenue; Seattle, WA 98124-4986

-Policing Practices:
https://www.policeforum.org/index.php?searchword=policing+practices&ordering=&search
phrase=all&option=com_search

## Nonprofit Organizations:

- The Leadership Conference on Civil and Human Rights:
  -Reports: https://civilrights.org/?s=reports#
- Center for Policing Equity

## Legal Resources:

- American Civil Liberties Union (ACLU)
- NAACP Legal Defense and Educational Fund (LDF)
  - Racial justice and police reform: https://www.naacpldf.org/your-search-
  results/?_sf_s=racial%20justice%20and%20police%20reform%5D

## Training Materials:

- League Anti-Defamation (ADL): https://www.aclu.org/about-aclu
- International Association of Directors of Law Enforcement Standards and Training
  (IADLEST):
  -Training Standards: https://www.iadlest.org/training/training-standards-for-le
  - Resources: https://www.iadlest.org/news/resources

## Books:

- "Policing and Minority Communities: Bridging the Gap" by Quint C. Thurman and Andrew
  Giacomazzi
- "Community Policing and Problem Solving: Strategies and Practices" by Kenneth J. Peak
  and Ronald W. Glensor.
- "The Color of Law: A Forgotten History of How Our Government Segregated America" by
  Richard Rothstein

## Case Studies:

- Case studies published by the Police Executive Research Forum (PERF) on successful
  community engagement initiatives.
- Reports from organizations like the Vera Institute of Justice on innovative policing practices
  and DEI initiatives.

## Surveys and Assessments:

- o Gallup Polls on public trust in law enforcement and perceptions of police-
  community relations.
- o Surveys conducted by local law enforcement agencies to assess community needs
  and perceptions.