UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>CITY OF SEATTLE,<br><br>      Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF MAY 2024 INVOICE |

  The court hereby APPROVES the Seattle Monitoring Team's May 2024 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $8,295.00 to pay the May 2024 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

  Dated this 17th day of July, 2024.

                       JAMES L. ROBART
                       United States District Judge

ORDER - 1