UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>               Defendant. | CASE NO. C12-1282JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In accordance with Paragraph 17 of its September 7, 2023 order granting in part and denying in part the City of Seattle and the Department of Justice's joint motion to approve their proposed agreement on sustained compliance (Dkt. # 769), the court sets a hearing on October 16, 2024, at 10:00 a.m. The court will specify the courtroom where the hearing will be held and provide the topics to be covered in a future order.

//

MINUTE ORDER - 1

1    Filed and entered this 23rd day of August, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2