UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　Defendant. | CASE NO. C12-1282JLR<br><br>ORDER DIRECTING PAYMENT OF JUNE 2024 INVOICE |

The court hereby APPROVES the Seattle Monitoring Team's June 2024 invoice and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $29,325.13 to pay the June 2024 invoice; to make the check payable to LNW Group LLC; and to mail the check to the payee.

Dated this 29th day of August, 2024.

　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1