The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | NO. 2:12-cv-01282-JLR<br><br>**NOTICE OF WITHDRAWAL** |

TO: 　　CLERK OF COURT, UNITED STATES DISTRICT COURT;

AND TO: 　ALL PARTIES AND ATTORNEYS OF RECORD.

Please take notice that, pursuant to LCR 83.2(b)(3), effective immediately, Susannah Porter Lake hereby withdraws as attorney of record for amicus curiae ACLU of Washington. Amicus remains represented and the withdrawing and remaining attorneys from the ACLU of Washington are identified below. All further papers, pleadings and notices, except original process, may be served upon

NOTICE OF WITHDRAWAL - 1
NO. 2:12-CV-01282-JLR

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
SEATTLE, WA 98111
(206) 624-2184

remaining counsel for amicus curiae ACLU of Washington electronically via the Clerk of the Court using the CM/ECF System or e-mail directly in accordance with LCR 5.

Dated this 3rd day of September, 2024.

Respectfully submitted,

| Withdrawing Attorney: | Remaining Attorneys for Plaintiff: |
|---|---|
| By: /s/ Susannah Porter Lake<br>Susannah Porter Lake, WSBA No. 60762<br>**American Civil Liberties Union<br>of Washington Foundation**<br>P.O. Box 2728<br>Seattle, WA 98111<br>Email: slake@aclu-wa.org<br>Telephone: 206.624.2184 | By: /s/ La Rond Baker<br>La Rond Baker, WSBA 43610<br>Enoka Herat, WSBA 43347<br>Jazmyn Clark, WSBA 48224<br>**American Civil Liberties Union<br>of Washington Foundation**<br>P.O. Box 2728<br>Seattle, WA 98111<br>baker@aclu-wa.org<br>eherat@aclu-wa.org<br>jclark@aclu-wa.org<br>Telephone: 206.624.2184<br><br>*Attorney for Amicus Curiae ACLU of Washington* |

NOTICE OF WITHDRAWAL - 2
NO. 3:21-CV-05390

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE, WA 98111
(206) 624-2184

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I caused service of the foregoing *Notice* via the CM/ECF system that will automatically send notice of such filing to all counsel of record.

DATED this 3rd day of September, 2024 at Seattle, Washington.

By: /s/Tracie Wells
Tracie Wells, Paralegal

American Civil Liberties Union
of Washington Foundation
P.O. Box 2728
Seattle, WA 98111
(206) 624-2184
twells@aclu-wa.org

NOTICE OF WITHDRAWAL - 2
NO. 3:21-CV-05390

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
SEATTLE, WA 98111
(206) 624-2184