UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | CASE NO. C12-1282JLR<br><br>ORDER REGARDING STATUS HEARING TOPICS |

The court will hold its October 16, 2024 status hearing at 10:00 a.m. in Courtroom 14A, United States District Courthouse, 700 Stewart Street, Seattle, Washington, 98101.

The parties should be prepared to discuss the following topics:

1. The status of the Seattle Police Department's ("SPD") Crowd Management Policy and training on that Policy;

2. The status of the Office of Inspector General ("OIG"), including its use-of-force qualitative assessment and the City of Seattle's (the "City") commitment to sustaining OIG operations;

3. The status of the City's progress on ensuring bias-free policing and remediating disparate impact;

ORDER - 1

4. The status of the City's accountability and discipline system and sustainability of the system as a whole, particularly in light of the City's recent labor negotiations and past and future collective bargaining agreements; and

5. The positions of the parties concerning the termination of the Consent Decree.

The parties may file optional written responses to these topics, not to exceed eight pages in length, by no later than October 9, 2024.

Dated this 25th day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2