THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SEATTLE, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | Case No. 2:12-cv-01282-JLR<br><br>**CITY OF SEATTLE'S NOTICE SUBMITTING CRISIS ASSESSMENT OF OFFICE OF INSPECTOR GENERAL FOR PUBLIC SAFETY** |

The City of Seattle, on behalf of the Office of Inspector General for Public Safety, files the attached Crisis Assessment, pursuant to paragraph 12 of the Court's Order dated September 7, 2023. The report assesses the Seattle Police Department response to individuals in crisis during the years 2021 to 2023.

**CITY OF SEATTLE'S NOTICE SUBMITTING CRISIS ASSESSMENT OF OFFICE OF INSPECTOR GENERAL FOR PUBLIC SAFETY** - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Respectfully submitted,

DATED this 15th day of October, 2024.

    For the CITY OF SEATTLE
    ANN DAVISON
    Seattle City Attorney

    *s/ Kerala Cowart*
    Kerala Cowart, WSBA #53649
    Assistant City Attorney
    Phone: (206) 733-9001
    Fax: (206) 684-8284
    Email: Kerala.Cowart@seattle.gov

    Jessica Leiser, WSBA #49349
    Assistant City Attorney
    Phone: (206) 727-8874
    Fax: (206) 684-8284
    Email: Jessica.Leiser@seattle.gov

    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050

**CITY OF SEATTLE'S NOTICE SUBMITTING CRISIS ASSESSMENT OF OFFICE OF INSPECTOR GENERAL FOR PUBLIC SAFETY** - 2
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200