EXHIBIT 2

# Examples of isolated unlawful behavior

Criminal acts, not protected activities

- Isolated substantial destruction of property
- Isolated acts of violence
- Isolated rock or bottle throwers

Not rising to the level of Unlawful Assembly





## HOLD INDIVIDUALS ACCOUNTABLE FOR:

UNLAWFUL CONDUCT

ADDRESS CONDUCT NOT CONTENT

ISOLATE, CONTAIN, ENFORCE, REPORT

WE CONTROL THE TERMS OF ENGAGEMENT - SAFE AND FEASIBLE

The Department's philosophy is to facilitate the expression of the first amendment, even if police action is required to intervene in criminal action by some

# Communication



Before, During, and After the event, the department needs to have open and continuous communication

1. Communication needs to be open and direct with the organizers and participants- Direct & Indirect
2. Social Media
3. Media Pushes by Department

# Minimize Confrontations

We do not want to be the target. React to actions of the crowd

1. Low Visibility vs. High Visibility

When should we use each?

Can we use a combination?

2. Avoid fixed lines
    - Exceptions, considerations?



# DE-ESCALATION

"Strategies and tactics used by officers and commanders, when safe and feasible without compromising law enforcement priorities, that seek to minimize the likelihood of the need to use force during an incident and increase the likelihood of gaining voluntary compliance from a subject."
–14.090- Pol 2- Definitions

## What does this look like?

1. Set expectations
2. Presence vs. Monitoring
3. Disengagement/Engagement
4. Evaluation and Modulation
5. Tactical Egress



# Deployment Considerations

Outside of immediate life safety emergencies, **ALL** less-lethal tools will be directed at specific threats and not to move the crowd.

Officers shall provide warnings prior to deployment whenever possible

# Considerations Regardless of the Less Lethal Tool.

- Is it reasonable, necessary, and proportional?
- Do you have a less intrusive alternative? Explain why or why not.
- Does the subject(s) pose an immediate threat to any person?
- Do public safety interests dictate that a subject needs to be taken into custody and the level of resistance presented by the subject is:
    - (1) likely to cause injury to the officer or subject; and
    - (2) if hands-on control tactics or other force options would be likely to cause greater injury to the subject than the use of a less lethal tool.