EXHIBIT 3

# ICS Continued:

- Delegation of authority is the process of granting authority to an individual or agency to carry out specific functions during an incident. Delegation of authority does *NOT* relieve the granting entity of the *responsibility* for that function. *Authority can be delegated; responsibility cannot.*

  - National Standard and Accepted best practice, Basic Incident Command FEMA Overview- ICS 100

- Incident Commander Retains Ultimate Responsibility for Decisions of Subordinates- In order to fulfill this obligation, the Incident Commander will be available for on-scene consultation.

  - SPD Manual 14.090-POL-3

# WHAT DOES THIS MEAN?

- *You are responsible.*

- *Was Commanders intent reasonable?*

- *Were the rules of engagement reasonable and consistent with law, policy and training?*

- *Was the tactical plan for the event reasonable and consistent with law, policy and training?*

- *Did those under your command act within the scope and authority of your Commander's Intent, your tactical plan and the Rules of Engagement?*

- *Were you clear on your expectations for reporting and documenting the event?*

- *Were you clear on your expectations that seizures are based on a lawful purpose and that force used must be objectively reasonable, necessary and proportional?*

# DEFINITIONS

- **CMIC Matrix:** crowd management, intervention, and control concepts and strategies.

- **Crowd Management:** strategies and tactics that employ communication and dialogue with event leaders to obtain voluntary compliance with lawful orders and allow for minimal enforcement action.

- **Crowd Intervention:** strategies and tactics that are designed to facilitate continued exercise of constitutional rights by isolating and arresting law violators within an otherwise lawful assembly.

- **Crowd Control:** strategies and tactics, including dispersal, that are employed in the event a crowd or portion of a crowd becomes involved in violent or otherwise destructive behavior and which are intended to protect life, restore, and maintain order, allow for the arrest of law violators, and the protection of vital facilities and property.

# ISOLATED CRIMINAL ACTS:

- *When feasible we will act to arrest individuals for unlawful activity once probable cause exists.*

- *Intervention when PC is established has proven to reduce escalation of events and counter the impact of crowd contagion. It individualizes conduct and holds persons accountable.*

- *Use LRAD to communicate with crowd why officers are taking action.*