THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 2:12-cv-01282-JLR <br><br> **[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S MOTION TO TERMINATE CONSENT DECREE** |

This matter came before the Court on the City of Seattle's Motion to Terminate Consent Decree.

The Court GRANTS the motion and orders as follows:

(1) The Seattle Police Department (SPD) has achieved and sustained compliance with all requirements of the Settlement Agreement and Stipulated Order of Resolution (Dkts. 3-1 and 8) for more than two years; and

(2) The Settlement Agreement and Stipulated Order of Resolution is hereby terminated pursuant to paragraphs 229 and 230; and

(3) The Clerk of Court is directed to close this case.

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
MOTION TO TERMINATE CONSENT DECREE - 1
(12-CV-01282-JLR)

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

DATED this _____ day of _____, 2025.

_____
Hon. James L. Robart
United States District Court Judge

Presented by:

ANN DAVISON
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 771-3452
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S
MOTION TO TERMINATE CONSENT DECREE - 2
(12-CV-01282-JLR)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200