THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:12-cv-01282-JLR<br><br>**UNITED STATES' RESPONSE IN SUPPORT OF TERMINATION OF THE CONSENT DECREE AND DISMISSAL WITH PREJUDICE** |

The City of Seattle has moved for full termination of the parties' Consent Decree in this case. Dkt. 831. The Court entered the Consent Decree in 2012 to address the Department of Justice (DOJ)'s findings that the Seattle Police Department (SPD) had engaged in a pattern or practice of conduct that violated the Constitution and federal law. To address DOJ's findings, the parties negotiated a Consent Decree, which set forth six areas for reform: (1) Use of Force; (2) Crisis Intervention; (3) Stops and Detentions; (4) Bias-Free Policing; (5) Supervision; and (6) the Office of Professional Accountability (now renamed the Office of Police Accountability). Dkt. 3-1 ¶¶ 69-168. In each area, SPD was required to make changes to its policies and take steps to ensure that those changes were carried out in practice.

UNITED STATES' RESPONSE TO MOTION TO TERMINATE
Case No. 2:12-cv-01282-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the City's sustained compliance with the Decree, in September 2023, this Court terminated most of its requirements. Dkt. 769 at 2-3. However, the Court required the City and SPD to complete additional work to address the use of force in crowd management settings; accountability; and impartial policing. "After these tasks are complete," the Court stated, "the City (either on its own or jointly with the United States) may move for an order terminating the Consent Decree and dismissing this case." Dkt. 769 at 6.

The United States agrees that the City and SPD have completed the tasks set forth in the 2023 Order. Accordingly, the Court should terminate the Consent Decree and dismiss this case with prejudice. The United States has confidence that the City and SPD are prepared to meet future challenges and provide effective and constitutional policing to the people of Seattle.

DATED on July 22, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney for the<br>Western District of Washington | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| *s/ Matt Waldrop*<br>Matt Waldrop, Assistant United States Attorney<br>Annalisa Cravens, Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Tel: (206) 553-7970<br>Email: James.Waldrop@usdoj.gov | R. JONAS GEISSLER<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>ANDREW DARLINGTON<br>Acting Chief<br><br>LAURA L. COWALL<br>Deputy Chief<br><br>*s/ Jeffrey R. Murray*<br>JEFFREY R. MURRAY<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division |

UNITED STATES' RESPONSE TO MOTION TO TERMINATE
Case No. 2:12-cv-01282-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | Special Litigation Section |
| 2 | 950 Pennsylvania Avenue, NW |
| 3 | Washington, DC 20530 |
| 4 | Tel: (202) 202-598-1211 |
|   | Email: Jeffrey.Murray@usdoj.gov |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES' RESPONSE TO MOTION TO TERMINATE
Case No. 2:12-cv-01282-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970