THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-01282-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION TO APPROVE CROWD MANAGEMENT POLICY AND TERMINATE PRELIMINARY INJUNCTION |

This matter came before the Court on the City of Seattle's Unopposed Motion to Approve Crowd Management Policy and Terminate Preliminary Injunction (Dkt. 827).

The Court GRANTS the motion and orders as follows:

(1) The Court approves the Seattle Police Department's proposed revisions to its Crowd Management Policy attached to the Declaration of Brian Maxey in Support of the City's Motion as Exhibit A;

(2) The Seattle Police Department may distribute the revised policies to its officers and civilian employees and incorporate the revisions into the Seattle Police Manual; and

[~~PROPOSED~~] ORDER GRANTING CITY OF SEATTLE'S
UNOPPOSED MOTION TO APPROVE CROWD MANAGEMENT
POLICY AND TERMINATE PRELIMINARY INJUNCTION - 1
(12-CV-01282-JLR)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

(3) The Court's October 1, 2020 Preliminary Injunction (Dkt. 647) prohibiting enforcement of the City of Seattle's now-repealed less lethal weapons ordinance is terminated as moot.

DATED this 3rd day of September, 2025.

_____
Hon. James L. Robart
United States District Court Judge

Presented by:

ANN DAVISON
Seattle City Attorney

*s/ Kerala T. Cowart*
Kerala T. Cowart, WSBA #53649
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Phone: (206) 771-3452
Fax: (206) 684-8284
Email: kerala.cowart@seattle.gov

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S UNOPPOSED MOTION TO APPROVE CROWD MANAGEMENT POLICY AND TERMINATE PRELIMINARY INJUNCTION - 2
(12-CV-01282-JLR)

Ann Davison
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200