UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C12-1282JLR |
|---|---|
| Plaintiff, | ORDER DIRECTING DISBURSEMENT OF REMAINING FUNDS |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby AUTHORIZES and DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in the principal amount of $100,000.00, plus all accrued interest; to make the check payable to City of Seattle; and to mail or deliver the check to City of Seattle.

Dated this 5th day of November, 2025.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1